# EXHIBIT 1



**Basic Certificate**
Page 1 of 2

DBS fee charged

DBS ID Number:

Certificate Number

Date of Issue:

**Applicant Personal Details**

Surname: HARVEY

Forename(s): FIONA BRIONY

Other Names: MUIR, FIONA MARGARET

Date of Birth: 1965

Place of Birth:

Gender: FEMALE

**Police Records of Convictions, Cautions, Reprimands and Warnings**

NONE RECORDED

**Basic Certificate**

This document is a basic certificate within the meaning of section 112 of the Police Act 1997.

This section provides general information in the use and content of this cer detailed information see our website www.gov.uk/dbs

e of certificate information



This is not a certificate issued by the Disclosure and Barring Service, **it is representative of information issued by the Disclosure and Barring Service.**

# BACKGROUND CHECK REPORT

**This Document is Strictly Private and Confidential**

| | **Request Details** |
|---|---|
| Application No | ▮▮▮▮▮▮▮ |
| Date of Issue | 28/05/2024 14:23 |

| | **Application Personal Details** |
|---|---|
| Name | Fiona Briony Harvey |
| Date of Birth | ▮▮▮▮ 1965 |

**All DBS Check certificates are issued under section 112 of the police act 1997.** A certificate either contains information about every conviction of an applicant or it states that there is no such conviction.

| | **Report Summary** |
|---|---|
| Convictions | ✓ None Recorded |

**2/3**