# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| FIONA HARVEY | CASE NUMBER: |
| PLAINTIFF(S) | 2:24–cv–04744–RGK–AJR |
| v. | |
| NETFLIX, INC. , et al. | |
| DEFENDANT(S). | **NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

\_\_\_\_          \_\_\_\_          \_\_\_\_

Date Filed          Doc. No.          Title of Doc.

**ERROR(S) WITH DOCUMENT:**

No Notice of Interested Parties has been filed. A Notice of Interested Parties must be filed with every party's first appearance. See Local Rule 7.1–1. Counsel must file a Notice of Interested Parties immediately. Failure to do so may be addressed by judicial action, including sanctions. See Local Rule 83–7.

*Other Error(s):*

Clerk, U.S. District Court

Dated:  June 7, 2024          By:  /s/ *Shaunte M Hunter  shaunte_hunter@cacd.uscourts.gov*
                                        Deputy Clerk

– NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING –