# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| FIONA HARVEY | 2:24−cv−04744−RGK−AJR |
| Plaintiff(s), | |
| v. | |
| NETFLIX, INC., et al. | **ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |
| Defendant(s). | |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| __6/7/2024__ | __1__ | __Complaint__ |
|---|---|---|
| Date Filed | Document. No. | Title of Document. |

**IT IS HEREBY ORDERED:**

    A notice of interested parties shall be filed no later than 5 days from entry of this Order.

DATED: June 7, 2024            _/s/ R. Gary Klausner_
                                               United States District Judge