NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Allen Hyman (Cal. SBN # 73371)
Law Offices of Allen Hyman
10737 1/2 Riverside Dr.
lawoffah@aol.com
P: (818) 763-6289

ATTORNEY(S) FOR: Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Fiona Harvey

Plaintiff(s),

v.

Netflix, Inc., et. al.

Defendant(s)

CASE NUMBER:

2:24-cv-04744-RGK-AJR

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES**
(Local Rule 7.1-1)

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for PLAINTIFF, FIONA HARVEY or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Fiona Harvey | Plaintiff |
| The Roth Law Firm, PLLC | Plaintiff's attorney |
| Chris Daw, KC | Plaintiff's attorney |
| Netflix, Inc. | Defendant |
| Netflix Worldwide Entertainment LLC | Defendant |

June 10, 2024
Date

/s/ Allen Hyman
Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff FIONA HARVEY

CV-30 (05/13)                    NOTICE OF INTERESTED PARTIES