**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

FIONA HARVEY

v.

NETFLIX, INC., et. al.

Plaintiff(s)

Defendant(s).

CASE NUMBER

2:24-cv-04744-RGK-AJR

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Roth, Richard A. of

*Applicant's Name (Last Name, First Name & Middle Initial)*

212-542-8882                    212-542-8882

*Telephone Number*            *Fax Number*

rich@rrothlaw.com

*E-Mail Address*

The Roth Law Firm, PLLC
295 Madison Avenue, Fl. 22
New York, NY 10017

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Fiona Harvey

*Name(s) of Party(ies) Represented*

☒ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Hyman, Allen of

*Designee's Name (Last Name, First Name & Middle Initial)*

73371               8187636289          818-763-4676

*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

lawoffah@aol.com

*E-Mail Address*

Law Offices of Allen Hyman
10737 ½ Riverside Dr.
N. Hollywood, CA 91602

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: _____

☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.

☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated** _____

_____
**U.S. District Judge/U.S. Magistrate Judge**