1  LATHAM & WATKINS LLP
2    Marvin S. Putnam (Bar No. 212839)
      marvin.putnam@lw.com
3    Laura R. Washington (Bar No. 266775)
      laura.washington@lw.com
4  10250 Constellation Blvd., Suite 1100
   Los Angeles, California 90067
5  Telephone: +1.424.653.5500
   Facsimile: +1.424.653.5501
6

7  *Attorneys for Defendants*
   Netflix, Inc. and Netflix Worldwide
8  Entertainment, LLC

9
                    UNITED STATES DISTRICT COURT
10
                   CENTRAL DISTRICT OF CALIFORNIA
11

12 | FIONA HARVEY,                         | Case No. 2:24-cv-04744-RGK-AJR
13 |                                        |
   |              Plaintiff,                | Hon. R. Gary Klausner
14 |                                        |
   |         v.                             | **STIPULATION TO EXTEND TIME TO**
15 |                                        | **RESPOND TO INITIAL COMPLAINT**
   | NETFLIX, INC. and NETFLIX              | **BY NOT MORE THAN 30 DAYS (L.R.**
16 | WORLDWIDE ENTERTAINMENT,               | **8-3)**
   | LLC,                                   |
17 |                                        | Complaint served:
   |              Defendants.               | June 28, 2024
18 |                                        |
19 |                                        |
   |                                        | Current response date:
20 |                                        | July 19, 2024
21 |                                        |
   |                                        | New response date:
22 |                                        | July 29, 2024

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
CENTURY CITY

Case No. 2:24-cv-04744-RGK-AJR
STIPULATION TO EXTEND TIME TO RESPOND
PURSUANT TO LOCAL RULE 8-3

Pursuant to Local Rule 8-3 of the United States District Court for the Central District of California, Plaintiff Fiona Harvey ("Plaintiff") and Defendants Netflix, Inc. and Netflix Worldwide Entertainment, LLC (collectively, "Defendants") hereby stipulate to extending Defendants' deadline to respond to Plaintiff's Initial Complaint to July 29, 2024.  Prior to entering into this stipulation, Defendants' deadline to file a response to Plaintiff's Initial Complaint was July 19, 2024, which is 21 days after the effective service date of June 28, 2024.  This is the first extension in this case.

This extension does not extend the time to respond to Plaintiff's Initial Complaint for more than a cumulative total of thirty (30) days from the date the response initially would have been due, and therefore falls within Local Rule 8-3 and does not need to be approved by the Court.

Dated:  July 15, 2024

LATHAM & WATKINS LLP
  Marvin S. Putnam

By  /s/ Marvin S. Putnam
  Marvin S. Putnam

*Attorneys for Defendants*
Netflix, Inc. and Netflix Worldwide Entertainment, LLC

Dated:  July 15, 2024

THE ROTH LAW FIRM, PLLC
  Richard A. Roth (*pro hac vice*)
  Brian Levenson (*pro hac vice*)

By  /s/ Richard A. Roth
  Richard A. Roth

LAW OFFICES OF ALLEN HYMAN
  Allen Hyman

*Attorneys for Plaintiff*
Fiona Harvey

## **ATTESTATION REGARDING SIGNATURES**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized this filing.

Dated:  July 15, 2024                    By *Marvin S. Putnam*
                                           Marvin S. Putnam

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
CENTURY CITY

Case No. 2:24-cv-04744-RGK-AJR
STIPULATION TO EXTEND TIME TO RESPOND
PURSUANT TO LOCAL RULE 8-3