| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| 2 |    Marvin S. Putnam (Bar No. 212839) |
|   |      *marvin.putnam@lw.com* |
| 3 |    Laura R. Washington (Bar No. 266775) |
|   |      *laura.washington@lw.com* |
| 4 | 10250 Constellation Blvd., Suite 1100 |
| 5 | Los Angeles, California 90067 |
|   | Telephone: +1.424.653.5500 |
| 6 | Facsimile: +1.424.653.5501 |

*Attorneys for Defendants*
Netflix, Inc., and
Netflix Worldwide Entertainment, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIONA HARVEY,<br><br>        Plaintiff,<br><br>  v.<br><br>NETFLIX, INC., and NETFLIX WORLDWIDE ENTERTAINMENT, LLC,<br><br>        Defendants. | Case No. 2:24-cv-04744-RGK-AJR<br><br>**DEFENDANTS NETFLIX, INC. AND NETFLIX WORLDWIDE ENTERTAINMENT, LLC'S NOTICE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT**<br><br>Hon. R. Gary Klausner |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
CENTURY CITY

Case No. 2:24-cv-04744-RGK-AJR
DEFENDANTS' NOTICE OF INTERESTED PARTIES
AND CORPORATE DISCLOSURE STATEMENT

# DEFENDANTS NETFLIX, INC. AND NETFLIX WORLDWIDE ENTERTAINMENT, LLC'S CERTIFICATE OF INTERESTED PARTIES AND DISCLOSURE STATEMENT

Pursuant to civil Local Rule 7.1-1 and Federal Rule of Civil Procedure 7.1, Defendants Netflix, Inc. and Netflix Worldwide Entertainment, LLC, by and through their undersigned counsel, provide the following information:

1. For a nongovernmental corporate party, the name of its parent corporation and any publicly held corporation that owns 10% or more of its stock:

Netflix, Inc. is a publicly traded company that has no parent company, and no publicly held corporation owns 10% or more of Netflix, Inc's stock. Netflix Worldwide Entertainment, LLC is a wholly owned subsidiary of Netflix, Inc.

2. A complete list of all persons, association of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

    a. Plaintiff Fiona Harvey
    b. Defendant Netflix, Inc.
    c. Defendant Netflix Worldwide Entertainment, LLC

Dated: July 29, 2024

Respectfully submitted,

**LATHAM & WATKINS LLP**
Marvin S. Putnam

By /s/ *Marvin S. Putnam*
Marvin S. Putnam

*Attorney for Defendants Netflix, Inc. and Netflix Worldwide Entertainment, LLC*