LATHAM & WATKINS LLP
  Marvin S. Putnam (Bar No. 212839)
    *marvin.putnam@lw.com*
  Laura R. Washington (Bar No. 266775)
    *laura.washington@lw.com*
10250 Constellation Blvd., Suite 1100
Los Angeles, California 90067
Telephone: +1.424.653.5500
Facsimile: +1.424.653.5501

*Attorneys for Defendants*
Netflix, Inc., and
Netflix Worldwide Entertainment, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIONA HARVEY,<br><br>           Plaintiff,<br><br>   v.<br><br>NETFLIX, INC., and NETFLIX WORLDWIDE ENTERTAINMENT, LLC,<br><br>           Defendants. | Case No. 2:24-cv-04744-RGK-AJR<br><br>**DEFENDANTS' APPLICATION FOR LEAVE TO FILE DOCUMENTS IN SUPPORT OF DEFENDANTS' SPECIAL MOTION TO STRIKE UNDER SEAL**<br><br>Hon. R. Gary Klausner |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
CENTURY CITY

Case No. 2:24-cv-04744-RGK-AJR
DEFENDANTS' APPLICATION FOR LEAVE TO FILE
DOCUMENTS UNDER SEAL

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Local Rule 79-5.2.2(a), Defendants Netflix, Inc. and Netflix Worldwide Entertainment, LLC (collectively, "Defendants" or "Netflix") hereby apply for leave to file under seal documents in support of Netflix's Special Motion to Strike.

The common law right of access to judicial proceedings "is not absolute and can be overridden given sufficiently compelling reasons for doing so." *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003). Documents may be sealed when the compelling reasons for doing so outweigh the public's right of access. *EEOC v. Erection Co.*, 900 F.2d 168, 170 (9th Cir. 1990). "The Ninth Circuit has held that compelling reasons exist to keep personal information confidential to protect an individual's privacy interest and to prevent exposure to harm or identity theft." *Activision Publ'g, Inc. v. EngineOwning UG*, 2023 WL 2347134, at *1 (C.D. Cal. Feb. 27, 2023) (citing *Foltz*, 331 F.3d at 1134; *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006)); *see also Stiner v. Brookdale Senior Living, Inc.*, 2022 WL 1180216, at *2 (N.D. Cal. Mar. 30, 2022) (courts "routinely find compelling reasons to seal personally-identifying information that has minimal relevance to the underlying causes of action"). In addition, "'compelling reasons' sufficient to outweigh the public's interest in disclosure and justify sealing court records exist when such 'court files might have become a vehicle for improper purposes,' such as the use of records to gratify private spite, promote public scandal, circulate libelous statements, or release trade secrets." *Kamakana*, 447 F.3d at 1179 (quoting *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 598 (1978)).

Defendants respectfully request that Exhibits 1-41, 43-51, and 53-60 to the Declaration of Richard Gadd in Support of Netflix's Special Motion to Strike (the "Gadd Exhibits") and Exhibit 7 to the Declaration of Laura Wray in Support of Netflix's Special Motion to Strike (the "Wray Exhibit") be filed under seal because

Latham & Watkins LLP
Attorneys At Law
Century City

Case No. 2:24-cv-04744-RGK-AJR
DEFENDANTS' APPLICATION FOR LEAVE TO FILE
DOCUMENTS UNDER SEAL

(i) the Gadd Exhibits contain personally identifiable information of Richard Gadd ("Gadd") and other third parties whose privacy interests are implicated, and (ii) the Gadd Exhibits and the Wray Exhibit contain personally identifiable and/or private information of third parties which, if made public, and in light of the high-profile nature of this dispute, "might [] become a vehicle for improper purposes," including "to gratify private spite," "promote public scandal," and/or "circulate libelous statements." *See* Declaration of Marvin S. Putnam in Support of Defendants' Application for Leave to File Documents in Support of Defendants' Special Motion to Strike at ¶¶ 3-12.

Gadd, Laura Wray ("Wray"), and the other third parties' interest in keeping their personally identifiable information and a few other deeply personal and otherwise irrelevant pieces of information private is a compelling reason to seal these documents that outweighs the public's interest in disclosure. *See Kamakana*, 447 F.3d at 1179; *see also United States v. Amodeo*, 71 F.3d 1044, 1050 (2d Cir. 1995) ("privacy interests of **innocent third parties** … should **weigh heavily** in a court's balancing equation") (emphasis added); *Mendiola v. Regents of Univ. of California*, 2021 WL 9721281, at *1 (C.D. Cal. Dec. 1, 2021) ("The Court finds that the proposed redactions are narrowly tailored to protect **third-party privacy interests** and accordingly finds it appropriate to redact this information as proposed.") (emphasis added); *Opperman v. Path, Inc.*, 2017 WL 1036652, at *4 (N.D. Cal. Mar. 17, 2017) (protecting "privacy interests of non-parties" by granting request to seal documents containing "names, email addresses, and phone numbers" of non-parties); *Altemus v. Amazon.com Servs. LLC*, 2024 WL 1078245, at *2 (S.D. Cal. Mar. 12, 2024) (granting motion to seal private health information). And so is their interest in this information not becoming "a vehicle for improper purposes," *Kamakana*, 447 F.3d at 1179, which is especially relevant given that this lawsuit was brought by a prolific stalker and harasser. *See generally* Declarations of Richard Gadd, Laura Wray, and Craig Seymour in Support of Defendants' Special Motion

3

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
CENTURY CITY

Case No. 2:24-cv-04744-RGK-AJR
DEFENDANTS' APPLICATION FOR LEAVE TO FILE
DOCUMENTS UNDER SEAL

to Strike. As filed with this Court, the Gadd Exhibits and the Wray Exhibit contain limited redactions necessary to protect the privacy of Gadd, Wray, and other third parties, and to prevent this information from becoming a vehicle for improper purposes.

Accordingly, Netflix request that the Court enter the attached Proposed Order Granting Netflix's Application for Leave to File Documents in Support of Netflix's Special Motion to Strike Under Seal.

Dated: July 29, 2024

Respectfully submitted,

LATHAM & WATKINS LLP

By  /s/ *Marvin S. Putnam*
    Marvin S. Putnam
    Attorneys for Defendants
    Netflix, Inc., and Netflix Worldwide
    Entertainment, LLC

4

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
CENTURY CITY

Case No. 2:24-cv-04744-RGK-AJR
DEFENDANTS' APPLICATION FOR LEAVE TO FILE
DOCUMENTS UNDER SEAL