# EXHIBIT 1

**REDACTED VERSION OF
DOCUMENT PROPOSED
TO BE FILED UNDER SEAL**

**EXHIBIT 1**
**Page 21**

**From:** Fiona Harvey ████████████████
**Sent:** Thursday, January 29, 2015 1:42 PM UTC
**To:** ████████████████████ Fiona Harvey ████████████████████
**Subject:** yummy mummy

I did not actually block your account becasuie i dont know how to do that.

I am not a little moron who sits at comoputers all day

I see your mum is on twitter

I looked up yours to see what was going on in your head and you retweeted her

She looks normal and happy in the seaside photo

her hair is better blond

She could get a toyboy

now this whole trimester is busy as hell and I see from your twitter account you have shows

My book will be seraialised

The aim of the game is to make as much cash as possible

I am still very angry and upset with you

You do not discuss me in that vile little pub



Yopu owe me a written apology

professionals such as me are now taking over the countgry

There will be a tory victory and I think the snp will gain maybe twnety seats

nicola is beholden to folk like me so she had better not forget that

david and gideon are performing superbly

You just behave keep your hand on your hapenny and think before you open your mouth

I will not stand for demeaning of women in any way

need to dash

I have [peopel waiting for me

F

**EXHIBIT 1**
**Page 22**