# EXHIBIT 2

## REDACTED VERSION OF
## DOCUMENT PROPOSED
## TO BE FILED UNDER SEAL

**EXHIBIT 2**
**Page 23**

**From:** Fiona Harvey ███████████████████
**Sent:** Saturday, September 17, 2016 4:27 PM UTC
**To:** Richard ████████████████

I love the photo of you sleeping on twitter

I'm away to do likewise

I do look better though x

You'd look great with a better haircut.


Sent from my iPhone

**EXHIBIT 2**
**Page 24**