# EXHIBIT 3

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

EXHIBIT 3
Page 25

**From:** Fiona Harvey
**Sent:** Monday, June 13, 2016 8:21 PM UTC
**To:**

R u down soho pretending to be gay wee one. Having a vigil

You look gay in one of those online photos

Don't u worry I love ya and I would kill a Muslim if they attacked you

Just try not to fly or use the tube

They r all over it

They should all be tagged

Sent from my iPhone

**EXHIBIT 3**
**Page 26**