# EXHIBIT 4

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

EXHIBIT 4
Page 27

**From:** Fiona Harvey
**Sent:** Friday, July 15, 2016 4:49 PM UTC
**To:**

All Moslems should be tied up by the balls to hang from trees.

Sent from my iPhone

**EXHIBIT 4**
**Page 28**