# EXHIBIT 5

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

EXHIBIT 5
Page 29

**From:** Fiona Harvey
**Sent:** Friday, July 17, 2015 3:54 PM UTC
**To:**                                              Fiona Harvey

mark hasnt emailed me  i said i would take him for a drink poor guy

fk i have no time to do anything

not getting sleep cos of muslim bloody neighbours

i hate muslims

noise noise noise act like animals

tow hours sleep a night i get

im selling that place

one of my male pals threeateneed to beat them up last night

i wish he had bloody done

i was playing loud rock music to fk them off

i do hatemuslims

like that little ghorror of a muislim that goes into hawley fell out with redhead they hate women these muslims

i dont know that wee shit and he was turning his nose up at ,me

she refused to serve him

she was quite right

he had obviously laid into her with his muslim hate

i spoke to him once and he said he hated wife

next i knew he was turning up his horrid ugly nose at me theat day you were there and uyou told him off

thanks for that

they are wee shites

i get them running along balcony for hours on end

they are all on the game or drug dealers

ive called in the useless english scotssquad five times

i may buy myself and new sex toy for my fiftieth on 28th july

i may have a party

i may buy a new leathenr jacket

i may buy crotchless panties fk knows

when i seel that place ill have a party to trash the place to fk off thge muslims

someone called mhari black a hooker

must google it

it was some professor from edinburgh uni

shes asked me to take a look at it

EXHIBIT 5
Page 30

do not buy choc cheesecake from m and s oh god so rich had some of it last night

too sweetr

▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮

gottas rush

EXHIBIT 5
Page 31