# EXHIBIT 6

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

EXHIBIT 6
Page 32

**From:** Fiona Harvey ████████████████
**Sent:** Tuesday, August 02, 2016 5:51 PM UTC
**To:** ████████████████████████

That wee wazzock of a hairdresser has done my hair one shade too dark

He's Italian

No wonder I'm a racist

Wee fuck

Sent from my iPhone

**EXHIBIT 6**
**Page 33**