# EXHIBIT 7

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

EXHIBIT 7
Page 34

**From:** Fiona Harvey
**Sent:** Sunday, May 29, 2016 12:34 PM UTC
**To:**

CAn I just say before I go out again I can't stand this gay business

I could say I think julia roberts is quite beautiful but I'm not gonna go down on her now am I

It makes me squirm actually

Gay women aye come onto me

I can't stand it

Yuk yuk

Sent from my iPhone

**EXHIBIT 7**
**Page 35**