# EXHIBIT 9

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

**EXHIBIT 9**
**Page 41**

Richard; 28/1/2016.

I did the last episode I taped when I moved flat yesterday with no heating at 3.45 over Xmas + New Year. It was quite good.

The last show I cannot judge since I was physically poorly but did quite enjoy it.

I don't like the Hawley Arms for multivarious reasons. No in point of fact does any one I know!

I ended up looking in the window some weeks ago since I had agreed to meet someone outside.

I was 1/2 an hour late + standing in cos I thought he would maybe pass with [illegible].

I was delayed at the [illegible] and I've made it known I do not go near the Park and I didn't even like meeting folk outside.

Then my texts were off. It was my fault and all sorts

[illegible] near [illegible] as they [illegible] of Camden [illegible] [illegible] a [illegible]! [illegible]!

My dad got caught in the chaos & I had to get a taxi home and cancel other meetings.

I don't like that bloody place, although my [illegible] although it was [illegible]! and was not [illegible] at your [illegible], although they [illegible] at the [illegible] at me and I [illegible] back. Would [illegible] so in there!

Anyway, this year has been rather busy as usual.

You are still too skinny etc.

If you want I might take you up for a meal if you call me.

I don't read emails - someone else does that for me & I don't do emails. I am allergic to emails.

I cannot be bothered [illegible] up the electoral roll for [illegible] [illegible] hell.

I would surmise Soho might be would pass this to you.

I am getting back to my usual gorgeous self and power walking ten miles a day.

That [illegible] [REDACTED] -ness lives next to corner from my new place. Had I known that, I would never have bought it! She lowers the tone!

[illegible] the same [illegible] but they [illegible] sit in the Soho show.

Too much baby mouth. Nice Ass. Needs to grow up you would be my assistant. You are however quite silly and that amused me.

If you call me we can go to the [illegible] and [illegible] or do some thing nice out somewhere nice.

My pals think you sound like a chick so they want be coming. Lets keep that all separate.

You may be a [illegible] little prick. I have [illegible] you [illegible].

You are very full of yourself any Any one under 50 is.

Anyone over 80 is a [illegible] [illegible] to us all.

Not Engineer Guy was not complete + utterly [illegible] so you might have some potential.

Do not under any circs ask me to [illegible] you or speak at Hawley Bar. I simply will not do it.

I have many many people to C

+ pressures at my time.

No time you [illegible] with this I pop it + most in my family live till 90!

Call me please as soon as [illegible].

Richard X

By the way I think Starmer is the best leader over there just now' me + all my mates love him.

You don't understand politics so [illegible] so it's a waste of time us talking on that. But the SNP [illegible] in power for ever + the Tories here for ever. [illegible] Things with [illegible] the USA. Everyone comes here there.

Consider [illegible] [illegible] [illegible] [illegible]. Good.

Looking [illegible] [illegible] with you. That's a good thing cos these [illegible] are [illegible].

It's gonna be a great year I think I feel it in my bones.

L

FED UP WITH
THE FANNYING ABOUT!
MY FLATS R CLEAN OUT
COVERED IN PAPERS.
JUST CALL ME, I CAN
UP 4 MEAL.
TIME IS PRECIOUS!

I HAVE 4 PHONES. THEY
GO ALL DAY LONG!

▇▇▇▇▇ and ▇▇▇▇▇ are
nice wee guys. That Serena
who was 29/30 was a nice
wee gal and everyone
picked on her.

I don't like this gay/being
addicted/drunk addicted
generality but it persisted
mostly through.

You often never know wee
Serena got your period the
gang picking on her!??

Don't get caught you in the
drug addicted drunk addicted
ways is my advice.

Sadly most actors etc are x
they are a pain in the ass you
their lawyers, families etc.

A total pain —

I need to go but don't end up
like that.

Z

**EXHIBIT 9**
**Page 48**



# A MAN'S MIND

(IN-DEPTH ANALYSIS)

CONSPIRACY THEORIES
FOOD
BAD JOKES
ANIMAL INSTINCT
SPORT
SELF-AWARENESS

EXHIBIT 9
Page 49