# EXHIBIT 10

**REDACTED VERSION
OF DOCUMENT PROPOSED
TO BE FILED UNDER SEAL**

EXHIBIT 10
Page 50

**From:** Fiona Harvey
**Sent:** Friday, January 30, 2015 4:54 PM UTC
**To:**                                             Fiona Harvey

youve got a very big enemy in the acting world. Im not telling you who that is but they are saying you are all image image and apain in the butt

frankly im not surprised

narcissists are like that

got to go the snp have just selected soem very good women westminster candidates

jo cherry qc who I know and natalie mcgarry

mcgarry will take that seat off curran

been kept back by jobsworths all day

everyone is sayign you are a wee yap dear

they have started demolishing the crap bit of camden just at the back of hawley

good..

camden is going

EXHIBIT 10
Page 51