# EXHIBIT 11

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

EXHIBIT 11
Page 52

**From:** Fiona Harvey <span style="background:black">████████████████</span>
**Sent:** Tuesday, September 13, 2016 10:20 AM UTC
**To:** Richard <span style="background:black">████████████</span>

```
The general consensus about you is you can't shut your ignorant little failed actor mouth about anything

You are finished in the sense that you have annoyed and intimidated not just me but loads and loads of people

The beat thing for you is god knows what but keep your mouth shut when making up stories re people

You have made my life hell

You have played with my emotions but more pertinently you've bitched totally about me to all sorts if people

You asked me out I said no

Thank fuck cos you are gay and I'd have aids

Now that is my final word

Go away

Sent from my iPhone
```

**EXHIBIT 11**
**Page 53**