# EXHIBIT 12

**REDACTED VERSION
OF DOCUMENT PROPOSED
TO BE FILED UNDER SEAL**

EXHIBIT 12
Page 54

**From:** Fiona Harvey
**Sent:** Wednesday, May 04, 2016 9:44 PM UTC
**To:**

Whacked out now just need to get directions to the gun shop in case mad khan wins

We are a ll buying guns to shoot each other with just in case

We don't want isil shooting us. C

If we get rid of khan everyone will sleep easy

He should never even have been allowed to stand

Sent from my iPhone

**EXHIBIT 12**
**Page 55**