# EXHIBIT 13

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

EXHIBIT 13
Page 56

**From:** Fiona Harvey
**Sent:** Monday, August 29, 2016 1:30 PM UTC
**To:**

What u will be getting is PTSD. I can guarantee you r getting that cos I get that the minute I see a Labour Party member

I get that really badly

So anything that brings u back a memory of that event will freak u out

All Labour Party meme rrs lie and stitch up so the minute I see that I want to stab them in the face

I don't but I'd like to

Anyone whose had a traumatic abusive event gets that


So u just avoid those folk

If u feel cornered in any way you'll get that

Trapped that kind of thing

Anyone hope the lucky pants doing wonders


Sent from my iPhone

**EXHIBIT 13**
**Page 57**