# EXHIBIT 14

**REDACTED VERSION
OF DOCUMENT PROPOSED
TO BE FILED UNDER SEAL**

EXHIBIT 14
Page 58

**From:** Fiona Harvey ███████████████████
**Sent:** Sunday, February 01, 2015 1:35 PM UTC
**To:** ███████████████████████████████████ Fiona Harvey ███████████████████
**Subject:** the actual story impt

Ive got half an hour now and im making time to do this so you know the actual story then maybe you and your mates will stop slagging me

now donald dewar was a mess. I had a house in his constituency

he was desperate to get people on his campaign team who were not idiiots

John smith had been on my interview panel when I was interviewed for my first job

I had been a labour [party member since I was sixteen

so anyway I lived in jordanhill
 alot of donalds constit was  drumchapel and full of halfwits and jordanhillwas the biggest branch

Anyway election where eric joyce was selected for falkirk west it  was that one

I was opn four shortlists for fopur seats each witht hings like twenty thousand majorities

anniealand falkirk west and two others

joyce sent the sun newspaper to harass jim devine also on the falkirk west shorlist

joyce couldnt do that with me because I had worked for the sun as a trainee lawyer

so the sunday mail was doing over the wrays and every lawyers in scotland

levy and macrae acted fro the sunday mail

i knew the principla partner of levy and macae had known him for years

anyway at the same time alex rowley the ex general secretary of the party in scotland had a crush on me but then who wouldnt im gorrgeous!!!

I was married and had two small kids in teh house relatives and I was doorstopped about laura walker who was gouing through the biggest defamation case of its time in scotland

her father had hired me years before and I had walked out after two weeks because she was insane park school for girls nutcase

I was advised by promionenet m,embers of the glasgow bar association where I had been a member not to go to that firm because sher was a who e and nutcase. those were the wrods.

anyway I thought they were just being backstabbing guys

the worrs were dont go to that firm youll end up in the sunday mail. all ther staff do

unbeknown to me this laura walker was getting a divorce and had married this jommy wray mp for baillieston and  was having a kid

I didnt know any6 of this but did know catherine davidson ex cleint of a previous firm and I knew her through a keep fit gym thing

she was jimmy s second wife walker was he third and there was a first wife too!!!!!!!!!

meanwhile this complete tube called madge oneill catholic labour party mafia and drumchapel twit was desperate to get me off the shortlist

so was john robertson now an mp the hugest one in the commons and currently being questioned over offences

meanwhile stephen purcell in dewars constituency was going around doing all sorts

he was all over the scottish press for about twnety weeks which is unprecedented for various mental health and drug adddiction [problems. he was stirring everything for everyone and determined to get robertson in

**EXHIBIT 14**
**Page 59**

I was working 155 million hours ina nother law firm and do not know all of this was happening

I knew dewar was ill and doing sweet f all about anything but that was all I knew!!!

I just thought purcell was  afailed wee fat catholic failed priest

I didnt even know he was gay but I did know he drank gin all the time

anyway I got done over and sued and the thing should have eben removed from google but wasnt

anyway I suedf again and won of course

meanwhile the day
I found out id been done over I called levy and mcrae who said their lawyers had not been on duty that night

THAT LATER TURNED OUT TO BE A LIE

so I called the other lawyers all of whom I knew who acted for the sunday mail in various capacities

so ijn tape recor4ded calls they all denied they were on duty which has proved correct

Oh we wouldnt have let that defamatory story through type thing and that was correct

I went to five firms to sue for defamation and one took it on the best one costing a fortune to me

It settled

cameron fifes old firm acted for the sunday mail on certain nights

he said the article was atrocious and everyone to a man blamed levy and macrae

levy and macrae and black jack thingme acted for stephen purcell years klater in the cases opus dei paid for

When stephen purcell was accurtaely reported on for hid dodgy deeds I called the morya mp the snp chap and said look im staying out of this which i always have done. i know nicola etc etc

he was an ex journo and pointed out this sh   t was still on google

oh says i counsel told me it was off and never appeared

it trabnspired the wrays had been up to more dodgy dealings so they shoved my thing and other back on


nicola had laso woekd at drumchapel law centrre and she had nothing but trouble from madge oneill john robertson etc etc.

the whole lot of them were gangsters

I stood thr seat as  afavour to dewar

wendy alexander stayed out of it becasue she was hopeless

When thery wante drid of wendy I was called and i just said to the journalist " toast" when he asked how long has she got???


the whole country was ruled by thes eidiots for years

and then a get you a toybvoy consatntly referrring to it all

alan who is a lawyer said not to tell you because you are too young to understand

well I feel happier that you know

I know where tyhe bodies are buried in that labour party

i was married my hubby was ill and died suddenly

ppuircell it transpires is gay and difficult and an alcy and druggy

EXHIBIT 14
Page 60

robertson is being investigated

dewar died

noone mourned

wendy always was a wee nobody

all of the women candidates in that selection got the same treatment cos we were all going round wex boyfriedns going we did not shag did we wed are all virgins etc etc

noown could catch me dfoing anything else cos im very well behaved

even the bloody law society were engineerd by walker into giving a flase quote

the press officeer for the law society was bottom of my year at uni

she had to retake and retake

she also went to park school for girls

she was off duty and the press officer gave the wrong quote

LSS gave me an apology

The pcc upheld my complaint

now dont you go on to me re typos cos im over my half hour and got to go

so before you open your mouthg you should think richard

I gave all my files to folk like nicola moved here to requalify in this jurisdiction and hey presto the snp won the next scottish election.

You are not stupid but I dont think yo9u are as clever as me

few men are and they resent it

Jimmy wray died last year

I had a massive party her night he died

he was a paedophile wife beater and rapist of his wife the secopnd mrsd wray

We have all seen her medical notes

I hate tyhese labour party catholic mafia people with a vengeance

They are gangsters

Now Im going

Ive gopt work to do

FBH

EXHIBIT 14
Page 61