# EXHIBIT 15

**REDACTED VERSION
OF DOCUMENT PROPOSED
TO BE FILED UNDER SEAL**

EXHIBIT 15
Page 62

**From:** Fiona Harvey
**Sent:** Thursday, February 12, 2015 5:32 PM UTC
**To:** Fiona Harvey

that has made my fg year    maguire and mcakenna were total old fat cts in that labour party when we wwere all going for seats

I was speaking to the snp leader of stirling council

leaked all sorts to press and loved silly wee boyts like purcell

oh to say i am delighted is the undertstsment of the year

im ecstatic!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!

she knows ive always hated her guts

she would never look the road Iw as on

she was always shit  scared id challenge her for the seat

I woul;d have wopn that as an independent

oh I could skip

the wicked witch is dead

Id go out celebrating but need to study

ive done f all for these exams

**EXHIBIT 15**
**Page 63**