# EXHIBIT 16

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

EXHIBIT 16
Page 64

**From:** Fiona Harvey
**Sent:** Monday, August 15, 2016 4:09 PM UTC
**To:**

My face is in a big frown today

I don't normally frown

It's the state of the uk

Me and my cronies either get. Back into public life again since we. R doing it. Be hind the scenes anyway or we all fuck off to New York a better place
I wanted gove for pm

I knew may would be a lily livered bitch


Sent from my iPhone

**EXHIBIT 16**
**Page 65**