# EXHIBIT 17

**REDACTED VERSION
OF DOCUMENT PROPOSED
TO BE FILED UNDER SEAL**

EXHIBIT 17
Page 66

**From:** Fiona Harvey
**Sent:** Tuesday, November 18, 2014 11:52 AM UTC
**To:**

It's biling beet root as they say in Aberdeen. I luv that. ItmAkese lUgh. It makes me laugh even. Reams of blood. By the way piers gas a great ass pinched if last night. Great ass.

Sent from my iPhone

**EXHIBIT 17**
**Page 67**