# EXHIBIT 18

**REDACTED VERSION
OF DOCUMENT PROPOSED
TO BE FILED UNDER SEAL**

EXHIBIT 18
Page 68

**From:** Fiona Harvey
**Sent:** Sunday, September 11, 2016 6:59 AM UTC
**To:** Richard

To be honest it's up to you but I want to suck your cock all day have u shag me and have a stab at this

It's totally up to you

I need to get this place sorted out and fuck loads work to do


Sent from my iPhone

**EXHIBIT 18**
**Page 69**