# EXHIBIT 19

## REDACTED VERSION
## OF DOCUMENT PROPOSED
## TO BE FILED UNDER SEAL

**EXHIBIT 19**
**Page 70**

**From:** Fiona Harvey ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Sent:** Tuesday, November 11, 2014 8:03 AM UTC
**To:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Subject:** Sex and lots of it

You are on An ultimatum dear boy. I want sex three times at night and twice in the morning or I won't
talk up IOU again. I've been sex starved. For a year since we met.  I'm miserable and depressed about
it. If any man doesn't fancy me they are either mad or gay or both. I'm down to my biggest black suit
having been on the starvation diet.  You of these mad shows and globetrotter yet globe six months if the
year and oh mad places like Australia.  Fuck knows why when you could be a proper actor. Just do not
ask me why.  Amyway next weekend is iour last chance cos this sexual starvation is yorture against ghe
humAn rights act and terrible.  I've never been so sec starved in all my born days.  It's mentally
depressing.  F.  I hate typing too.


Sent from my iPhone

**EXHIBIT 19**
**Page 71**