# EXHIBIT 20

**REDACTED VERSION
OF DOCUMENT PROPOSED
TO BE FILED UNDER SEAL**

EXHIBIT 20
Page 72

**From:** Fiona Harvey
**Sent:** Wednesday, May 11, 2016 5:36 PM UTC
**To:**

This bleeding is easing off slightly I think

I just want to give u loads and loads of blow jobs to make you sleep

Sent from my iPhone

**EXHIBIT 20**
**Page 73**