# EXHIBIT 21

**REDACTED VERSION
OF DOCUMENT PROPOSED
TO BE FILED UNDER SEAL**

EXHIBIT 21
Page 74

**From:** Fiona Harvey
**Sent:** Sunday, July 24, 2016 10:09 AM UTC
**To:**

I was gonna come see your show at Harrison's bar

I came over all tired at five had already been in camden and kings cross yesterday morning

Got sunburnt but was very sick then diarrhoea later

Had to nap

It's a bug or acid reflux or sunstroke

I can't stand all the bloody foreigners in the streets this time year but was genuinely sick

I did so much want to see it and let u fuck my brains put.

Sent from my iPhone

**EXHIBIT 21**
**Page 75**