# EXHIBIT 22

**REDACTED VERSION
OF DOCUMENT PROPOSED
TO BE FILED UNDER SEAL**

EXHIBIT 22
Page 76

**From:** Fiona Harvey ▮▮▮▮▮▮▮▮▮▮
**Sent:** Sunday, January 18, 2015 12:49 PM UTC
**To:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Fiona Harvey ▮▮▮▮▮▮▮▮▮▮
**Subject:** richard angel im worried re you

Richard angel im worried about you ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮

▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮ ou werent in at hawley

is there anything i can do?

ive not been at emails all week but steve has been checking them

wopn major test case monday and very busy all week and feelling sick

i cant ledn you money just now cos im skint but wont be at end feb i hope

you can stay at mione rent free if you need to and no struings

you dont need to sleep with me


anyway let me know if you are in a bad way

im worried re you and obviiusly miss your luvly bum  it si the luvliets bum

my typing gets no better

f

EXHIBIT 22
Page 77