# EXHIBIT 23

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

EXHIBIT 23
Page 78

**From:** Fiona Harvey
**Sent:** Friday, May 08, 2015 3:13 PM UTC
**To:**                                    Fiona Harvey

harman and the whole l,ot of them standing down

no balls!!!!!

i love it

 you still have a cute ass though but that was great last night just great

need to go

ivt not even brushed my hair and im in street

look a fright

too ewxciterd to bruish my hair!!!

too excited to type

god im happy

i have been thinking a lot about your ass

its your best bit

**EXHIBIT 23**
**Page 79**