# EXHIBIT 24

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

EXHIBIT 24
Page 80

**From:** Fiona Harvey
**Sent:** Wednesday, August 24, 2016 1:29 AM UTC
**To**

Seriously gadd you do have a great ass and if u invite sone gay guy back to your flat hell think it's Xmas

Keep your hSnd on your happens
Y

Baby


Sent from my iPhone

**EXHIBIT 24**
**Page 81**