# EXHIBIT 25

**REDACTED VERSION
OF DOCUMENT PROPOSED
TO BE FILED UNDER SEAL**

EXHIBIT 25
Page 82

**From:** Fiona Harvey
**Sent:** Thursday, July 21, 2016 8:00 PM UTC
**To**

My sweetness I do love your hair and your bum

My sweetness.

Sent from my iPhone

**EXHIBIT 25**
**Page 83**