# EXHIBIT 26

**REDACTED VERSION
OF DOCUMENT PROPOSED
TO BE FILED UNDER SEAL**

**EXHIBIT 26
Page 84**

**From:** Fiona Harvey █████████████
**Sent:** Friday, September 02, 2016 11:47 PM UTC
**To:** ███████████████████████

That is a big deal

It's affected four years of your life

Don't let folk twist it

It's like twenty years of my life ruined by Labour Party

I'm gonna stop winding u up too

You are clever and talented

I've always thought
That
I just don't think u can joke in the shows re any kind of abuse

It doesn't work for me

It's funny on a superficial bizarre level but not good for society to joke about it

I think u r more handsome than u think u r or handsome to me

I think u r painfully shy and looking for a personality

I love in in that kind grey t shirt with long hair

I hate these white t shirts and crap haircuts

I think someone demeaned u one day and said u weren't handsome

You are

I like the accent the voice

Hate all this swearing

That's insecurity

Hate all the drinking

Like your mates like ian smith

Hate hawley lot

Your hair was great up at snooker bar

You r an obsessive hair utter

Love your hands

You've got writers hands

Thought that first time I met u

I noticed your hands high cheekbones eyes and bum

You've got the best bum I've ever seen

Chiselled face

I thought you had a chiselled Viking like face

Born by the sea all that stuff

You are clean I like that

I liked the Adidas man bag

You had a man bag

Sweet

**EXHIBIT 26**
**Page 85**

I like the fact you are well read

I like the fact u did that Shakespeare thing


I could see u writing some great stuff

Anyway call me this weekend if u can

I'm cancelling stuff to diet

Cutting out some stressful stuff

Oh you are shit scared of me

The intellect the age the Sunday mail nonsense your hawley mates hate me and I wrote you that horrible letter. You don't like being Sussed out by me or analysed by me

You are worried re what your parents would think

You are scared if I have a temper tantrum

You are scared of a commitment with a woman after that girl who dumped u badly

You like my hair long

I like it short

I think ████ ight

We were made for each other
Two high end achievers shit scared of relationships both abused in different ways in the past.

Peas in a pod

I'm giving up swearing too

I never had temper tantrums till Sunday mail nonsense

It was traumatic

You need positive role models not hawley lot

Croatia is a crazy Holliday place

Wouldn't be my choice

The bad haircuts your worst feature

The rest is good

I'd really like to know what the bad haircuts is all about

Sent from my iPhone

**EXHIBIT 26**
**Page 86**