# EXHIBIT 27

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

EXHIBIT 27
Page 87

**From:** Fiona Harvey
**Sent:** Tuesday, September 20, 2016 5:14 PM UTC
**To:** Richard

```
Mind you the way brad just dumped Anniston was terrible

Jolie has aye been a screwed up cow

Jen is nice

Jolie will end up a lonely bitter old cow

Serves brad right that bit

I just like his bum

Your bum incidentally is the best bum I've ever seen on a guy ever and I've seen some nice bums

Cracking ass you have

Sent from my iPhone
```

**EXHIBIT 27**
**Page 88**