# EXHIBIT 28

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

EXHIBIT 28
Page 89

**From:** Fiona Harvey
**Sent:** Wednesday, April 20, 2016 7:09 PM UTC
**To:**
**Attachment(s):** "photo.JPG","ATT00001.txt"

```
ThTs me at twenty five.
```

**EXHIBIT 28**
**Page 90**



EXHIBIT 28
Page 91