# EXHIBIT 30

**REDACTED VERSION
OF DOCUMENT PROPOSED
TO BE FILED UNDER SEAL**

EXHIBIT 30
Page 95

**From:** Fiona Harvey
**Sent:** Wednesday, May 11, 2016 1:28 PM UTC
**To:**
**Attachment(s):** "photo.JPG","ATT00001.txt"

```
C I was sober before I went out.
```

**EXHIBIT 30**
**Page 96**



EXHIBIT 30
Page 91