# EXHIBIT 31

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

EXHIBIT 31
Page 98

**From:** Fiona Harvey
**Sent:** Tuesday, November 18, 2014 11:47 AM UTC
**To**

Ps I'm clotting badly. I think we can safely say I'm not menopausal babe.   Xx

Sent from my iPhone

**EXHIBIT 31**
**Page 99**