# EXHIBIT 32

### REDACTED VERSION
### OF DOCUMENT PROPOSED
### TO BE FILED UNDER SEAL

**EXHIBIT 32**
**Page 100**

**From:** Fiona Harvey ███████████
**Sent:** Wednesday, November 19, 2014 11:31 AM UTC
**To:** ██████████████████

This blood loss is excessive sounds gruesome but I should have kept it all in a jar to show the dr.

Sent from my iPhone

**EXHIBIT 32**
**Page 101**