# EXHIBIT 33

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

**EXHIBIT 33**
**Page 102**

**From:** Fiona Harvey
**Sent:** Sunday, December 28, 2014 1:18 PM UTC
**To**
**CC:** Fiona Harvey

hi   my clitoris dropped off.....too much masturbation

i hope yolu managed tyo avoid stray bin lorries during your glasgow show

ive got court dates all over the place in the new year...work george has not done..then its my own firm

had a l;ovely xmas day just pleasing myself

hope you and                    are well

fxxx

going to hawley hogmanay partry  why dont you come

my internet has been all down

i very much qwanted to emigratwe yesterday to new york

typed in haste

**EXHIBIT 33**
**Page 103**