# EXHIBIT 34

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

EXHIBIT 34
Page 104

**From:** Fiona Harvey
**Sent:** Wednesday, April 27, 2016 6:09 PM UTC
**To:**

Fed up with the highlight of my day being masturbating. I mean I like masturbating. But.

Sent from my iPhone

**EXHIBIT 34**
**Page 105**