# EXHIBIT 35

**REDACTED VERSION
OF DOCUMENT PROPOSED
TO BE FILED UNDER SEAL**

EXHIBIT 35
Page 106

**From:** Fiona Harvey ███████████
**Sent:** Friday, May 06, 2016 5:43 PM UTC
**To:** █████████████████████

I've masturbated and looked at photos of cute babies now I'm gonna have a drink so I can cope wen they tell me the wee poisoned dwarf has won.

I've done everything possible to calm me down.

Sent from my iPhone

**EXHIBIT 35**
**Page 107**