# EXHIBIT 36

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

EXHIBIT 36
Page 108

**From:** Fiona Harvey
**Sent:** Friday, May 13, 2016 8:10 AM UTC
**To:**

I was sitting at that thing at holiday inn suddenly realised Scott caputro was not on these folk had cancelled at eight thirty and I thought whSt the fuck am I doing here spare prick at the wedding

I had seen u up doing lighting or sth and thought oh fuck what's he doing here do I talk to him

I'm not organising stuff ever again where folk do a no show

It's so mortifying

I walked home not exactly in a straight line I was still angry and it was only the next day I felt violently sick

I thought I haven't had enough to drink to feel this sick

Then heavy bleeding started Monday

My tits and tummy were looking six months pregnant last week but thought oh in just being a woman

It's an Fg nightmare

Ok work understanding and some I could do from home

But vos was at home could see how much I was bleeding

Just an Fg nightmare and u probably still have me on block and aren't getting emails

Fuck knows

Is this my life.

Sent from my iPhone

**EXHIBIT 36**
**Page 109**