# EXHIBIT 37

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

EXHIBIT 37
Page 110

**From:** Fiona Harvey ████████████████████████
**Sent:** Friday, June 10, 2016 7:51 AM UTC
**To:** ████████████████████████████████

Worst feeling when sanitary towels chad v skin

Have become allergic to tampons

Thought for to dayx

Chaf.

Sent from my iPhone

**EXHIBIT 37**
**Page 111**