# EXHIBIT 38

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

EXHIBIT 38
Page 112

**From:** Fiona Harvey
**Sent:** Friday, September 09, 2016 7:36 AM UTC
**To:** Richard

I've got to get the beef off the tits and belly

I've piled it on cos I used to walk at night but my drug dealing neighbour next door keeps getting busted and I was scared to go out at night lest he had folk waiting for me downstairs to attack me

That's not a lie

I'd kick out at him physically in a minute but I can't risk an assault conviction

In fact is Fg kill the b

I've got lawyers working on getting humour now

Camdencouncil won't evict him

He's forty

His cubt of a mother votes labour

Right in with pat callaghan
Drs are insisting I lose this weight

It'll take two weeks to start to come off

I've gone up two bra and dress. Sizes

Dangerous for a diabetic

Big tits fine

Big belly no

I need to do loads walking and cut right down on carbs

I eat brown read loads of it

I do have great nipples though I have to say

This drug dealer is Cubt cos it's the whole family dealing

Nice of Callaghan to tellme the whole family had criminal records smile long

She's a cunt

She needs removed as head of housing

Battles going on there

Everyone wants her out

She takes backhanders on licensing cee too

nd everyone hate her Fg guts

I called her a cubt to her face

Drug dealer bigger one broke in jan attacked his nephew a dealer

Cousin was arrested at that address
Sister also a dealer arrested there

He's been arrested and we still don't have full police report

Criminal lawyers and bent cops have toldme the nature of the charges

In jan I reccd a choice of sixty potential charges

I expected fifteen of them tobe charged

**EXHIBIT 38**
**Page 113**

Five were

Cps incompetent
Criminal lawyers incompetent

It's not him in scared of physically so much but who he might know lurking on the stairs with a knife

When I asked him who the guy was who broke in

Oh he didn't know

Called hi malting cubt

Called hima lying cunt that should read

What's worse living next to Muslims or a white dealer

Even stevens I think

Anyway diet starts today

Insulin piles it on if u eat large amounts

He fancies me too

Cheeky cubt

Sent from my iPhone

**EXHIBIT 38**
**Page 114**