# EXHIBIT 39

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

EXHIBIT 39
Page 115

**From:** Fiona Harvey ▮
**Sent:** Wednesday, November 18, 2015 10:05 PM UTC
**To:** ▮ Fiona Harvey ▮
**Subject:** your show

i liked the bit where ben was kicking your arse cos the back view of your arse was perfect

thats your best bit

i did not like the whitney houston photo trying to take the p ss bit that was in really bad taste

so eg dont make jokes about international terrorists or theyll come in and shoot you see what i mean

i dont think you have blocked my emails at all

one of your jokes i think

listen need to go cos loads to do tonight and not even home yet

**EXHIBIT 39**
**Page 116**