# EXHIBIT 40

**REDACTED VERSION
OF DOCUMENT PROPOSED
TO BE FILED UNDER SEAL**

**EXHIBIT 40
Page 117**

**From:** Fiona Harvey ████████████████████
**Sent:** Sunday, August 07, 2016 9:44 AM UTC
**To:** ████████████████████████████████

Im laughing at that woman vickis bad review of your show

Your show is very funny

Need to get tea

Was gonna have a lie in but needed to masturbate

Where's u and your cock when I need it

Fg Edinburgh


Sent from my iPhone

**EXHIBIT 40**
**Page 118**