# EXHIBIT 41

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

EXHIBIT 41
Page 119

**From:** Fiona Harvey
**Sent:** Sunday, August 28, 2016 6:47 PM UTC
**To:**

I'm cooking my chips sirloin steak and mushrooms

I think you were assaulted and I'll tell you why

The control freakery

The dumping of women

The challenging of people

The not eating

The drinking

I was not sensibg low self esteem

I think the therapist will be a fuck up

I've seen this before with the clients

Therapists are always fuck ups and he or she will have held you back

I think the publicist is inexperienced

She may be a very nice lassie but the guardian shite

Oh no

My feelings all week have been oh no oh no

Do u really run off to the mainstream media with this

My gut reaction is no

The bit that doesn't fit was u being so hard on me re the wrays

We were all standing up for a domestic violence and rape victim

We all got it in the neck

Hawley arms doesn't fit either

███████ is an ok guy as long as one doesn't sh. G him but he had all these women on the go and they were all fighting

The band mate did a revenge porn thing

The reputation of the barmen in there is not good re abusive behaviour

███████ lovely guys but I've heard a few stories about others

More than a few

That doesn't fit

The sexual referencing in the shows

Well I picked up on that quick smart as ███████ did

All the refs to anal sex

I thought it was anusive behaviour picked up from glasgow uni hawley etc

I think u r right it was a bad artistic decision

Your mum and dad I think r very much in love

I've heard a wee bit re that

I think they r probably a nice normal couple so all the gratuitous sex and violence didn't fit

**EXHIBIT 41**
**Page 120**



It didn't fit

The sleeping around I don't believe

Your publicist or therapist and or have encouraged u to say that

The drugs I don't believe

The drinking I do believe

Sent from my iPhone

**EXHIBIT 41**
**Page 121**