# EXHIBIT 43

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

EXHIBIT 43
Page 124

**From:** Richard ███████████████████
**Sent:** Wednesday, February 10, 2016 12:35 PM UTC
**To:** Elizabeth.Clayden@met.pnn.police.uk <Elizabeth.Clayden@met.pnn.police.uk>
**Subject:** Re: crime ref: 2702958/16

Hi Elizabeth,

Thank you for sending this through - I definitely think it is the best course of action and I really appreciate your help with everything.

I have also alerted the pub of the situation and they might be in touch with you to explain a bit more their end as I believe they are struggling with her a little more intensely right now but they agree that this is the right route to go down.

Thanks once again and I will be in touch if there are any further developments.

Kind regards,

Richard


**Richard Gadd**
Writer/Performer

███████████████
http://unitedagents.co.uk/richard-gadd
http://www.spotlight.com/interactive/cv/cv.asp?ref=M158637&pub=1

---

**From:** Elizabeth.Clayden@met.pnn.police.uk <Elizabeth.Clayden@met.pnn.police.uk>
**Sent:** 10 February 2016 10:51
**To:** ███████████████████
**Subject:** crime ref: 2702958/16

Hi Richard,

Further to our earlier conversation, I am writing to clarify the points we discussed in relation to crime ref: 2702958/16.

As you explained, Fiona has only contacted you twice since christmas, a marked decline in her levels of contact since 2014. In keeping with your concerns that police intervention might exacerbate the situation and lead to further prolonged contact from her, instead of issuing a first instance harassment warning letter I will look to refer Fiona to the appropriate mental health/community intervention team for support in this case.

If, in the future, she contacts you again, please do not hesitate to call 101 in order to make another report or contact me on the details provided below. More importantly, if at any point you feel threatened by her or fear for your safety, then please call 999.

If you require further information or would like to discuss anything further then please feel free to contact me.

Kind regards,

Elizabeth

**PC Clayden| PC 803 NI| Islington Beat Crimes - North**
**0207 421 0554**
Address: Holloway Police Station, Hornsey Road, N7 7QY
Email: P236836@met.pnn.police.uk

**Total Policing is the Met's commitment to be on the streets and in your communities to catch offenders, prevent crime and support victims. We are here for London, working with you to make our capital safer.**

**Consider our environment - please do not print this email unless absolutely necessary.**
NOTICE - This email and any attachments may be confidential, subject to copyright and/or legal privilege and are intended solely for the use of the intended recipient. If you have received this email in error, please notify the sender and delete it from your system. To avoid incurring legal liabilities, you must not distribute or copy the information in this email without the permission of the sender. MPS communication systems are monitored to the extent permitted by law. Consequently, any email and/or attachments may be read by monitoring staff. Only specified personnel are authorised to conclude any binding agreement on behalf of the MPS by email. The MPS accepts no responsibility for unauthorised agreements reached with other employees or agents.  The security of this email and any attachments cannot be guaranteed. Email messages are routinely scanned but malicious software infection and corruption of content can still occur during transmission over the Internet. Any views or opinions expressed in this communication are solely those of the author and do not necessarily represent those of the Metropolitan Police Service (MPS).

**Find us at:**

EXHIBIT 43
Page 125

Facebook: Facebook.com/metpoliceuk
Twitter: @metpoliceuk

**EXHIBIT 43**
**Page 126**