# EXHIBIT 45

## TO BE MANUALLY LODGED

EXHIBIT 45
Page 130