# EXHIBIT 46

**REDACTED VERSION
OF DOCUMENT PROPOSED
TO BE FILED UNDER SEAL**

EXHIBIT 46
Page 131

**From:** Richard
**Sent:** Monday, September 19, 2016 5:03 PM UTC
**To:** Samuel.Walsh@met.pnn.police.uk <Samuel.Walsh@met.pnn.police.uk>
**Subject:** Re: Fiona Harvey Voicemails

Just to let you know I am now in from work and will be around all evening.

Kind regards,

Richard

On Sep 18, 2016, at 11:59 AM, "Samuel.Walsh@met.pnn.police.uk" <Samuel.Walsh@met.pnn.police.uk> wrote:

> I will contact you tomorrow to see when you are available. My shift is 1400 hours until 2300 hours
>
> Regards
>
> Walsh 382ni
>
>> **From:** Richard
>> **Sent:** 18 September 2016 10:57
>> **To:** Walsh Sam G - NI <Samuel.Walsh@met.pnn.police.uk>
>> **Subject:** Re: Fiona Harvey Voicemails
>>
>> Thank you. I am out currently at a meeting and will be back at my flat around 1pm. Is it possible to arrive after then please?
>>
>> Regards,
>>
>> Richard
>>
>> On Sep 18, 2016, at 10:42 AM, "Samuel.Walsh@met.pnn.police.uk" <Samuel.Walsh@met.pnn.police.uk> wrote:
>>
>>> Dear Mr Gadd
>>>
>>> I will try and come and collect the SD card today so that we can get this for evidence
>>>
>>> Regards
>>>
>>> Pc WALSH 382ni
>>>
>>>> **From:** Richard
>>>> **Sent:** 17 September 2016 19:29
>>>> **To:** Walsh Sam G - NI <Samuel.Walsh@met.pnn.police.uk>
>>>> **Subject:** Re: Fiona Harvey Voicemails
>>>>
>>>> Hi Samuel,
>>>>
>>>> I have managed to download all fifty voicemails from Fiona Harvey onto an SD card as well as writing an in depth document outlining particularly threatening/aggressive moments and where to find them in the mp3. In the space of four days she has sent me roughly fours hours and twenty minutes of voicemail.
>>>>
>>>> I am not sure whether you have been trying to call me today. Due to my phone now blocking unknown numbers, I fear it might now be blocking yours as well unfortunately. Can we use email or arrange a time to speak on the phone tomorrow?
>>>>
>>>> Let me know and thanks again for earlier.
>>>>
>>>> Richard

**EXHIBIT 46**
**Page 132**

**Richard Gadd**
Writer/Performer

http://unitedagents.co.uk/richard-gadd
http://www.spotlight.com/interactive/cv/cv.asp?ref=M158637&pub=1

---

**From:** Richard
**Sent:** 17 September 2016 08:37
**To:** samuel.walsh@met.police.uk
**Subject:** Fiona Harvey Screenshots

**Total Policing is the Met's commitment to be on the streets and in your communities to catch offenders, prevent crime and support victims. We are here for London, working with you to make our capital safer.**

**Consider our environment - please do not print this email unless absolutely necessary.**
NOTICE - This email and any attachments may be confidential, subject to copyright and/or legal privilege and are intended solely for the use of the intended recipient. If you have received this email in error, please notify the sender and delete it from your system.  To avoid incurring legal liabilities, you must not distribute or copy the information in this email without the permission of the sender. MPS communication systems are monitored to the extent permitted by law.  Consequently, any email and/or attachments may be read by monitoring staff. Only specified personnel are authorised to conclude any binding agreement on behalf of the MPS by email. The MPS accepts no responsibility for unauthorised agreements reached with other employees or agents.  The security of this email and any attachments cannot be guaranteed. Email messages are routinely scanned but malicious software infection and corruption of content can still occur during transmission over the Internet. Any views or opinions expressed in this communication are solely those of the author and do not necessarily represent those of the Metropolitan Police Service (MPS).

**Find us at:**
**Facebook:** Facebook.com/metpoliceuk
**Twitter:** @metpoliceuk

**Total Policing is the Met's commitment to be on the streets and in your communities to catch offenders, prevent crime and support victims. We are here for London, working with you to make our capital safer.**

**Consider our environment - please do not print this email unless absolutely necessary.**
NOTICE - This email and any attachments may be confidential, subject to copyright and/or legal privilege and are intended solely for the use of the intended recipient. If you have received this email in error, please notify the sender and delete it from your system.  To avoid incurring legal liabilities, you must not distribute or copy the information in this email without the permission of the sender. MPS communication systems are monitored to the extent permitted by law.  Consequently, any email and/or attachments may be read by monitoring staff. Only specified personnel are authorised to conclude any binding agreement on behalf of the MPS by email. The MPS accepts no responsibility for unauthorised agreements reached with other employees or agents.  The security of this email and any attachments cannot be guaranteed. Email messages are routinely scanned but malicious software infection and corruption of content can still occur during transmission over the Internet. Any views or opinions expressed in this communication are solely those of the author and do not necessarily represent those of the Metropolitan Police Service (MPS).

**Find us at:**
**Facebook:** Facebook.com/metpoliceuk
**Twitter:** @metpoliceuk

**EXHIBIT 46**
**Page 133**