# EXHIBIT 47

## TO BE MANUALLY LODGED

**EXHIBIT 47**
**Page 134**