# EXHIBIT 48

## REDACTED VERSION
## OF DOCUMENT PROPOSED
## TO BE FILED UNDER SEAL

**EXHIBIT 48**
**Page 135**

**From:** Richard ███████████

**Sent:** Wednesday, September 21, 2016 10:44 AM UTC

**To:** rebecca.writing@met.police.uk <rebecca.writing@met.police.uk>

**Subject:** Fiona Harvey Emails

**Attachment(s):**

"1.png","2.png","3.png","4.png","5.png","6.png","7.png","8.png","9.png","10.png","11.png","12.png","13.png","14.png","15.png","16.png","17.png","18.png","19.png","20.png","21.png","22.png","23.png","24

Sent By Fiona Harvery of Her Pants.JPG"

Dear PC Writing,

Thank you for your call earlier.

I have attached as many screenshots from Fiona Harvey to this email that I possibly can. There are so many more, but this will give you a flavour of the kind of things I have been receiving.

The voicemails are another level to this - and these are pretty bad - so hopefully you will be able to listen to those at some point if I can get them across to you.

Kind regards,

Richard

**Richard Gadd**
Writer/Performer

████████████
http://unitedagents.co.uk/richard-gadd
http://www.spotlight.com/interactive/cv/cv.asp?ref=M158637&pub=1

**EXHIBIT 48**
**Page 136**



How to block phone num... | Mail - Richard - Outlook

https://outlook.live.com/owa/?path=/mail/AQMkADAwATY0MDABLTlkNDctYmlAYzUtMDACLTAwCgAuAAADk

Outlook Email

Search Mail and People

New | Reply | Delete | Archive | Junk | Sweep | Move to | Categories | ... | Undo

Folders
- Inbox 5
- Junk Email
- Drafts
- Sent Items
- Deleted Items 226
- Amazon
- Archive
- EDFRINGE 2013
- EDFRINGE 2014
- EDFRINGE 2016
- Fiona Harvey
  - Intense
  - Super Intense
- Important
- Junk
- WFG Pilot
- Wrestlemania
- EDFRINGE 2015

(No subject)

FH Fiona Harvey
Wed 07/01/2015, 16:24
You

Reply

from now on do call folk retards partic if in the labour party if stark raving homos or casstholics

im right behind you

ill need to go to three separate courts tomorrow to clear up the mess George has caused

hes a Glasgow catholic poofter educzated down here ie total fk up

ta for listening

not only that hes a cheeky c t all over the email all day today

im not normally this bads

I just hate catholics poofters etc

and im a racist

apart from that im a really sweet wee girleie good at sedx



How to block phone num... | Mail - Richard - Outlook

https://outlook.live.com/owa/?path=/mail/AQMkADAwATY0MDABLTlkNDctYmlAYzUtMDACLTAwCgAuAAADk

Outlook Email

Search Mail and People

New | Reply | Delete | Archive | Junk | Sweep | Move to | Categories | ... | Undo

Folders
- Inbox 5
- Junk Email
- Drafts
- Sent Items
- Deleted Items 226
- Amazon
- Archive
- EDFRINGE 2013
- EDFRINGE 2014
- EDFRINGE 2016
- Fiona Harvey
  - Intense
  - Super Intense
- Important
- Junk
- WFG Pilot
- Wrestlemania
- EDFRINGE 2015

(No subject)

FH Fiona Harvey
Sun 15/02/2015, 15[redacted]
You; Fiona Harvey [redacted]

Reply

throwing out clothes cos i need to spend ten grand on new clothes for office etc

camden would make one a racist. i put out one bin bagh was just about tol leave to put it out coveredd in spittle by muslims passing by

now they take it up the ass all the time dont buy bogroll instead use their hands and dont wash and hey spit on my binbag cos im an infidel who the hell is racist there?

i have to go to another burgh to do banking noone can get up and down camden high street

i need to use back streets all the time cos of the touristys who wont move

nigel still has an office here and we store files in old flat

its a b mess this burgh

everyone has at least four weans

ill tell you what i ddi enjoy that prog on steve mcqueen at t time

gorgeous eyes

the three wives looked the same

i knew what ali mcgraw looked like but not the otjhers...they all looked the same

qwhich proves my point men are imbeciles they even go out with folk who look the same

id better go

The difference is Audible
Download your free audiobook now*
Download
*With 30 day trial
audible an amazon company



How to block phone num... | Mail - Richard - Outlook

https://outlook.live.com/owa/?path=/mail/AQMkADAwATY0MDABLTlkNDctYmIAYzUtMDACLTAwCgAuAAADk

Outlook Email

Search Mail and People

New | Reply | Delete | Archive | Junk | Sweep | Move to | Categories | ... | Undo

Folders
- Inbox 5
- Junk Email
- Drafts
- Sent Items
- Deleted Items 226
- Amazon
- Archive
- EDFRINGE 2013
- EDFRINGE 2014
- EDFRINGE 2016
- Fiona Harvey
  - Intense
  - Super Intense
- Important
- Junk
- WFG Pilot
- Wrestlemania
- EDFRINGE 2015

## hawley arms

FH Fiona Harvey

Wed 23/12/2015, 1[redacted]

You; Fiona Harvey[redacted]

Reply

You forwarded this message on 02/02/2016 17:15

your place of work was allegedly raided by several agencies last saturday?

a little birdie told me

??????????????????????????????????????????????????????????????????????????????????????????????????????????????????????????????????

Horror that sounds so good...

audible an amazon company



How to block phone num...
Mail - Richard - Outlook
https://outlook.live.com/owa/?path=/mail/AQMkADAwATY0MDABLTlkNDctYmIAYzUtMDACLTAwCgAuAAADk
Search
Outlook Email
Search Mail and People
New
Reply
Delete
Archive
Junk
Sweep
Move to
Categories
Undo
Folders
Inbox 5
Junk Email
Drafts
Sent Items
Deleted Items 226
Amazon
Archive
EDFRINGE 2013
EDFRINGE 2014
EDFRINGE 2016
Fiona Harvey
Intense
Super Intense
Important
Junk
WFG Pilot
Wrestlemania
EDFRINGE 2015
(No subject)
FH
Fiona Harvey
Thu 21/04, 13:20
You
Reply
Photos
photo.JPG
823 KB
ATT00001.txt
333 bytes
2 attachments (824 KB) Download all Save all to OneDrive - Personal
My new pants. I'm going out I'm going mad
Get this close to Comedy...
audible
an amazon company



How to block phone num... | Mail - Richard - Outlook

https://outlook.live.com/owa/?path=/mail/AQMkADAwATY0MDABLTlkNDctYmIAYzUtMDACLTAwCgAuAAADk

Outlook Email

Search Mail and People

New | Reply | Delete | Archive | Junk | Sweep | Move to | Categories | Undo

Folders
Inbox 5
Junk Email
Drafts
Sent Items
Deleted Items 226
Amazon
Archive
EDFRINGE 2013
EDFRINGE 2014
EDFRINGE 2016
Fiona Harvey
Intense
Super Intense
Important
Junk
WFG Pilot
Wrestlemania
EDFRINGE 2015

(No subject)

FH Fiona Harvey
Mon 24/11/2014, 09:45
You

I had a weirdo dream last night. Don't normally dream. U were bonking an old lAdy about eighty and screaming I love u I love u. It was horrible.

Sent from my iPhone

Make Science Fiction...
audible an amazon company



From: Fiona Harvey ▮▮▮▮▮▮▮▮▮▮
Date: 25 May 2016, 17:56:23 BST
To: Fiona Harvey ▮▮▮▮▮▮▮▮

For the first time ever I slammed off the daily politics show

I normally have it on in the background whilst I'm doing stuff if I can

I thought if I get one more peep. Out of so called feminist s gay or ethnic minority folk ill blow my top

Who came on bonnie Greer

I could not get hold of that remote control quick enough

Maybe I'm having a mid life crisis but I don't want to hear social groups whi feing

Oh I'm gay I'm gay

Oh I'm black in black

Oh ima Muslim poor me

Oh I'm trying to be a pretend feminist poor me

It does my bloody head in

No you are trying to make money out of being a whinger

Maybe I should eat my dinner before reading the I love me who do u love newspaper all about mr khan

It used to be called the evening standard

Now it's called the khan comic

EXHIBIT 48
Page 142



How to block phone num... | Mail - Richard - Outlook

https://outlook.live.com/owa/?path=/mail/AQMkADAwATY0MDABLTlkNDctYmIAYzUtMDACLTAwCgAuAAADk

Search

Outlook Email

Search Mail and People

New | Reply | Delete | Archive | Junk | Sweep | Move to | Categories | ... | Undo

Folders
- Inbox 5
- Junk Email
- Drafts
- Sent Items
- Deleted Items 226
- Amazon
- Archive
- EDFRINGE 2013
- EDFRINGE 2014
- EDFRINGE 2016
- Fiona Harvey
  - Intense
  - Super Intense
- Important
- Junk
- WFG Pilot
- Wrestlemania
- EDFRINGE 2015

(No subject)

FH Fiona Harvey
Wed 11/05, 17:37
You

Reply

This bleeding is easing off slightly I think

I just want to give u loads and loads of blow jobs to make you sleep

Sent from my iPhone



How to block phone num... | Mail - Richard - Outlook

https://outlook.live.com/owa/?path=/mail/AQMkADAwATY0MDABLTlkNDctYmIAYzUtMDACLTAwCgAuAAADk

Outlook Email

Search Mail and People

New | Reply | Delete | Archive | Junk | Sweep | Move to | Categories | Undo

Folders
Inbox 5
Junk Email
Drafts
Sent Items
Deleted Items 226
Amazon
Archive
EDFRINGE 2013
EDFRINGE 2014
EDFRINGE 2016
Fiona Harvey
Intense
Super Intense
Important
Junk
WFG Pilot
Wrestlemania
EDFRINGE 2015

(No subject)

FH Fiona Harvey
Fri 15/07, 20:18
You

Reply

I was up till four last night tired.

It's turkey kicking off now

I hate Muslims. They r nuts.

Sent from my iPhone

Read cdn.ipromote.com



How to block phone num...
Mail - Richard - Outlook
https://outlook.live.com/owa/?path=/mail/AQMkADAwATY0MDABLTlkNDctYmIAYzUtMDACLTAwCgAuAAADk
Search
Outlook Email
Search Mail and People
New
Reply
Delete
Archive
Junk
Sweep
Move to
Categories
Undo
Folders
Inbox 5
Junk Email
Drafts
Sent Items
Deleted Items 226
Amazon
Archive
EDFRINGE 2013
EDFRINGE 2014
EDFRINGE 2016
Fiona Harvey
Intense
Super Intense
Important
Junk
WFG Pilot
Wrestlemania
EDFRINGE 2015
(No subject)
FH
Fiona Harvey
Fri 15/07, 16:49
You
Reply
All Moslems should be tied up by the balls to hang from trees.
Sent from my iPhone
Transferring data from ad.doubleclick.net...



How to block phone num... | Mail - Richard - Outlook

https://outlook.live.com/owa/?path=/mail/AQMkADAwATY0MDABLTlkNDctYmIAYzUtMDACLTAwCgAuAAADk

Outlook Email

Search Mail and People

New | Reply | Delete | Archive | Junk | Sweep | Move to | Categories | ... | Undo

Folders
- Inbox 5
- Junk Email
- Drafts
- Sent Items
- Deleted Items 226
- Amazon
- Archive
- EDFRINGE 2013
- EDFRINGE 2014
- EDFRINGE 2016
- Fiona Harvey
  - Intense
  - Super Intense
- Important
- Junk
- WFG Pilot
- Wrestlemania
- EDFRINGE 2015

(No subject)

FH Fiona Harvey
Sun 31/07, 15:18
You

Reply

Just for the record I have multiple orgasms cos I train my men up sexually

So in your show u said u give your mum am orgasm

Poor mum

It's technically flawed your show

It's a good laugh but my bum will not recover from that chair

Maybe I should sue

Sent from my iPhone



How to block phone num... | Mail - Richard - Outlook

https://outlook.live.com/owa/?path=/mail/AQMkADAwATY0MDABLTIkNDctYmIAYzUtMDACLTAwCgAuAAADk

Outlook Email

Search Mail and People

New | Reply | Delete | Archive | Junk | Sweep | Move to | Categories | ... | Undo

Folders
- Inbox 5
- Junk Email
- Drafts
- Sent Items
- Deleted Items 226
- Amazon
- Archive
- EDFRINGE 2013
- EDFRINGE 2014
- EDFRINGE 2016
- Fiona Harvey
  - Intense
  - Super Intense
- Important
- Junk
- WFG Pilot
- Wrestlemania
- EDFRINGE 2015

(No subject)

FH Fiona Harvey
Fri 30/01/2015, 16:54
You; Fiona Harvey [redacted]

Reply

youve got a very big enemy in the acting world. Im not telling you who that is but they are saying you are all image image and apain in the butt

frankly im not surprised

narcissists are like that

got to go the snp have just selected soem very good women westminster candidates

jo cherry qc who I know and natalie mcgarry

mcgarry will take that seat off curran

been kept back by jobsworths all day

everyone is sayign you are a wee yap dear

they have started demolishing the crap bit of camden just at the back of hawley

good..

camden is going

Waiting for secure-ams.adnxs.com...



How to block phone num...
Mail - Richard - Outlook
https://outlook.live.com/owa/?path=/mail/AQMkADAwATY0MDABLTlkNDctYmIAYzUtMDACLTAwCgAuAAADk
Search
Outlook Email
Search Mail and People
New | Reply | Delete Archive Junk | Sweep Move to Categories ••• Undo
Folders
Inbox 5
Junk Email
Drafts
Sent Items
Deleted Items 226
Amazon
Archive
EDFRINGE 2013
EDFRINGE 2014
EDFRINGE 2016
Fiona Harvey
Intense
Super Intense
Important
Junk
WFG Pilot
Wrestlemania
EDFRINGE 2015

(No subject)

FH Fiona Harvey
Mon 01/08, 21:29
You
Reply |

Guy I met tonight had heard of u

He's in the arts

Guy my age

Oh he's a bit edgy him he says

I told him some of the jokes

You'll be fine if u just avoid that hawley bar.

Sent from my iPhone

Access two articles every week
Register now
THE TIMES THE SUNDAY TIMES
Know your times



How to block phone num... | Mail - Richard - Outlook

https://outlook.live.com/owa/?path=/mail/AQMkADAwATY0MDABLTlkNDctYmIAYzUtMDACLTAwCgAuAAADk

Outlook Email

Search Mail and People

New | Reply | Delete | Archive | Junk | Sweep | Move to | Categories | ... | Undo

Folders
- Inbox 5
- Junk Email
- Drafts
- Sent Items
- Deleted Items 226
- Amazon
- Archive
- EDFRINGE 2013
- EDFRINGE 2014
- EDFRINGE 2016
- Fiona Harvey
- Important
- Junk
- WFG Pilot
- Wrestlemania
- EDFRINGE 2015

(No subject)

FH Fiona Harvey
Sun 07/08, 10:18
You

Reply

Richard gadd I want to suck your cock all day and get my brains fucked out

Edinburgh is not ideal for me this time of year !!!

Sent from my iPhone

American Airlines



How to block phone num... | Mail - Richard - Outlook

https://outlook.live.com/owa/?path=/mail/AQMkADAwATY0MDABLTlkNDctYmIAYzUtMDACLTAwCgAuAAADk

Outlook Email

Search Mail and People

New | Reply | Delete | Archive | Junk | Sweep | Move to | Categories | ... | Undo

Folders
- Inbox 5
- Junk Email
- Drafts
- Sent Items
- Deleted Items 226
- Amazon
- Archive
- EDFRINGE 2013
- EDFRINGE 2014
- EDFRINGE 2016
- Fiona Harvey
- Important
- Junk
- WFG Pilot
- Wrestlemania
- EDFRINGE 2015

(No subject)

FH Fiona Harvey
Sat 06/08, 11:03
You

Reply

London very dangerous all these Somalians

I told u they were nothing but trouble

Sent from my iPhone



How to block phone num... | Mail - Richard - Outlook

https://outlook.live.com/owa/?path=/mail/AQMkADAwATY0MDABLTlkNDctYmlAYzUtMDACLTAwCgAuAAADk

Outlook Email

Search Mail and People

New | Reply | Delete | Archive | Junk | Sweep | Move to | Categories | ... | Undo

Folders
- Inbox 5
- Junk Email
- Drafts
- Sent Items
- Deleted Items 226
- Amazon
- Archive
- EDFRINGE 2013
- EDFRINGE 2014
- EDFRINGE 2016
- Fiona Harvey
  - Intense
  - Super Intense
- Important
- Junk
- WFG Pilot
- Wrestlemania
- EDFRINGE 2015

(No subject)

FH Fiona Harvey
Sun 24/07, 10:09
You

Reply

I was gonna come see your show at Harrison's bar

I came over all tired at five had already been in camden and kings cross yesterday morning

Got sunburnt but was very sick then diarrhoea later

Had to nap

It's a bug or acid reflux or sunstroke

I can't stand all the bloody foreigners in the streets this time year but was genuinely sick

I did so much want to see it and let u fuck my brains put.

Sent from my iPhone

Waiting for tps619.doubleverify.com...

Zero
HALIFAX



Foyles Book Search | Mail - Richard - Outlook

https://outlook.live.com/owa/?path=/mail/AQMkADAwATY0MDABLTlkNDctYmIAYzUtMDACLTAwCgAuAAADkYxZ4

Outlook Email

Search Mail and People

New | Reply | Delete | Archive | Junk | Sweep | Move to | Categories | Undo

Folders
- Inbox 5
- Junk Email
- Drafts 1
- Sent Items
- Deleted Items 265
- Amazon
- Archive
- EDFRINGE 2013
- EDFRINGE 2014
- EDFRINGE 2015
- EDFRINGE 2016
- Fiona Harvey
  - Intense
  - Super Intense
- Important
- Junk
- WFG Pilot

(No subject)

FH Fiona Harvey
Sun 01/05, 15:34
You

Reply

I'm a wreck today. I've hit itchy pubic hair too

It's a rash

The trick is not to shave cos then u get prickly heat

TgSt Michael asshole I slept with said oh I love your pubic hair kind of nice lady garden thing not too curly wurly not too shaved

As dhole of the century None of his business

This is the one who woke up in the morning said he went to orgies

Why did I go there

I hot footed it to the clap clinic but made him wear jonnys

Oh I've got a lovely dick said he

Gadd it was Fg minute. I couldn't find it

That wasy my worst shag ever

Sent from my iPhone

Receive 30,000 Membership Rewards® points*



You are naive ugly stupid and badly educated

That is me being generous!!!!!!

You have no future in acting or wtih that silly crude show

That channel four documenttary I doont think will air or that thing you are doing

This is the tip of the iceberg of what I could be saying.

Noonbe who has ever worked for that bar will ever be allowed to run their own pub

Objectionas have been lodged in advance

████████ will not be hired by any law fitrm known to me

that mad theatre course at glasgow will be deprived of funding in the fullness of time

So emigrate but not to anywhere I cgo on holidfay keep oput of my way and keep out of the way of anyone I know and do not defame people

That is ftrankly all I have to say on the matter

there are also a numbner of people signing on as you puit it and working in the hawley arms and they are not declaring tips for tax

A numbnetr of peoolel also do not haev leave to remain in the4 country

EXHIBIT 48
Page 153



Why dont you move back to glasgow That s qa workshy catholic mafia kind of place full of paedos and gangs and liars and crimbos..That might suit you just fine

[redacted]s right about one thing

Evetryone in the area does think he is gay.That is correct.

Now stay away from me

Your email is now blocked from my accopunt

You never had my main phone number anyway

My contacts arfe considerable in eevry walk of life and tehy are all very angry with you and the other staff at the hawley arms

I dont know [redacted] and his wife

I have heard derogatory comments but I dont know them

At the soho thetare I did not taslk to doug. It was that wee idiot [redacted] and [redacted] who verballed me
my quarrel is not qwith [redacted] and the wife.

oh thats anothr thing how come [redacted] is a film director if [redacted] igns on as you put it

how come [redacted] a film director



Foyles Book Search
Mail - Richard - Outlook
https://outlook.live.com/owa/?path=/mail/AQMkADAwATY0MDABLTlkNDctYmlAYzUtMDACLTAwCgAuAAADkYxZ4
Search
Outlook Email
Search Mail and People
New | Reply | Delete Archive Junk | Sweep Move to Categories ••• Undo
Folders
Inbox 5
Junk Email
Drafts 1
Sent Items
Deleted Items 265
Amazon
Archive
EDFRINGE 2013
EDFRINGE 2014
EDFRINGE 2015
EDFRINGE 2016
Fiona Harvey
Intense
Super Intense
Important
Junk
WFG Pilot
FH
Fiona Harvey
Sun 28/12/2014, 13 [redacted]
You; Fiona Harvey
Reply
hi my clitoris dropped off.....too much masturbation
i hope yolu managed tyo avoid stray bin lorries during your glasgow show
ive got court dates all over the place in the new year...work george has not done..then its my own firm
had a l;ovely xmas day just pleasing myself
hope you and youyr mad head are well
fxxx
going to hawley hogmanay party why dont you come
my internet has been all down
i very much qwanted to emigratwe yesterday to new york
we can beat your business energy renewal offer.
e·on



Foyles Book Search
Mail - Richard - Outlook
https://outlook.live.com/owa/?path=/mail/AQMkADAwATY0MDABLTlkNDctYmIAYzUtMDACLTAwCgAuAAADkYxZ4
Search
Outlook Email
Search Mail and People
New
Reply
Delete
Archive
Junk
Sweep
Move to
Categories
Undo
Folders
Inbox 5
Junk Email
Drafts 1
Sent Items
Deleted Items 265
Amazon
Archive
EDFRINGE 2013
EDFRINGE 2014
EDFRINGE 2015
EDFRINGE 2016
Fiona Harvey
Intense
Super Intense
Important
Junk
WFG Pilot
(No subject)
FH
Fiona Harvey
Wed 01/06, 16:17
You
Reply
I love trump I love trump
Trump keeps me going
Luvvin
Sent from my iPhone



Foyles Book Search | Mail - Richard - Outlook

https://outlook.live.com/owa/?path=/mail/AQMkADAwATY0MDABLTlkNDctYmlAYzUtMDACLTAwCgAuAAADk

Outlook Email

Search Mail and People | New | Reply | Delete | Archive | Junk | Sweep | Move to | Categories | Undo

Folders
- Inbox 5
- Junk Email
- Drafts 1
- Sent Items
- Deleted Items 265
- Amazon
- Archive
- EDFRINGE 2013
- EDFRINGE 2014
- EDFRINGE 2015
- EDFRINGE 2016
- Fiona Harvey
  - Intense
  - Super Intense
- Important
- Junk
- WFG Pilot

(No subject)

FH Fiona Harvey
Thu 26/05, 20:22
You

Reply

I'm counting out your assets. I think I've got fuk all

I could pimp your aaas out

Oh fuk back sore

Nothing achieved today but teams of emails

Tired of it
Back to gerry rad ferry

Sent from my iPhone



How to block phone num...
Mail - Richard - Outlook
https://outlook.live.com/owa/?path=/mail/AQMkADAwATY0MDABLTlkNDctYmlAYzUtMDACLTAwCgAuAAADk
Outlook Email
Search Mail and People
New | Reply | Delete | Archive | Junk | Sweep | Move to | Categories | Undo
Folders
Inbox 5
Junk Email
Drafts
Sent Items
Deleted Items 226
Amazon
Archive
EDFRINGE 2013
EDFRINGE 2014
EDFRINGE 2016
Fiona Harvey
Important
Junk
WFG Pilot
Wrestlemania
EDFRINGE 2015

(No subject)

Fiona Harvey
Sun 11/09, 06:59
You

To be honest it's up to you but I want to suck your cock all day have u shag me and have a stab at this

It's totally up to you

I need to get this place sorted out and fuck loads work to do

Sent from my iPhone



Foyles Book Search
Mail - Richard - Outlook
https://outlook.live.com/owa/?path=/mail/AQMkADAwATY0MDABLTlkNDctYmlAYzUtMDACLTAwCgAuAAADk
Search
Outlook Email
Search Mail and People
New
Reply
Delete
Archive
Junk
Sweep
Move to
Categories
Undo
Folders
Inbox 5
Junk Email
Drafts 1
Sent Items
Deleted Items 265
Amazon
Archive
EDFRINGE 2013
EDFRINGE 2014
EDFRINGE 2015
EDFRINGE 2016
Fiona Harvey
Intense
Super Intense
Important
Junk
Waiting for ib.adnxs.com...
(No subject)
FH
Fiona Harvey
Wed 02/12/2015, 11:08
You; Fiona Harve[redacted]
Reply
do you know sth gadd youve still blocked this email.....so much for me
and pial coming to your show to work things out!!!!!
why do I bother??????????????????????????why oh
why??????????????????????????????????????the show was shit



How to block phone num... | Mail - Richard - Outlook

https://outlook.live.com/owa/?path=/mail/AQMkADAwATY0MDABLTlkNDctYmIAYzUtMDACLTAwCgAuAAADk

Outlook Email

Search Mail and People

New | Reply | Delete | Archive | Junk | Sweep | Move to | Categories | ... | Undo

Folders
- Inbox 5
- Junk Email
- Drafts
- Sent Items
- Deleted Items 226
- Amazon
- Archive
- EDFRINGE 2013
- EDFRINGE 2014
- EDFRINGE 2016
- Fiona Harvey
  - Intense
  - Super Intense
- Important
- Junk
- WFG Pilot
- Wrestlemania
- EDFRINGE 2015

(No subject)

FH Fiona Harvey
Tue 18/11/2014, 11:47
You

Reply

Ps I'm clotting badly. I think we can safely say I'm not menopausal babe. Xx

Sent from my iPhone

SURFHOLIDAYS
THE WORLD'S BEST SURF CAMPS ARE HERE
BOOK NOW



How to block phone num... | Mail - Richard - Outlook

https://outlook.live.com/owa/?path=/mail/AQMkADAwATY0MDABLTlkNDctYmIAYzUtMDACLTAwCgAuAAADk

Search

Outlook Email

Search Mail and People

New | Reply | Delete | Archive | Junk | Sweep | Move to | Categories | ... | Undo

Folders
- Inbox 5
- Junk Email
- Drafts
- Sent Items
- Deleted Items 226
- Amazon
- Archive
- EDFRINGE 2013
- EDFRINGE 2014
- EDFRINGE 2016
- Fiona Harvey
  - Intense
  - Super Intense
- Important
- Junk
- WFG Pilot
- Wrestlemania
- EDFRINGE 2015

(No subject)

FH Fiona Harvey
Tue 18/11/2014, 11:52
You

Reply

It's biling beet root as they say in Aberdeen. Iluv that. ItmAkese lUgh. It makes me laugh even. Reams of blood. By the way piers gas a great ass pinched if last night. Great ass [redacted]

Sent from my iPhone

Waiting for pfa.levexis.com...



How to block phone num...
Mail - Richard - Outlook
https://outlook.live.com/owa/?path=/mail/AQMkADAwATY0MDABLTlkNDctYmlAYzUtMDACLTAwCgAuAAADk
Search
Outlook Email
Search Mail and People
New | Reply | Delete Archive Junk | Sweep Move to Categories ••• Undo
Folders
Inbox 5
Junk Email
Drafts
Sent Items
Deleted Items 226
Amazon
Archive
EDFRINGE 2013
EDFRINGE 2014
EDFRINGE 2016
Fiona Harvey
Intense
Super Intense
Important
Junk
WFG Pilot
Wrestlemania
EDFRINGE 2015

(No subject)

FH Fiona Harvey
Wed 19/11/2014, 11:31
You

Reply

This blood loss is excessive sounds gruesome but I should have kept it all in a jar to show the dr.

Sent from my iPhone

Make Science Fiction...
audible
an amazon company



How to block phone num...
Mail - Richard - Outlook
https://outlook.live.com/owa/?path=/mail/AQMkADAwATY0MDABLTlkNDctYmIAYzUtMDACLTAwCgAuAAADk
Search
Outlook Email
Search Mail and People
New
Reply
Delete
Archive
Junk
Sweep
Move to
Categories
Undo
Folders
Inbox 5
Junk Email
Drafts
Sent Items
Deleted Items 226
Amazon
Archive
EDFRINGE 2013
EDFRINGE 2014
EDFRINGE 2016
Fiona Harvey
Intense
Super Intense
Important
Junk
WFG Pilot
Wrestlemania
EDFRINGE 2015
(No subject)
FH
Fiona Harvey
Sat 16/07, 06:45
You
Reply
Everyone is sick of seeing these bloody silly Muslims on TV all day.
Sent from my iPhone
Currys PC World
WE START WITH YOU



(No subject)

Fiona Harvey
Sun 29/05, 12:35
You ✕

CAn i just say before I go out again I can't stand this gay business

I could say I think julia roberts is quite beautiful but I'm not gonna go down on her now am I

It makes me squirm actually

Gay women aye come onto me

I can't stand it

Yuk yuk

Sent from my iPhone

**EXHIBIT 48**
**Page 164**



How to block phone num... | Mail - Richard - Outlook

https://outlook.live.com/owa/?path=/mail/AQMkADAwATY0MDABLTlkNDctYmIAYzUtMDACLTAwCgAuAAADk

Search

Outlook Email

Search Mail and People

New | Reply | Delete | Archive | Junk | Sweep | Move to | Categories | ••• | Undo

Folders
- Inbox 5
- Junk Email
- Drafts
- Sent Items
- Deleted Items 226
- Amazon
- Archive
- EDFRINGE 2013
- EDFRINGE 2014
- EDFRINGE 2016
- Fiona Harvey
  - Intense
  - Super Intense
- Important
- Junk
- WFG Pilot
- Wrestlemania
- EDFRINGE 2015

(No subject)

FH Fiona Harvey
Fri 06/05, 17:43
You

Reply

I've masturbated and looked at photos of cute babies now I'm gonna have a drink so I can cope wen they tell me the wee poisoned dwarf has won.

I've done everything possible to calm me down.

Sent from my iPhone



How to block phone num...
Mail - Richard - Outlook
https://outlook.live.com/owa/?path=/mail/AQMkADAwATY0MDABLTlkNDctYmIAYzUtMDACLTAwCgAuAAADk
Search
Outlook Email
Search Mail and People
New
Reply
Delete
Archive
Junk
Sweep
Move to
Categories
Undo
Folders
Inbox 5
Junk Email
Drafts
Sent Items
Deleted Items 226
Amazon
Archive
EDFRINGE 2013
EDFRINGE 2014
EDFRINGE 2016
Fiona Harvey
Intense
Super Intense
Important
Junk
WFG Pilot
Wrestlemania
EDFRINGE 2015
(No subject)
FH
Fiona Harvey
Wed 27/04, 18:09
You
Reply
Fed up with the highlight of my day being masturbating. I mean I like masturbating. But.
Sent from my iPhone
Transferring data from secure.img-cdn.mediaplex.com...