# EXHIBIT 49

## TO BE MANUALLY LODGED

EXHIBIT 49
Page 167