# EXHIBIT 50

## TO BE MANUALLY LODGED

EXHIBIT 50
Page 168