# EXHIBIT 51

**REDACTED VERSION
OF DOCUMENT PROPOSED
TO BE FILED UNDER SEAL**

EXHIBIT 51
Page 169

**From:** Richard █████████████████████
**Sent:** Friday, September 30, 2016 2:15 PM UTC
**To:** rebecca.wrighting@met.police.uk <rebecca.wrighting@met.police.uk>
**Subject:** Re: Fiona Harvey Information

Dear PC Wrighting,

Further to the below, I have just this moment dropped off the pen drive to the constable on the front desk.

Kind regards,

Richard

On Sep 30, 2016, at 3:13 PM, Richard ███████████████ wrote:

> Dear PC Wrighting,
>
> Further to the below, I have just this moment dropped off the pen drive to the bald constable on the front desk.
>
> Kind regards,
>
> Richard

On Sep 30, 2016, at 1:11 PM, Richard ███████████████ wrote:

> Dear PC Wrighting,
>
> I hope you are well.
>
> I am dropping the pendrive with all the information regarding Fiona Harvey on it into Holloway Police Station in an hours time. Below is a list of the more intense parts of the voicemail (this is also in a word document on the pendrive).
>
> Kind regards,
>
> Richard Gadd

# FIONA HARVEY VOICEMAILS BREAKDOWN

**Points to note**

- Seven hours plus of voicemail.

- An average of four hours and twenty minutes of voicemail every four days.

- Two hours and eleven minutes on the first day alone.

- Lots of threats, allegations, insults against me.

- Lots of allegations about my former place of work – The Hawley Arms in Camden.

EXHIBIT 51
Page 170

- Claims to know Nicola Sturgeon and Theresa May.

- Claims to have access to police files.

- Claims that she influences the council.

- In **bold** are the more upsetting parts, mostly around the 2hour 30minute mark in **Voicemails 1**.

- Threatens me not to tell anyone about her stalking me (thus admitting to it as stalking).

- Sexual imagery throughout.

- Some of the timings in **Voicemails 3** might be slightly out. Give it a few minutes either and you will find what I have written.

# FIONA HARVEY VOICEMAILS 1

**Hours.Minutes.Seconds**

00.11.05 – Claims to be "upset with me."

00.12.30 – Proof she got my phone number in auto-reply.

00.16.50 – "She's a hooker" – referencing ▮▮▮▮▮ (a former colleague at the bar).

00.17.30 – Threatens to shut the Hawley Arms, and references ▮▮▮▮▮ the manager.

00.26.19 – References Jimmy Wray stuff in the news articles online.

00.35.00 – Calls me a "bipolar alcoholic." (I'm not)

00.39.00 – Claims "I drink too much." (I don't)

00.55.00 – References ▮▮▮▮▮ (a former colleague at the bar) and "revenge porn."

01.04.00 – "A whore with red hair" – referencing ▮▮▮▮▮

01.06.00 – ▮▮▮▮▮ "Cock sucking little Spaniard with the red hair."

01.06.00 – Anti-English rhetoric.

01.08.00 – Claims to know "professional people" – ominous threats of violence. Also claims to have the power to chuck ▮▮▮ out of the country.

01.11.00 – ▮▮▮ "Little Spannish tart."

01.12.00 – Racism: "Bloody Foreigners."

01.13.00 – Aggressive: "All you people are fucking morons."

01.14.00 – ▮▮▮ "Cock-sucking little whore." – very aggressive.

01.18.00 – Threatens injunction and restraining order on me and the pub.

01.31.00 – Threatens to sue. "I will sue."

01.36.00 – Death threats towards ▮▮▮▮▮

01.47.00 – Sexual imagery. "Big vibrator."

02.02.00 – Mad ramblings.

02.01.00 – Claims to have a "file on me." Says a lot of people "know about me" – intimidating. Says I am not to approach her (I have never approached her). Threatens to shut my former place of work – The Hawley Arms.

**02.15.00 – Claims to have word from Theresa May that she was going to "ban" my show. Lots of angry language here. "Shut your mouth."**

**02.16.00 – Threats and allegations against family. "I know your family." Says they have "enemies." Tells me to "fuck off." Tells me to "Stay in Croatia, I'm warning you."**

**EXHIBIT 51**
**Page 171**

02.20.00 – Claims to know licensing police.

**02.23.00 – Threats and insults against my family (has clearly researched into them also).**

**02.25.00 – Claims that "the whole of Glasgow hates me" and have an "axe to grind" with me.**

02.26.00 – Mad ramblings.

**02.29.00 – Stalker reference – threatens me not to tell the police about her voicemails/emails. Says she has access to police files.**

**02.32.00 – Threatens to "smash somebodies face in."**

**02.34.00 – More nasty stuff about my family.**

**02.34.00 – Claims that undercover cops, drug dealers, lawyers, ex-lawyers are all after me and that the industry I work in "hate my guts."**

**02.35.00 – Expresses paranoia that I will go to the police. Tells me "not to go" and that she "can make waves" if I do. Also says that "nobody is going to help me" if I stand against her.**

**02.36.00 – Claims my shows incites violence.**

**02.37.00 – Claims to have my former place of work "shut down" – claims to have the power: "We can do that," she says.**

**02.38.00 – Makes allegations about ▬▬ form the bar. Claims he's a paedophile and that she has photographs of two underage girls from Canada.**

02.44.00 – More licensing police threats.

02.45.00 – Somalian racism.

02.51.00 – ▬▬▬▬ phones her. LOTS of references to speaking to him/knowing him, moaning about him etc. throughout the whole voicemail.

02.52.00 – Complains about the police. More insults come my way.

02.54.00 – Talks graphically about her period.

02.58.00 – More paedophile allegations against ▬▬ from the bar.

03.04.00 – Vagina references.

03.15.00 – More stalker references. Talks about her period here too.

03.19.00 – Mad ramblings.

03.19.00 – Speaks about Jimmy Wray in depth about how he use to hit his staff and forced her to have a miscarriage. Quite upsetting this bit regardless of whether it is true/untrue.

03.24.00 – Threatens me: "don't tell anyone about this."

03.29.00 – Claims to have drank twenty-six glasses of wine.

**00.03.37 – Threatening: "Smash your balls in." Don't talk to me like that – references/complaints about the police here too.**

03.39.00 – ▬▬▬▬ references.

03.40.00 – References "hating the French."

03.46.00 – Mad ramblings.

04.02.00 – Claims she is going to have my old manager arrested.

04.04.00 – Somalian references.

04.18.00 – Mad ramblings.

04.19.00 – Aggressive towards council.

**EXHIBIT 51**
**Page 172**

# FIONA HARVEY VOICEMAILS 2

**Hours.Minutes.Seconds**

00.00.45 – "You shouted your mouth off."

**00.01.00 – Claims to have information on my family through the MSP Martha Glen.**

**00.02.30 – "So angry at you shouting your mouth off." Then goes on to tell me not to mouth off to** the police. Goes onto to tell me she probably understands if I am paranoid right now.

00.04.15 – Claims to know the police who told her "I mouthed off."

00.06.30 – "Shut up and listen to me."

00.11.00 – Mad ramblings.

00.12.40 – Claims to sleep wit ▉▉▉▉▉▉

00.14.00 – Lists off her sex life.

00.16.30 – Tries to pretend I am interested in her sex life.

00.18.45 – "I said that to get you on your own." Admits underhand tactics.

**00.21.30 – Admits to coming to my shows. Pretends that she "didn't know I was going to be there."**

**00.26.30 – Calls my former colleague ▉▉▉▉▉▉ "a wee whore." Claims to have reported her to immigration law and that she will stop her getting employed anywhere in this country.**

**00.27.50 – "I want Hawley shut down" – then goes onto say that if she wants it shut down she has the influence in the city to close it down "quick smart" and that her "stamp will be all over it." Says she will put ▉▉▉▉▉▉ out of practice. Says she is "not a stalker" at this point too.**

**00.30.50 – Claims to know 100,000 lawyers. Threatening part. Says to me: "You're not as bright as you think you are... I'm 25,000 steps ahead of you."**

**00.31.30 – "You're in a position of no power in this town. Shut your fucking face."**

**00.32.15 – Says all foreigners "should be shipped out of the town to Birmingham."**

**00.37.00 – "I'm a racist."**

00.43.00 – Mad ramblings. Says that the government are giving illegal psychotic drugs to criminal clients to pacify them.

**00.47.00 – Threatens me with defamation.**

00.49.00 – Claims to have the power to put people in jail.

00.52.00 – "The English are fucking bonkers."

00.59.00 – Mad ramblings.

01.00.00 – I am sick talking to myself. "Everyone's a cunt."

**01.05.00 – Claims that I am "unhirable" which is the result of "claptrap" – "You don't want to be spouting off again." Says she will create "World War Three over a sketch" – referencing my shows.**

**01.14.00 – Really racist bit. Wants to "boot" all Pakistanis "out of the country." Goes onto say that "Scotland doesn't know how bad it is having to mix with them."**

**01.16.00 – "Won't catch me giving a foreigner the time of day for anything." Brings the Hawley Arms back in at that point by saying that "every person who goes there is a hooker."**

# FIONA HARVEY VOICEMAILS 3

**Hours.Minutes.Seconds**

EXHIBIT 51
Page 173

**00.10.00 –** Incredibly racist part for two minutes. "I want all these foreigners out… far too many foreigners coming in… if that sounds racist, too bad." Bemoans all of these "mad Muslims."

**00.14.00 –** More racism. Moans about Muslims "clogging up our hospital wards." Claims the NHS are racist. Claims 5,000,000 Muslims in waiting room last time she went. Claims she "wasn't a racist until she saw this happening." Goes onto say, "Who gives a fuck?! – I will kick the living daylights out of anyone who crosses me in this town."

00.20.00 – Talks about ▇▇▇▇▇▇▇▇▇ harassing tenants."

00.25.00 – Says ▇▇▇▇▇▇▇▇▇ owers her 10,000 pounds.

**00.26.00 –** References a "stalker" she has as if to sidestep her being one. Goes onto explain why she keep calling me on "No Caller ID" – clearly revealing that she knows I have blocked her number but is still calling me in spite of this.

00.29.00 – More excuses over her "No Caller ID."

**00.30.00 –** Admits to sending me pants in the post to the venue I was performing at in Edinburgh.

00.31.00 – Claims everything she does is with the "best intentions" – "I'm straight as a guy" she says.

00.32.00 – Talks more about her stalker then calls me a "right wee bastard."

**00.36.30 –** Admits she "went through me like a ton of bricks" and was "unduly harsh" in some of her voicemails.

00.38.00 – "I know more" than me regarding the police.

00.44.00 - Claims he was turning up at my shows to "make friends."

00.45.30 – "Not that I didn't want to sleep with you."

**00.47.30 –** "I have had mad stalkers too" – surely admitting that she is stalking here. Goes onto list what she expects a man to do before sex.

**00.49.00 –** "I've trusted you with personal information." Threatens me not to discuss it.

00.54.00 – "Don't argue with me about the law."

**00.56.00 –** "I exaggerate when I'm under pressure and pissed off."

00.59.00 – Lists traits of a stalker.

01.01.00 – Claims that ▇▇▇▇▇▇▇▇▇ told her – "you've got great tits" and turned up at her door to "have an affair."

01.05.30 – Claims to know Gerard Butler.

01.12.30 – "He's dodgy because he's English." – Implies everyone in London has aids.

01.13.30 – Asks me to get checked for sexual disease. Talks in detail about her sexual experiences.

01.14.00 – Talks at length about the sex she has had.

01.19.00 – Mad ramblings.

01.22.00 – Tries to tutor me on sex education.

01.26.00 – More sex talk. Refers to "stalker boy" again.

**01.33.30 –** Talks about her pubic hair.

**01.34.30 –** "I masturbate all the time."

01.39.20 – "Stalker boy."

EXHIBIT 51
Page 174

EXHIBIT 51
Page 175