# EXHIBIT 53

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

EXHIBIT 53
Page 179

**From:** Fiona Harvey
**Sent:** Tuesday, November 18, 2014 8:54 AM UTC
**To:**

```
I'll take up qc in scotland but only to lecture the restless natives. On paper I'll support that Fg
he'll hole of a country.  In theory I really don't give a flying fuck after the events of yesterday.
I'm absolutely ducking furious with the events of yesterday.  I really wish my Fg sister would drop dead.
She has squandered that entire estate in legal fees leaving me with f all money.  I'll have her Fg two
bit fat sack lawyer struck off.  Not An easy thing to do in scotland. They have shocking lawyers we can't
get gid of mainly woman.

Sent from my iPhone
```

**EXHIBIT 53**
**Page 180**