# EXHIBIT 54

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

EXHIBIT 54
Page 181

**From:** Fiona Harvey
**Sent:**
**To:**

hioney ▮▮▮▮ booked me one or three tickets for your show tomorrow night

thius week has been mental

no internet or phones working. sister and hwer lawyer still being pains
ill need to disappear them!!!!!!!!!!!!!

**EXHIBIT 54**
**Page 182**