# EXHIBIT 55

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

EXHIBIT 55
Page 183

**From:** Fiona Harvey
**Sent:** Tuesday, March 03, 2015 5:36 PM UTC
**To:**

this will be the intention wo wind me up so i eventually call her a thrawn gasgow bitch

her firm will be shut down

within  minutes of my email to          she was under investigation

that was five days ago

any much more of this and ill have her all over front opage evfry scottish newspaper

she has opushed me too far

**EXHIBIT 55**
**Page 184**