# EXHIBIT 56

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

EXHIBIT 56
Page 185

**From:** Fiona Harvey ███████████████
**Sent:** Sunday, February 01, 2015 12:44 PM UTC
**To:** █████████████████████████ Fiona Harvey ██████████████████
**Subject:** impt

the other really impt thing is you have not a clue who I or my friends advise or act for

I would not be going around slagging off folk who were 24 years older than me who knew everyone of any importance.

that is an act of madness

There is also a big huge gigantic axe to grind just now with me and otehrs like me who were done over by blue labour

Files are being released

We all hired private detectives in our law firms hence I was called a stalker

They could not get me on drink or drugs or affairs becasue Im not like that so they made up stuff

We had death threats the lot of us

I have huge files on this so does every other lawyer done over by the wrays and others

We formed a little group!!!!!!

I have photos of ████████████ with a man in nefarious sexual acts in the back of a london taxi I was given the minute I hit london

Those photos have been forensically examined and are genuine

Everyoneelse has these phtoos too

His head is in the bloody thing

Teh press have them too

We all haebv that level of detail on these gangsters in the labour party

I should never have helped wrays frist wife but she was very credible

She was a glasgow ass   ole too!!!!!!!!!!!!!they all are

They all made money out of it

Noen of us ever did

So just you let me be to make money out fo these gangsters

Its about bloody time

I dont have little boys lecturing me
#

Now I really need to go

**EXHIBIT 56**
**Page 186**