# EXHIBIT 57

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

EXHIBIT 57
Page 187

**From:** Fiona Harvey
**Sent:** Monday, February 02, 2015 1:58 PM UTC
**To:**                                          Fiona Harvey

very pushed for time4 today so there will be typos

Id also like to point out it was me who called police to wray and walker

I could not get my law books worth thousands out of her office and her staff would not release my degree and postgrad certtigicates and all my law society documentation

I had no choice

No cop was ever called to me

ive got maybe thirtythousand pounds worth of alw books in my cujrrent office

these things cost a fortune


I hoep you are eating proeprly and lookign after yourself
take a hot bath beforre bed and lavender under pillow

do not take pshychaitric remedies for sleep like the english do

you have an overactive mind which is why you dont sleep

plus yopu wont be getting laid properly

need to go

F

**EXHIBIT 57**
**Page 188**