# EXHIBIT 58

**REDACTED VERSION
OF DOCUMENT PROPOSED
TO BE FILED UNDER SEAL**

EXHIBIT 58
Page 189

**From:** Fiona Harvey
**Sent:** Thursday, June 09, 2016 11:34 PM UTC
**To:**

drunk again trying to get me to do all his work for him over the email

Whilst lecturing me on how thick the scots are

Not happening

Some cream soda is happening

Fizzy pop then bed

Night night xx

Sent from my iPhone

**EXHIBIT 58**
**Page 190**