# EXHIBIT 59

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

EXHIBIT 59
Page 191

**From:** Fiona Harvey ███████████████████
**Sent:** Saturday, June 11, 2016 6:16 AM UTC
**To:** ███████████████████

Uve blocked ███████ from my emails

It's very rare for me to do that

He's bonkers

Sits I. Licensing cee

Total alcy

Makes major decisions

Keeps asking me to give him pro bono legal advice

He's mentally ill with loads convictions and he has sacked about ten firms of lawyers

Immot putting up with all the abuse over the phone and emails all the time

This has gone on fir four years

He's mental but distressingly mental

He needs thrown out as a ███████████

He inherited twenty properties ██████

He's nearly ████ and never had a job

Nuts

He's dangerous cos he distorts everything anyone says

Very dangerous man

No wonder the ███████████
████████████████████

He's just a shitley wee tory

Even they want rid of him

Need to go

Hope shows going well

Xx

Sent from my iPhone

**EXHIBIT 59**
**Page 192**