# EXHIBIT 60

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

EXHIBIT 60
Page 193

**From:** Fiona Harvey
**Sent:** Saturday, September 17, 2016 11:40 AM UTC
**To:** Richard

```
            a total f up

Thinks he knows more law than me

Too bad

No firm I know wil l act for him

Finito

Fuck up

Need to go

Two hours late


Sent from my iPhone
```

**EXHIBIT 60**
**Page 194**