LATHAM & WATKINS LLP
  Marvin S. Putnam (Bar No. 212839)
    *marvin.putnam@lw.com*
  Laura R. Washington (Bar No. 266775)
    *laura.washington@lw.com*
10250 Constellation Blvd., Suite 1100
Los Angeles, California 90067
Telephone: +1.424.653.5500
Facsimile: +1.424.653.5501

*Attorneys for Defendants*
Netflix, Inc., and
Netflix Worldwide Entertainment, LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FIONA HARVEY,<br><br>        Plaintiff,<br><br>  v.<br><br>NETFLIX, INC., and NETFLIX WORLDWIDE ENTERTAINMENT, LLC,<br><br>        Defendants. | Case No. 2:24-cv-04744-RGK-AJR<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' APPLICATION FOR LEAVE TO FILE DOCUMENTS IN SUPPORT OF DEFENDANTS' SPECIAL MOTION TO STRIKE UNDER SEAL**<br><br>Hon. R. Gary Klausner |

# [PROPOSED] ORDER

This matter is before the Court on Defendants Netflix, Inc. and Netflix Worldwide Entertainment, LLC's (collectively, "Netflix" or "Defendants") Application for Leave to File Documents in Support of Defendants' Special Motion to Strike Under Seal, pursuant to Local Rule 79-5.2.2(a).

Having considered Defendants' Application for Leave to File Documents Under Seal and the Declaration of Marvin S. Putnam in Support of Defendants' Application for Leave to File Documents in Support of Defendants' Special Motion to Strike Under Seal, the Court finds that compelling reasons justify sealing the below-referenced materials because those materials contain third party personally identifiable information and/or information that might become a vehicle for improper purposes. *See Activision Publ'g, Inc. v. EngineOwning UG*, 2023 WL 2347134, at *1 (C.D. Cal. Feb. 27, 2023); *Stiner v. Brookdale Senior Living, Inc.*, 2022 WL 1180216, at *2 (N.D. Cal. Mar. 30, 2022); *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006); *United States v. Amodeo*, 71 F.3d 1044, 1050 (2d Cir. 1995); *Mendiola v. Regents of Univ. of California*, 2021 WL 9721281, at *1 (C.D. Cal. Dec. 1, 2021); *Opperman v. Path, Inc.*, 2017 WL 1036652, at *4 (N.D. Cal. Mar. 17, 2017); *Altemus v. Amazon.com Servs. LLC*, 2024 WL 1078245, at *2 (S.D. Cal. Mar. 12, 2024).

The application is hereby **GRANTED**. Accordingly, the following documents and portions of documents shall be filed under seal:

| Document | Portions to be sealed |
|---|---|
| Declaration of Richard Gadd in Support of Defendants' Special Motion to Strike ("Gadd Decl."), Exhibit 1 | Redacted portions |
| Gadd Decl., Exhibit 2 | Redacted portions |
| Gadd Decl., Exhibit 3 | Redacted portions |
| Gadd Decl., Exhibit 4 | Redacted portions |

| | |
|---|---|
| Gadd Decl., Exhibit 5 | Redacted portions |
| Gadd Decl., Exhibit 6 | Redacted portions |
| Gadd Decl., Exhibit 7 | Redacted portions |
| Gadd Decl., Exhibit 8 | Redacted portions |
| Gadd Decl., Exhibit 9 | Redacted portions |
| Gadd Decl., Exhibit 10 | Redacted portions |
| Gadd Decl., Exhibit 11 | Redacted portions |
| Gadd Decl., Exhibit 12 | Redacted portions |
| Gadd Decl., Exhibit 13 | Redacted portions |
| Gadd Decl., Exhibit 14 | Redacted portions |
| Gadd Decl., Exhibit 15 | Redacted portions |
| Gadd Decl., Exhibit 16 | Redacted portions |
| Gadd Decl., Exhibit 17 | Redacted portions |
| Gadd Decl., Exhibit 18 | Redacted portions |
| Gadd Decl., Exhibit 19 | Redacted portions |
| Gadd Decl., Exhibit 20 | Redacted portions |
| Gadd Decl., Exhibit 21 | Redacted portions |
| Gadd Decl., Exhibit 22 | Redacted portions |
| Gadd Decl., Exhibit 23 | Redacted portions |
| Gadd Decl., Exhibit 24 | Redacted portions |
| Gadd Decl., Exhibit 25 | Redacted portions |
| Gadd Decl., Exhibit 26 | Redacted portions |
| Gadd Decl., Exhibit 27 | Redacted portions |
| Gadd Decl., Exhibit 28 | Redacted portions |
| Gadd Decl., Exhibit 29 | Redacted portions |
| Gadd Decl., Exhibit 30 | Redacted portions |
| Gadd Decl., Exhibit 31 | Redacted portions |
| Gadd Decl., Exhibit 32 | Redacted portions |
| Gadd Decl., Exhibit 33 | Redacted portions |
| Gadd Decl., Exhibit 34 | Redacted portions |
| Gadd Decl., Exhibit 35 | Redacted portions |
| Gadd Decl., Exhibit 36 | Redacted portions |
| Gadd Decl., Exhibit 37 | Redacted portions |
| Gadd Decl., Exhibit 38 | Redacted portions |
| Gadd Decl., Exhibit 39 | Redacted portions |
| Gadd Decl., Exhibit 40 | Redacted portions |
| Gadd Decl., Exhibit 41 | Redacted portions |
| Gadd Decl., Exhibit 43 | Redacted portions |
| Gadd Decl., Exhibit 44 | Redacted portions |
| Gadd Decl., Exhibit 45 | Entire exhibit |

| | |
|---|---|
| Gadd Decl., Exhibit 46 | Redacted portions |
| Gadd Decl., Exhibit 47 | Entire exhibit |
| Gadd Decl., Exhibit 48 | Redacted portions |
| Gadd Decl., Exhibit 49 | Entire exhibit |
| Gadd Decl., Exhibit 50 | Entire exhibit |
| Gadd Decl., Exhibit 51 | Redacted portions |
| Gadd Decl., Exhibit 53 | Redacted portions |
| Gadd Decl., Exhibit 54 | Redacted portions |
| Gadd Decl., Exhibit 55 | Redacted portions |
| Gadd Decl., Exhibit 56 | Redacted portions |
| Gadd Decl., Exhibit 57 | Redacted portions |
| Gadd Decl., Exhibit 58 | Redacted portions |
| Gadd Decl., Exhibit 59 | Redacted portions |
| Gadd Decl., Exhibit 60 | Redacted portions |
| Declaration of Laura Wray in Support of Defendants' Special Motion to Strike, Exhibit 7 | Redacted portions |
| Declaration of Richard Gadd in Support of Defendants' Special Motion to Strike, paragraph 65 | Redacted portions |

**IT IS SO ORDERED.**

Dated: _____, 2024

_____
Hon. R. Gary Klausner
United States District Judge