LATHAM & WATKINS LLP
  Marvin S. Putnam (Bar No. 212839)
    *marvin.putnam@lw.com*
  Laura R. Washington (Bar No. 266775)
    *laura.washington@lw.com*
10250 Constellation Blvd., Suite 1100
Los Angeles, California 90067
Telephone: +1.424.653.5500
Facsimile: +1.424.653.5501

*Attorneys for Defendants*
Netflix, Inc., and
Netflix Worldwide Entertainment, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIONA HARVEY,<br><br>        Plaintiff,<br><br>  v.<br><br>NETFLIX, INC., and NETFLIX WORLDWIDE ENTERTAINMENT, LLC,<br><br>        Defendants. | Case No. 2:24-cv-04744-RGK-AJR<br><br>**DECLARATION OF MARVIN S. PUTNAM IN SUPPORT OF DEFENDANTS' SPECIAL MOTION TO STRIKE**<br><br>Date:    September 3, 2024<br>Time:   9:00 a.m.<br>Place:   Courtroom 850<br><br>Hon. R. Gary Klausner |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
CENTURY CITY

Case No. 2:24-cv-04744-RGK-AJR
DECLARATION OF MARVIN S. PUTNAM ISO
DEFENDANTS' SPECIAL MOTION TO STRIKE

# **DECLARATION OF MARVIN S. PUTNAM**

I, Marvin S. Putnam, declare as follows:

1. I am an attorney duly licensed to practice before this Court. I am a partner at the law firm of Latham & Watkins LLP ("Latham"), and attorney of record for defendants Netflix, Inc. and Netflix Worldwide Entertainment, LLC (collectively, "Defendants" or "Netflix"). I have personal knowledge of the facts stated in this declaration, and if called to testify as a witness, would and could competently do so. I respectfully submit this declaration in support of Defendants' Special Motion to Strike.

2. On May 9, 2024, in an interview on *Piers Morgan Uncensored*, Fiona Harvey ("Harvey") publicly denied that she resembles or shares similarities with the character Martha Scott as depicted in *Baby Reindeer* (the "Series").

3. A true and correct copy of Harvey's interview on *Piers Morgan Uncensored* dated May 9, 2024, will be lodged as **Exhibit A**.

4. For instance, Harvey stated that there are only "two true facts in [the Series]: His name is Richard Gadd, and he's a jobbing barman. And we met two or three times." *See* Exhibit A at 7:40.[1]

5. She claimed that, contrary to the depiction of Martha and Donny's relationship in the show, among other differences:

6. She never accepted free drinks from Richard Gadd ("Gadd") because she's not destitute. *Id.* at 9:12.

7. Gadd never visited her home or looked into her windows. *Id.* at 10:20.

8. She never sent Gadd any communications, or if any, just a small number. *Id.* at 10:58; 13:40-14:26; 15:20; 37:00; 38:18; 41:30.

---

[1] References to timestamps indicate the amount of time elapsed in the interview.

9. She never pretended that her messages to Gadd were coming from an iPhone when in fact they were not. *Id.* at 13:07.

10. She never called Gadd, and didn't even have his number. *Id.* at 34:50, 37:10.

11. She didn't know where Gadd lived and never visited his home. *Id.* at 16:48.

12. She only attended one of Gadd's comedy shows and never heckled him. *Id.* at 16:16.

13. She never attacked his girlfriend, and believes he never had a girlfriend. *Id.* at 16:38.

14. She only interacted with Gadd for two or three months, only met him a few times, and was not his friend. *Id.* at 3:58; 7:47; 23:46; 39:12; 43:10; 46:12; 53:18.

15. She is 18-20 years older than the actress that played Martha, and she doesn't resemble Martha or sound like her. *Id.* at 8:35; 8:40; 18:40 19:11; 22:02.

16. Indeed, Harvey stated that the only physical similarities she shares with Martha are that they both have dark hair and are Scottish. *Id.* at 19:11.

17. Harvey thus proclaimed that the Series "is a work of fiction," and that Martha "cannot be me" because she "is a fictional character . . . of [Gadd's] imagination." *Id.* at 7:33; 14:49; 17:22.

18. A true and correct copy of the article titled "Richard Gadd wins The Stage Edinburgh Award 2019" (*Oxford Drama*, August 24, 2019; https://oxforddrama.ac.uk/news/richard-gadd-wins-the-stage-edinburgh-award-2019/, last accessed July 23, 2024) is attached hereto as **Exhibit B**.

19. A true and correct copy of the article titled "Richard Gadd on his stalker: "It would be unfair to say she was awful and I'm a victim'" (Logan, Brian; *The Guardian*, September 10, 2019;

https://www.theguardian.com/stage/2019/sep/10/richard-gadd-stalker-baby-reindeer, last accessed July 23, 2024) is attached hereto as **Exhibit C**.

20. A true and correct copy of the article titled "Baby Reindeer review: Searingly personal work from Richard Gadd feels like a radical gesture" (Thompson, Jessie; *The* Standard, October 14, 2019; https://www.standard.co.uk/culture/theatre/baby-reindeer-review-searingly-personal-work-from-richard-gadd-feels-like-a-radical-gesture-a4260691.html, last accessed July 23, 2024) is attached hereto as **Exhibit D**.

21. A true and correct copy of the article titled "Baby Reindeer (Bush Theatre)" (*Lou Reviews*, October 17, 2019; https://loureviews.blog/2019/10/17baby-reindeer-bush-theatre/, last accessed July 23, 2024) is attached hereto as **Exhibit E**.

22. A true and correct copy of the article titled "Richard Gadd wins an Olivier Award" (*Chortle*, October 26, 2020; https://www.chortle.co.uk/news/2020/10/26/47175/richard_gadd_wins_an_olivier_award, last accessed July 23, 2024) is attached hereto as **Exhibit F**.

23. A true and correct copy of the article titled "Richard Gadd's Baby Reindeer to be adapted into Netflix Series" (Wood, Alex; *What's On Stage*, December 13, 2020; https://www.whatsonstage.com/news/richard-gadds-baby-reindeer-to-be-adapted-into-netflix-series_53015/, last accessed July 23, 2024) is attached hereto as **Exhibit G**.

24. A true and correct copy of the article titled "Netflix Trailer for 'Baby Reindeer' Awkward Stalker Dark Comedy Series" (Billington, Alex; *First Showing*, March 22, 2024; https://www.firstshowing.net/2024/netflix-trailer-for-baby-reindeer-awkward-stalker-dark-comedy-series/, last accessed July 28, 2024) is attached hereto as **Exhibit H**.

25. A true and correct copy of the article titled "Netflix's 'Baby Reindeer' review:  One of the most brilliant and upsetting shows of 2024" (Hayson, Sam,

*Mashable*, April 16, 2024; https://mashable.com/article/netflix-baby-reindeer-review#:~:text=Baby%20Reindeer%20is%20often%20hard,is%20painful%2C%20for%20multiple%20reasons, last accessed July 23, 2024) is attached hereto as **Exhibit I**.

26. A true and correct copy of the article titled "Netflix's 'Baby Reindeer' Is a Brilliant and Jarring Account of Stalking, Victimization and Emotional Turmoil: TV Review" (Tinubu, Aramide; *Variety*, April 18, 2024; https://variety.com/2024/tv/reviews/baby-reindeer-review-richard-gadd-1235975310/, last accessed July 23, 2024) is attached hereto as **Exhibit J**.

27. A true and correct copy of the article titled "Is Netflix's 'Baby Reindeer' Set To Stampede The Emmy Awards" (Lago, Giovanni; *Next Big Picture*, May 9, 2024; https://nextbestpicture.com/is-netflixs-baby-reindeer-set-to-stampede-the-emmy-awards/#google_vignette, last accessed July 23, 2024) is attached hereto as **Exhibit K**.

28. A true and correct copy of the article titled "Baby Reindeer Begins a Journey to Emmys Gold at Gotham TV Awards" (Walsh, Savannah; *Vanity Fair*, June 5, 2024; https://www.vanityfair.com/hollywood/story/baby-reindeer-begins-a-journey-to-emmys-gold-at-gotham-tv-awards#:~:text=Baby%20Reindeer%20Begins%20a%20Journey,Smith%20and%20Colin%20From%20Accounts, last accessed July 23, 2024) is attached hereto as **Exhibit L**.

29. A true and correct copy of the article titled "MP wife's stalker; lawyer Laura tells of fired trainee's hate campaign" (McPherson, Lynn; *Sunday Mail*, January 30, 2000; https://www.thefreelibrary.com/MP+WIFE%27S+STALKER%3B+Lawyer+Laura+tells+of+fired+trainee%27s+hate...-a061570268, last accessed July 23, 2024) is attached hereto as **Exhibit M**.

30. A true and correct copy of the article titled "I'VE GOT A LONG WRRAY TO GO YET; MP Jimmy Wray talks for the first time about his stroke, his family and the condition that blights his littleboy's progress" (Brown, Annie; *Daily Record*, March 3, 2004; https://www.thefreelibrary.com/I%27VE+GOT+A+LONG+WRRAY+TO+GO+YET%3B+MP+Jimmy+talks+for+the+first+time...-a0113836577, last accessed July 23, 2024) is attached hereto as **Exhibit N**.

31. A true and correct copy of the article titled "'Real-life' Baby Reindeer stalking Fiona Harvey was on police watchlist over 'sinister' campaign against Sir Keir Starmer" (Sullivan, Mike; *The Sun*, May 20, 2024; https://www.thesun.co.uk/news/28035155/fiona-harvey-police-watchlist-keir-starmer-emails/, last accessed July 23, 2024) is attached hereto as **Exhibit O**.

32. A true and correct copy of the article titled "'Baby Reindeer' Creator Richard Gadd Asks Fans to Stop Speculating on Show's Real-Life Characters" (Gardner, Chris; *The Hollywood Reporter*, April 23, 2024; https://www.hollywoodreporter.com/tv/tv-news/baby-reindeer-creator-netflix-real-life-chracters-donny-martha-identity-1235879776/, last accessed July 28, 2024) is attached hereto as **Exhibit P**.

33. A true and correct copy of the article titled "Baby Reindeer fans float theory that Richard Gadd's stalker 'Martha Scott' might have been a man in real life – as they point out all the clues in the hit Netflix series" (Taylor, Jessica; *MailOnline*, April 23, 2024; https://www.dailymail.co.uk/femail/article-13339871/Baby-Reindeer-fans-float-theory-Richard-Gadds-stalker-Martha-Scott-man-real-life-point-clues-hit-Netflix-series.html, last accessed July 28, 2024) is attached hereto as **Exhibit Q**.

34. A true and correct copy of the article titled "Richard Gadd asks fans to stop hunting real-life 'Baby Reindeer' characters" (Vollmer, Bernelee; *Sunday Tribune*, May 16, 2024; https://www.iol.co.za/sunday-

tribune/entertainment/richard-gadd-asks-fans-to-stop-hunting-real-life-baby-reindeer-characters-8448358f-553e-48fd-9297-17ae9f9a5294#google_vignette, last accessed July 23, 2024) is attached hereto as **Exhibit R**.

35. A true and correct copy of the article titled "Baby Reindeer: Has Richard Gadd's real stalker been revealed?" (Phillipson, Daisy; *Dexerto*, May 1, 2024; https://www.dexerto.com/tv-movies/baby-reindeer-has-richard-gadd-real-stalker-revealed-2655346/, last accessed July 23, 2024) is attached hereto as **Exhibit S**.

36. A true and correct copy of the article titled "Labour inquiry follows selection meeting" (*The Herald*, September 5, 2000; https://www.heraldscotland.com/news/12163265.labour-inquiry-follows-selection-meeting/, last accessed July 23, 2024) is attached hereto as **Exhibit T**.

37. A true and correct copy of the Series is being provided to the Court for ease of reference pursuant to the notice of lodging.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 29th day of July, 2024 in North Haven, Maine.

Dated: July 29, 2024             By:  */s/ Marvin S. Putnam*
                                      Marvin S. Putnam

7

Case No. 2:24-cv-04744-RGK-AJR
DECLARATION OF MARVIN S. PUTNAM ISO
DEFENDANTS' SPECIAL MOTION TO STRIKE

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
CENTURY CITY