# EXHIBIT A

## TO BE MANUALLY LODGED