# EXHIBIT B



# Richard Gadd wins The Stage Edinburgh Award 2019

24 August, 2019



Richard's new show *BabyReindeer*, directed by John Brittain and produced by Francesca Moody, has won an award from The Stage for outstanding performers.

Joint lead critic at The Stage Tim Bano described Richard's performance as "majestic".

He added: "As a piece of theatre, directed by the acclaimed Jon Brittain, it's supreme – and has a rare quality of feeling dangerous, as if the real-world implications of the show haven't quite been left outside the door."

*Baby Reindeer* transfers to London's Bush Theatre from 9 October to 9 November

https://www.bushtheatre.co.uk/event/baby-reindeer/

https://edition.thestage.co.uk/2019/08/20/richard-gadd-and-dael-orlandersmith-recognised-in-third-week-of-the-stage-edinburgh-awards-2019/pugpig_index.html