# EXHIBIT F



- COMEDY NEWS
- COMEDIANS
- ON TOUR
- FEATURES
- MAILING LIST
- CONTACT



© Andrew Perry

# Richard Gadd wins an Olivier Award

Stalking show Baby Reindeer wins top theatre gong

Richard Gadd has won an Olivier award for his one-man show Baby Reindeer.

The comedian took the prize at a virtual ceremony honouring the best in West End theatre hosted by Jason Manford last night.

Gadd's show, about his experiences of being the victim of stalking, took the prize for outstanding achievement an affiliate theatre.

'I'm so honoured to win this award,' he said. 'Thanks to the panel for picking this dark and messed-up show to win.

'When I was in the throes of getting stalked and harassed I really didn't think an Olivier Award was going to be waiting for me at the end of it all so it feels joyfully surreal and reminds you how magical life can be sometimes, so thank you – I really need a bit of magic.'



He went on to thank director Jon Brittain and producer Francesca Moody, among others.

Baby Reindeer launched at the Edinburgh Fringe last year before moving to the Bush Theatre in West London – the off-West-End run which scooped the Olivier.

It was due to transfer to the Ambassadors Theatre in the West End for a month-long run in April, but was pulled two weeks before opening night because of Covid. However, Gadd vowed the show would be back in central London 'the second the virus allows'.

Gadd previously said of the show: 'Baby Reindeer has been one of the most challenging, yet rewarding experiences of my life. With an incredible team behind me, I have pushed myself to ridiculous limits in a show I find incredibly hard to say and do.'

The stand-up won the Edinburgh Comedy Award in 2016 for his show Monkey See Monkey Do, and was aa finalist in the 2011 Chortle Student Comedy Awards.

In a rare occurrence, Phoebe Waller-Bridge didn't take an award last night, losing out on best actress to Sharon D. Clarke for her performance in the Young Vic's Death Of A Salesman.

However Waller-Bridge's 'hot priest' Fleabag co-star Andrew Scott scoped the best actor gong for his performance as a washed-up matinee idol in Noël Coward's Present Laughter at the Old Vic.

Fleabag had also been nominated for best entertainment or comedy play, which was won by Emilia - an all-female show about Shakespeare's muse - at the Vaudeville Theatre.

Read our five-star review of Baby Reindeer [here](#).

Here's Gadd's acceptance speech:

**Published:** *26 Oct 2020*