# EXHIBIT G

**WHATSONSTAGE**

Shows & Tickets | News & Reviews | Theatre Club | Newsletter | WOS Awards

[Theatre News](#)

# Richard Gadd's *Baby Reindeer* to be adapted into Netflix series

The award-winning play is headed for Netflix

**Alex Wood**

London
 13 December 2020



Richard Gadd in *Baby Reindeer*
© Andrew Perry

Richard Gadd's award-winning play *Baby Reindeer* will be adapted into a Netflix series.

Gadd's piece, about the emotional and psychological consequences of being stalked, originally played at the Edinburgh Fringe and the Bush Theatre in 2019, but had to cancel its West End run due to the pandemic. Gadd has promised the show will return in the future.

It will now be adapted into eight 30 minute episodes written and starring Gadd that will be released on Netflix. The show was commissioned by the streaming site as part of a round of new shows, featuring work from the likes of Lucy Prebble, Sam Mendes and Rowan Atkinson.

The stage show originally had direction by award-winner Jon Brittain, design by Cecilia Carey, video design by Ben Bull, movement by Jennifer Jackson, sound design by Keegan Curran and lighting by Peter Small.

A release date is to be revealed.

**Tagged In This Story**

Baby ReindeerBen BullBush TheatreCecilia CareyEdinburgh FringeKeegan CurranLucy PrebbleNetflixRichard GaddRowan AtkinsonSam Mendes