# EXHIBIT H



HOME TRAILERS 2024 SCHEDULE 2025 SCHEDULE SHORT FILMS REVIEWS PODCAST INTERVIEWS NEWS FEEDS ABOUT US

# TRAILERS

## Netflix Trailer for 'Baby Reindeer' Awkward Stalker Dark Comedy Series

by Alex Billington
March 22, 2024
Source: YouTube



"Martha can you let go of my hand now, please??" Netflix has unveiled an official trailer for a dark comedy series titled *Baby Reindeer*, arriving for streaming on Netflix starting in early April. The series is created and written by the Scottish comedian & actor **Richard Gadd**, telling his own story once again. This story about his stalker and his relationship with her was already turned into a play that he debuted at Edinburgh Fringe a few years ago. Now it's being turned into a Netflix series, expanded into eight 30-minute episodes. In *Baby Reindeer*, when a struggling comedian shows an act of kindness to a vulnerable woman stalking him, it sparks a suffocating obsession which threatens to wreck both their lives. Starring **Richard Gadd** as Donny Dunn, along with **Jessica Gunning** as Martha, **Danny Kirrane** as Gino, **Nava Mau** as Teri, plus **Hugh Coles**, **Tom Goodman-Hill**, **Jamie Michie**, and **Chloe Driver**. Well, well, this looks damn good! An impressive dark comedy twist on a very uncomfortable, unsettling real life situation. This is worth a look.

Here's the official trailer for Richard Gadd's series *Baby Reindeer*, direct from Netflix's YouTube:





*Baby Reindeer follows struggling comedian Donny Dunn's (starring Richard Gadd) warped relationship with his female stalker Martha (Jessica Gunning) and the impact it has on him as he is ultimately forced to face a deeply buried trauma. Baby Reindeer* is a series created and written by the Scottish comedian / actor / writer **Richard Gadd**, who has also written for "Jon Richardson: Ultimate Worrier" & "Sex Education" series previously. It's based on Gadd's own play of the same name, which first premiered at the Edinburgh Festival Fringe 2019 where it won two awards. Featuring episodes directed by Weronika Tofilska, Josephine Bornebusch, and Jon Brittain. Produced by Matthew Mulot and Francesca Moody for Clerkenwell Films.

Executive produced by Richard Gadd, Petra Fried, Ed Macdonald, and Matt Jarvis. Netflix will debut Gadd's *Baby Reindeer* streaming on Netflix worldwide starting on **April 11th, 2024** this spring. *Who's interested?*



**Find more posts:** **Streaming**, **To Watch**, **Trailer**


*Gotham City in THE PENGUIN Series Teaser Trailer #2*

### FEATURED POSTS
**VIEW MORE**

### FOLLOW FS HERE
**OUR RSS**

Subscribe to **our feed** or **daily newsletter**:

Follow Alex's new account on **Bluesky**:
◇— **@alexb.bsky.social updates** —◇

Get the latest posts sent via **Telegram**
Add our posts to your **Feedly**: *click here*

### LATEST TO WATCH

▶ **Doc Series About Agents Taking Out Mexico's 'Cowboy Cartel' Trailer** (*Jul 23*)

▶ **Morgan Freeman & Luke Hemsworth in Action Thriller 'Gunner' Trailer** (*Jul 23*)

▶ **Peter Dinklage in Bounty Hunter Thriller 'The Thicket' Official Trailer** (*Jul 23*)

▶ **Full Trailer for 'Fight Night: The Million Dollar Heist' Series True Story** (*Jul 23*)

▶ **Trailer #2 for Horror Film 'Cuckoo' with Dan Stevens & Hunter Schafer** (*Jul 23*)