# EXHIBIT R

SUNDAY TRIBUNE     ENTERTAINMENT

# Richard Gadd asks fans to stop hunting real-life 'Baby Reindeer' characters



*Richard Gadd, creator and actor Baby Reindeer. Picture: X*

Published May 16, 2024

SHARE

**The Netflix series, "Baby Reindeer", has taken the world by storm for its disturbing storyline, leaving viewers glued to their screens episode after episode.**

Labelled as a "true story", it has piqued the curiosity of couch potatoes eager to uncover the real-life characters behind the narrative.

However, creator Richard Gadd has pleased with internet sleuths to refrain from searching for the show's real-life counterparts, emphasizing that it's a work of fiction.

In an interview with "The Hollywood Reporter", Gadd stated: "If I wanted the real-life people to be found, I would've made it a documentary."

Despite this plea, there has been countless speculation about the identities of the characters, leading to individuals like Fiona Harvey, who denies being the inspiration for the character Martha, threatening legal action against Netflix and Gadd.

More on this

- 'Empini' star Nambitha Ben-Mazwi on pouring her pain into her leading role
- 'Baby Reindeer' is one of the most dark and unsettling shows of a real-life stalking experience

- 5 binge-worthy shows to add to your list

Gadd expressed concern for the people who have been wrongfully linked to the characters, emphasising, "people I love, have worked with, and admire … are unfairly getting caught up in speculation".

He pointed out that the show was meant to be received as a piece of art and urged viewers to enjoy the world he created.

"The internet's always going to do its thing… There was a video the other day of someone had sent me of someone claiming to be Teri. I'd never met them before in my life."

As the show gained global popularity, Gadd found himself thrust into the spotlight, with his Instagram following skyrocketing and encounters like meeting pilots on a flight becoming commonplace.

Despite the newfound fame, Gadd admitted to struggling with the attention, finding it challenging to adjust to the sudden public scrutiny.

"People coming up all the time, all the time, sharing stories and talking about the show and how it affected them. I kind of thought, oh, I can't really go into pubs any more and expect to sit there quietly in a corner and have some food," the actor said.

Reflecting on his changed circumstances, Gadd acknowledged the impact of the show on his daily life, noting how he could no longer go about unnoticed in public spaces.

Despite this, he maintains a quiet existence, avoiding excessive online engagement and preferring to lead a private life away from the public eye.

Now fans are reacting to the real-life Martha.

X user @LSDKENN3DY wrote: "i have 0 sympathy for the real life 'martha' from baby reindeer idc"

@Toondeaf5 wrote: "//so I just watched the Interview with the real "Martha " from #BabyReindeer her explanations were just all over the place and she changed her answers like 4-5 times maybe more.

"And it seemed like all she wanted was to sue people  Anyone believe anything she said?"

//so I just watched the Interview with the real "Martha " from #BabyReindeer her explanations were just all over the place and she changed her answers like 4-5 times maybe more

And it seemed like all she wanted was to sue people 😂

**EXHIBIT R**
**Page 88**

> Anyone believe anything she said?
>
> — G<sub>ior</sub>g<sub>io</sub> W<sub>arner</sub> (@Toondeaf5) May 16, 2024

@flosss_84 commented: "I didn't want to, cause I can't f***** stand Piers Morgan, but I watched the interview with the real Martha. Fiona Muir Harvey. What. The. F***."

> I didn't want to, cause I can't fuxkin stand Piers Morgan, but I watched the interview with the real Martha. Fiona Muir Harvey.
>
> What. The. Fuxk.
>
> 😳😳😳#BabyReindeer
>
> — floss (@flosss_84) May 16, 2024

"yes please 👍 #BabyReindeer analysis really opened my eyes as to how a seasoned pro like @piersmorgan can be manipulated.

"You also got me thinking about the two main characters in #BabyReindeer could actually be collaborating to push their agenda. Are we ALL being manipulated? 🥺" @TruthSeekerBot wrote.