# EXHIBIT T

# The Herald

# Labour inquiry follows selection meeting

5th September 2000

HERALD AND TIMES ARCHIVE

THE LABOUR Party is to conduct a full inquiry into an astonishing selection meeting which saw a long-time campaigner for more female representation at parliamentary level ejected for alleged "unacceptable behaviour".

Tempers boiled over at the short-listing meeting when Ms Fiona Harvey told a London-based black female candidate for the Glasgow Cathcart Parliamentary nomination that she had been wheeled in at the last minute by men in Cathcart to "bump local Scottish women off the short list".

Yesterday she insisted there had been no unacceptable behaviour on her part, claiming she had been ejected "for raising the ethnic minority issue".

A Labour Party spokesman said said night: "There will be a full inquiry into the matter following unacceptable conduct from a member of the

party who was subsequently put out of the meeting."

On the specific allegation that ethnic candidates had been used to block local women, the spokesman added: "We are confident that all Labour Party procedures were followed to the letter."

The Cathcart Westminster seat is up for grabs following the announcement that long-serving MP John Maxton is to stand down by the time of the next General Election.

Among the short-listed contenders are city councillors William Butler and Alan Stewart, Strathclyde Passenger Transport press officer Tom Harris, local woman Sadie Docherty, Ms Miriam Iloghawla from London, who was involved in the exchange with Ms Harvey, and another ethnic candidate. A final selection meeting will take place later this month.

Ms Harvey explained last night: ''As far as I'm concerned, there were fights before the meeting, there were fights after the meeting, and there was an ethnic minority incident.

''Men in Cathcart wheeled in two ethnic candidates at the last minute. One of the ethnic minority candidates came bouncing up to me. I said to her: 'Every time you come up here, you're bumping local women candidates off the short list.' This was done in Anniesland already and it's been done in Falkirk West.''

She added: ''I have faxed the party today saying I will interdict the process, interdict the final selection meeting.''