# EXHIBIT 2

EXHIBIT 2
Page 24



# THE LAW SOCIETY OF SCOTLAND

The Law Society's Hall
26 Drumsheugh Gardens
EDINBURGH EH3 7YR

Telephone 0131-226 7411

Mrs. Laura Walker,
Messrs. L. & L. Lawrence,
DX GW 81,
GLASGOW.

Our Ref: LS.100/14/BAR/JB
Your Ref:
Date: 6th November 1997



Dear Laura,

**Fiona Muir - Trainee**

Thank you for your letter of 31st October and the enclosed Chronology. I have discussed the matter with Liz Campbell, who is Secretary to the Legal Education Department, to whom Fiona has also written. I note the views you have expressed. I am disappointed that after taking so long to find a traineeship, Fiona has managed to lose not just one but two such places in a very short period of time. The account of her behaviour which you have given certainly justifies the expression "bizarre", and not the kind of behaviour that one would expect from somebody who had just commenced work as a trainee. I think that Fiona does have difficulty in accepting that hers is not the only way of doing things, and while I certainly have not had personal experience of that, it does seem from what I have heard that Fiona is not cut out for the legal profession.

Yours sincerely,

Bruce A. Ritchie
Deputy Secretary, Professional Practice

When replying please quote reference
Document Exchange: DX ED 1 Edinburgh Fax (Gp 2 & 3) 0131-225 2934

**EXHIBIT 2**
**Page 25**