# EXHIBIT 4

EXHIBIT 4
Page 35

3.6.99

MEMO for David Wilson

David Ill tell you this buddy boy.

There is no way Donald Dewar will be at the wedding of Laura Walker and the wife beating M.P.

Whether Jimmy goes to court or withdraws the action there is going to be a huge amount of publicity over this case not only generated by Catherine and myself and journalists we know but by M.P.'S in the labour party who know Jimmy to be a wife beating little moron.

David a lot of people grew up in the Gorbals and they do not end up beating and intimidating women.

While you are at it tell that little toerag he had better be careful what he says to people in the labour party about me.

I at least do have a reputation to defend and by Christ I will

P.S. KInd regards to your vacuous little wife.

*Fiona Harvey*

FIONA HARVEY.

EXHIBIT 4
Page 36