# EXHIBIT 5

EXHIBIT 5
Page 37

10 Jordanhill Drive

Glasgow

22.9.99

Dear David

LAURA WALKER.

I write to advise that I do not want this nutcase staring at me in the street.

She passed me in Douglas St yesterday and repeatedly stared.

I know she is galactically stupid and she has similarly harrassed Catherine Wray but I can tell you right here and now I shall not be tolerating this.

I would also advise I do not wish herself or her husband to make nuisances of themselves around me or any of my circle at the Labour Party conference this year.

It is of course very likely that the wife battering M.P. will be reselected since many in his constituency regard him as little short of a gangster.

I hope this is noted

YOURS SINCERELY

FIONA HARVEY.

EXHIBIT 5
Page 38