# EXHIBIT 6

EXHIBIT 6
Page 39

PAGE 11

CELTIC GAME OFF AS SNOW CAUSE CHAOS



# sunday mail

60p — January 30, 2000 — 4266

**FREE** Mobile phone
**FREE** 60 hours calls
**FREE** Stay in hotel
See Page 29

**go go go**
**£30** London return
PAGE 15

# MP WIFE AND THE STALKER

**EXCLUSIVE**
By LYNN McPHERSON

AN MP's wife is living in fear of a female stalker who also harassed First Minister Donald Dewar.

Lawyer Laura Wray, married to MP Jimmy, says she suffered threats and intimidating phone calls after Fiona Muir, 34, was sacked as a trainee solicitor by Mrs Wray's firm.

Mrs Wray is considering reporting the incidents to the police after Muir recently tried to phone her again.

And she has spoken to Mr Dewar, who was harassed at his constituency surgeries by Muir, who made an unsuccessful bid to win nomination for a seat in the Scottish Parliament.

A Labour insider said yesterday: "This woman was causing Donald lots of problems.

"Even now, the colour drains from his face at the mention of her name.

"She would turn up at his surgeries shouting and swearing at

**TURN TO – Page 6**


**Target:** Lawyer Laura Wray


**Threatening:** Fiona Muir



### Two easy for Tyson

MIKE TYSON last night picked up £4million for four minutes' work when he demolished Julius Francis.
The controversial former world champ knocked out the British title holder in round two in Manchester after flooring him five times.

**BIG FIGHT SPECIAL:** Pages 5, 64, 65 & 80

**FACE OF THE SAMURAI SWORDSMAN - Page 7**

EXHIBIT 6
Page 40

# THE NUT...



**Loving wife:** Laura Wray with her MP husband Jimmy, who has also been a target of threats from Fiona Muir

# MP WIFE'S STALKER

**FROM PAGE 1**

him in front of lots of people, and calling everybody names."

Muir was sacked from a trainee post at Mrs Wray's firm, McPhail Lawrence Partnership, in 1997.

Since she was dismissed, she has contacted Mrs Wray's office with a series of threatening phone calls and even turned up at her house on one occasion.

Mrs Wray, wife of Glasgow Baillieston MP Jimmy Wray and the mother of an 18-month-old son, was so worried by Muir's behaviour she issued her staff with panic alarms.

She is now considering making an official complaint to police, after Muir renewed her campaign last week.

It's also understood that Muir has developed a friendship with Mr Wray's ex-wife Catherine, with whom he fought a bitter divorce battle.

### Familiar

Muir, 34, has threatened to turn up at the Court of Session in Edinburgh next week as the MP launches a £1.5 million defamation action against the newspaper which carried his ex-wife's claims of domestic abuse.

Fiona was taken on as an employee of Laura Wray's Glasgow law firm in 1997.

But the trainee solicitor, who obtained her law degree from Aberdeen University, was dismissed within days.

Mrs Wray said: "We were only one of a string of solicitors who gave her a job and found her incapable of behaving.

"She was only at the firm a week. She kept writing letters saying she was desperate to come and join me, but I subsequently found out she's done the same thing with other female solicitors.

"She sent me a congratulations card when I got engaged, and sent me letters in such familiar terms that I thought I must know her from somewhere." Within days of Muir joining the firm, she was behaving oddly, said Mrs Wray.

She added: "She phoned up clients making remarks about me which were fairly threatening.

"After we terminated her employment, she had to be escorted from the building, and sat outside screaming for about half an hour."

But after Muir contacted Mrs Wray's office again last week, she became increasingly worried.

"She phoned the office this week, and obviously I'm a bit more concerned because I have a small child. My husband is concerned as well.

### Dangerous

"She would leave messages on our answerphone saying, 'I'm going to get you'. I think she's a dangerous girl."

Mrs Wray consulted Dewar when she discovered he had been a target of Muir's attentions. She said: "Muir claimed to be a special advisor to Donald Dewar, but in reality she was a constituent of his he couldn't get rid of."

Mrs Wray added: "I consider I am being stalked by her."

A spokesman for the Law Society said: "Fiona Muir has been in regular contact with the society for some years and has been trying to get taken on as a proper trainee solicitor for many years.

"She was taken on as a prospective trainee by three firms, but I'm certain a training contract was never signed."

When confronted with the allegations, Fiona Muir said: "I will be contacting my solicitor."

She denied she was a stalker and claimed she had only contacted Mrs Wray's office to complain about her treatment.

Muir insisted she had resigned from the firm and had not been dismissed.

l.mcpherson@sundaymail.co.uk



**Threats:** Fiona Muir at her home yesterday

## Personal tragedies that led to horror

**EXCLUSIVE**
**By SARAH MULFORD**

THIS is the face of the respectable businessman who attacked an MP with a 2ft-long samurai sword and killed his aide.

Robert Ashman, 49, who once tackled a burglar, was considered a pillar of the community with a good job, nice house and loving family.

But a tragic and dramatic sequence of events has led to him being arrested by police.

And last night he was still being questioned about the killing of MP's assistant Andrew Pennington.

Ashman's troubles began when his wife Beryl, 52, and daughters Lucy and Kirsti walked out over a row about their mortgage.

### Failed

In 1990, he took out a mortgage on a £115,000 six-bedroom luxury home in Cheltenham. But just two years after he moved in, he lost his job as a drainage engineer.

He had hoped his mortgage insurance would cover his repayments, but he failed to find enough cash. The house was repossessed and the family were evicted from their dream home.

Mr Ashman blamed the ordeal for wrecking his 25-year marriage. He said at the time: "We've been treated appallingly. We've had our lives turned upside down."

It was his sudden fall from grace which first brought him into contact with Nigel Jones.

He lobbied the Lib-Dem MP for seven years to get his help in his mortgage battle with the bank.

During this time, he saw two of his own companies – Ashman Construction Limited and Cheltenham Development Corporation Ltd – fail and go bust.

But as his professional life took a turn for the worse, he was hailed a hero for tackling an intruder he caught breaking into his home.

### Frenzied

Six years ago, Ashman appeared on the TV show Kilroy calling for more people to make citizen's arrests to help the police.

His mother, Ivy, admitted yesterday: "He has had a terrible time, especially recently when he has lost his home and his job."

Meanwhile, the MP Nigel Jones, 51, who was injured in the attack which left his colleague dead, was last night in a "comfortable and stable" condition in hospital. He is expected to be released tomorrow after receiving a visit from party leader Charles Kennedy.

Mr Jones was injured in his Cheltenham constituency office on Friday. A man burst in with a samurai sword concealed under his long coat.

Andrew Pennington was killed in the attack as he tried to protect the father-of-three.

Speaking from his hospital bed, the MP paid tribute to his brave assistant. Mr Jones said: "I am

EXHIBIT 6
Page 41