# EXHIBIT 7

**REDACTED VERSION OF
DOCUMENT PROPOSED
TO BE FILED UNDER SEAL**

EXHIBIT 7
Page 42



**TRINITY**
Properties

Complaints Department
Law Society of Scotland
26 Drumsheugh Gardens
Edinburgh
EH3 7YR

20th November 2001

**RE: Fiona Muir / Fiona Harvey / Fiona Briony Harvey**

You may recollect that I wrote to the Society on 31st October 1997 about the above named person`s appalling behaviour which lead to her dismissal from my then firm, L &L Lawrence, after only a few days. I enclose copies of the correspondence between ourselves including a detailed description of the events leading up to and immediately after her dismissal. As you may be aware I am now a consultant with Messrs Drummond Miller.

For the past four years I have been subjected to continued harassment from her and I am concerned to discover that she is still attempting to enter the legal profession. I have been contacted by the solicitors acting for her most recent former employers, Messrs Craxton Grant, who were apparently advised by yourselves that there had been no prior complaints about this person. I would like to ensure that you are aware that the person formally known as "Fiona Muir" is the same person who now alternately styles herself "Fiona Harvey" and "Fiona Briony Harvey".

I wish to reiterate to you that it is my strong view that this person is not fit to be admitted as a solicitor, that in terms of the harassment and threats made regarding myself and others that she is a danger to members of the profession, and given that her threats have escalated to a recent threat to kill my husband, James Wray, MP for Glasgow Baillieston, that she is a danger to the public.

I enclose some copy notes she has written which give you the flavour of the harassment I have endured – there are many more but some are so highly defamatory that I would consider taking legal action if she had any assets. I also enclose a copy of a newspaper article in the Sunday Mail, which was not, I hasten to add, instigated by myself but which arose when the newspaper contacted me about Ms Muir`s activities. Her modus operandi is to leave defamatory messages on other people`s answerphones and to write to other people regarding myself. She continues to telephone the offices of Drummond Miller, my husband` office in Westminster and the offices of at least one other MP, and has even sent a letter defamatory of myself and my husband to the Prime Minister.

She further threatened that if my husband and I turned up at the Court of Session to pursue my husband`s defamation action against the Mail on Sunday newspaper that she would kill us. ███████
████████████████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████████████████

Understandably I was concerned for my safety, as my husband spends most of the week in London and I am at home with a small child, and my husband and I contacted the CID in Glasgow.

Bizarrely on the first day of the hearing in Edinburgh Bruce Ritchie of the Law Society advised me that she had phoned him that morning to say she had intended to come through to Edinburgh for the hearing, but had workmen in and "was too busy".

I have kept hoping that she would get fed up if I did not respond to her, but she then wrote to yourselves on 5th May 2000 making a complaint about me, which is essentially a series of defamatory remarks rather than a complaint. I found the terms of this most distressing, in particular her nasty comments about my little boy whom she describes as "backward". Suffice to say the Society took no action against myself, but I am most unhappy that this person is seeking to abuse a legitimate procedure to give herself a platform on which to harass and defame others.

Then around September of this year we were contacted by the office of John Robertson MP for Glasgow Anniesland (who is Ms Muir`s MP) who was concerned by a message left on his answerphone by Ms Muir to the effect that she had had enough and was now going to kill Jimmy Wray.

In October of this year I commenced classes in European Law and Private International Law with a view to going to the Bar in October next year. On my first day there I encountered Ms Muir, and I spoke to the Head of the Law Faculty. She then disappeared for some weeks and I hoped she would not return. She reappeared in early November and has attempted to intimidate me- on one occasion she appeared at my side shoulder to shoulder with me as I waited for an escalator, she stares across the room at me, has followed me as I attempted to enter the cafeteria, and has approached other students, whom she does not know, simply because she has seen me talking to them. In the circumstances you can appreciate that her mere presence is enough to unnerve me, but I feel she is growing bolder in her physical approaches to me and I continue to fear for my safety.

In the circumstances I wish to know what action the Law Society will take with regard to Ms Muir. It seems to me that she has had numerous chances to redeem herself and has not done so, and that the individuals such as myself and Mr Craxton who have gone out of our way to extend a helping hand to her invariably become targets against whom she directs her vitriol. Surely the time has come for the Law Society to exclude Ms Muir from the profession before her behaviour becomes totally out of control, if it is not already.

Yours Sincerely




Laura Wray MA LLB DipLP.

EXHIBIT 7
Page 44