# EXHIBIT 8

EXHIBIT 8
Page 47



# UNIVERSITY OF STRATHCLYDE

Mrs Laura Wray,
12 Sunningdale Avenue.
Newton Mearns
Glasgow

10th June 2002

Dear Mrs Wray,

**Fiona Muir or Harvey**

I write to inform you that Ms Muir or Harvey was excluded from the University, with immediate effect and permanently, on 30th May 2002. This was in part as a result of the various difficulties that you personally have faced, but also as a result of various difficulties that other students and staff at the University faced as a result of her behaviour.

I am also writing to express my personal regret to you that I did not act decisively sooner in the matter, the result of which inaction was that your whole year at Strathclyde was affected, doubtless detrimentally. I hope nevertheless that you have found benefit from your time here; and also that in future you and your family can live your lives without the harassment to which you have been subjected for so long.

I am,
Yours sincerely,

*Professor Kenneth McK. Norrie*

*THE PLACE OF USEFUL LEARNING*

THE LAW SCHOOL
Stenhouse Building
173 Cathedral Street
Glasgow G4 0RQ
Tel: 0141-548 3738
Fax: 0141-553 1546
Rutland Exchange: Glasgow G23

Head of Department: Professor K McK Norrie FRSE

Professor J W G Blackie    Professor A A Paterson FRSE FRSA
Professor Neil Hutton      Professor P W Robson
Professor I J Lloyd        Professor B J Rodger
Professor Donald Nicolson  Professor N Whitty



INVESTOR IN PEOPLE

**EXHIBIT 8**
**Page 48**