# EXHIBIT 9

EXHIBIT 9
Page 49

# sunday mail

65p — April 28, 2002 — 4380



**Win a trip to Barcelona Prague or New York BY MIDNIGHT SEE PAGE 18 '0901 ENTRY**



## Kylie battles to save voice

**EXCLUSIVE By LYNN McPHERSON**

POP pixie Kylie Minogue was battling to save her voice last night as a throat bug threatened her sell-out UK tour.

The tiny singer, who is due to play three nights at Glasgow's SECC next month, kicked off her £4million Fever 2002 Arena Tour on Friday in Cardiff.

But cheering fans were unaware that halfway through the show, the Aussie pop star felt her voice begin to weaken.

Kylie, 33, forced herself to complete the gruelling two-hour performance.

But immediately after the show, she dropped the bombshell to managers that she may not be able to continue the series of nationwide concerts.

Kylie has put months of preparation into the stunning stage show, which hits Glasgow for three nights on May 17.

An insider said: "Kylie is one of the hardest working people in showbusiness, and has been known to put in 18 hour days. So for her to say she can't go on, you know it's got to be serious.

"There are a lot of worried people out there – but there is nothing more important than her health."

**Bride: Mum's run off with my husband** PAGES 10 & 11

# STALKER TARGETS MP'S SON



**Hounded:** MP Wray, hugging little Frankie, and his wife Laura

## Wray fury at smears

**EXCLUSIVE By LYNN McPHERSON**

AN MP yesterday told of his horror after a stalker falsely accused him and his wife of abusing their disabled son.

Labour's Jimmy Wray and wife Laura were visited by social workers investigating claims they had beaten four-year-old Frankie.

The couple received death threats after Fiona Harvey, 36, was dismissed from Laura's former law firm.

Wray, 63, said: "It is upsetting enough for Laura and myself, but for Frankie to be dragged into this was hugely distressing."

**FULL STORY – PAGE 5**

EXHIBIT 9
Page 50

# SICK STALKER TARGETS MP'S DISABLED SON



**Happy family:** Jimmy Wray with wife Laura and their son, Frankie

## Heartache after 'lawyer' sends bogus child abuse letter to social workers

**Tormentor:** Harvey, right



AN MP and his lawyer wife yesterday revealed how a female stalker filed a bogus complaint saying they had abused their four-year-old disabled son.

Backbencher Jimmy Wray said he was stunned when social workers turned up at his door last week to investigate the claims.

Wray and wife Laura are now taking out an interdict against Fiona Harvey, 36, the woman they say has hounded them for five years.

Laura suffered death threats and intimidating phone calls after she sacked Harvey when she was a trainee solicitor with her former firm, McPhail Lawrence Partnership, in 1997.

She has no doubt Harvey wrote a letter to East Renfrewshire Council social work department saying they were assaulting their son, Frankie.

Laura said: "It was extremely upsetting. They had received a letter saying Jimmy and I had been hitting Frankie on a regular basis.

"The social workers were very nice, and it was quickly clear there was no basis for this complaint.

"I understand these things have to be checked out. But I was absolutely horrified, as any mother would be.

"We have no doubt it's this woman. The letter referred to me as Laura Walker, the professional name I used previously, and which nobody but Fiona Harvey uses now.

"It's a dig that Jimmy and I weren't married when I had Frankie."

The Sunday Mail exclusively revealed how Harvey, sometimes known as Muir and Briony-Harvey, also harassed the late First Minister Donald Dewar at his constituency surgeries in Glasgow's west end.

Laura added: "What this woman has done simply beggars belief.

"She's made our lives a nightmare. I don't think she is ever going to leave me alone.

"To involve our son is just sick. I've been to the police about her in the past, but

### EXCLUSIVE
### By LYNN McPHERSON

there's nothing they can do.

"She's a combination of a stalker and a harasser and I genuinely fear for my safety."

Harvey's campaign against the Wrays began after she was sacked from her post just days after joining.

Laura became so concerned by her behaviour that she issued her staff with panic alarms.

The former employee bombarded her with a series of threatening phone calls and even turned up at her house on one occasion.

Harvey also boasted she had forged a bizarre friendship with Wray's ex-wife Catherine, with whom the Labour MP for Glasgow Baillieston fought a bitter divorce battle.

The saga recently took a new twist when Laura, 39, turned up at her Strathclyde University course in European Law, only to discover Harvey sitting in the classroom.

Laura said: "I was astounded. I started back at university in October because I've been called to the Bar in Edinburgh, and needed qualifications in European law.

"I was stunned when Fiona Harvey also turned up. She has been following me about ever since.

"She's even tried to approach me when I've gone to my car after class, but luckily some of the other mature students know the score and escort me to my car.

"I have every cause to have taken out an interdict against this woman in the past.

"But I have resisted because I thought she was more to be pitied."

Solicitor Charlie Craxton, who runs Paisley-based firm Craxton and Grant, found himself a target of Harvey after he, too, dismissed her.

He and another staff member were both visited by social workers over bogus complaints that they hit their children.

Craxton said: "She is a completely unsuitable person to practise law and she should never be allowed to qualify as a solicitor."

A Law Society spokeswoman said: "Fiona Harvey has not yet completed a traineeship and been admitted as a solicitor and a member of the society."

Harvey could not be contacted last night.

■ SUNDAY EMAIL
l.mcpherson@sundaymail.co.uk

## ...id to save Scots from Saudi beheading

...SPERATE diplomatic bid was ...ay last night to save two Scots from ...ion in Saudi Arabia.

...Britons, including Sandy Mitchell, ...ots-born Canadian Bill Sampson, ...and convicted of a car bomb plot, ...portedly been sentenced in secret.
...en, who face public beheading, ...en in jail for over a year.
...reign Office officials tried to ...e men's fate, a delicate diplomatic ...swung into action.
...ell's MSP, Brian Fitzpatrick, said ...s still hope of a reprieve for the ...technician and added: "We are ...find out precisely the position

### EXCLUSIVE
### By BILLY PATERSON

in relation to the Saudi legal process.

"I have spoken to Downing Street and the Foreign Office, and there is some indication that the judicial process has not yet been completed."

One of Mr Sampson's legal team said: "The judicial process in Saudi normally does not end until cases reach the office of King Fahed for confirmation."

But Saudi solicitor Al Hajailan said that the court had met and recommended that more than one man be put to death. He confirmed Mr Mitchell, of Kirkintilloch, is one of the condemned men.

The two Scots allegedly 'confessed' on Saudi TV to planting a bomb that killed engineer Christopher Rodway in November 2000. But Mr Mitchell later claimed he and other Britons had been tortured

The others – James Cottle, James Lee, Les Walker and Peter Brandon – have been sentenced to 18 years.

Meanwhile, Mr Fitzpatrick claimed the sentences were merely recommendations and urged the families to remain calm.

Last night, the Foreign Office continued to stress the need for a "softly, softly" approach to the case.

**Sentenced:** Sandy Mitchell



NEW: DOUBLE TEXTS
3 MONTHS FREE LINE RENTAL

AMAZING NEW OFFER!

50 FREE TEXT MESSAGES EVERY MONTH FOR LIFE
PLUS EXTRA
50 FREE TEXT MESSAGES PER MONTH FOR FIRST 6 MONTHS
WORTH £108 IN FIRST YEAR

NOKIA FREE NOKIA 8210

ONLY £11.99 LINE RENTAL
PLUS £2 ITEMISED BILLING
=ONLY £13.99 PER MONTH

FREE 600 MINS OFF PEAK CALLS PER MONTH WORTH UP TO £720 PER YEAR
FREE 3 MONTHS LINE RENTAL WORTH £35.97
OFF-PEAK CALLS FROM ONLY 2P PER MIN
FREE CONNECTION WORTH £35
FREE PORTABLE HANDS FREE KIT & IN CAR ADAPTOR
FREE 3 MONTHS INSURANCE WORTH £14.97
FREE CARRY OVER MINUTES
FREE DELIVERY
14 DAY PEACE OF MIND GUARANTEE

FREE OLYMPUS CAMERA FOR WEB ORDERS!

Ref: 28A2VAMA

O vodafone

OPEN 24 HOURS, 7 DAYS A WEEK
Have your credit/debit card ready & FREEPHONE
0800 00 00 77
24 Hours
DIAL-a-PHONE

GET MORE ON-LINE AT www.dialaphone.co...

**EXHIBIT 9**
**Page 51**