# EXHIBIT 11

EXHIBIT 11
Page 58

## ORDERS MADE AT TIME OF WARRANTING

(It is not the normal practice in Glasgow to assign an early hearing in each case. Style 2 should therefore only be used for cases which require a hearing, where the Sheriff wishes an early hearing or for another good cause. Style 2 can be used on its own or in conjunction with Style 1).

1. GLASGOW, 29th April 2002. The Sheriff, having heard the solicitor for the pursuer ~~on the crave(s) for (an) interim order(s) Grants/Refuses Interim~~ *Allows amendment of Crave 1 and thereafter grants Interim Interdict as per Crave 1 as amended*

~~As craved~~ (until further order of court: Appoints the pursuer to intimate forthwith by Officer of Court a copy of this interlocutor to the defender).

*James A. Taylor*
Sheriff

NOTE: Intimation need only be ordered where an Interim Order is granted.

2. GLASGOW,                    19

Appoints parties or their solicitors to be heard on the crave for Interim**

within Court       , Sheriff Court House, 1 Carlton Place, Glasgow at    am/pm with intimation by the pursuer on the defender by any legal means on a period of notice of 48 hours.

Sheriff

Style 1** Interdict, Custody, Delivery etc (not exclusion order or attachment of power to arrest).

Style 2** Exclusion Order, Interdict with power to arrest attached others as above if hearing necessary.

CIVSK.AK.18.10r

EXHIBIT 11
Page 59