# EXHIBIT 12

EXHIBIT 12
Page 60

# Drummond Miller W.S.

Solicitors & Estate Agents
Incorporating the MacPhail Lawrence Partnership

65 Bath Street
Glasgow G2 2DD
T- 0141 332 0086
F- 0141 332 8295
DX GW512813

E-mail
reception@drummond-miller.co.uk
Web Site
www.drummondmiller.co.uk

## FAX TRANSMISSION SHEET

Date: 29 April 2002          If telephoning please ask for: David Wilson

Our Ref: DAW.GMcC            Your Ref:

| To: Laura Wray | From: David Wilson, Drummond Miller, Glasgow |
|---|---|
| For Attention of: | Regarding: --- |
| No of Pages (Including this one): 9 | Fax No: |

**MESSAGE:**

I confirm that Interim Interdict was granted. She has 21 days to show a Notice of Intention to Defend. If I hear anything from her I will be in touch.

Bathgate
64 South Bridge Street
T- 01506 656645

Dalkeith
11 White Hart Street
T- 0131 663 9568

Dunfermline
5 East Port
T- 01383 624241

Edinburgh
32 Moray Place
T- 0131 226 5151

Edinburgh
Property Department
32 Moray Place
T- 0131 226 2255

Kirkcaldy
42 Whytescauseway
T- 01592 205000

Livingston
6 Grampian Court
T- 01506 416703

Musselburgh
151 High Street
T- 0131 665 7393

**IF YOU DO NOT RECEIVE ALL PAGES STATED PLEASE TELEPHONE 0141 332 0086**

Resident Partners: A McPherson SSC • MM Drum • DA Wilson SSC
Chairman: RP Miller SSC • Managing Partner: AG McCulloch SSC
Partners: TC Dell WS • RJC Gardner WS • AG Buchanan WS • EJ Williamson SSC • A Purdie WS • J Cochn WS • UC Mitchell WS • Fiona J Moore WS
EA Malcolm WS • RW Frazer • Carole Hope • Liese Spiller • Fiona Tait • DJ Tait • Jacqueline A Strain • Consultant: Laura Walker
Associates: Tabitha KM Dell • AG Mills • Catriona A Logue • Miranda J Rachur • A B Brown
Property Manager: Karen J Wilson

EXHIBIT 12
Page 61