# EXHIBIT 13

EXHIBIT 13
Page 62

Subj: **FW: fao Grant McCulloch from fionaharvey**
Date: 17/05/02 09:40:30 GMT Daylight Time
From: dwilson@Drummond-Miller.CO.UK (David Wilson)
To: mrslaurawray@aol.com ('Laura Wray (E-mail))

I will let you know if she has indeed lodged a NID

The reference to slippers etc relates to an old story about Ross Harper which I am sure you will remember

-----Original Message-----
From: Grant McCulloch
Sent: 16 May 2002 17:10
To: David Wilson
Subject: FW: fao Grant McCulloch from fionaharvey

-----Original Message-----
From: Grant McCulloch
Sent: 16 May 2002 17:10
To: 'harvey fiona'
Subject: RE: fao Grant McCulloch from fionaharvey

I do not know why you are writing to me as I have no knowledge of you or your court case. Please desist. If you have defences to lodge in an action in which we act for the pursuer, then you are obliged to intimate these to us at the appropriate office.

-----Original Message-----
From: harvey fiona [mailto:fionaharvey2122@yahoo.co.uk]
Sent: 16 May 2002 14:17
To: Grant McCulloch
Subject: fao Grant McCulloch from fionaharvey

fao Grant McCulloch
Re Laura Walker and the interim interdict court ref no
A2041 O2s

I note the expiry period for the lodging of defences here is 20th may.
As you know i have been busy with exams. I intend lodging defences to this either tomorrow or Monday 20thotand you may pick up the copy from the sherrif clerk. I shall not be going to the trouble of copying yoru firm a copy. I am not affording you that coutesy since your client walker got her MP husband to make life difficult for me with office facilites. That is why you are not being afforded that courtesy.

I would also watch what you say to Walker because a lot of it has ended up in A PCC file that I received yesterday in connection with my complaint to the PCC about the sunday mail.

Whether you sadi what they allege you said I do not know. One never knows when Walker is involved She

---

17 May 2002  AOL: Mrs Laura Wray  Page: 1

**EXHIBIT 13**
**Page 63**

tells so many lies.

One thing is for sure when my exams are over I am copying all details of this toi every trade union in the country and other interested parties.

Tell me were you the one who got caught with the prostitutes and the slippers in the caledonian hotel or was that someone else....just out of interest since everyone is having a good old giggle at walker and your firm just for a change.

Acknowledge receipt

Copy to Law society

F harvey

---

Do You Yahoo!?
Everything you'll ever need on one web page
from News and Sport to Email and Music Charts
http://uk.my.yahoo.com

---

------------------ Headers ------------------
Return-Path: <dwilson@Drummond-Miller.CO.UK>
Received: from rly-xg04.mx.aol.com (rly-xg04.mail.aol.com [172.20.115.201]) by air-xg01.mail.aol.com (v86.11) with ESMTP id MAILINXG13-0517044030; Fri, 17 May 2002 04:40:30 -0400
Received: from anchor-post-34.mail.demon.net (anchor-post-34.mail.demon.net [194.217.242.92]) by rly-xg04.mx.aol.com (v86.11) with ESMTP id MAILRELAYINXG48-0517044029; Fri, 17 May 2002 04:40:29 -0400
Received: from mailgate.drummond-miller.co.uk ([62.49.158.186] helo=ed-exchange.DM.local)
    by anchor-post-34.mail.demon.net with esmtp (Exim 3.35 #1)
    id 178dHr-0009YI-0Y
    for mrslaurawray@aol.com; Fri, 17 May 2002 09:40:31 +0100
Content-Class: urn:content-classes:message
MIME-Version: 1.0
Subject: FW: fao Grant McCulloch from fionaharvey
Content-Type: text/plain;
    charset="iso-8859-1"
Content-Transfer-Encoding: quoted-printable
X-MimeOLE: Produced By Microsoft Exchange V6.0.4417.0
Date: Fri, 17 May 2002 09:42:29 +0100
Message-ID: <B2F5A54A009CE34C89DF51CEF90119A384D4A9@ed-exchange>
X-MS-Has-Attach:
X-MS-TNEF-Correlator:
Thread-Topic: fao Grant McCulloch from fionaharvey
Thread-Index: AcH88zZLbZTWG/LzRLq0FUcIZEPWnAAAATvAAAAmIQAAIqZPUA==
From: "David Wilson" <dwilson@Drummond-Miller.CO.UK>
To: "'Laura Wray (E-mail)'" <mrslaurawray@aol.com>

# Drummond Miller w.s.

Solicitors & Estate Agents
Incorporating the MacPhail Lawrence Partnership

65 Bath Street
Glasgow G2 2DD
T· 0141 332 0086
F· 0141 332 8295
DX GW512813

**FIRST CLASS**
Mr Laura Wray
12 Sunnindgdale Avenue
Newton Mearns

E-mail
reception@drummond-miller.co.uk
Web Site
www.drummondmiller.co.uk

Dwilson@Drummond-Miller.co.uk

Date · 31 May 2002      If telephoning please ask for :   **David Wilson**

Our Ref · DAW.GMcC      Your Ref · -----

Dear Laura,

**You .v. Fiona Harvey**
**Glasgow Sheriff Court Action**

I have checked with the court and they are reluctant to grant a permanent Interdict unless there is evidence of breach of Interdict. I will therefore keep the action alive and we have 1 year and a day from the granting of the Interim Interdict to provide evidence of breach of Interdict to allow us to Minute for Decree.

If she misbehaves herself in the next year we would put this evidence in front of the court and obtain a permanent Interdict. If she misbehaves herself after the year the present action will fall but we can raise another Interim Interdict pretty easily.

In the circumstances of the case I intend not to charge a fee.

Kind Regards,

Yours sincerely

David Wilson

**Bathgate**
64 South Bridge Street
T· 01506 656645

**Dalkeith**
11 White Hart Street
T· 0131 663 9568

**Dunfermline**
5 East Port
T· 01383 624244

**Edinburgh**
32 Moray Place
T· 0131 226 5151

**Edinburgh**
Property Department
32 Moray Place
T· 0131 226 2255

**Kirkcaldy**
47 Whytescauseway
T· 01592 205000

**Livingston**
6 Grampian Court
T· 01506 416703

**Musselburgh**
151 High Street
T· 0131 665 7393

Resident Partners  A McPherson SSC · MM Orpin · DA Wilson SSC
Chairman  RP Miller SSC · Managing Partner  AG McCulloch SSC
Partners  TC Bell WS · RJC Gardner WS · AD Buchanan WS · EJ Williamson SSC · A Purdie WS · J Carlin WS · DC Mitchell WS · Fiona I Moore WS
EA Malcolm WS · RW Frazer · Carole Hope · Liesa Spiller · Fiona Tait · BJ Tait · Jacqueline A Stroud · Consultant  Laura Walker
Associates  Tabitha KM Bell · AG Mills · Catriona A Logue · Miranda J Becher · A D Brown
Property Manager  Karen J Wilson

EXHIBIT 13
Page 65