# EXHIBIT 15

EXHIBIT 15
Page 70



## Fiona Harvey

Posts    Photos    Videos

👍 Like    🔗 Copy    ↗ Share

**Fiona Harvey**
1 h · 🌐

Rumour has it in scotland and she told me she only went to the subday mail years ago to do in her ex husband drew walker who she claimed was after her money.

Then she kept doing people in over the Sunday mail

Levy and macrae solicitors did that divorce I think then the wray divorce

It's the same old names coming up all the time. The scottish and engkish press really need to get sorted out

And now we have her siding with an abusive man v me

People are very weird

👍🥰😆 6

👍 Like    🔗 Copy    ↗ Share

**Fiona Harvey**
1 h · YouTube · 🌐



EXHIBIT 15
Page 71



# Fiona Harvey

**Posts** · Photos · Videos

**Fiona Harvey** · 29 m

I certainly have never had any time for laura walker having seen the way she operated and she's got worse as she's got older   The same old criminality

👍 1

Like · Copy · Share

**Fiona Harvey** · 30 m

I don't like I justice of any description and I don't like corrupt lawyers so I don't like levy and macrae

Like · Copy · Share

**Fiona Harvey** · 30 m

This thing is not just about richard gadd and a daft show. It's about how people who stand up for battered women eu catherine Davidson wray or whoever doesn't suit the establishment are done over by a sick twist journalist Nd a sick twist lawyer acting for any particular newspaper

I hope I get to talk about this in my TV interview next week I really do

😂👍 10

Like · Copy · Share



EXHIBIT 15
Page 72



# Fiona Harvey

**Posts**  Photos  Videos

I went out for a drive that weekend

 14

👍 Like    🔗 Copy    ↗ Share

**Fiona Harvey**
3 h ·

This was all in response to laura walkers interview questions. Then a bunch of roses arrived during the interview

I have a feeling it was valentines day but I could be wrong

Oh sweet I said

Yes it's from my fiancé

Oh how nice I said when's the wedding

When he gets divorced she said

There had been loads about this in the press but I hadn't seen it

She was waiting for jimmy wray to ge t divorced from the first mrs wray

Oh I see difficult complicated or something like that

😮👍😢 8

👍 Like    🔗 Copy    ↗ Share



EXHIBIT 15
Page 73