# EXHIBIT 8

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

EXHIBIT 8
Page 36

**From:** Fiona Harvey <span style="background:black">▮▮▮▮▮▮▮▮▮▮▮▮▮▮</span>
**Sent:** Sunday, January 25, 2015 1:06 PM UTC
**To:** <span style="background:black">▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮</span> Fiona Harvey <span style="background:black">▮▮▮▮▮▮▮▮▮▮▮▮▮▮</span>
**Subject:** important

I am blocking your email account after I have written this email.

It would have been written earlier but due to pressure of time it was not
Now the hawley arms will be shut down

there have been a variety of complaints to the regulators

This has been the case over a number of years.

Indeed amy winehouse who you love to chastise so much obtained class a drugs in there
I have always known that.

I shall not be taking part in any disciplinary proceedings against the hawley arms but I know who will be nor do I have any clients taking part

No mtv lawyers or mtv employees go into that bar nor do other businesses

Staff will be drug tested and tested for alcohol and indeed operations have been ongoing against that bar for some considerable period of time

Customer s have been offended and frankly time has been wasted because it could have been shut down fro health and safety reasons alone years ago
The place is filthy

This is not the only bar in the area to be shut down

turning to your own culpable and reckless conduct, you have upset me to an incredible degree

You have made aspertions on my character on matters of which you know absolutely nothing

You have called me unemployed and not a professional person

You have alluded to the fact I acted for a battered wife and was derided for doing so in ananarticle that was litigated upon

You have called me mad etc etc to others who have reported back to me.

Other staff have done likewise to other female customers.

It has all been reported back to me and others over a period of months

You had me banned for no reason.

I only gained my way back to gain more evidence.

You claim to have two degrees in english which you do not have

You have that theatre thing from the worst university in scotland ie glasgow and that postgrad from oxbridge

I have three years of english in my first class honours politics and history degree so I in fact have more passes in english than you

I took that after my LLB

You claimed to ▮▮▮ that moron from fife who you spoke to in that bar that you were from wormit and that you were 25

On friday you said you were 24

▮▮▮▮▮▮▮▮▮ claims to be a variety of ages too

It is just beyond farce

I thought you were quite genuine originally despite the fact you come from fife and noone in fife ever works and they are all on the labour party catholic mafia gravy train!!!!

**EXHIBIT 8**
**Page 37**

Your mother is or was a public sector worker. She is or was a medical assistant and your father does or does work in the public sector

My parents did not get on but they both had theior own businesses and very successful ones

Fife breeds this menatlity of slagging everyone else off so does glasgow uni

That ▮ guy is obviously a public school product and he has offended everyone

he banned me for phoning and asking to talk to ▮ one day

That was what I was banned for

That girld from dundee was banned becauswe she stood up to ▮

I only wrotye in because I thought them vicious and did not want them to turn on her even more

▮ was not paid and was given ▮ incorrect phone number by ▮

She was sacked because she sl;ept with ▮

She has to my knowledge still not been paid

I inadvertently told ▮ about ▮ behaviour

That was a genuine mistake because we were talking about other bad behaviour from the men in there and ▮ [pressed me on it

I covered fro ▮ saying he did not know because I thought ▮ was quite a nice guy who did not need the hassle

there is no way ▮ could not have known because veryone knew

i think ▮ realises that

The staff act like children

At the soho thing I wass told to f ck off my ▮ etc etc and that ▮ had said so

I told eevryone

That ▮ has issues from his parents and his public school schooling

The word bully does not quite come into it!!!!!

I dont know much about the ▮ aparet from ▮ mucks about with younger women

That has come to me from several sources

▮ ingherited from the ▮ that noone has ever heard of!!

▮ is like a skint rabbit and the ▮ had a great many grievances with him...said he used to be a football hooligan

From now on any major star will not be in there. I most certainly will not be in there

No local businesses will be there

Copmplaitns will continue to be made no doubt by others re the drug taking etc etc

I move out of camden tomorrow

Yopu also knew I had one exam this week and I ddi not have the material for it

EXHIBIT 8
Page 38

theer are also five diodgy camden law firms curerently being investigated to the hilt

In fact I am hard pressed to think of a staright institution in camden

▬ also told the ▬▬▬ I was a " man eater" or words to that effect

the problem with ▬▬ is he is very very involved in the camden drugs scene

Theer are some typos here but I am in a rush as usual

teh kleader of camden council is going to be made to resign over multivarious factors

Big business is coming in and will not tolertawe this nonsense

I am moving elsewhere in the burgh but due to work commitmentws I shall be abroad a great deal

I had one husband who died who wopuld jhave knocked you block off had he been alive fro some of the things you and your cronies have said to me4 in the past

I can assure you i am not mad or unemployed or any of the things you have said

You are naive ugly stupid and badly educated

That is me being generous!!!!!!

You have no future in acting or wtih that silly crude show

That channel four documenttary I doont think will air or that thing you are doing

This is the tip of the iceberg of what I could be saying.

Noonbe who has ever worked for that bar will ever be allowed to run their own pub

Objectionas have been lodged in advance

▬▬▬ will not be hired by any law fitrm known to me

that mad theatre course at glasgow will be deprived of funding in the fullness of time

So emigrate but not to anywhere I cgo on holidfay keep oput of my way and keep out of the way of anyone I know and do not defame people

That is ftrankly all I have to say on the matter

there are also a numbner of people signing on as you puit it and working in the hawley arms and they are not declaring tips for tax

A  numbnetr of peoolel also do not haev leave to remain in the4 country

These issues are probably being investigated

A couiple of questions why are the female staff so ugly with no tits?????

Why is upstzitrs a knocking shiop??

It is not a function room it is a knocking shop!!!!

Why is eevryone allegedly in a band but no bands are successful???

why has noone in there evr had a proper job????

I am very loyasl to peopel richard and I do not make enemies easily

You have really taken the biscuit for the things you have said about me

EXHIBIT 8
Page 39

I wont be suing you becasue you are a man of straw

I wont be sdaying anything about youi

I am telling you you are unhireable but wont be saying that publicly

I have ethics and I have candour

You frankly do not

Your generation were brought up by badly educated parents on twitter etc etc

Oh that was the other jibe wasnt it six followwers on twitter

QWell I have another twitter account with 350 thousdand followers. Its not under my name or any contortion of my name and it is to assist with my phd monitoring how assoles behave on twitter

I am associated with a number of firms and they have many many twitter followers and som,etimes I contribuite

Why dont you move back to glasgow That s qa workshy catholic mafia kind of place full of paedos and gangs and liars and crimbos..That might suit you just fine

▆▆▆ is right about one thing

Evetryone in the area does think he is gay.That is correct.

Now stay away from me

Your email is now blocked from my accopunt

You never had my main phone number anyway

My contacts arfe considerable in eevry walk of life and tehy are all very angry with you and the other staff at the hawley arms

I dont know ▆▆▆ and his wife

I have heard derogatory comments but I dont know them

At the soho thetare I did not taslk to ▆▆▆ It was that wee idiot ▆▆▆▆▆▆ who verballed me my quarrel is not qwith ▆▆▆ and the wife.

oh thats anothr thing how come ▆▆▆ is a ▆▆▆▆ if ▆▆ signs on as you put it

how come esther is a film director

So now they are all ken loach!!!!!

god give me strenght!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!

I have never signed on in my bloody life as you put it

I haev neevr eben mad in my life and I ddi one postgrad at glasgow only becasue the firm demanded it

I am highly educated and have a number of qualifications you dont know about

Now go away and leave me alone and my reputation!!!!!!!!

FBH

EXHIBIT 8
Page 40