# EXHIBIT 9

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

EXHIBIT 9
Page 41

Richard; 28/1/2016.

I did the last episode & enjoyed when I moved flat freezing with no heating at 3.45 over Xmas & New Year. It was quite good.

The last show I cannot judge since I was physically poorly but did quite enjoy it.

I don't like the Hawley Army for all the various reasons. No one's [illegible] just about any one I know!

I ended up looking in the window some weeks ago since I had agreed to meet someone outside.

I was ½ an hour late & standing in cos I thought he would maybe pass outside.

I was delayed at the [illegible] and I've made it known I do not [illegible] Jack and I didn't even like meeting Jack outside.

Then my texts were off, it was my fault and all sorts

of [illegible] [illegible] of, as they celebrated of Camden [illegible] [illegible] [illegible] celebrated a lot already! Exciting!

My dad got caught in the chaos & I had to get a taxi home and cancel other meetings.

I don't like that bloody place, needed my hand although it was only 3 p.m.! and was not staring at your eyes, although they [illegible] at the [illegible] at me and I stared back. Would people go in there!

Anyway, this year has been extra busy as usual.

You are still too skinny etc.

If you want I might take you [illegible] a meal if you call me.

I don't read emails - Someone else does that for me + I don't do emails. I am allergic to emails.

I cannot be bothered talking to the electoral roll for [illegible] insurance bill.

I would surmise Soda [illegible] would pass this to you.

I am getting back to my usual gorgeous self and [illegible] walking ten miles a day.

That Frank [redacted] [illegible] lives next to corner from my new place. Had I known that, I would never have bought it! She lowers the tone!

[illegible] the same [illegible] but why [illegible] in the Soda show.

Too much baby mouth, nice ass. Needs to grow up would be my assessment. You are [illegible] quite silly not that amused of me.

If you call me [illegible] to the [illegible] and [illegible] or do something nice out somewhere nice.

My pals think you sound like a [illegible] so they want be coming. Lets keep that all separate.

You may be a nice little prick. I have [illegible] you [illegible].

You are very full of yourself and any one under 50 is.

Anyone over 80 is a [illegible] burden to us all.

Not surprised Cary was not complete + utterly [illegible] so you might have some potential.

Do not under any circ ask me to [illegible] you or [illegible] at [illegible] Bar. [illegible] will not do it.

I have many many people to C + pressures at my time.

No time you [illegible] with [illegible] pop it + most in my family live till 90!

Call me please as soon as [illegible].

Richard X

By the way I think Starmer is the best leader on the planet just now, me + all my mates love him.

You don't understand politics or care so its a waste of time us talking on that. But the SNP in power for ever + the Tories here for ever. Donald Trump will win in the USA. Everyone loves him there.

Consider changing to more [illegible]. Good.

Looking [illegible] with you. Thats a good thing cos these [illegible] are crap.

Its gonna be a great year I think. I feel it in my bones.

[illegible signature]

FED UP WITH
THE FANNYING ABOUT!
MY FLATS R CLEAN OUT
COURT IN PAPERS.
JUST CALL ME, I CUM
UP 4 MEAL.
TIME IS PRECIOUS!
I HAVE 4 PHONES. THEY
GO ALL DAY LONG!

[redacted] and [redacted] are nice well guys. That Serena. Who was 29/30 was a nice [illegible] girl and every one picked on her.

I don't like this guy/getting addicted/drink addicted generally but it [illegible] [illegible] [illegible].

You [illegible] even know when Serena got your [illegible] the gang picking on her!??

Don't get caught you the drug addicted drink addicted ways of my advice!

Sadly most actors etc do & they are a pain in the ass for their lawyers, families etc.

A total pain –

I need to go but don't end you like that.

[signature]



# A MAN'S MIND

(IN-DEPTH ANALYSIS)

CONSPIRACY THEORIES
FOOD
BAD JOKES
ANIMAL INSTINCT
SPORT
SELF-AWARENESS

**EXHIBIT 9**
**Page 49**