# EXHIBIT 12

## REDACTED VERSION
## OF DOCUMENT PROPOSED
## TO BE FILED UNDER SEAL

**EXHIBIT 12**
**Page 54**

**From:** Fiona Harvey <span style="background:black;color:black">████████████</span>
**Sent:** Wednesday, May 04, 2016 9:44 PM UTC
**To:** <span style="background:black;color:black">███████████████████████████</span>

Whacked out now just need to get directions to the gun shop in case mad khan wins

We are a ll buying guns to shoot each other with just in case

We don't want isil shooting us. C

If we get rid of khan everyone will sleep easy

He should never even have been allowed to stand

Sent from my iPhone

**EXHIBIT 12**
**Page 55**