# EXHIBIT 29

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

EXHIBIT 29
Page 92

**From:** Fiona Harvey
**Sent:** Thursday, April 21, 2016 1:19 PM UTC
**To:**
**Attachment(s):** "photo.JPG","ATT00001.txt"

My new pants. I'm going out I'm going mad

**EXHIBIT 29**
**Page 93**



EXHIBIT 29
Page 94