# EXHIBIT 42

EXHIBIT 42
Page 122



EXHIBIT 42
Page 123