# EXHIBIT 44

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

EXHIBIT 44
Page 127

**From:** Elizabeth.Clayden@met.pnn.police.uk <Elizabeth.Clayden@met.pnn.police.uk>
**Sent:** Friday, May 06, 2016 1:48 PM UTC
**To:** [redacted]
**Subject:** RE: Crime Ref: 2702958/16

Hi Richard,

Further to our conversation earlier, I have updated the crime report with your remarks and the decision you have come to that you will block her email address for the time being. As I said before, if you start to feel threatened or in immediate danger, please do not hesitate to call 999. Alternatively, if you change your mind and would like to take police action against Fiona, call 101 or attend your nearest police station front office to make a report of harassment. We can then begin to consider arresting her.

I would also advise you to let the Hawley Arms know that Fiona has been in contact with you again. As the first instance harassment warning letter was issued against her with them shown as the victim, they might be in a better place to take positive action against her on your behalf. I will speak to the officers at Camden and update them too.

If you would like to discuss this further, please do not hesitate to contact me.

Regards,

Elizabeth

**PC Clayden| PC 803 NI| Islington Beat Crimes Unit - North**
**0207 421 0554**
**Address:** Holloway Police Station, Hornsey Road, N7 7QY
**Email:** P236836@met.pnn.police.uk

---

**From:** Richard [redacted]
**Sent:** 06 May 2016 14:15
**To:** Clayden Elizabeth - NI
**Subject:** Crime Ref: 2702958/16

Hi Elizabeth,

Hope you are well!

I am still getting emails in abundance from Fiona Harvey. It has been going on for a couple of weeks but work has been mad, so I just chucked them in a separate folder and have only now got round to emailing you. I should have emailed sooner.

Would you be able to advise the correct course of action? I can just block the email address. I am sure she does not know where I live and it could be the end of it that way. Of course the worry is she goes to greater lengths to track me down if I do that, but I think perhaps cross that bridge if we come to it?

I have pasted in a couple of emails below for your reference.

King regards,

Richard Gadd

...................................

That top back is like platar fasciitis I had on feet none years ago

Agony

It's ok wen I lie flat on front or on back

It's like toothache

I'll get xrsys done next week

Masturbate that should send u to sleep

I'm a wreck today. I've hit itchy pubic hair too

It's a rash

The trick is not to shave cos then u get prickly heat

TgSt Michael asshole I slept with said oh I love your pubic hair kind of nice lady garden thing not too curly wurly not too shaved

As dhole of the century    None of his business

This is the one who woke up in the morning said he went to orgies

Why did I go there

**EXHIBIT 44**
**Page 128**

I hot footed it to the clap clinic but made him wear jonnys

Oh I've got a lovely dick said he

Gadd it was Fg minute. I couldn't find it

That wasy my worst shag ever

I ll tell u I've wanted more sex in my forties had more sex and masturbated more than in my twenties and thirties

I had a lot of sex too seventeen to twenty five


**Richard Gadd**
Writer/Performer

http://unitedagents.co.uk/richard-gadd
http://www.spotlight.com/interactive/cv/cv.asp?ref=M158637&pub=1

**Total Policing is the Met's commitment to be on the streets and in your communities to catch offenders, prevent crime and support victims. We are here for London, working with you to make our capital safer.**

*Consider our environment - please do not print this email unless absolutely necessary.*
NOTICE - This email and any attachments may be confidential, subject to copyright and/or legal privilege and are intended solely for the use of the intended recipient. If you have received this email in error, please notify the sender and delete it from your system.  To avoid incurring legal liabilities, you must not distribute or copy the information in this email without the permission of the sender. MPS communication systems are monitored to the extent permitted by law.  Consequently, any email and/or attachments may be read by monitoring staff. Only specified personnel are authorised to conclude any binding agreement on behalf of the MPS by email. The MPS accepts no responsibility for unauthorised agreements reached with other employees or agents.  The security of this email and any attachments cannot be guaranteed. Email messages are routinely scanned but malicious software infection and corruption of content can still occur during transmission over the Internet. Any views or opinions expressed in this communication are solely those of the author and do not necessarily represent those of the Metropolitan Police Service (MPS).

*Find us at:*
*Facebook:* Facebook.com/metpoliceuk
*Twitter:* @metpoliceuk

**EXHIBIT 44**
**Page 129**