# EXHIBIT 48

**REDACTED VERSION
OF DOCUMENT PROPOSED
TO BE FILED UNDER SEAL**

**EXHIBIT 48
Page 135**

**From:** Richard ███████████████
**Sent:** Wednesday, September 21, 2016 10:44 AM UTC
**To:** rebecca.writing@met.police.uk <rebecca.writing@met.police.uk>
**Subject:** Fiona Harvey Emails
**Attachment(s):**
"1.png","2.png","3.png","4.png","5.png","6.png","7.png","8.png","9.png","10.png","11.png","12.png","13.png","14.png","15.png","16.png","17.png","18.png","19.png","20.png","21.png","22.png","23.png","24
Sent By Fiona Harvery of Her Pants.JPG"

Dear PC Writing,

Thank you for your call earlier.

I have attached as many screenshots from Fiona Harvey to this email that I possibly can. There are so many more, but this will give you a flavour of the kind of things I have been receiving.

The voicemails are another level to this - and these are pretty bad - so hopefully you will be able to listen to those at some point if I can get them across to you.

Kind regards,

Richard


Richard Gadd
Writer/Performer

███████████
http://unitedagents.co.uk/richard-gadd
http://www.spotlight.com/interactive/cv/cv.asp?ref=M158637&pub=1

**EXHIBIT 48**
**Page 136**



from now on do call folk retards partic if in the labour party if stark raving homos or castholics

im right behind you

ill need to go to three separate courts tomorrow to clear up the mess George has caused

hes a Glasgow catholic poofter educzated down here  ie total fk up

ta for listening

not only that hes  a cheeky c  t all over the email all day today

im not normally this bads

I just hate catholics poofters etc

and im a racist

apart from that im a really sweet wee girleie good at sedx

EXHIBIT 48
Page 137



**EXHIBIT 48**
**Page 138**



**EXHIBIT 48**
**Page 139**



**EXHIBIT 48**
**Page 140**



**EXHIBIT 48**
**Page 141**



From: Fiona Harvey ██████████████████
Date: 25 May 2016 17:56:23 BST
To: Fiona Harvey ████████████

For the first time ever I slammed off the daily politics show

I normally have it on in the background whilst I'm doing stuff if I can

I thought if I get one more peep. Out of so called feminist s gay or ethnic minority folk ill blow my top

Who came on bonnie Greer

I could not get hold of that remote control quick enough

Maybe I'm having a mid life crisis but I don't want to hear social groups whi feing

Oh I'm gay I'm gay

Oh I'm black in black

Oh ima Muslim poor me

Oh I'm trying to be a pretend feminist poor me

It does my bloody head in

No you are trying to make money out of being a whinger

Maybe I should eat my dinner before reading the I love me who do u love newspaper all about mr khan

It used to be called the evening standard

Now it's called the khan comic

EXHIBIT 48
Page 142



EXHIBIT 48
Page 143



EXHIBIT 48
Page 144



EXHIBIT 48
Page 145



**EXHIBIT 48**
**Page 146**



(No subject)

**Fiona Harvey**
Fri 30/01/2015, 16:51
You; Fiona Harvey

youve got a very big enemy in the acting world. lm not telling you who that is but they are saying you are all image image and apain in the butt

frankly im not surprised

narcissists are like that

got to go the snp have just selected soem very good women westminster candidates

jo cherry qc who I know and natalie mcgarry

mcgarry will take that seat off curran

been kept back by jobsworths all day

everyone is sayign you are a wee yap dear

they have started demolishing the crap bit of camden just at the back of hawley

good..

camden is going

**EXHIBIT 48**
**Page 147**



**EXHIBIT 48**
**Page 148**



**EXHIBIT 48**
**Page 149**



EXHIBIT 48
Page 150



EXHIBIT 48
Page 151



**EXHIBIT 48**
**Page 152**



You are naive ugly stupid and badly educated

That is me being generous!!!!!!

You have no future in acting or wtih that silly crude show

That channel four documenttary I doont think will air or that thing you are doing

This is the tip of the iceberg of what I could be saying.

Noonbe who has ever worked for that bar will ever be allowed to run their own pub

Objectionas have been lodged in advance

[redacted] will not be hired by any law fitrm known to me

that mad theatre course at glasgow will be deprived of funding in the fullness of time

So emigrate but not to anywhere I cgo on holidfay keep opput of my way and keep out of the way of anyone I know and do not defame people

That is frrankly all I have to say on the matter

there are also a nubmner of people signing on as you puit it and working in the hawley arms and they are not declaring tips for tax

A numbnetr of peoolel also do not haev leave to remain in the4 countrv

EXHIBIT 48
Page 153



**EXHIBIT 48**
**Page 154**



EXHIBIT 48
Page 155



**EXHIBIT 48**
**Page 156**



**EXHIBIT 48**
**Page 157**



EXHIBIT 48
Page 158



**EXHIBIT 48**
**Page 159**



**EXHIBIT 48**
**Page 160**



EXHIBIT 48
Page 161



EXHIBIT 48
Page 162



**EXHIBIT 48**
**Page 163**



**EXHIBIT 48**
**Page 164**



**EXHIBIT 48**
**Page 165**



**EXHIBIT 48**
**Page 166**