# EXHIBIT 52

EXHIBIT 52
Page 176



**EXHIBIT 52**
**Page 177**

22/8/2017.

Richard George,

You've not unblocked your email thing so have not checked my emails.

Here are some lucky parts.

You need a bit of luck.

Lionel.

I have spotted that cyst's Achilles Heel otherwise would have got up sooner + endure pain.

EXHIBIT 52
Page 178