# EXHIBIT 61

EXHIBIT 61
Page 195

**mrrichardgadd** ✓ 12 h
From create mode

Hi Everyone,

People I love, have worked with, and admire (including Sean Foley) are unfairly getting caught up in speculation. Please don't speculate on who any of the real life people could be. That's not the point of our show.

Lots of love,

Richard x X

EXHIBIT 61
Page 196