# EXHIBIT A

PageVault

| | |
|---|---|
| Document title: | "Richard Gadd is PSYCHOTIC" Baby Reindeer's 'Real' Martha Fiona Harvey - YouTube |
| Capture URL: | https://www.youtube.com/watch?v=mK-isQXd_Qw |
| Page loaded at (UTC): | Sat, 27 Jul 2024 18:25:55 GMT |
| Capture timestamp (UTC): | Sat, 27 Jul 2024 18:27:14 GMT |
| Capture tool: | 10.48.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/124.0.0.0 Safari/537.36 |
| Operating system: | Linux (Node 20.11.1) |
| PDF length: | 6 |
| Capture ID: | rodmV5rTba3fuKJdv4BTVG |
| User: | lw-cstansall |

PDF REFERENCE #:   adYAFp4kTALZatzjXWSXoc



### "Richard Gadd is PSYCHOTIC" Baby Reindeer's 'Real' Martha Fiona Harvey

**Piers Morgan Uncensored**
3.12M subscribers

14M views  2 months ago  #babyreindeer #martha #piersmorganinterview

The hit Netflix Show Baby Reindeer premiered just over a month ago and has earned its creator Richard Gadd rave reviews, along with praise over how he portrayed themes of stalking and sexual abuse.

...more

**Shop the Piers Morgan Uncensored store**

 Piers Morgan Uncensored ... $25.70 — Piers Morgan Uncensored

 Piers Morgan Uncensored ... Limited shipping areas — Piers Morgan Uncensored

 Piers Morgan Unc... Limited shipping ... — Piers Morgan Un...

**60,171 Comments**  Sort by

Add a comment...

 ⚲ Pinned by Piers Morgan Uncensored
**@PiersMorganUncensored** · 2 months ago (edited)
Vote for Piers Morgan as Best Presenter in this year's TRIC Awards!
https://poll-tric.org.uk/
👍 546   👎   Reply
⌄ 71 replies

 **@Chrisbcfc** 2 months ago
Her current boyfriend of 5 years is a lawyer. Me and my girlfriend Margot Robbie laughed when we heard that part
👍 16K   👎   Reply
⌄ 94 replies

 **@chaoticgood..** 2 months ago (edited)
Welp, she's convinced me ...
She's 100% Martha

Sent from my iPhoen
👍 59K   👎   Reply
⌄ 428 replies

### Sidebar

Show chat replay

 The General® gives you a break
When you need a break, The General® is there to help with flexible payment options.
Sponsored · The General®
Get quote

 "She's A Dangerous Stalker" Fiona Harvey's Alleged First...
Piers Morgan Uncensored
2.3M views · 1 month ago

 'Baby Reindeer' Creator Richard Gadd Reveals True Story Behin...
This Morning
3.6M views · 3 months ago

 Richard Gadd and Jessica Gunning on the Real-Life...
The Tonight Show Starring Jim...
601K views · 1 month ago

 The True Story Behind Baby Reindeer | Netflix
Still Watching Netflix
2.1M views · 3 months ago

 "She's Lying, She's Truthful Or Has A Disorder" Baby Reindee...
Piers Morgan Uncensored
3.1M views · 2 months ago

 'Baby Reindeer' Stars Reveal Audition Tapes & Break Down...
Variety
241K views · 1 month ago

 World Champ Boxer Rates Every 'Rocky' & 'Creed' Movie (w/...
Insider
120K views · 4 days ago
New

 Mix - Piers Morgan Uncensored
More from this channel for you

 Piers Morgan Interviews Woman who Killed her Entire...
True Crime Central
6.6M views · 3 months ago

 Ryan Reynolds and Hugh Jackman Go Claws Out While...
First We Feast
11M views · 2 days ago
New

Buttigieg leaves door open on being VP option for Harris
MSNBC
680K views · 4 days ago
New

"Are You a CANNIBAL?" Armie Hammer Full Interview With...
Piers Morgan Uncensored

Document title: "Richard Gadd is PSYCHOTIC" Baby Reindeer's 'Real' Martha Fiona Harvey - YouTube
Capture URL: https://www.youtube.com/watch?v=mK-isQXd_Qw
Capture timestamp (UTC): Sat, 27 Jul 2024 18:27:14 GMT

EXHIBIT A
Page 7

Page 1 of 5

She's 100% Martha

Sent from my iPhoen

59K  Reply

428 replies

**@user-gv5jz1lt6y** 1 month ago
I mean how could Jessica Gunning perfectly capture Fiona's vocals and verbal expressions if she didn't listen to many voice mails that Fiona claims she never sent.

1.1K  Reply

8 replies

**@roses62096** 2 weeks ago
"She can't be me, she's probably twelve years younger than I am…" meanwhile baby reindeer takes place about 11 years ago.

184  Reply

1 reply

**@xArbuckle** 2 months ago
This feels like a bonus episode of the show

24K  Reply

95 replies

**@BB-fn2eb** 2 months ago
Piers Morgans biggest mistake was given her that free glass of water.

14K  Reply

100 replies

**@ironmanthegoat780** 1 month ago (edited)
She's literally single handedly destroying her own court case in this interview 😂

641  Reply

1 reply

**@terrylynch415** 1 month ago
If she says everything isn't true, what makes her think the story is about her? Seems like you can't have it both ways

735  Reply

10 replies

**@Jezzyglz** 2 months ago
"I'm 58, a year younger than you."
At that moment Piers Morgan knew, he was next.

27K  Reply

261 replies

**@davecallan1349** 2 months ago
Let me get this straight. She's suing a show she hasn't seen because the character in the show isn't her

69K  Reply

661 replies

**@deborahtaylor4576** 2 weeks ago (edited)
If you think about it……Richard Gadd comes off way more credible. He showed all the ugly parts. Things that made him way more vulnerable to scrutiny than Martha. Gadd is pretty much completely honest with himself, whereas Fiona is completely in denial. She had no case, since Gadd never named her explicitly. She comes forward to say it's about me, but it's not me. She's digging herself a hole. Fiona is actually way more unlikeable than Martha. …
Read more

107  Reply

**@FactsArentFeelings** 1 month ago (edited)

Document title: "Richard Gadd is PSYCHOTIC" Baby Reindeer's 'Real' Martha FULL Interview - YouTube
Capture URL: https://www.youtube.com/watch?v=mK-isQXd_Qw
Capture timestamp (UTC): Sat, 27 Jul 2024 18:27:14 GMT

EXHIBIT A
Page 8

Page 2 of 5





YouTube Search Sign in

but it's not me. She's digging herself a hole. Fiona is actually way more unlikeable than Martha.
Read more
107 Reply

@FactsArentFeelings 1 month ago (edited)
The newspapers of her stalking Laura Wray still exist. She 100% did it, he's not the only victim of hers.
186 Reply

@stanman742 2 months ago
If the actress who played Martha doesn't win the Emmy I'm rioting, she nailed it.
63K Reply
298 replies

@isurvived4100 2 months ago (edited)
Baby reindeer 2: it all started when piers invited me to his show and gave me a glass of water. Sent from my iphon
35K Reply
324 replies

@Ray-bn1ry 1 month ago
Crazy how piers seems normal when interviewing a crazy person 😂
390 Reply
6 replies

@zenbear4149 1 month ago
i'm really glad i didn't have to wait for season 2 of baby reindeer.
201 Reply
2 replies

@ev1533 2 months ago
Coming onto a show to "prove" she's innocent and Richard is psycho is the most Martha coded thing ever.
17K Reply
105 replies

@Julia-en9xq 2 months ago
"I currently have a boyfriend. He's a lawyer."

Does he know he's your boyfriend?
22K Reply
131 replies

@danihatton9535 1 month ago
"He only worked on certain days at the pub" knowing this is fully stalker behaviour
392 Reply
8 replies

@moxifoxi7710 1 month ago
"I sent him a letter " followed by "i didn't know his address" has me chuckling
146 Reply
1 reply

@Porean 2 months ago (edited)
The fact that Jessica Gunning's performance is so accurate really suggests that there is 350 hours of voicemails that she used for reference
5.8K Reply
24 replies

@jadc.8064 2 months ago
This interview feels way more disturbing than the actual show

Channel 4 News
243K views • 3 days ago
New

Trump and the future of the United States of America | Fou...
ABC News In-depth
1M views • 5 days ago
New

'Kamala Harris Is Trump's Worst Nightmare!' George Santos vs...
Piers Morgan Uncensored
1M views • 2 days ago
New

Nightly News Full Broadcast - July 22
NBC News
1.1M views • 4 days ago
New

Top 100 Roast Moments 🔥 Comedy Central Roast
Comedy Central
9.7M views • 2 years ago

Baby Reindeer | "Netflix Screwed Up" Fiona Harvey...
Piers Morgan Uncensored
732K views • 1 month ago

"Complete And Utter LUNATIC!" Trans Athletes Debate Turns...
Piers Morgan Uncensored
2.3M views • 2 months ago

"This Is A COUP!" Was Kamala Harris vs Trump Always The...
Piers Morgan Uncensored
1.8M views • 3 days ago
New

Andrew Tate vs Piers Morgan | The Full Interview
Piers Morgan Uncensored
14M views • 1 year ago

"We're Taking The Case Forward" Top Lawyer Chris Da...
Piers Morgan Uncensored
1.2M views • 2 months ago

Can I Break 50 With President Donald Trump?
Bryson DeChambeau
8.5M views • 4 days ago
Fundraiser New

Utah's Morning News - July 18th, 2024
KSL News
13K views • Streamed 9 days ago

Dave & Dujanovic - July 22nd, 2024
KSL News
1.3K views • Streamed 5 days ago
New

The Kanye 'Ye' West Interview With Piers Morgan
Piers Morgan Uncensored
9.3M views • 1 year ago

Meet Joe Black
YouTube Movies & TV
Drama • 1998

YouTube Search Sign in

24 replies

@jadc.8064 2 months ago
This interview feels way more disturbing than the actual show

Sent from my toiletseat

3.3K Reply

30 replies

@lame-o7185 1 month ago
she really shot herself in the foot here. her behavior, cadence, and speech patterns make the actress' performance worthy of a lot more praise.

117 Reply

@b12233 1 month ago
"its not defamatory if it's true" out of HER mouth, has to be the best part of the interview 😂

272 Reply

2 replies

@Takeabowson1986 2 months ago
"I'm nothing like Martha" - sits and acts exactly like Martha for an hour.

49K Reply

154 replies

@richardellinger2196 1 month ago
Her boyfriend is VERY glad he doesn't exist.

2.1K Reply

18 replies

@joeylegodi3737 1 month ago
This has to be the best interview by Piers, he is asking questions and actually listening. No shouting. Well Done

84 Reply

1 reply

@nyujay2010 1 month ago
The actress who played this psycho was spot on and should win every award!

218 Reply

@Mayderio 2 months ago
Who else is watching this while actively scrolling through the comments

31K Reply

308 replies

@16umarfarooq 2 months ago
"I haven't sent him any emails"
"I may have sent 2-3 emails"
"I've sent a handful emails"
"I think I've sent 10 emails"

6.8K Reply

53 replies

@Anton-ww6xx 1 month ago
Admits to have sent one letter, later denies knowing his home adress 🤔

504 Reply

4 replies

@user-gv3wc4qm8e 1 month ago
The resemblance, "wasn't flattering", 😂 😂 😂 Who did she think should play her? Jessica Alba?

Piers Morgan Uncensored
9.3M views • 1 year ago

Meet Joe Black
YouTube Movies & TV
Drama • 1998
Free with ads PG-13

Baby Reindeer real-life Martha brands Piers Morgan 'bully' an...
Daily Record
226K views • 2 months ago

Why the Establishment Hates This Man | Tommy Robinson |...
Jordan B Peterson
1.8M views • 2 weeks ago

"Netflix WILL Settle!" | Barrister Analyses Baby Reindeer's Fion...
TalkTV
25K views • 1 month ago

"Am I a Black Man If I Say I'm a Black Man?" Piers Morgan Pri...
Piers Morgan Uncensored
1.4M views • 1 month ago

Rebecca Schaeffer's Murder: Inside the Hollywood Tragedy...
Entertainment Tonight
81K views • 7 days ago

Piers Morgan vs Tristan Tate | The Full Interview
Piers Morgan Uncensored
6M views • 8 months ago

Paralympian Will Perry speaks out on the ableism he faces in...
ParalympicsGB
1.1K views • 1 year ago

'His Eyes Turned Coal Black' Ted Bundy's Cousin On Discoverin...
Piers Morgan Uncensored
408K views • 6 days ago
New

"GASLIGHTING America" US Election With Nancy Mace,...
Piers Morgan Uncensored
1.1M views • 1 day ago
New

Dave & Dujanovic - July 18th, 2024
KSL News
2.7K views • Streamed 9 days ago

"I Can Identify As A Black Lesbian!" Piers Morgan On...
Piers Morgan Uncensored
7.3M views • 1 year ago

Kamala Harris gets big endorsement; Trump meets...
NEWS CENTER Maine
48K views • 15 hours ago
New

New wave in Atlantic Ocean could develop
FOX 13 Tampa Bay

"I've sent a handful emails"
"I think I've sent 10 emails"

👍 6.8K  👎   Reply

∨ 53 replies

**@Anton-ww6xx** 1 month ago
Admits to have sent one letter, later denies knowing his home adress 🤔

👍 504  👎   Reply

∨ 4 replies

**@user-gv3wc4qm8e** 1 month ago
The resemblance, "wasn't flattering", 😂😂😂 Who did she think should play her? Jessica Alba?

👍 284  👎   Reply

∨ 9 replies

**@unite5438** 2 months ago
After this interview I am 100% convinced that Richard isn't lying about her behaviour.

👍 44K  👎   Reply

∨ 361 replies

**@gooddayoday** 2 months ago
"I haven't seen the actress.......she has dark hair, she's Scottish, she's 18 years younger than me." LMFAOOOOOOOOO

👍 5.2K  👎   Reply

∨ 18 replies

**@bobthecactus8812** 1 month ago
"I have a photographic memory"
A minute later
"You're asking me what grades I got for 13 subjects? I can't remember"
- phoen

👍 117  👎   Reply

**@swiftyswifster2** 1 month ago
"I have a photographic memory"

Proceeds to forget every single detail of every question he asks her. 😂

👍 261  👎   Reply

∨ 4 replies

**@annavictrix** 2 months ago
For the actress to do such a spot-on impression, there probably were an abundance of emails and voicemails for her character study.

👍 3.8K  👎   Reply

∨ 20 replies

**@tjwest2605** 1 month ago
She knows everything about the show, the actors/actresses, ages, their hometowns. Even Piers. She is exactly how Baby Reindeer portrays.

👍 1.9K  👎   Reply

∨ 12 replies

**@alexboyes3275** 2 weeks ago
Her: I haven't seen the show

Proceeds to describe every detail of the show...

👍 33  👎   Reply

**@MoosefromCanada** 1 month ago
4 PHONES ⁉️😳🤣🤣 omg and 6 email addresses...she just admitted she is a stalker...💁‍♀️

👍 43  👎   Reply