# EXHIBIT B

# MP WIFE'S STALKER;
## LAWYER LAURA TELLS OF FIRED TRAINEE'S HATE CAMPAIGN

Sunday Mail

January 30, 2000, Sunday

Copyright 2000 Scottish Daily Record & Sunday Mail Ltd.

**Section:** NEWS; Pg. 6/7

**Length:** 875 words

**Byline:** Lynn Mcpherson Exclusive

## Body

A WOMAN who waged a campaign against Donald Dewar is now stalking MP's wife Laura Wray.

Solicitor Mrs Wray has become the target of Fiona Muir, whom she sacked from a trainee post at her firm, McPhail Lawrence Partnership, in 1997.

Since she was dismissed, she has contacted Mrs Wray's office with a series of threatening phone calls and even turned up at her house on one occasion.

Mrs Wray, wife of Glasgow Baillieston MP Jimmy Wray and the mother of an 18 -month-old son, was so worried by Muir's behaviour she issued her staff with panic alarms.

She is now considering making an official complaint to police, after Muir renewed her campaign last week.

It's also understood that Muir has developed a friendship with Mr Wray's ex -wife Catherine, with whom he fought a bitter divorce battle.

Muir, 34, has even threatened to turn up at The Court of Session in Edinburgh next week as the MP launches a pounds 1.5 million defamation action against the newspaper which carried his ex-wife's claims of domestic abuse.

Muir previously plagued First Minister Donald Dewar and made an unsuccessful bid to win nomination for a seat in the Scottish Parliament.

She would turn up at the MP's surgeries and meetings in his Anniesland constituency, directing a tirade of abuse against him.

A Labour insider said: "This woman was causing Donald lots of problems. Even now, the colour drains from his face at the mention of her name.

"She would turn up at his surgeries shouting and swearing at him in front of lots of people, and calling everybody names.

"Nobody could believe it when she even tried to put herself forward as a candidate for the Scottish Parliament and Westminster.

"But everybody was well aware of what they were dealing with, and she stood absolutely no chance."

Fiona was taken on as an employee of Laura Wray's Glasgow law firm in 1997.

**EXHIBIT B**
**Page 13**

MP WIFE'S STALKER; LAWYER LAURA TELLS OF FIRED TRAINEE'S HATE CAMPAIGN

But the trainee solicitor, who obtained her law degree from Aberdeen University, was dismissed within days.

Mrs Wray said: "I think she's a girl with serious health problems.

"We were only one of a string of solicitors who gave her a job and found her completely incapable of behaving herself.

"She was only at the firm a week. She kept writing letters saying she was desperate to come and join me, but I subsequently found out she's done the same thing with other female solicitors.

"She sent me a congratulations card when I got engaged, and sent me so many letters in such familiar terms that I thought I must know her from somewhere."

Within days of Muir joining the firm, she was behaving oddly, said Mrs Wray.

She added: "There were lots of threats being made to my staff, to the extent that I had to actually issue them with panic alarms because they were so frightened.

"She phoned up clients making remarks about me which were fairly threatening, and we tried to cope with the difficult behaviour.

"But we had her on a hotline we have for clients and she was turning business away.

"After we had to terminate her employment, she had to be escorted from the building, and sat outside screaming for about half an hour. She then kept turning up at the officer.

"Ever since then, and despite my being kind to her and trying to assist her with all sort of personal problems, she just was a nightmare. The behaviour was bizarre. It was the sort of behaviour you would see if somebody was mentally ill.

"I've had plenty of grounds to have taken out an interdict, but I didn't think it would stop her and thought maybe she was more to be pitied."

But after Muir contacted Mrs Wray's office again last week, she became increasingly worried.

"She phoned the office this week, and obviously I'm a bit more concerned because I have a small child. My husband is concerned as well.

"She makes threats about Jimmy as well, and apparently wrote to Tony Blair complaining about him, simply because I had fired her.

"I have a whole file of correspondence I had back and forward because she basically went in and out of different lawyers' firms trying to make complaints about me.

"She would leave messages on our answerphone saying, 'I'm going to get you'.

"I think she's a dangerous girl."

Mrs Wray even consulted Dewar when she discovered he had been a target of Muir's attentions.

She said: "She claimed to be a special advisor to Donald Dewar, but in reality she was a constituent of his he couldn't get rid of.

"I spoke to Donald about her and outlined a couple of incidents. He said although she sounded a difficult person, there wasn't a great deal we could do about it."

Mrs Wray says she is now seriously considering taking police action against Muir, and added: "I consider I am being stalked by her."

**EXHIBIT B**
**Page 14**

MP WIFE'S STALKER; LAWYER LAURA TELLS OF FIRED TRAINEE'S HATE CAMPAIGN

A spokesman for the Law Society said: "Fiona Muir has been in regular contact with the Society for some years and has been trying to be taken on as a proper trainee solicitor for many years.

"She was taken on as a prospective trainee by three firms, but I'm quite certain an actual training contract was never signed."

When confronted with the allegations, Fiona Muir said: "I'll be contacting my solicitor."

She denied she was a stalker and claimed she had only contacted Mrs Wray's office to complain about her treatment.

Muir insisted she had resigned from the company and had not been dismissed.

**Load-Date:** January 30, 2000

---

**End of Document**