# EXHIBIT D



EXCLUSIVE

News
Scottish News

# I.    'Real-life' Baby Reindeer stalker Fiona Harvey was on police watchlist over 'sinister' campaign against Sir Keir Starmer

The case was referred to a specialist unit

**Mike Sullivan**
**Scottish Sun News Team**

- Published: 20:58, 20 May 2024

**THE real-life Baby Reindeer stalker was referred to a specialist police unit tackling obsessives over her harassment of Labour leader Sir Keir Starmer, The Sun can reveal.**

A formal complaint was made to police about Fiona Harvey after she bombarded Sir Keir and other Labour party figures with hundreds of emails.

Sign up for The Sun newsletter

Your info will be used in accordance with our Privacy Policy



She sent hundreds of emails to Sir Keir Starmer
Credit: PA



Fiona Harvey was reported to police over the email campaign
Credit: Piers Morgan Uncensored



Ms Harvey insulted the Labour leader and launched personal attacks on his wife
Credit: Piers Morgan Uncensored



They included a threat to Sir Keir that "your life won't be worth living"
Credit: PA



The case was referred to the Fixated Threat Assessment Centre (FTAC), a joint unit run by the
Met Police and NHS
Credit: Alamy



The specialist unit deals with obsessives who have a fixation with politicians and the Royal Family
Credit: Alamy

The case was referred to the Fixated Threat Assessment Centre (FTAC), a joint unit run by the Met Police and NHS.

It deals with obsessives who have a fixation with politicians and members of the Royal Family.

The Scottish Sun revealed how Ms Harvey – the inspiration for the Baby Reindeer character Martha in the Netflix hit – sent Sir Keir 276 emails over an eight-month period.

They included a threat to Sir Keir that "your life won't be worth living" and personal insults and offensive remarks about the Labour leader's wife.

The messages were sent to Sir Keir's Parliamentary constituency email address between January and August 2020.

It is thought the emails continued afterwards, with other Labour Party figures also being contacted.

Harvey, 58, of Fyvie, Aberdeenshire, was referred to FTAC in November 2021 over the messages.

One source said: "There was no suggestion of any physical danger.

"But the murders of Jo Cox and Sir David Amess are a stark reminder of the dangers faced by MPs.

"It was felt that the police should be made aware of the large volume of emails so the individual could receive help and stop the nuisance messages."

Play Video
**Moment 'alarm bells went off' for Piers Morgan during bombshell interview with 'real Baby Reindeer stalker' Fiona Harvey**

The FTAC unit of police officers and mental health nurses, formed in 2006, monitors individuals and carries out a psychiatric assessment to determine if they pose a risk.

They receive around 1,000 referrals a year and can provide suspects with mental health assistance to reduce any harassment or potential threat to people living under their focus.

It is unclear whether any action was taken over the referral of Ms Harvey.



All were signed off "Sent from my iPhone" — echoing Martha

From: Fiona Harvey <                    >
Date: 9 April 2020 10:20:31 BST
To: keir.starmer.mp@parliament.uk.

Keir cut the crap with me you stupid little boy
You get elected leader of. Non party and within two minutes I get an email calling me a racist from the housing ombudsman
I've already complsined about you to the standards commissioner who guess what also does nothing
See from now on il I complain about the slightest little thing
Your life won't be worth living
You do f███ a ll about  anything and all I get is abuse every two minutes of the day from your non party
I'm sick to the back teeth of it
Sent from my iPhone

She told the Labour leader she would make his life "not worth living"
Leading stalking expert and former Met inspector Hamish Brown said: "Sometimes in such cases, a cop and mental health nurse are sent to see the suspect.

"The FTAC started off with dealing with people who are fixated with Royalty and has broadened its brief to include politicians on some occasions.

"It is not a punitive or investigative tool and is focused on the care of the suspect and ensuring they are not a risk to themselves or others."

Police have the power to section anyone for three days under the Mental Health Act if stalking behaviour is persistent – and a psychiatrist can order longer detention.


**FIONA Harvey sent Sir Keir Starmer bizarre videos in which she moaned about neighbours during lockdown.**

She filmed herself walking round her flat with Sky News on as she claimed she was the only one clapping for NHS workers.

In a typically badly-spelt message she wrote: "Hundreds of people live round here.

"The Bengali mafia the air B and B mafia etc etc Noone clappedc"

She also sent Sir Keir and others an email with a video of a man appearing to stack items on the pavement near her flat.

Fiona Harvey also launched into vicious email rants about murdered MP Jo Cox and TV presenter Kate Garraway's late husband Derek Draper in her emails.

The Scottish Sun has chosen not to publish the content of the appalling messages.
Cops can charge suspects for causing "alarm or distress" under the Protection from Harassment Act – punishable with up to six months in jail.

The more serious offence of causing "fear of violence or serious alarm or distress" carried up to 10 years imprisonment.

An alternative option for police is seeking an anti-stalking order to place a suspect under restraints.

The Met said the harassment case remains "under review" by officers.

Ms Harvey said: "It's a lot of rubbish and I'm not going to be making comment."



Fiona Harvey was recently interviewed by Piers Morgan
Credit: Instagram/@piersmorgan



She also sent vile messages about murdered Labour MP Jo Cox
Credit: PA



The killings of Ms Cox and fellow MP Sir David Amess are a stark reminder of the dangers facing MPs
Credit: The Mega Agency



Baby Reindeer features Jessica Gunning as stalker Martha Scott
Credit: Netflix



The show has been viewed over 65m times
Credit: Netflix

Topics

- <u>Conservative Party</u>
- <u>Crime</u>
- <u>Labour Party</u>
- <u>Mental Health</u>
- <u>Police</u>
- <u>Sir Keir Starmer</u>