# EXHIBIT E

# *Baby Reindeer fans float theory that Richard Gadd's stalker 'Martha Scott' might have been a man in real life - as they point out all the clues in the hit Netflix series*

MailOnline

April 23, 2024 Tuesday 10:12 AM GMT

Copyright 2024 Associated Newspapers Ltd. All Rights Reserved

**Mail** Online

**Section:** FEMAIL; Version:3

**Length:** 894 words

**Byline:** Jessica Taylor For Mailonline

## Body

- The Netflix series has sparked debate over identifying the real-life stalker
- READ MORE: Baby Reindeer writer and star Richard Gadd opens up about 'triggering' act of reliving his trauma for the hit Netflix series

Fans of the new hit Netflix series Baby Reindeer have speculated that the real-life Martha Scott might actually have been a man.

The six-part series, created by Richard Gadd and based on his own experience of stalking and horrific sexual assault, shows his stalking ordeal unfold as the character of Martha (Jessica Gunning) becomes increasingly obsessed with him.

Now, after watching the critically acclaimed series set in a Camden pub, some fans have been sent into a frenzy as they try to track down Richard Gadd's real-life stalker.

Several fan theories have arisen off the back of the show and its depiction of Martha - but one particular analysis has taken a different approach.

Richard Gadd has always stressed that his stalker was also a victim, and someone in serious need of mental health support, which they never received.

As he first wrote a one-man theatre show and later, the Netflix series about his ordeal, he previously revealed in an interview with GQ: 'We've gone to such great lengths to disguise her to the point that I don't think she would recognise herself.'

Taking on board Gadd's description, a post online speculated that the character had been changed so much, she in fact is not 'she' at all.

The poster wrote: 'You can disguise and cover up a character from a story such that they won't be recognised by the public around that person; but to confidently say that the character has been disguised to such an extent that the person in question won't be able to recognise themselves in the show which features the actual victim playing himself tells me that 'Martha Scott' was significantly changed for the show.

'And by that I mean I think the real life Martha Scott was most likely a man. That also fits quite neatly into his whole post rape sexual orientation confusion and self discovery trajectory.'

Responding to the theory, one person said: 'You just opened another dimension in my head'

Another said: 'Ooooh interesting theory!!! I think you are right!'

Other people were less sure about the theory, suggesting that Martha's discussions of her menstrual cycle in the show, which she does in order to stress she's fertile and can carry children, suggests she is also a woman in real life.

As some fans continue to speculate over the identity of the real-life Martha, others have argued the search goes against the spirit of the show.

Writing on social media, one person said: 'Gadd processed his trauma in his way, purposely graced her with anonymity, it's unfair to take that away from him. And this could trigger Martha.'

Another argued: 'Those people who found the real Martha from Baby Reindeer are strange and lack boundaries because Richard didn't want anyone to be found?'

Baby Reindeer fans float theory that Richard Gadd's stalker 'Martha Scott' might have been a man in real life - as they point out all the clues in the hit Netfl....

One person said: 'Really not liking people sharing the personal details of an obviously really unwell woman.'

Some people believe they have tracked down the real Martha online, however Gadd has never confirmed her true identity and has asked fans to stop looking for her.

Richard first met his real-life stalker after he offered 'a crying stranger a cup of tea' when she came into the bar where he worked in 2015.

But the woman's obsession grew. She started invading his life by following him around and even waiting outside his home - with her stalking spanning four and a half years.

She would heckle him at his gigs and abuse his parents, even putting his livelihood in danger by calling him a paedophile among his work colleagues.

Initially, Richard's friends saw the funny side in the attention from his stalker, with the actor [previously saying: 'At first everyone at the pub thought it was funny that I had an admirer.

'Then she started to invade my life, following me, turning up at my gigs, waiting outside my house, sending thousands of voicemails and emails.'

Netflix said that every single email shown in the series was a real message sent from the stalker to Richard.

However the stalker also gave him items such as sleeping pills, a woolly hat, a pair of brand new boxer shorts and a stuffed reindeer toy - something Martha did not do in the series.

It was 'years' before the police eventually took Richard's complaints seriously and six years before they finally intervened, he previously told The Times - something which prolonged the agony for everyone involved, including his relatives.

The police told him at the time that unless his stalker became physically violent, there was little they could do to resolve the issue.

Richard was forced to prove there was a danger by recording his stalker's voicemails and combing through them to find instances of her threatening him or those close to him.

But despite her affecting his life for years, he has since said that he feels sorry for her, adding that she is a victim of a 'failed system'.

He told The Independent at the time: 'I can't emphasise enough how much of a victim she is in all this.

'Stalking and harassment is a form of mental illness. It would have been wrong to paint her as a monster, because she's unwell, and the system's failed her.'

He told The Guardian that because she was not getting the assistance she needed, 'her instability would just come down the phone at me every day.'

**Load-Date:** April 23, 2024

---

End of Document