LATHAM & WATKINS LLP
Marvin S. Putnam (Bar No. 212839)
  marvin.putnam@lw.com
10250 Constellation Blvd., Suite 1100
Los Angeles, California 90067

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Fiona Harvey | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:24-cv-04744-RGK-AJR |
| v. | |
| Netflix, Inc., and Netflix Worldwide Entertainment, LLC | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed  ☑ Lodged:  **(List Documents)**

A thumb drive containing a true and correct copy of the Netflix series entitled "Baby Reindeer";
A thumb drive containing true and correct copies of Exhibits 45, 47, 49, and 50 to the Declaration of Richard Gadd;
A thumb drive containing a true and correct copy of Exhibit A to the Declaration of Marvin S. Putnam in support of defendants' Special Motion to Strike

**Reason:**

☐ Under Seal
☐ In Camera
☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

July 29, 2024
Date

/s/ Marvin S. Putnam
Attorney Name

Netflix, Inc. and Netflix Worldwide Entertainment LLC
Party Represented

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)    NOTICE OF MANUAL FILING OR LODGING