1 | LATHAM & WATKINS LLP
2 |    Marvin S. Putnam (Bar No. 212839)
    *marvin.putnam@lw.com*
3 |    Laura R. Washington (Bar No. 266775)
    *laura.washington@lw.com*
4 | 10250 Constellation Blvd., Suite 1100
5 | Los Angeles, California 90067
Telephone: +1.424.653.5500
6 | Facsimile: +1.424.653.5501

7 | *Attorneys for Defendants*
Netflix, Inc., and
8 | Netflix Worldwide Entertainment, LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| FIONA HARVEY, | Case No. 2:24-cv-04744-RGK-AJR |
|---|---|
| Plaintiff, | **PROOF OF SERVICE OF LODGED DOCUMENTS** |
| v. | |
| NETFLIX, INC., and NETFLIX WORLDWIDE ENTERTAINMENT, LLC, | Hon. R. Gary Klausner |
| Defendants. | |

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years. My business address is Latham & Watkins LLP, 10250 Constellation Blvd., Suite 1100, Los Angeles, CA 90067. My email address is aimee.mandel@lw.com.

On **July 30, 2024**, I served the following documents described as:

1. **THUMB DRIVE CONTAINING A TRUE AND CORRECT COPY OF THE NETFLIX SERIES ENTITLED "BABY REINDEER"**

2. **THUMB DRIVE CONTAINING TRUE AND CORRECT COPIES OF EXHIBITS 45, 47, 49, AND 50 TO THE DECLARATION OF RICHARD GADD**

3. **THUMB DRIVE CONTAINING A TRUE AND CORRECT COPY OF EXHIBIT A TO THE DECLARATION OF MARVIN S. PUTNAM IN SUPPORT OF DEFENDANTS' SPECIAL MOTION TO STRIKE**

by serving a true copy of the above-described documents in the following manner:

## BY OVERNIGHT MAIL

I am familiar with the office practice of Latham & Watkins LLP for collecting and processing documents for overnight mail delivery by Express Mail or other express service carrier. Under that practice, documents are deposited with the Latham & Watkins LLP personnel responsible for depositing documents in a post office, mailbox, subpost office, substation, mail chute, or other like facility regularly maintained for receipt of overnight mail by Express Mail or other express service carrier; such documents are delivered for overnight mail delivery by Express Mail or other express service carrier on that same day in the ordinary course of business, with delivery fees thereon fully prepaid and/or provided for. I deposited in Latham & Watkins LLP's interoffice mail a sealed envelope or package containing the above-described document and addressed as set forth below in accordance with the office practice of Latham & Watkins LLP for collecting and processing documents for overnight mail delivery by Express Mail or other express service carrier:

**LAW OFFICES OF ALLEN HYMAN**
Allen Hyman (State Bar No. 73371)
lawoffah@aol.com
10737 ½ Riverside Dr.
N. Hollywood, CA 91602

Attorneys for Plaintiff

**THE ROTH LAW FIRM, PLLC**
Richard A. Roth (Admitted *Pro Hac Vice*)
Rich@rrothlaw.com
Brian Levenson (Admitted *Pro Hac Vice*)
brian@rrothlaw.com
295 Madison Ave., Fl.22
New York, NY, 10017

Attorneys for Plaintiff

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **July 30, 2024**, at Los Angeles, California.

_____
Aimee Hyzy Mandel