1  LATHAM & WATKINS LLP
2     Marvin S. Putnam (Bar No. 212839)
        *marvin.putnam@lw.com*
3     Laura R. Washington (Bar No. 266775)
        *laura.washington@lw.com*
4  10250 Constellation Blvd., Suite 1100
   Los Angeles, California 90067
5  Telephone: +1.424.653.5500
   Facsimile: +1.424.653.5501
6

7  *Attorneys for Defendants*
   Netflix, Inc., and
8  Netflix Worldwide Entertainment, LLC

9

10                **UNITED STATES DISTRICT COURT**

11               **CENTRAL DISTRICT OF CALIFORNIA**

12

13  FIONA HARVEY,                          Case No. 2:24-cv-04744-RGK-AJR

                Plaintiff,                 **[PROPOSED] ORDER GRANTING
14                                         DEFENDANTS' APPLICATION
                                           FOR LEAVE TO FILE
15         v.                              DOCUMENTS IN SUPPORT OF
                                           DEFENDANTS' SPECIAL MOTION
16  NETFLIX, INC., and NETFLIX             TO STRIKE UNDER SEAL [23]**
    WORLDWIDE ENTERTAINMENT,
17  LLC,                                   Hon. R. Gary Klausner

                Defendants.
18

19

20

21

22

23

24

25  ///
26  ///
27  ///

28

1    **[PROPOSED] ORDER**

2        This matter is before the Court on Defendants Netflix, Inc. and Netflix

3    Worldwide Entertainment, LLC's (collectively, "Netflix" or "Defendants")

4    Application for Leave to File Documents in Support of Defendants' Special

5    Motion to Strike Under Seal, pursuant to Local Rule 79-5.2.2(a).

6        Having considered Defendants' Application for Leave to File Documents

7    Under Seal and the Declaration of Marvin S. Putnam in Support of Defendants'

8    Application for Leave to File Documents in Support of Defendants' Special

9    Motion to Strike Under Seal, the Court finds that compelling reasons justify

10   sealing the below-referenced materials because those materials contain third party

11   personally identifiable information and/or information that might become a vehicle

12   for improper purposes.  *See Activision Publ'g, Inc. v. EngineOwning UG*, 2023

13   WL 2347134, at *1 (C.D. Cal. Feb. 27, 2023); *Stiner v. Brookdale Senior Living,*

14   *Inc.*, 2022 WL 1180216, at *2 (N.D. Cal. Mar. 30, 2022); *Kamakana v. City &*

15   *Cnty. of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006); *United States v. Amodeo*,

16   71 F.3d 1044, 1050 (2d Cir. 1995); *Mendiola v. Regents of Univ. of California*,

17   2021 WL 9721281, at *1 (C.D. Cal. Dec. 1, 2021); *Opperman v. Path, Inc.*, 2017

18   WL 1036652, at *4 (N.D. Cal. Mar. 17, 2017); *Altemus v. Amazon.com Servs.*

19   *LLC*, 2024 WL 1078245, at *2 (S.D. Cal. Mar. 12, 2024).

20       The application is hereby **GRANTED**.  Accordingly, the following

21   documents and portions of documents shall be filed under seal:

22

23

| Document | Portions to be sealed |
|---|---|
| Declaration of Richard Gadd in Support of Defendants' Special Motion to Strike ("Gadd Decl."), Exhibit 1 | Redacted portions |
| Gadd Decl., Exhibit 2 | Redacted portions |
| Gadd Decl., Exhibit 3 | Redacted portions |
| Gadd Decl., Exhibit 4 | Redacted portions |

24

25

26

27

28

| Gadd Decl., Exhibit 5 | Redacted portions |
|---|---|
| Gadd Decl., Exhibit 6 | Redacted portions |
| Gadd Decl., Exhibit 7 | Redacted portions |
| Gadd Decl., Exhibit 8 | Redacted portions |
| Gadd Decl., Exhibit 9 | Redacted portions |
| Gadd Decl., Exhibit 10 | Redacted portions |
| Gadd Decl., Exhibit 11 | Redacted portions |
| Gadd Decl., Exhibit 12 | Redacted portions |
| Gadd Decl., Exhibit 13 | Redacted portions |
| Gadd Decl., Exhibit 14 | Redacted portions |
| Gadd Decl., Exhibit 15 | Redacted portions |
| Gadd Decl., Exhibit 16 | Redacted portions |
| Gadd Decl., Exhibit 17 | Redacted portions |
| Gadd Decl., Exhibit 18 | Redacted portions |
| Gadd Decl., Exhibit 19 | Redacted portions |
| Gadd Decl., Exhibit 20 | Redacted portions |
| Gadd Decl., Exhibit 21 | Redacted portions |
| Gadd Decl., Exhibit 22 | Redacted portions |
| Gadd Decl., Exhibit 23 | Redacted portions |
| Gadd Decl., Exhibit 24 | Redacted portions |
| Gadd Decl., Exhibit 25 | Redacted portions |
| Gadd Decl., Exhibit 26 | Redacted portions |
| Gadd Decl., Exhibit 27 | Redacted portions |
| Gadd Decl., Exhibit 28 | Redacted portions |
| Gadd Decl., Exhibit 29 | Redacted portions |
| Gadd Decl., Exhibit 30 | Redacted portions |
| Gadd Decl., Exhibit 31 | Redacted portions |
| Gadd Decl., Exhibit 32 | Redacted portions |
| Gadd Decl., Exhibit 33 | Redacted portions |
| Gadd Decl., Exhibit 34 | Redacted portions |
| Gadd Decl., Exhibit 35 | Redacted portions |
| Gadd Decl., Exhibit 36 | Redacted portions |
| Gadd Decl., Exhibit 37 | Redacted portions |
| Gadd Decl., Exhibit 38 | Redacted portions |
| Gadd Decl., Exhibit 39 | Redacted portions |
| Gadd Decl., Exhibit 40 | Redacted portions |
| Gadd Decl., Exhibit 41 | Redacted portions |
| Gadd Decl., Exhibit 43 | Redacted portions |
| Gadd Decl., Exhibit 44 | Redacted portions |
| Gadd Decl., Exhibit 45 | Entire exhibit |

| Gadd Decl., Exhibit 46 | Redacted portions |
|---|---|
| Gadd Decl., Exhibit 47 | Entire exhibit |
| Gadd Decl., Exhibit 48 | Redacted portions |
| Gadd Decl., Exhibit 49 | Entire exhibit |
| Gadd Decl., Exhibit 50 | Entire exhibit |
| Gadd Decl., Exhibit 51 | Redacted portions |
| Gadd Decl., Exhibit 53 | Redacted portions |
| Gadd Decl., Exhibit 54 | Redacted portions |
| Gadd Decl., Exhibit 55 | Redacted portions |
| Gadd Decl., Exhibit 56 | Redacted portions |
| Gadd Decl., Exhibit 57 | Redacted portions |
| Gadd Decl., Exhibit 58 | Redacted portions |
| Gadd Decl., Exhibit 59 | Redacted portions |
| Gadd Decl., Exhibit 60 | Redacted portions |
| Declaration of Laura Wray in Support of Defendants' Special Motion to Strike, Exhibit 7 | Redacted portions |
| Declaration of Richard Gadd in Support of Defendants' Special Motion to Strike, paragraph 65 | Redacted portions |

Defendant Netflix shall file the documents ordered herein under seal.

**IT IS SO ORDERED.**

Dated:  August 1, 2024

Hon. R. Gary Klausner
United States District Judge

4