THE LAW OFFICES OF ALLEN HYMAN
Allen Hyman (California SBN 73371)
10737 ½ Riverside Drive
N. Hollywood, CA 91602
lawoffah@aol.com
P: (818) 763-6289

THE ROTH LAW FIRM, PLLC
Richard A. Roth (*pro hac vice*)
rich@rrothlaw.com
Brian Levenson (*pro hac vice*)
brian@rrothlaw.com
295 Madison Avenue, Fl. 22
New York, NY 10017
P: (212) 542-8882

*Attorneys for Plaintiff*
Fiona Harvey

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIONA HARVEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NETFLIX, INC. and NETFLIX WORLDWIDE ENTERTAINMENT, LLC,<br><br>　　　　　Defendants. | Case No. 2:24-cv-04744-RGK-AJR<br><br>Hon. R. Gary Klausner<br><br>**JOINT STIPULATION SETTING BRIEFING SCHEDULE ON DEFENDANTS' SPECIAL MOTION TO STRIKE AND MOTION TO DISMISS COMPLAINT AND CONTINUING HEARING AND RULE 16(B) SCHEDULING CONFERENCE**<br><br>[FIRST REQUEST FOR EXTENSION]<br><br>Current Opp. Deadline: Aug. 13, 2024<br>Current Reply Deadline: Aug. 20, 2024<br>Current Hr'g Date: Sept. 3, 2024 at 9:00 a.m.<br>Current Conf.: Sept. 9, 2024 at 9:00 a.m.<br><br>New Opp. Deadline: Sept. 9, 2024<br>New Reply Deadline: Sept. 23, 2024<br>New Hr'g Date: Oct. 15, 2024 at 9:00 a.m.<br>New Conf.: Oct. 28, 2024 at 9:00 a.m. |

It is stipulated between and among Plaintiff Fiona Harvey ("Plaintiff") and Defendants Netflix, Inc. and Netflix Worldwide Entertainment, LLC (collectively, "Defendants") by their respective counsel, as follows:

WHEREAS, on June 6, 2024, Plaintiff filed the complaint in this matter (ECF No. 1), and served Defendants on June 28, 2024 (ECF No. 20);

WHEREAS, on July 15, 2024, the Parties stipulated to extend Defendants' time to respond to the Complaint from July 19, 2024 to July 29, 2024 pursuant to Local Rule 8-3 (ECF No. 21);

WHEREAS, Defendants filed a special motion to strike on July 29, 2024 (ECF No. 26), and noticed the hearing on the special motion to strike for September 3, 2024;

WHEREAS, Defendants also filed a motion to dismiss on July 29, 2024 (ECF No. 28), and noticed the hearing on the motion to dismiss for September 3, 2024;

WHEREAS, the Parties have agreed to the following briefing schedule for Defendants' special motion to strike and motion to dismiss and continued hearing and conference dates to accommodate Plaintiff's counsel's schedules and to provide Plaintiff's counsel sufficient time to respond to the motions and Defendants' counsel sufficient time to respond to the oppositions: Plaintiff's oppositions to the special motion to strike and motion to dismiss shall be due on or before September 9, 2024; Defendants' replies in support of their special motion to strike and motion to dismiss shall be due on or before September 23, 2024; the hearing on Defendants' special motion to strike and motion to dismiss shall be continued to October 15, 2024 at 9:00 a.m.; and the Rule 16(b) Scheduling Conference shall be continued to October 28, 2024 at 9:00 a.m.

WHEREAS, this would be Plaintiff's first extension of time in this case and Defendants' first extension of time in this case requiring leave of Court.

WHEREAS, this Stipulation will not affect any other deadlines that have been currently set by the Court;

**ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED** by and between the Parties, through their respective counsel and subject to the Court's approval, that:

1. Plaintiff's oppositions to Defendants' special motion to strike and Defendants' motion to dismiss shall be due on or before September 9, 2024;

2. Defendants' replies in support of their special motion to strike and motion to dismiss shall be due on or before September 23, 2024;

3. The hearing on Defendants' special motion to strike and motion to dismiss shall be continued to October 15, 2024 at 9:00 a.m.;

4. The Rule 16(b) Scheduling Conference shall be continued to October 28, 2024 at 9:00 a.m.

Dated: August 1, 2024         THE ROTH LAW FIRM, PLLC

By: */s/ Brian Levenson*
Brian Levenson (*pro hac vice*)
Richard A. Roth (*pro hac vice*)
THE LAW OFFICE OF ALLEN HYMAN
Allen Hyman

*Attorneys for Plaintiff*
Fiona Harvey

Dated:  August 1, 2024        LATHAM & WATKINS LLP

Marvin S. Putnam

By  */s/ Marvin S. Putnam*
Marvin S. Putnam

*Attorneys for Defendants*
Netflix, Inc. and Netflix Worldwide Entertainment, LLC

## **ATTESTATION REGARDING SIGNATURES**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized this filing.

Dated: August 1, 2024       By /s/ *Brian Levenson*
                               Brian Levenson