# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIONA HARVEY,<br><br>             Plaintiff,<br><br>     v.<br><br>NETFLIX, INC. and NETFLIX WORLDWIDE ENTERTAINMENT, LLC,<br><br>             Defendants. | Case No. 2:24-cv-04744-RGK-AJR<br><br>Hon. R. Gary Klausner<br><br>[PROPOSED] ORDER GRANTING JOINT STIPULATION SETTING BRIEFING SCHEDULE ON DEFENDANTS' SPECIAL MOTION TO STRIKE AND MOTION TO DISMISS COMPLAINT AND CONTINUING HEARING AND RULE 16(B) SCHEDULING CONFERENCE<br><br>[33] |

The Court, having considered the Parties' Joint Stipulation Setting Briefing Schedules on Defendants' Special Motion to Strike and Motion to Dismiss Complaint and Continuing Hearing and Rule 16(b) Scheduling Conference, and finding good cause therefore, hereby **GRANTS** the joint stipulation, as follows:

1. Plaintiff's deadline to file oppositions to Defendants' Special Motion to Strike and Defendants' Motion to Dismiss Complaint is August 26, 2024.
2. Defendants' deadline to file replies in support of their Special Motion to Strike and Motion to Dismiss Complaint is September 3, 2024.
3. The hearing on Defendants' Special Motion to Strike and Motion to Dismiss Complaint is continued to September 16, 2024 at 9:00 a.m.
4. The Rule 16(b) Scheduling Conference remains as calendared on Spetember 9, 2024 at 9:00 a.m.

**IT IS SO ORDERED.**

DATED: 8/5/2024

*/s/ Gary Klausner*
The Honorable R. Gary Klausner
U.S. District Court Judge