| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| 2 |   Marvin S. Putnam (Bar No. 212839) |
| |     *marvin.putnam@lw.com* |
| 3 |   Laura R. Washington (Bar No. 266775) |
| |     *laura.washington@lw.com* |
| 4 | 10250 Constellation Blvd., Suite 1100 |
| | Los Angeles, California 90067 |
| 5 | Telephone: +1.424.653.5500 |
| 6 | Facsimile: +1.424.653.5501 |
| 7 | *Attorneys for Defendants* |
| | Netflix, Inc., and |
| 8 | Netflix Worldwide Entertainment, LLC |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FIONA HARVEY, | Case No. 2:24-cv-04744-RGK-AJR |
|     Plaintiff, | **PROOF OF SERVICE** |
|     v. | Hon. R. Gary Klausner |
| NETFLIX, INC., and NETFLIX WORLDWIDE ENTERTAINMENT, LLC, | |
|     Defendants. | |

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years. My business address is Latham & Watkins LLP, 10250 Constellation Blvd., Suite 1100, Los Angeles, CA 90067. My email address is aimee.mandel@lw.com.

On **August 5, 2024**, I served the following documents described as:

1. **SEALED DECLARATION OF RICHARD GADD IN SUPPORT OF DEFENDANTS' SPECIAL MOTION TO STRIKE**

2. **SEALED EXHIBIT 1 TO DECLARATION OF RICHARD GADD IN SUPPORT OF DEFENDANTS' SPECIAL MOTION TO STRIKE**

3. **SEALED EXHIBIT 2 TO DECLARATION OF RICHARD GADD IN SUPPORT OF DEFENDANTS' SPECIAL MOTION TO STRIKE**

4. **SEALED EXHIBIT 3 TO DECLARATION OF RICHARD GADD IN SUPPORT OF DEFENDANTS' SPECIAL MOTION TO STRIKE**

5. **SEALED EXHIBIT 4 TO DECLARATION OF RICHARD GADD IN SUPPORT OF DEFENDANTS' SPECIAL MOTION TO STRIKE**

6. **SEALED EXHIBIT 5 TO DECLARATION OF RICHARD GADD IN SUPPORT OF DEFENDANTS' SPECIAL MOTION TO STRIKE**

7. **SEALED EXHIBIT 6 TO DECLARATION OF RICHARD GADD IN SUPPORT OF DEFENDANTS' SPECIAL MOTION TO STRIKE**

8. **SEALED EXHIBIT 7 TO DECLARATION OF RICHARD GADD IN SUPPORT OF DEFENDANTS' SPECIAL MOTION TO STRIKE**

9. **SEALED EXHIBIT 8 TO DECLARATION OF RICHARD GADD IN SUPPORT OF DEFENDANTS' SPECIAL MOTION TO STRIKE**

10. **SEALED EXHIBIT 9 TO DECLARATION OF RICHARD GADD IN SUPPORT OF DEFENDANTS' SPECIAL MOTION TO STRIKE**

11. **SEALED EXHIBIT 10 TO DECLARATION OF RICHARD GADD IN SUPPORT OF DEFENDANTS' SPECIAL MOTION TO STRIKE**

12. **SEALED EXHIBIT 11 TO DECLARATION OF RICHARD GADD IN SUPPORT OF DEFENDANTS' SPECIAL MOTION TO STRIKE**

13. **SEALED EXHIBIT 12 TO DECLARATION OF RICHARD GADD IN SUPPORT OF DEFENDANTS' SPECIAL MOTION TO STRIKE**

14. **SEALED EXHIBIT 13 TO DECLARATION OF RICHARD GADD IN SUPPORT OF DEFENDANTS' SPECIAL MOTION TO STRIKE**

15. **SEALED EXHIBIT 14 TO DECLARATION OF RICHARD GADD IN SUPPORT OF DEFENDANTS' SPECIAL MOTION TO STRIKE**

16. **SEALED EXHIBIT 15 TO DECLARATION OF RICHARD GADD IN SUPPORT OF DEFENDANTS' SPECIAL MOTION TO STRIKE**

17. **SEALED EXHIBIT 16 TO DECLARATION OF RICHARD GADD IN SUPPORT OF DEFENDANTS' SPECIAL MOTION TO STRIKE**

18. **SEALED EXHIBIT 17 TO DECLARATION OF RICHARD GADD IN SUPPORT OF DEFENDANTS' SPECIAL MOTION TO STRIKE**

19. **SEALED EXHIBIT 18 TO DECLARATION OF RICHARD GADD IN SUPPORT OF DEFENDANTS' SPECIAL MOTION TO STRIKE**

20. **SEALED EXHIBIT 19 TO DECLARATION OF RICHARD GADD IN SUPPORT OF DEFENDANTS' SPECIAL MOTION TO STRIKE**

21. **SEALED EXHIBIT 20 TO DECLARATION OF RICHARD GADD IN SUPPORT OF DEFENDANTS' SPECIAL MOTION TO STRIKE**

22. **SEALED EXHIBIT 21 TO DECLARATION OF RICHARD GADD IN SUPPORT OF DEFENDANTS' SPECIAL MOTION TO STRIKE**

23. **SEALED EXHIBIT 22 TO DECLARATION OF RICHARD GADD IN SUPPORT OF DEFENDANTS' SPECIAL MOTION TO STRIKE**

24. **SEALED EXHIBIT 23 TO DECLARATION OF RICHARD GADD IN SUPPORT OF DEFENDANTS' SPECIAL MOTION TO STRIKE**

25. **SEALED EXHIBIT 24 TO DECLARATION OF RICHARD GADD IN SUPPORT OF DEFENDANTS' SPECIAL MOTION TO STRIKE**

26. **SEALED EXHIBIT 25 TO DECLARATION OF RICHARD GADD IN SUPPORT OF DEFENDANTS' SPECIAL MOTION TO STRIKE**

27. **SEALED EXHIBIT 26 TO DECLARATION OF RICHARD GADD IN SUPPORT OF DEFENDANTS' SPECIAL MOTION TO STRIKE**

28. **SEALED EXHIBIT 27 TO DECLARATION OF RICHARD GADD IN SUPPORT OF DEFENDANTS' SPECIAL MOTION TO STRIKE**

29. **SEALED EXHIBIT 28 TO DECLARATION OF RICHARD GADD IN SUPPORT OF DEFENDANTS' SPECIAL MOTION TO STRIKE**

30. **SEALED EXHIBIT 29 TO DECLARATION OF RICHARD GADD IN SUPPORT OF DEFENDANTS' SPECIAL MOTION TO STRIKE**

31. **SEALED EXHIBIT 30 TO DECLARATION OF RICHARD GADD IN SUPPORT OF DEFENDANTS' SPECIAL MOTION TO STRIKE**

32. **SEALED EXHIBIT 31 TO DECLARATION OF RICHARD GADD IN SUPPORT OF DEFENDANTS' SPECIAL MOTION TO STRIKE**

33. **SEALED EXHIBIT 32 TO DECLARATION OF RICHARD GADD IN SUPPORT OF DEFENDANTS' SPECIAL MOTION TO STRIKE**

34. **SEALED EXHIBIT 33 TO DECLARATION OF RICHARD GADD IN SUPPORT OF DEFENDANTS' SPECIAL MOTION TO STRIKE**

| | |
|---|---|
| 35. | **SEALED EXHIBIT 34 TO DECLARATION OF RICHARD GADD IN SUPPORT OF DEFENDANTS' SPECIAL MOTION TO STRIKE** |
| 36. | **SEALED EXHIBIT 35 TO DECLARATION OF RICHARD GADD IN SUPPORT OF DEFENDANTS' SPECIAL MOTION TO STRIKE** |
| 37. | **SEALED EXHIBIT 36 TO DECLARATION OF RICHARD GADD IN SUPPORT OF DEFENDANTS' SPECIAL MOTION TO STRIKE** |
| 38. | **SEALED EXHIBIT 37 TO DECLARATION OF RICHARD GADD IN SUPPORT OF DEFENDANTS' SPECIAL MOTION TO STRIKE** |
| 39. | **SEALED EXHIBIT 38 TO DECLARATION OF RICHARD GADD IN SUPPORT OF DEFENDANTS' SPECIAL MOTION TO STRIKE** |
| 40. | **SEALED EXHIBIT 39 TO DECLARATION OF RICHARD GADD IN SUPPORT OF DEFENDANTS' SPECIAL MOTION TO STRIKE** |
| 41. | **SEALED EXHIBIT 40 TO DECLARATION OF RICHARD GADD IN SUPPORT OF DEFENDANTS' SPECIAL MOTION TO STRIKE** |
| 42. | **SEALED EXHIBIT 41 TO DECLARATION OF RICHARD GADD IN SUPPORT OF DEFENDANTS' SPECIAL MOTION TO STRIKE** |
| 43. | **SEALED EXHIBIT 43 TO DECLARATION OF RICHARD GADD IN SUPPORT OF DEFENDANTS' SPECIAL MOTION TO STRIKE** |
| 44. | **SEALED EXHIBIT 44 TO DECLARATION OF RICHARD GADD IN SUPPORT OF DEFENDANTS' SPECIAL MOTION TO STRIKE** |
| 45. | **SEALED EXHIBIT 45 TO DECLARATION OF RICHARD GADD IN SUPPORT OF DEFENDANTS' SPECIAL MOTION TO STRIKE** |
| 46. | **SEALED EXHIBIT 46 TO DECLARATION OF RICHARD GADD IN SUPPORT OF DEFENDANTS' SPECIAL MOTION TO STRIKE** |

| | |
|---|---|
| 47. | **SEALED EXHIBIT 47 TO DECLARATION OF RICHARD GADD IN SUPPORT OF DEFENDANTS' SPECIAL MOTION TO STRIKE** |
| 48. | **SEALED EXHIBIT 48 TO DECLARATION OF RICHARD GADD IN SUPPORT OF DEFENDANTS' SPECIAL MOTION TO STRIKE** |
| 49. | **SEALED EXHIBIT 49 TO DECLARATION OF RICHARD GADD IN SUPPORT OF DEFENDANTS' SPECIAL MOTION TO STRIKE** |
| 50. | **SEALED EXHIBIT 50 TO DECLARATION OF RICHARD GADD IN SUPPORT OF DEFENDANTS' SPECIAL MOTION TO STRIKE** |
| 51. | **SEALED EXHIBIT 51 TO DECLARATION OF RICHARD GADD IN SUPPORT OF DEFENDANTS' SPECIAL MOTION TO STRIKE** |
| 52. | **SEALED EXHIBIT 53 TO DECLARATION OF RICHARD GADD IN SUPPORT OF DEFENDANTS' SPECIAL MOTION TO STRIKE** |
| 53. | **SEALED EXHIBIT 54 TO DECLARATION OF RICHARD GADD IN SUPPORT OF DEFENDANTS' SPECIAL MOTION TO STRIKE** |
| 54. | **SEALED EXHIBIT 55 TO DECLARATION OF RICHARD GADD IN SUPPORT OF DEFENDANTS' SPECIAL MOTION TO STRIKE** |
| 55. | **SEALED EXHIBIT 56 TO DECLARATION OF RICHARD GADD IN SUPPORT OF DEFENDANTS' SPECIAL MOTION TO STRIKE** |
| 56. | **SEALED EXHIBIT 57 TO DECLARATION OF RICHARD GADD IN SUPPORT OF DEFENDANTS' SPECIAL MOTION TO STRIKE** |
| 57. | **SEALED EXHIBIT 58 TO DECLARATION OF RICHARD GADD IN SUPPORT OF DEFENDANTS' SPECIAL MOTION TO STRIKE** |
| 58. | **SEALED EXHIBIT 59 TO DECLARATION OF RICHARD GADD IN SUPPORT OF DEFENDANTS' SPECIAL MOTION TO STRIKE** |

59. **SEALED EXHIBIT 60 TO DECLARATION OF RICHARD GADD IN SUPPORT OF DEFENDANTS' SPECIAL MOTION TO STRIKE**

60. **SEALED EXHIBIT 7 TO DECLARATION OF LAURA WRAY IN SUPPORT OF DEFENDANTS' SPECIAL MOTION TO STRIKE**

by serving a true copy of the above-described documents in the following manner:

**BY ELECTRONIC MAIL**

The above-described documents were transmitted via electronic mail to the following party on August 5, 2024:

**LAW OFFICES OF ALLEN HYMAN**
Allen Hyman (State Bar No. 73371)
lawoffah@aol.com
10737 ½ Riverside Dr.
N. Hollywood, CA 91602

Attorneys for Plaintiff

**THE ROTH LAW FIRM, PLLC**
Richard A. Roth (Admitted *Pro Hac Vice*)
rich@rrothlaw.com
Brian Levenson (Admitted *Pro Hac Vice*)
brian@rrothlaw.com
295 Madison Ave., Fl.22
New York, NY, 10017

Attorneys for Plaintiff

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **August 5, 2024**, at Los Angeles, California.

*Aimee Hyzy Mandel*
Aimee Hyzy Mandel