Richard A. Roth * *Pro Hac Vice*
Email: Richard@rrothlaw.com
Brian S. Levenson * *Pro Hac Vice*
Email: Brian@rrothlaw.com
THE ROTH LAW FIRM, PLLC
295 Madison Avenue, 22nd Floor
New York, NY 10017
Phone: 212-784-6699

Allen Hyman (California State Bar No. 73371)
LAW OFFICES OF ALLEN HYMAN
10737 Riverside Drive
North Hollywood, CA 91602
Phone: (818) 763-6289
Fax: (818) 763-4676
E-mail: lawoffah@aol.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIONA HARVEY,<br><br>                    Plaintiff,<br><br>     v.<br><br>NETFLIX, INC. and NETFLIX WORLDWIDE ENTERTAINMENT, LLC,<br><br>                    Defendants. | Case No. 2:24-cv-04744-RGK-AJR<br><br>**[ PROPOSED ] ORDER GRANTING PLAINTIFF'S APPLICATION FOR LEAVE TO FILE DOCUMENTS IN OPPOSITION TO DEFENDANTS' MOTION TO STRIKE UNDER SEAL** |

1

**[ PROPOSED ] ORDER GRANTING PLAINTIFF'S APPLICATION
FOR LEAVE TO FILE DOCUMENTS IN OPPOSITION TO
DEFENDANTS' MOTION TO STRIKE UNDER SEAL
Case No. 2:24-cv-04744-RGK-AJR**

# [PROPOSED] ORDER

This matter is before the Court on Plaintiff Fiona Harvey's Application for Leave to File Documents in Opposition to Defendants' Motion to Strike Under Seal, pursuant to Local Rule 79-5.2.2(a).

Having considered Plaintiff's Application for Leave to File Documents Under Seal and the Declaration of Brian Levenson in Support of Plaintiff's Application for Leave to File Documents in Opposition to Defendants' Motion to Strike Under Seal, the Court finds that compelling reasons justify sealing the below-referenced materials because those materials contain abusive threats or physical harm and third party personally identifiable information and/or information that might become a vehicle for improper purposes. See *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006); *U.S. Tobacco Coop. Inc. v Big S. Wholesale of Virginia, LLC*, 5:13-CV-527-F, 2016 WL 3573929, at *1 (E.D.N.C. 2016); *Dish Network LLC v. Sonicview USA, Inc.*, No. 09-CV-1553 L (NLS), 2009 WL 2224596, at *7 (S.D. Cal. 2009); *Anonymous v C.I.R.*, 127 TC 89, 2006 WL 2572907 (Tax Ct. 2006).

The application is hereby GRANTED. Accordingly, Exhibits 1-23 to the Declaration of Fiona Harvey submitted in opposition to Netflix's Motion to Strike Exhibits shall be filed under seal.

**IT IS SO ORDERED**

Dated: _____, 2024

_____
Hon. R. Gary Klausner
United States District Judge
2

[ PROPOSED ] ORDER GRANTING PLAINTIFF'S APPLICATION
FOR LEAVE TO FILE DOCUMENTS IN OPPOSITION TO
DEFENDANTS' MOTION TO STRIKE UNDER SEAL
Case No. 2:24-cv-04744-RGK-AJR