Richard A. Roth * *Pro Hac Vice*
Email: Richard@rrothlaw.com
Brian S. Levenson * *Pro Hac Vice*
Email: Brian@rrothlaw.com
THE ROTH LAW FIRM, PLLC
295 Madison Avenue, 22nd Floor
New York, NY 10017
Phone: 212-784-6699

Allen Hyman (California State Bar No. 73371)
LAW OFFICES OF ALLEN HYMAN
10737 Riverside Drive
North Hollywood, CA 91602
Phone: (818) 763-6289
Fax: (818) 763-4676
E-mail: lawoffah@aol.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

FIONA HARVEY,

                    Plaintiff,

    v.

NETFLIX, INC. and NETFLIX WORLDWIDE ENTERTAINMENT, LLC,

                    Defendants.

Case No. 2:24-cv-04744-RGK-AJR

**DECLARATION OF BRIAN S. LEVENSON IN SUPPORT OF PLAINTIFF'S APPLICATION FOR LEAVE TO FILE DOCUMENTS IN OPPOSITION TO DEFENDANTS' MOTION TO STRIKE UNDER SEAL**

FILED UNDER SEAL PURSUANT TO L.R. 79-5.2.2(a)(i)

1

**DECLARATION OF BRIAN LEVENSON IN SUPPORT OF PLAINTIFF'S APPLICATION FOR LEAVE TO FILE DOCUMENTS IN OPPOSITION TO DEFENDANTS' MOTION TO STRIKE UNDER SEAL**
**Case No. 2:24-cv-04744-RGK-AJR**

Brian S. Levenson declares as follows:

1.       I am an attorney duly licensed to practice law in New York. I have been admitted *pro hac vice* in this case. I am a partner of The Roth Law Firm, PLLC and attorney of record for Plaintiff Fiona Harvey in this case. I have personal knowledge of the facts stated in this declaration, and if called to testify as a witness, would and could competently do so. I respectfully submit this declaration in support of Plaintiff's Application for Leave to File Documents in Opposition to Defendants' Motion to Strike Under Seal (the "Application").

2.       Through this Application, Plaintiff seeks to file under seal Exhibits 1-23 of the Declaration of Fiona Harvey in Opposition to Netflix's Motion to Strike (the "Harvey Declaration").

3.       Exhibits 1-23 of the Harvey Declaration are copies of the hate-filled Facebook messages Harvey has received in response to publicity generated by the Baby Reindeer series.

4.       Exhibits 1-2, and 22 are messages accusing Harvey of being a rapist and committing crimes.

5.       Exhibits 3-5, 7, and 8 are messages threatening to stalk and harm Harvey.

6.       Exhibits 3-9 and 16 are messages hoping for harm to come to Harvey of for her to die.

7.       Exhibits 6, 9, and 16 are messages encouraging Harvey to kill herself.

8.       Exhibits 10-23 are messages identifying Harvey as Martha, the character in the *Baby Reindeer* series.

9.       Disclosure of this information would permit members of the public to further contact and harass Harvey and therefore redaction of this information is warranted. *Activision Publ'g, Inc. v. EngineOwning UG*, 2023 WL 2347134, at *1

**DECLARATION OF BRIAN LEVENSON IN SUPPORT OF PLAINTIFF'S
APPLICATION FOR LEAVE TO FILE DOCUMENTS IN OPPOSITION TO
DEFENDANTS' MOTION TO STRIKE UNDER SEAL
Case No. 2:24-cv-04744-RGK-AJR**

1  (C.D. Cal. Feb. 27, 2023) ("The Ninth Circuit has held that compelling reasons exist

2  to keep personal information confidential to protect an individual's privacy interest

3  and to prevent exposure to harm or identity theft."); *Kamakana v. City & Cnty. of*

4  *Honolulu,* 447 F.3d 1172, 1179 (9th Cir. 2006) ("'compelling reasons' sufficient to

5  outweigh the public's interest in disclosure and justify sealing court records exist

6  when such 'court files might have become a vehicle for improper purposes,' such as

7  the use of records to gratify private spite, promote public scandal, circulate libelous

8  statements, or release trade secrets"); *U.S. Tobacco Coop. Inc. v Big S. Wholesale of*

9  *Virginia, LLC*, 5:13-CV-527-F, 2016 WL 3573929, at *1 (E.D.N.C. 2016)(sealing

10  documents that contained "information that could subject certain individuals to

11  physical harm and/or harassment"); *Dish Network LLC v. Sonicview USA, Inc.*, No.

12  09-CV-1553 L (NLS), 2009 WL 2224596, at *7 (S.D. Cal. 2009) (finding that

13  protecting the identities of individuals who had served as confidential informants,

14  and thereby protecting them from being subjected to threats of physical harm,

15  outweighed the presumption of access to court records); *Anonymous v C.I.R.*, 127 TC

16  89, 2006 WL 2572907 (Tax Ct. 2006).

17       10.    Plaintiff's interest in this information not becoming "a vehicle for

18  improper purposes," *Kamakana*, 447 F.3d at 1179, which is especially relevant given

19  that this lawsuit was brought because of the severe damage caused by Defendants'

20  defamatory stalking allegations which have already led to a campaign of personal

21  harassment and abuse of Plaintiff. Harvey Declaration, ¶¶ 17-19. As filed with this

22  Court, the Harvey Exhibits are redacted to protect the privacy of Plaintiff and other

23  third parties, and to prevent this information from becoming a vehicle for improper

24  purposes.

25

26

27                                          3

28  **DECLARATION OF BRIAN LEVENSON IN SUPPORT OF PLAINTIFF'S**
**APPLICATION FOR LEAVE TO FILE DOCUMENTS IN OPPOSITION TO**
**DEFENDANTS' MOTION TO STRIKE UNDER SEAL**
**Case No. 2:24-cv-04744-RGK-AJR**

1    I declare under penalty of perjury that the foregoing is true and correct.

2    Executed on this 26th day of August, 2024 in New York, New York.

3

4                                        *s/ Brian S. Levenson*

                          By:    _____

5                                 Brian S. Levenson * *Pro Hac Vice*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27                                        4

28    **DECLARATION OF BRIAN LEVENSON IN SUPPORT OF PLAINTIFF'S APPLICATION FOR LEAVE TO FILE DOCUMENTS IN OPPOSITION TO DEFENDANTS' MOTION TO STRIKE UNDER SEAL**
      **Case No. 2:24-cv-04744-RGK-AJR**