# EXHIBIT 4

REDACTED VERSION
OF DOCUMENT PROPOSED
TO BE FILED UNDER SEAL

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Generated by Fiona Harvey on Sunday 2 June 2024 at 04:35 UTC+01:00

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇▇▇▇▇▇▇▇

Apr 22, 2024 10:42:18am

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇▇▇▇

Apr 22, 2024 10:42:11am

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇▇▇▇▇▇▇▇▇▇

Apr 22, 2024 10:42:02am

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇▇▇▇▇▇▇▇▇▇▇▇

Apr 22, 2024 10:41:54am

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇▇▇▇▇▇▇▇▇▇

Apr 22, 2024 10:41:45am