# EXHIBIT 5

### REDACTED VERSION
### OF DOCUMENT PROPOSED
### TO BE FILED UNDER SEAL

