# EXHIBIT 7

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL



Generated by Fiona Harvey on Sunday 2 June 2024 at 04:38 UTC+01:00

Apr 23, 2024 8:26:09am