# EXHIBIT 8

REDACTED VERSION
OF DOCUMENT PROPOSED
TO BE FILED UNDER SEAL

Generated by Fiona Harvey on Sunday 2 June 2024 at 04:35 UTC+01:00

Apr 28, 2024 5:55:05am

Apr 28, 2024 5:51:44am