# EXHIBIT 9

## REDACTED VERSION
## OF DOCUMENT PROPOSED
## TO BE FILED UNDER SEAL



Generated by Fiona Harvey on Sunday 2 June 2024 at 04:36 UTC+01:00

May 06, 2024 10:08:34am