# EXHIBIT 10

REDACTED VERSION
OF DOCUMENT PROPOSED
TO BE FILED UNDER SEAL



Generated by Fiona Harvey on Sunday 2 June 2024 at 04:35 UTC+01:00

Apr 25, 2024 6:42:42am