# EXHIBIT 11

REDACTED VERSION
OF DOCUMENT PROPOSED
TO BE FILED UNDER SEAL

Generated by Fiona Harvey on Sunday 2 June 2024 at 04:35 UTC+01:00

You missed a call from ▮▮▮

Apr 30, 2024 2:20:08pm

Apr 29, 2024 10:55:10pm