# EXHIBIT 12

REDACTED VERSION
OF DOCUMENT PROPOSED
TO BE FILED UNDER SEAL



Generated by Fiona Harvey on Sunday 2 June 2024 at 04:36 UTC+01:00

Apr 27, 2024 2:05:52am