# EXHIBIT 13

### REDACTED VERSION
### OF DOCUMENT PROPOSED
### TO BE FILED UNDER SEAL

██████████

Generated by Fiona Harvey on Sunday 2 June 2024 at 04:36 UTC+01:00

██████████

████████████████████████████████████████████████

Sent from ihpjone

Apr 25, 2024 11:11:33pm

██████████

████████████████

Apr 25, 2024 9:07:03am