# EXHIBIT 14

REDACTED VERSION
OF DOCUMENT PROPOSED
TO BE FILED UNDER SEAL

▇▇▇▇▇▇▇▇▇▇

Generated by Fiona Harvey on Sunday 2 June 2024 at 04:38 UTC+01:00

▇▇▇▇▇▇▇▇

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Apr 21, 2024 9:40:34pm