# EXHIBIT 22

REDACTED VERSION
OF DOCUMENT PROPOSED
TO BE FILED UNDER SEAL


Generated by Fiona Harvey on Sunday 2 June 2024 at 04:39 UTC+01:00


Apr 24, 2024 6:28:27am