Richard A. Roth * *Pro Hac Vice*
Email: Richard@rrothlaw.com
Brian S. Levenson * *Pro Hac Vice*
Email: Brian@rrothlaw.com
THE ROTH LAW FIRM, PLLC
295 Madison Avenue, 22nd Floor
New York, NY 10017
Phone: 212-784-6699

Allen Hyman (California State Bar No. 73371)
LAW OFFICES OF ALLEN HYMAN
10737 Riverside Drive
North Hollywood, CA 91602
Phone: (818) 763-6289
Fax: (818) 763-4676
E-mail: lawoffah@aol.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIONA HARVEY,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>NETFLIX, INC. and NETFLIX WORLDWIDE ENTERTAINMENT, LLC,<br><br>　　　　　　　Defendants. | Case No. 2:24-cv-04744-RGK-AJR<br><br>**PROOF OF SERVICE**<br><br>Hon. R. Gary Klausner |

1

**PROOF OF SERVICE**
**Case No. 2:24-cv-04744-RGK-AJR**

# PROOF OF SERVICE

I am an attorney duly licensed to practice law in New York. I have been admitted *pro hac vice* in this case. I am over the age of 18 years. I am a partner of The Roth Law Firm, PLLC and attorney of record for Plaintiff Fiona Harvey in this case with a business address of 295 Madison Avenue, Fl. 22, New York, NY 10017. My email address is brian@rrothlaw.com.

On **August 26th, 2024**, I served the following documents described as:

1. **SEALED DECLARATION OF FIONA HARVEY IN OPPOSITION TO DEFENDANTS' SPECIAL MOTION TO STRIKE**

2. **SEALED EXHIBIT 1 TO DECLARATION OF FIONA HARVEY IN OPPOSITION TO DEFENDANTS' SPECIAL MOTION TO STRIKE**

3. **SEALED EXHIBIT 2 TO DECLARATION OF FIONA HARVEY IN OPPOSITION TO DEFENDANTS' SPECIAL MOTION TO STRIKE**

4. **SEALED EXHIBIT 3 TO DECLARATION OF FIONA HARVEY IN OPPOSITION TO DEFENDANTS' SPECIAL MOTION TO STRIKE**

5. **SEALED EXHIBIT 4 TO DECLARATION OF FIONA HARVEY IN OPPOSITION TO DEFENDANTS' SPECIAL MOTION TO STRIKE**

6. **SEALED EXHIBIT 5 TO DECLARATION OF FIONA HARVEY IN OPPOSITION TO DEFENDANTS' SPECIAL MOTION TO STRIKE**

7. **SEALED EXHIBIT 6 TO DECLARATION OF FIONA HARVEY IN OPPOSITION TO DEFENDANTS' SPECIAL MOTION TO STRIKE**

8. **SEALED EXHIBIT 7 TO DECLARATION OF FIONA HARVEY IN OPPOSITION TO DEFENDANTS' SPECIAL MOTION TO STRIKE**

9. **SEALED EXHIBIT 8 TO DECLARATION OF FIONA HARVEY IN OPPOSITION TO DEFENDANTS' SPECIAL MOTION TO STRIKE**

10. **SEALED EXHIBIT 9 TO DECLARATION OF FIONA HARVEY IN OPPOSITION TO DEFENDANTS' SPECIAL MOTION TO STRIKE**

11. **SEALED EXHIBIT 10 TO DECLARATION OF FIONA HARVEY IN OPPOSITION TO DEFENDANTS' SPECIAL MOTION TO STRIKE**

12. **SEALED EXHIBIT 11 TO DECLARATION OF FIONA HARVEY IN OPPOSITION TO DEFENDANTS' SPECIAL MOTION TO STRIKE**

13. **SEALED EXHIBIT 12 TO DECLARATION OF FIONA HARVEY IN OPPOSITION TO DEFENDANTS' SPECIAL MOTION TO STRIKE**

14. **SEALED EXHIBIT 13 TO DECLARATION OF FIONA HARVEY IN OPPOSITION TO DEFENDANTS' SPECIAL MOTION TO STRIKE**

15. **SEALED EXHIBIT 14 TO DECLARATION OF FIONA HARVEY IN OPPOSITION TO DEFENDANTS' SPECIAL MOTION TO STRIKE**

16. **SEALED EXHIBIT 15 TO DECLARATION OF FIONA HARVEY IN OPPOSITION TO DEFENDANTS' SPECIAL MOTION TO STRIKE**

17. **SEALED EXHIBIT 16 TO DECLARATION OF FIONA HARVEY IN OPPOSITION TO DEFENDANTS' SPECIAL MOTION TO STRIKE**

18. **SEALED EXHIBIT 17 TO DECLARATION OF FIONA HARVEY IN OPPOSITION TO DEFENDANTS' SPECIAL MOTION TO STRIKE**

19. **SEALED EXHIBIT 18 TO DECLARATION OF FIONA HARVEY IN OPPOSITION TO DEFENDANTS' SPECIAL MOTION TO STRIKE**

20. **SEALED EXHIBIT 19 TO DECLARATION OF FIONA HARVEY IN OPPOSITION TO DEFENDANTS' SPECIAL MOTION TO STRIKE**

21. **SEALED EXHIBIT 20 TO DECLARATION OF FIONA HARVEY IN OPPOSITION TO DEFENDANTS' SPECIAL MOTION TO STRIKE**

22. **SEALED EXHIBIT 21 TO DECLARATION OF FIONA HARVEY IN OPPOSITION TO DEFENDANTS' SPECIAL MOTION TO STRIKE**

23. **SEALED EXHIBIT 22 TO DECLARATION OF FIONA HARVEY IN OPPOSITION TO DEFENDANTS' SPECIAL MOTION TO STRIKE**

24. **SEALED EXHIBIT 23 TO DECLARATION OF FIONA HARVEY IN OPPOSITION TO DEFENDANTS' SPECIAL MOTION TO STRIKE**

25. **SEALED EXHIBIT 24 TO DECLARATION OF FIONA HARVEY IN OPPOSITION TO DEFENDANTS' SPECIAL MOTION TO STRIKE**

26. **SEALED EXHIBIT 26 TO DECLARATION OF FIONA HARVEY IN OPPOSITION TO DEFENDANTS' SPECIAL MOTION TO STRIKE**

1  by serving a true copy of the above-described documents in the following manner:

**BY ELECTRONIC MAIL**

The above-described documents were transmitted via electronic mail to the following party on August 26, 2024:

> LATHAM & WATKINS LLP
> Marvin S. Putnam (Bar No. 212839)
> *marvin.putnam@lw.com*
> Laura R. Washington (Bar No. 266775)
> *laura.washington@lw.com*
> Michael Hale
> *Michael.hale@law.com* (Bar No.319056)
> 10250 Constellation Blvd., Suite 1100
> Los Angeles, California 90067
>
> *Attorneys for Defendants*
> Netflix, Inc., and
> Netflix Worldwide Entertainment, LLC

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 26th day of August, 2024 in New York, New York.

By: _____
Brian S. Levenson * *Pro Hac Vice*

5

**PROOF OF SERVICE**
**Case No. 2:24-cv-04744-RGK-AJR**