Richard A. Roth * *Pro Hac Vice*
Email: Richard@rrothlaw.com
Brian S. Levenson * *Pro Hac Vice*
Email: Brian@rrothlaw.com
THE ROTH LAW FIRM, PLLC
295 Madison Avenue, 22nd Floor
New York, NY 10017
Phone: 212-784-6699

Allen Hyman (California State Bar No. 73371)
LAW OFFICES OF ALLEN HYMAN
10737 Riverside Drive
North Hollywood, CA 91602
Phone: (818) 763-6289
Fax: (818) 763-4676
E-mail: lawoffah@aol.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIONA HARVEY,<br><br>       Plaintiff,<br><br>  v.<br><br>NETFLIX, INC. and NETFLIX WORLDWIDE ENTERTAINMENT, LLC,<br><br>       Defendants. | Case No. 2:24-cv-04744-RGK-AJR<br><br>**DECLARATION OF BRIAN LEVENSON IN OPPOSITION TO DEFENDANTS' SPECIAL MOTION TO STRIKE**<br><br>Date: September 16, 2024<br>Time: 9:00 a.m.<br>Place: Courtroom 850<br><br>Judge: The Hon. R. Gary Klausner |

I, BRIAN S. LEVENSON, hereby declare and state as follows:

1. I am a partner at The Roth Law Firm, PLLC as counsel for Plaintiff Fiona Harvey in this matter. I am over 18 years old and I submit this Declaration based upon my personal knowledge. If called as a witness, could and would testify to the matters set forth below.

2. This Declaration is submitted in Opposition to Defendants Netflix Inc.'s, and Netflix Worldwide Entertainment LLC's Special Motion to Strike.

3. Annexed as Exhibit 1 is a true and correct copy of the transcript of the May 8, 2024 hearing (the "Hearing") of the Culture, Media and Sport Committee (the "Committee") in the House of Commons, available on UK Parliament's website at (transcript available at https://committees.parliament.uk/committee/378/digital-culture-media-and-sport-committee/publications/oral-evidence/) (last visited August 6, 2024). The Hearing can be viewed on UK Parliament's website at t https://parliamentlive.tv/Event/Index/6fba870f-84fa-4bc5-a25c-7373979e4cca#player-tabs) (last visited August 6, 2024)

4. Annexed as Exhibit 2 is a true and correct copy of the promotional material for *Baby Reindeer* on Netflix's website, https://www.netflix.com/tudum/articles/baby-reindeer-cast-release-date-plot. Exhibit 2 is incorporated into the Complaint. Complt., ¶ 73.

5. Annexed as Exhibit 3 is a true and correct copy of a letter dated May 23, 2024 from Netflix to the Committee clarifying its statement at the Hearing that "the person on whom the show is based" was the subject of a court order and not a criminal conviction. Exhibit 3 is available at UK Parliament's website at" https://api.parliament.uk/committees/publications/45022 (last visited August 6, 2024).

6.   Annexed as Exhibit 4 is a true and correct copy of a UK Parliament webpage explaining the process of becoming a Member of Parliament available at https://www.parliament.uk/about/mps-and-lords/members/electing-mps/ (last visited August 6, 2024).

7.   Annexed as Exhibit 5 is a true and correct copy of an article *Will the Baby Reindeer Scandal Kill 'True Story' TV*, published by the Sunday Times on June 16, 2024 available at https://www.thetimes.com/uk/arts/article/will-the-baby-reindeer-scandal-kill-true-story-tv-9v26txpgm (last visited August 9, 2024).

8.   Annexed as Exhibit 6 are screenshot excerpts from the ebook of the play, *Baby Reindeer*, written by Richard Gadd, that I purchased through Richard Gadd's website https://www.richardgadd.com/.

9.   Annexed as Exhibit 7 is a screenshot of a video that Netflix posted to its social media accounts on Twitter and Facebook proclaiming, "Martha's emails from *Baby Reindeer*. Everyone of them is real." Netflix's post received 460,000 views on Twitter, 2.9 million plays on Facebook, available at https://www.facebook.com/netflixus/videos/marthas-emails-from-baby-reindeer-every-one-of-them-real/1071706193898341/ (last accessed August 6, 2024) and https://x.com/netflix/status/1779162630520729877?lang=en (last accessed August 6, 2024).

10.   When *Baby Reindeer* is viewed on the Netflix platform (not the thumb drive Netflix provided to the Court) the next episode of *Baby Reindeer* begins before the credits complete such that no disclaimer is seen by the viewer. At the end of any episode the viewer is presented with this choice at the end of the episode:



If "Watch Credits" is not selected, then the disclaimer is never seen. For example, when I clicked "Watch Credits" option in Episode 4, a disclaimer at -1:35 (about the middle of three minutes of credits) appeared sandwiched between a warning about copyright infringement and a credit for the British Film Commission and the UK Government's Creative Sector Tax Relief and a logo for Screen Skills as follows:



11. Annexed as Exhibit 8 is a true and correct copy of a publicly available and searchable tweet from FionaHarvey2014 to MrRichardGadd dated September 23, 2014 that states: "@MrRichardGadd my curtains need hung badly" available at https://x.com/FionaHarvey2014/status/514416588645494785?lang=en (last visited August 25, 2024). Exhibit 8 is incorporated into the Complaint. Complt., ¶ 35.



12. Annexed as Exhibit 9 is a true and correct copy of relevant excerpts from Netflix's 2024 10-K filed with the Securities and Exchange Commission at https://www.sec.gov/ix?doc=/Archives/edgar/data/1065280/000106528024000030/nflx-20231231.htm (last visited August 21, 2024). Exhibit 9 is incorporated into the Complaint. Complt., ¶¶ 5-6, 11, 50.

13. Laura Wray's interview on Piers Morgan Uncensored is available on Piers Morgan Uncensored's YouTube Channel at: https://www.youtube.com/watch?v=6U1bb4F9CSs&t=2010s (last accessed August 26, 2024).

14. Annexed as Exhibit 10 is a true and correct copy of the LinkedIn Profile of Lisa Taback available at https://www.linkedin.com/in/lisa-taback-4b4a687/ (last visited August 13, 2024).

15. Annexed as Exhibit 11 is a true and correct copy of the Board of Directors page from The Gotham Film & Media Institute's website available at https://thegotham.org/about/board-of-directors/#null (last visited August 13, 2024).

16. Annexed as Exhibit 12 is a true and correct copy of the Partnership page from The Gotham Film & Media Institute's website available at https://thegotham.org/about/partnership/ (last visited August 13, 2024).

17. Annexed as Exhibit 13 is a true and correct copy of the webpage https://deadline.com/2023/03/netflix-paris-theater-venice-film-festival-gotham-institute-program-screenings-1235313417/ (last visited August 13, 2024) for an article about the Venice Film Festival sponsored by Netflix and The Gotham Film & Media Institute.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed this 26th day of August, 2024 at New York, New York.

By: */s/ Brian Levenson*
Brian Levenson