# Exhibit 3

Dame Caroline Dinenage MP
Chair of the Culture, Media and Sport Select Committee House of Commons
London SW1A 0AA

23 May 2024

Dear Dame Caroline,

Thank you for the opportunity to speak with the Culture, Media and Sport Committee on May 8 as part of your inquiry into British film and high-end television.

As I said in my oral evidence, Netflix is investing heavily in quality British TV, with a string of recent hits, including Baby Reindeer.

In response to a question about the characters portrayed in that series, I said that: "it's an extraordinary true story … of the horrific abuse that the writer and protagonist Richard Gadd suffered at the hands of a convicted stalker".

I wanted to clarify our understanding that the person on whom the show is based — who we have at no point sought to identify — was subject to a court order rather than a conviction. The writer of Baby Reindeer endured serious harassment over many months (as it now seems has been the case for many others), which had a significant impact on his wellbeing.

Yours sincerely,
Benjamin King
Senior Director, Public Policy Netflix