# Exhibit 4



# UK Parliament

UK Parliament  >  About Parliament  >  About MPs, Lords & officers  >  Members of Parliament  >  How MPs are elected

## How MPs are elected

**In this section**  Show

The UK is divided into 650 areas called constituencies. During an election everyone eligible to cast a vote in a constituency selects one candidate to be their MP. The candidate who gets the most votes becomes the MP for that area until the next election.

## General elections

At a general election, all constituencies become vacant and a Member of Parliament is elected for each from a list of candidates standing for election. General elections happen every five years.

If an MP dies or retires, a by-election is held in that constituency to find a new MP for that area.

## Political parties

Most MPs are members of one of the main political parties in the UK - Labour, Conservative, Scottish National Party or Liberal Democrat. Other MPs represent smaller parties or are independent of a political party.

To become an MP representing a main political party a candidate must be authorised to do so by the party's nominating officer. They must then win the most votes in the constituency.

## UK-wide representation and devolved Parliaments and Assemblies

The UK Parliament has MPs from areas across England, Scotland, Wales and Northern Ireland. In addition, there is a Parliament in Scotland, a National Assembly in Wales and a National Assembly in Northern Ireland.

Separate elections are held for these devolved political bodies (which have been granted powers on a regional level that the UK Parliament was formerly responsible for) - candidates who win seats in these elections do not become MPs in the UK Parliament.

**See also**  Hide

### House of Commons Enquiry Service

The House of Commons Enquiry Service answers questions about the work, history and membership of the House.

Telephone: 0800 112 4272 (Freephone) or 020 7219 4272
Email: hcenquiries@parliament.uk
Text phone: Dial 18001 followed byour full number

Telephone enquiry service is open between 10am-12 midday and 2pm-4pm (Monday to Friday).

**Find out more**

### Related internet links

**Who can stand as an MP?**

You must be:

- aged 18 or over
- a citizen of the UK, Commonwealth or the Republic of Ireland, and
- not disqualified

More on who can stand as an MP

## Related internet links

Parliament is not responsible for the content of external websites.

- About My Vote

© UK Parliament 2024