# Exhibit 6



METHUEN DRAMA
Bloomsbury Publishing Plc
50 Bedford Square, London, WC1B 3DP, UK
1385 Broadway, New York, NY 10018, USA

BLOOMSBURY, METHUEN DRAMA and the Methuen Drama logo are
trademarks of Bloomsbury Publishing Plc

First published in Great Britain 2019

Copyright © Richard Gadd, 2019

Richard Gadd has asserted his right under the Copyright, Designs and Patents
Act, 1988, to be identified as author of this work.

Cover design: Ben Anslow

Cover image © THE OTHER RICHARD

All rights reserved. No part of this publication may be reproduced
or transmitted in any form or by any means, electronic or mechanical,
including photocopying, recording, or any information storage or retrieval
system, without prior permission in writing from the publishers.

Bloomsbury Publishing Plc does not have any control over, or responsibility
for, any third-party websites referred to or in this book. All internet addresses
given in this book were correct at the time of going to press. The author and
publisher regret any inconvenience caused if addresses have changed or sites
have ceased to exist, but can accept no responsibility for any such changes.

No rights in incidental music or songs contained in the work are hereby
granted and performance rights for any performance/presentation
whatsoever must be obtained from the respective copyright owners.

This version of the text went to print before the end of rehearsals
and may differ slightly from the version performed.

All rights whatsoever in this play are strictly reserved and application
for performance etc. should be made before rehearsals by professionals
and by amateurs to Casarotto Ramsay & Associates Ltd, Waverley House,
7–12 Noel Street, London W1F 8GQ. No performance may be
given unless a licence has been obtained.

A catalogue record for this book is available from the British Library.

A catalog record for this book is available from the Library of Congress.

ISBN: PB: 978-1-3501-4342-5
ePDF: 978-1-3501-4343-2
eBook: 978-1-3501-4344-9

Series: Modern Plays

Typeset by Mark Heslington Ltd, Scarborough, North Yorkshire

To find out more about our authors and books visit
www.bloomsbury.com and sign up for our newsletters.

## Characters

**Gadd**, *early to late twenties, male, Scottish*
**Martha**, *mid-forties to early fifties, female, Northern Irish*
**Teri**, *early thirties, transgender female, Mediterranean*
**Darren**, *mid-twenties, male, Scottish*
**Policeman**, *forties, male, English*
**Beattie**, *sixties, female, English*
**Customer**, *forties, male, English*
**Bartenders**, *periphery characters, any age, gender, or race*

## Notes

Baby Reindeer is a one-man play. All the characters should be inhabited by Gadd with the exception of voiceovers.

The Policeman should be a disembodied voice, either pre-recorded or off-stage.

Martha's voicemails should be recorded by an actor and made to sound as authentic as possible.

The interviews should similarly be made to sound as authentic as possible.

Voicemails, emails and any italicised parts should be pre-recorded and/or projected within the space.

The sound should be overwhelming, tense and uncomfortable.

Additional footage, music and projection can be used that is not otherwise specified in the text.

An ellipsis . . . between the lines indicates a new thought or change of direction.

A dash – indicates that somebody's speech has been interrupted, sometimes by themselves.

Baby Reindeer is based on a true story and is a piece of autobiographical writing spanning a number of years in the life of Richard Gadd, the writer. Certain details have been changed to protect the identities of those involved.

6   Baby Reindeer

**Scene Three**

**Gadd**   I felt sorry for her. That's the first feeling I felt. It's a patronising, arrogant feeling, feeling sorry for someone you've only just met. But I did. I felt sorry for her.

. . .

**Gadd**   Maybe it's the fact she's shaking. Maybe it's the fact she's clearly just been crying. Whatever it is – whatever irrational sense of heroism I feel right now makes me sit her on the bar stool and calm her down like I've got it all figured out.

. . .

**Gadd**   She keeps thanking me over and over in a thick Northern Irish accent. Not once does she hold my eye.

. . .

**Gadd**   Can I get you something?

**Martha**   No thanks.

. . .

**Gadd**   Are you sure? Cup of tea?

**Martha**   No thanks.

. . .

**Gadd**   You have to buy something.

**Martha**   Can't afford something.

**Gadd**   Right. Not even a cup of tea?

**Martha**   No.

. . .

this kind of behaviour before. This is a woman who is stalking me. A repeat offender. A seasoned pro.

. . .

**Gadd** My stalker is a seasoned pro.

. . .

**Martha Email** *Such a fked up dream yyesterday. You were on all fours bonking s a lAdy about sixty, telling her you love her. I hated it. Horriblle. Sent from mmy Phone*

. . .

**Policeman**  We can't charge someone for masturbating.

**Gadd**  It's not about the masturbating!

. . .

**Policeman**  I'm simply giving you the arguments that she will come back with. We need a credible threat or something sexually aggressive towards you. How she pleasures herself in her own time does not qualify.

**Gadd**  What happens if she does threaten me, then? Do we get a restraining order?

**Policeman**  No, a restraining order needs to be obtained from the court. A first instance harassment warning comes first and once that is issued and she breaks it, it can take months –

**Gadd**  Months?!

**Policeman**  This process can be sped up in severe cases.

**Gadd**  This isn't a severe case to you?!

**Policeman**  We're not saying –

**Gadd**  If I was a twenty-five-year-old woman and a forty-five-year-old man kept following me around, emailing stuff about wanking, and how much he needs to get fucked, grabbing my vagina and ass in a pub corridor – would that be a severe case to you?

**Policeman**  With male to female gender stalking, the threat of a man is physical. He carries more 'weight' –

**Gadd**  Nobody carries weight against a fucking knife, okay?

**Policeman**  Again, Mr Gadd, there is nothing to suggest in her emails that violence is –

**Gadd**  Ah fuck it!

. . .