# Exhibit 10



**Lisa Taback** · 3rd
Vice President, Talent Relations & Awards at Netflix

- Netflix
- University of California, Berkeley

United States · **Contact info**

500+ connections

Message    + Follow    More

## About

Veteran entertainment marketing consultant who specializes in PR, marketing, promotional and creative advertising campaigns for many top feature films, television content and documentary film and series.

Specialties include: Entertainment public relations, marketing solutions and curated special events. Leader in the world of prestige driven film and television marketing, with notable emphasis on the Oscars, Emmys and key successful awards campaigns.

## Activity
1,280 followers

**Lisa hasn't posted yet**
Recent posts Lisa shares will be displayed here.

Show all activity →

## Experience



**Vice President, Talent Relations & Awards**

Netflix
Aug 2018 - Present · 6 yrs 1 mo
Los Angeles, California



**Founder & CEO**

LTLA Communications
Feature Film Awards Campaign Highlights:

Jul 2003 - Aug 2018 · 15 yrs 2 mos
Los Angeles, California

La La Land
Spotlight
Mudbound
Ladybird
Moonlight
3:10 to Yuma
A Single Man
The Aviator
Away From Her
Babel
Brothers
Chicago
City of God
The Curious Case of Benjamin Button
The Diving Bell and the Butterfly
Finding Neverland
Gangs of New York
Good Night and Good Luck
Hairspray
I'm Not There
The Incredibles (Animation)
Inglourious Basterds
Iron Man
Kung Fu Panda (Animation)
The Life Aquatic with Steve Zissou
Marie Antoinette
Memoirs of a Geisha
Monsters, Inc. (Animation)
Monster House (Animation)
Nine
Precious: Based on the Novel &quot;Push&quot; by Sapphire
Pulp Fiction
The Pursuit of Happyness
The Road
Rent
The Royal Tennenbaums
Shakespeare in Love
There Will Be Blood
Tropic Thunder

Documentary Awards Campaign Highlights

An Inconvenient Truth
Fahrenheit 9/11
Fuel
Religulous
Sicko
Shut Up and Sing

Past and Present Clients

20th Century Fox
The Costume Designers Guild
Dimension Films
DreamWorks Animation
Fox Searchlight
Interscope
Lionsgate
Mallick Media
Miramax Films
New Line Cinema
Paramount Pictures
Paramount Vantage
Sony Pictures Entertainment
The Walt Disney Company
Warner Independent
The Weinstein Company

Foreign-Language Films Awards Campaign Highlights

Amélie (France)
Backyard (Mexico)
Barbarian Invasions (Canada)
Days of Glory (Algeria)
Il Postino (Italy)
Kolja (Czech Republic)
Les Choristes (France)
Life is Beautiful (Italy)
Malèna (Italy)
The Unknown Woman (Italy)

## Education

**University of California, Berkeley**
Bachelor's degree

**Boston University**
Master's degree, Broadcast Journalism

## Skills

**Celebrity**
15 endorsements

**Sponsorship**
Endorsed by Jennifer Smith who is highly skilled at this
12 endorsements

Show all 8 skills →

## Interests

**Top Voices**   Companies   Schools

**Arianna Huffington** · 3rd
Founder and CEO at Thrive Global
+ Follow
9,615,339 followers

Promoted

Matthew, explore jobs at **Netflix** that match your skills

Netflix
Entertainment

See jobs



### Other similar profiles

**Emily Feingold** · 3rd
Vice President of Communications at Netflix
View profile

**Jessica Driscoll** · 3rd
Senior Communications and Strategy Executive, Former HBO, Discovery/ discovery+
View profile

**Marla Weinstein** · 3rd
Senior Director, Film Publicity at Netflix
View profile

**Alyssa Sales** · 3rd
Series Awards Publicity, Talent Relations & Awards at Netflix
View profile

**Dorothy Hammond** · 3rd
Vice President, HR Business Partner at Netflix
Follow

Show all

### People you may know

**Greg Pleasants**
Vice President, Business Operations and Strategy at Gartner
Connect

**Thomas A. Tormey, Jr., Esq.**
Attorney at Law at The Law Office of Thomas A. Tormey, Jr.
Connect

**Rich Dougherty**
Partner at Agiliko
Connect

**Bob Tighe**
Claim Manager
Connect

**Carol Falcinelli**
General Counsel, Private Client Select Insurance Services
Connect

Show all

Questions?
Visit our Help Center.

Manage your account and privacy
Go to your Settings.

Recommendation transparency
Learn more about Recommended Content.

Select Language
English (English)

About
Professional Community Policies
Privacy & Terms
Sales Solutions
Safety Center

Accessibility
Careers
Ad Choices
Mobile

Talent Solutions
Marketing Solutions
Advertising
Small Business

LinkedIn Corporation © 2024

