# Exhibit 11



join renew donate subscribe to newsletter

# Board of Directors

- History of The Gotham
- Team
- Board of Directors
- Press Releases
- Careers



**Nancy Abraham** Nancy is Executive Vice President, Documentary Programming, for Home Box Office. She is responsible for the development and production of HBO Documentary Films which have garnered prestigious industry awards including Primetime Emmy® Awards, News and Documentary Emmy® Awards, George Foster Peabody Awards, Alfred I. DuPont Awards and Academy Awards®. She was named to this position in 2018. Read more…



**Anthony Bregman** Anthony is president and CEO of the indie film company, Likely Story. His movies have won numerous awards at the Oscars, Golden Globes, BAFTAs, Gothams, Indie Spirits, and Cannes, Berlin and Sundance Film Festivals, among others. In 2010 Roger Ebert named "Synecdoche, New York" the Best Film of the Decade.



**Jeb Brody** Jeb is Co-President of Production of Amblin Partners. Jeb began his career making indie film as a founding partner at Big Beach, has producer or exec producer credit on films like Little Miss Sunshine, Sherrybaby, and Chop Shop. Brody has worked at Alex Kurtzman's production company Secret Hideout, where he executive produced "The Mummy," a reimagining of the classic horror film starring Tom Cruise that stumbled at the box office. Read more…



**Gerry Byrne** Gerry is PMC's Vice Chairman, guiding business initiatives across PMC's entire portfolio of media brands. Gerry's decades of accomplishments as a media executive, entrepreneur and community leader are highlighted by his longtime run as publisher of Variety, where he dramatically transformed that business into a powerful, diversified, global media brand. Read more…



**Jason Cassidy** Jason Cassidy was named Vice Chairman of Focus Features in November 2019 after joining the studio as President of Marketing in 2016. As Vice Chairman, Cassidy oversees Focus' theatrical marketing operations and digital initiatives, and leads the releasing side of the business, working closely with the distribution and strategic planning departments on all global film releases. Read more…



**Alina Cho** is an Emmy Award-winning contributor to *CBS Sunday Morning,* producer of the upcoming Netflix documentary on Martha Stewart and host of *The Atelier with Alina Cho* at The Metropolitan Museum of Art. Previously, for nearly a decade, Ms. Cho was a National Correspondent for CNN. She also hosted the network specials, *Fashion: Backstage Pass* and *Big Stars, Big Giving.* Prior to her work at CNN, Ms. Cho held various posts at ABC and CNBC. She earned an M.S. from Northwestern University's Medill School of Journalism and a B.A. from Boston College. She also holds an honorary doctorate from Old Dominion University for her contributions to journalism.



**Dan Crown** Dan is the founder of Red Crown Productions, a privately financed New York-based production company. He currently serves on the Board of Lenox Hill Hospital, Hamptons International Film Festival, Connecticut Public Broadcasting, The Jerusalem Foundation, The Crohn's and Colitis Foundation, The Lollipop Theater Network, and Independent Filmmaker Project. A native of Chicago, Dan resides in New York City where he and his wife, Ellen, are the proud parents of four children.



**Colman Domingo** Colman Domingo is a 2024 Bafta, Screen Actors Guild, Golden Globe, Critics Choice, Astra and Satellite Award nominee for his starring role as Bayard Rustin in the Netflix and Higher Ground film Rustin. Colman received the 2024 "Spotlight Actor" award at the Palm Springs International Film Festival. He won a Primetime Emmy Award for Outstanding Guest Actor in a Drama, a Hollywood Critics Association Award for Best Actor in a Limited Series/Anthology, and an Imagen Award for Best Supporting Actor in a Drama for his role as Ali in the HBO series Euphoria. Read more…



**Amy Emmerich** Amy Emmerich is a visionary media executive with a track record of innovation, leadership and Emmy-winning original content across multiple platforms. She was most recently the Global President & Chief Content Officer at Refinery29, the leading digital lifestyle media company for women. She crafted a powerful vision for the brand; then diversified it across multiple new business lines resulting in a successful acquisition for the company by Vice Media. Over her 25-year career, she's been a champion for underrepresented voices, including spearheading Refinery29's Shatterbox short-film series for women filmmakers. She has experience developing content and programming for brands including HBO, MTV Networks, Travel Channel, and Vice Media. An award-winning producer with exceptional business acumen who is proven to build, grow and lead.



**James Janowitz** Partner James Janowitz is among the country's most respected entertainment and media lawyers. As chair of Pryor Cashman's Media + Entertainment group and a senior partner in the Litigation Group, Jim has helped the firm build one of the most comprehensive entertainment practices in the country. He represents some of the industry's most celebrated artists and performers as well as influential producers, film studios, television studios, networks and investors. Read more…



**Riley Keough** Emmy, Golden Globe, and Independent Spirit Award nominee Riley Keough is one of Hollywood's most sought-after actresses, known for her chameleon-like versatility that spans blockbuster hits to independent films. The actress can most recently be seen in Amazon's highly anticipated original series Daisy Jones and the Six, based on Taylor Jenkins Reid's best selling novel. Keough stunned critics and audiences alike with her Emmy-nominated portrayal of Daisy and within hours of their respective releases, the series hit No. 1 on Amazon Prime Video's Top 10 list in the U.S., and the show's coinciding debut album Aurora made it to No. 1 in the U.S. on iTunes. Read more…



**Franklin Leonard** is a film and television producer, cultural commentator, and entrepreneur. He is the founder and CEO of the Black List, the company that celebrates and supports great screenwriting and the writers who do it via film production, its annual survey of best unproduced screenplays, online marketplace, live staged script readings, screenwriter labs, and film culture publications. Read more…



**Stephanie March** Stephanie March is an actor best known for her role as ADA Alex Cabot on TV's hit series, "Law & Order SVU." She most recently played Lady Akira in Ava DuVernay and Jill Blankenship's DC drama "Naomi." In 2021, March starred in Lifetime's 'Ripped from the Headlines' original film A HOUSE ON FIRE. Read more…



**Soledad O'Brien** Soledad is an award-winning journalist, speaker, author and philanthropist. She is the CEO of Starfish Media Group, a multi-platform media production company dedicated to telling empowering and authentic stories on range of social issues. Read more…



**Dee Poku** Dee Poku-Spalding is an entrepreneur and women's advocate born in the UK and raised between London and Accra. She is the founder and CEO of The WIE Suite, a private membership community and peer learning platform for women leaders, creators and innovators. Read more…



**Hanna Rodriguez-Farrar** Ph.D, Ed.D., Chief of Staff & Secretary to the Board, Colgate University. As Chief of Staff to President Brian W. Casey and Secretary to the Board, Dr. Rodrigeuz-Farrar works with faculty, administrators, and the trustees, supporting the president in the planning and development of strategic initiatives across the University. Read more…



**John Schmidt** John Schmidt is a Founding Partner of October Films. Mr. Schmidt co-founded Content Media Corporation plc (alternative name Content Media Corporation Limited and Contentfilm Plc) in July 2001 and has been its Chief Executive Officer since 2001. Content bought 50% stake of Alex Gibney's Jigsaw Productions. He has over 30 years of experience building, acquiring and developing successful businesses in the media marketplace. Read more…

**Lisa Taback** Lisa Taback is a renowned entertainment strategic marketing and PR executive, best known for Oscar campaigns that include THE POWER OF THE DOG, DON'T LOOK UP, ROMA, MA RAINEY'S BLACK BOTTOM, MARRIAGE STORY, LA LA LAND, MOONLIGHT, SPOTLIGHT, THE KING'S SPEECH, LADY BIRD, CHICAGO and SHAKESPEARE IN LOVE, among many others.



Lisa Taback is a renowned entertainment strategic marketing and PR executive, best known for Oscar campaigns that include THE POWER OF THE DOG, DON'T LOOK UP, ROMA, MA RAINEY'S BLACK BOTTOM, MARRIAGE STORY, LA LA LAND, MOONLIGHT, SPOTLIGHT, THE KING'S SPEECH, LADY BIRD, CHICAGO and SHAKESPEARE IN LOVE, among many others. She has also led numerous documentary film campaigns including the Academy® Award winning features MY OCTOPUS TEACHER, AMERICAN FACTORY, ICARUS, AMY, 20 FEET FROM STARDOM, FAHRENHEIT 9/11 and WHITE HELMETS. In addition, she has also led successful Emmy campaigns for "The Crown," "Squid Game," "Ozark," "Stranger Things" and "This is Us."

Taback got her start at the legendary Miramax Films crafting campaigns for such iconic films as Pulp Fiction and Life is Beautiful. After more than a decade owning her own company, she was hired by Netflix in 2018. Taback also produced PERIOD. END OF SENTENCE, which won Best Documentary Short Subject at the 2019 Academy® Awards, along with her daughter, Claire Sliney. She is a member of AMPAS, BAFTA and ATAS as well.



**Teddy Schwarzman** is the President & CEO of Black Bear Pictures, one of the most prolific producers operating in the space today. Since launching in 2011, the company has grossed over $350 million worldwide, been nominated for thirteen Academy Awards®, ten Golden Globes®, and ten BAFTAs®, and launched its newly minted independent television arm, Black Bear Television, last year. Read more…



**Drew Wilson** Drew was appointed as the CFO of First Look Media in 2018. Prior, he was the CFO of AwesomenessTV, which is majority owned by Comcast-NBCU and minority investors Verizon and Hearst Corporation. Earlier in his career, he was CFO of RLJ Entertainment. Read more…



**Celia Winchester** President and Co-Founder of SWG Accounting, a managerial accounting firm offering general bookkeeping, payroll, CFO services and everything in between. Read more…

## Honorary Directors



**Mark D'Arcy, Director Emeritus** After a decade-long run, Mark D'Arcy has exited as chief creative officer and global head of business marketing at Facebook — now called Meta. D'Arcy joined the social media giant in 2011, and alongside his team, produced several thousand projects across Facebook, Instagram, Messenger, and Oculus for a diverse client base including 80% of the world's top 100 advertisers. Read more…

## Public Notice:  Creative Materials Submission Policy

The Gotham has a strict policy prohibiting the acceptance of unsolicited literary, dramatic or other materials for consideration. Accordingly, unsolicited materials will remain unread (i.e. not read or copied by anyone at The Gotham nor passed along to anyone outside the company) and will be destroyed unless return postage is sent to The Gotham within 5 days of receipt of this letter. We respectfully must request that you do not send The Gotham any further materials relating to your project unless you do so through formal submission to one of The Gotham's programs, if appropriate. More information about these programs, their guidelines and deadlines are available at The Gotham's website thegotham.org. You should also be aware that The Gotham's programs accept submissions of any kind through official program submissions only and selections to said programs are by curatorial selection only. Submissions of literary, dramatic or other materials are only accepted in this manner.

**the gotham**
FILM & MEDIA INSTITUTE

The Gotham celebrates and nurtures independent film and media creators, providing career-building resources, access to industry influencers, and pathways to wider recognition. Learn more about us or become a member

Subscribe to our mailing list [email address]

Subscribe

- Privacy
- Contact
- Download Logos

© 2024 The Gotham Film & Media Institute. All Rights Reserved.

The Gotham thanks our major supporters See all of our Supporters

- Amazon Studios
- HBO
- The New York Times
- National Endowment for the Arts
- NYSCA

The Gotham thanks our major supporters

See all of our Supporters

- Privacy
- Contact
- Download Logos

© 2024 The Gotham Film & Media Institute.
All Rights Reserved.


