# Exhibit 12



