# Exhibit 13

# DEADLINE

TIP US

BREAKING NEWS

# 'The Holdovers' Breakout Dominic Sessa In Talks To Star In Anthony Bourdain Biopic With A24 Circling: The Dish

HOME / FILM / NEWS

# Venice Film Festival, Netflix & The Gotham Institute Team Up For 'Next Generation' Program At New York's Paris Theater

By **Andreas Wiseman**

March 30, 2023 6:50am

## Your Privacy Rights

Penske Media Corporation (PMC) uses first and third-party cookies, pixels, scripts and similar technologies to enable PMC and third-party service providers and partners to collect information about you and your interactions with our sites and services (including clicks, cursor movement and screen recordings). Learn more about our practices and your choices in our **Privacy Policy**. By continuing to use our sites or services, you agree to our **Terms of Use** (including the class action **waiver** and **arbitration** provisions) and Privacy Policy, which have recently changed.

DEADLINE    TIP US



MENT

Gotham Film & Media Institute are teaming e, the Paris Theater. **Scroll down** for program

*on*, the four day event (April 20-23) will

**Your Privacy Rights**

Penske Media Corporation (PMC) uses first and third-party cookies, pixels, scripts and similar technologies to enable PMC and third-party service providers and partners to collect information about you and your interactions with our sites and services (including clicks, cursor movement and screen recordings). Learn more about our practices and your choices in our **Privacy Policy**. By continuing to use our sites or services, you agree to our **Terms of Use** (including the class action **waiver** and **arbitration** provisions) and Privacy Policy, which have recently changed.

# DEADLINE

TIP US

MENT

nd 'Homeroom' Land Malaysian Adaptations

ce Hindi Version Of 'Mufasa: The Lion King'

or low-budget films by emerging filmmakers. 's Spirit Award-winner *The*

## Your Privacy Rights

Penske Media Corporation (PMC) uses first and third-party cookies, pixels, scripts and similar technologies to enable PMC and third-party service providers and partners to collect information about you and your interactions with our sites and services (including clicks, cursor movement and screen recordings). Learn more about our practices and your choices in our **Privacy Policy**. By continuing to use our sites or services, you agree to our **Terms of Use** (including the class action **waiver** and **arbitration** provisions) and Privacy Policy, which have recently changed.

ıg arthouse single screen venue. Opened in and renovated by Netflix.

ıENT

ll be a unique event that will joyfully the many magnificent films that have ecade," said Alberto Barbera and Savina d support from our friends and academic at Netflix, who are committed to ushering

ır," said Spencer Klein, Netflix's Head of component of the Venice Film Festival to ıe quality of the films we'll be showing and their work."

ıENT

### Your Privacy Rights

Penske Media Corporation (PMC) uses first and third-party cookies, pixels, scripts and similar technologies to enable PMC and third-party service providers and partners to collect information about you and your interactions with our sites and services (including clicks, cursor movement and screen recordings). Learn more about our practices and your choices in our **Privacy Policy**. By continuing to use our sites or services, you agree to our **Terms of Use** (including the class action **waiver** and **arbitration** provisions) and Privacy Policy, which have recently changed.



t influential film festivals in the world, La
pions up-and-coming filmmakers through
ey Sharp, Executive Director of The Gotham
am Awards. "We're proud of our
nema and we're thrilled to partner with La
the excellent work to emerge from this

MENT

bi in person

erated by Nikyatu Jusu (*Nanny*)

h Babetida Sadjo, Jennifer Tchiapke,

**Your Privacy Rights**

Penske Media Corporation (PMC) uses first and third-party cookies, pixels, scripts and similar technologies to enable PMC and third-party service providers and partners to collect information about you and your interactions with our sites and services (including clicks, cursor movement and screen recordings). Learn more about our practices and your choices in our **Privacy Policy**. By continuing to use our sites or services, you agree to our **Terms of Use** (including the class action **waiver** and **arbitration** provisions) and Privacy Policy, which have recently changed.



d. As he further endears himself to the
est to deal with this reminder of her troubled

ENT

Festival Artistic Director Alberto Barbera,

utiani in person

ni. With Adil Hussain, Lalit Behl, Geetanjali

ed businessman, who agrees to honor the
to the holy city of Varanasi. There, they
given just two weeks to live out their final
le pleasures of this timeless place, Rajiv finds
hind. The story of family bonds and the
ch and a deeply observant style, Bhutiani
ire and daily life.

in person

sumption. Giorgio Ferrero's wonderfully
four men who work alone in: a vast Texas
er, and a concrete waste sorting pit. These
ion, logistics, marketing, and destruction of

**Your Privacy Rights**

Penske Media Corporation (PMC) uses first and third-party cookies, pixels, scripts and similar technologies to enable PMC and third-party service providers and partners to collect information about you and your interactions with our sites and services (including clicks, cursor movement and screen recordings). Learn more about our practices and your choices in our **Privacy Policy**. By continuing to use our sites or services, you agree to our **Terms of Use** (including the class action **waiver** and **arbitration** provisions) and Privacy Policy, which have recently changed.



TIP US

Vith Royalty Hightower, Alexis Neblett,

lty Hightower) is bewitched by the tight-knit
ati gymnasium where she boxes. Enamored by
of girls, Toni spends less and less time boxing
the dance routines and masters drills from a
to fit in. But when a mysterious outbreak of
ceptance becomes more complicated.

d video interview with director Lemohang

g Jeremiah Mosese. With Mary Twala

imensions of everyday existence, Lemohang
t of homeland and a transcendent elegy for
one following the deaths of her husband and
a soul-shaking performance) prepares for her

**Your Privacy Rights**

Penske Media Corporation (PMC) uses first and third-party cookies, pixels, scripts and similar technologies to enable PMC and third-party service providers and partners to collect information about you and your interactions with our sites and services (including clicks, cursor movement and screen recordings). Learn more about our practices and your choices in our **Privacy Policy**. By continuing to use our sites or services, you agree to our **Terms of Use** (including the class action **waiver** and **arbitration** provisions) and Privacy Policy, which have recently changed.


DEADLINE
 TIP US

rose. With Brian D'Arcy James, Monica

nd fall over decades, as seen through the eyes velops an interest in art. We see a family and Award-winning drama. Deploying a elicate hand gestures, these nostalgic y conjure a bygone 1980-s and 1990s Long

ABOUT:

NSTITUTE  /  PARIS THEATRE  /  VENICE FESTIVAL

ents

Deadline

nd Keep your inbox happy.

p

MENT

Your Privacy Rights

Penske Media Corporation (PMC) uses first and third-party cookies, pixels, scripts and similar technologies to enable PMC and third-party service providers and partners to collect information about you and your interactions with our sites and services (including clicks, cursor movement and screen recordings). Learn more about our practices and your choices in our **Privacy Policy**. By continuing to use our sites or services, you agree to our **Terms of Use** (including the class action **waiver** and **arbitration** provisions) and Privacy Policy, which have recently changed.



TIP US

Sponsored Links by Taboola

Over 60 And You'll Feel Years Younger

celing Prime for This Clever Hack

"Kickbacks" In August (Tap For Full

nds

"Actually Worth It"

llen Feet or Ankles

### Your Privacy Rights

Penske Media Corporation (PMC) uses first and third-party cookies, pixels, scripts and similar technologies to enable PMC and third-party service providers and partners to collect information about you and your interactions with our sites and services (including clicks, cursor movement and screen recordings). Learn more about our practices and your choices in our **Privacy Policy**. By continuing to use our sites or services, you agree to our **Terms of Use** (including the class action **waiver** and **arbitration** provisions) and Privacy Policy, which have recently changed.

DEADLINE

TIP US

ENT

### Your Privacy Rights

Penske Media Corporation (PMC) uses first and third-party cookies, pixels, scripts and similar technologies to enable PMC and third-party service providers and partners to collect information about you and your interactions with our sites and services (including clicks, cursor movement and screen recordings). Learn more about our practices and your choices in our **Privacy Policy**. By continuing to use our sites or services, you agree to our **Terms of Use** (including the class action **waiver** and **arbitration** provisions) and Privacy Policy, which have recently changed.


# DEADLINE
TIP US

m Star 
out Dominic

ny Late-Night 

ove Island 

rc That Could 

listy & Jessie 

ake Centered 

on Foster 

gns Off As 

MENT

## Your Privacy Rights

Penske Media Corporation (PMC) uses first and third-party cookies, pixels, scripts and similar technologies to enable PMC and third-party service providers and partners to collect information about you and your interactions with our sites and services (including clicks, cursor movement and screen recordings). Learn more about our practices and your choices in our **Privacy Policy**. By continuing to use our sites or services, you agree to our **Terms of Use** (including the class action **waiver** and **arbitration** provisions) and Privacy Policy, which have recently changed.

DEADLINE

TIP US

'Jackpot!', 'Ghostbusters' Postmortem & 'A
ible Theatrical Future - Crew Call Podcast

Bourdain Biopic 'Tony' From Star Thrower
'he Holdovers' Breakout Dominic Sessa In Talks To

Books Are Becoming Movies? 'Verity' &

Your Privacy Rights

Penske Media Corporation (PMC) uses first and third-party cookies, pixels, scripts and similar technologies to enable PMC and third-party service providers and partners to collect information about you and your interactions with our sites and services (including clicks, cursor movement and screen recordings). Learn more about our practices and your choices in our **Privacy Policy**. By continuing to use our sites or services, you agree to our **Terms of Use** (including the class action **waiver** and **arbitration** provisions) and Privacy Policy, which have recently changed.

## Your Privacy Rights

Penske Media Corporation (PMC) uses first and third-party cookies, pixels, scripts and similar technologies to enable PMC and third-party service providers and partners to collect information about you and your interactions with our sites and services (including clicks, cursor movement and screen recordings). Learn more about our practices and your choices in our **Privacy Policy**. By continuing to use our sites or services, you agree to our **Terms of Use** (including the class action **waiver** and **arbitration** provisions) and Privacy Policy, which have recently changed.

DEADLINE

TIP US

### Stay in Touch With Us

Keep up with Deadline on any of your favorite networks

 

#### Your Privacy Rights

Penske Media Corporation (PMC) uses first and third-party cookies, pixels, scripts and similar technologies to enable PMC and third-party service providers and partners to collect information about you and your interactions with our sites and services (including clicks, cursor movement and screen recordings). Learn more about our practices and your choices in our **Privacy Policy**. By continuing to use our sites or services, you agree to our **Terms of Use** (including the class action **waiver** and **arbitration** provisions) and Privacy Policy, which have recently changed.

DEADLINE    TIP US

*ip using our annonymous form.*

IP

Know

*ing news alerts*

   ple.com

**Privacy Policy**. We use vendors that may also process your
PTCHA Enterprise and the Google **Privacy Policy** and **Terms of**
oly.

   iC

**Your Privacy Rights**

Penske Media Corporation (PMC) uses first and third-party cookies, pixels, scripts and similar technologies to enable PMC and third-party service providers and partners to collect information about you and your interactions with our sites and services (including clicks, cursor movement and screen recordings). Learn more about our practices and your choices in our **Privacy Policy**. By continuing to use our sites or services, you agree to our **Terms of Use** (including the class action **waiver** and **arbitration** provisions) and Privacy Policy, which have recently changed.

DEADLINE

TIP US

Deadline Hollywood, LLC. All Rights Reserved.
ess.com VIP

## Your Privacy Rights

Penske Media Corporation (PMC) uses first and third-party cookies, pixels, scripts and similar technologies to enable PMC and third-party service providers and partners to collect information about you and your interactions with our sites and services (including clicks, cursor movement and screen recordings). Learn more about our practices and your choices in our **Privacy Policy**. By continuing to use our sites or services, you agree to our **Terms of Use** (including the class action **waiver** and **arbitration** provisions) provisions) and Privacy Policy, which have recently changed.