

1  THE LAW OFFICES OF ALLEN HYMAN
   Allen Hyman (California SBN 73371)
2  10737 ½ Riverside Drive
   N. Hollywood, CA 91602
3  lawoffah@aol.com
   P: (818) 763-6289
4
   THE ROTH LAW FIRM, PLLC
5  Richard A. Roth (*pro hac vice*)
   rich@rrothlaw.com
6  Brian Levenson (*pro hac vice*)
   brian@rrothlaw.com
7  295 Madison Avenue, Fl. 22
   New York, NY 10017
8  P: (212) 542-8882
9
10 *Attorneys for Plaintiff*
   Fiona Harvey
11

12            **UNITED STATES DISTRICT COURT**

13            **CENTRAL DISTRICT OF CALIFORNIA**

14

15 FIONA HARVEY,                    Case No. 2:24-cv-04744-RGK-AJR

16           Plaintiff,             **DECLARATION OF JOHN HALA IN
                                    SUPPORT OF PLAINTIFF'S**
17      v.                          **OPPOSITION TO DEFENDANTS'
                                    SPECIAL MOTION TO STRIKE**
18 NETFLIX, INC. and NETFLIX
   WORLDWIDE ENTERTAINMENT,         Place: Roybal Federal Building and U.S.
19 LLC,                             Courthouse, 255 East Temple Street, Los
                                    Angeles, CA 90012, Courtroom 850
20           Defendants.
                                    Judge: The Hon. R. Gary Klausner
21

22

23

24

25

26

27

28

I, JON HALA, hereby declare and state as follows:

1.    I reside in London, United Kingdom.

2.    I am a professional hair stylist and have been so since 1991. Approximately five years ago, I opened up my own hair salon which currently has a staff of approximately sixteen individuals.

3.    I have known Fiona Harvey just under seven years, when I was introduced to her just by a colleague and became her hair stylist.   When I started my own salon, Fiona came with me and continues to be a frequent customer.

4.    In April 2024, my wife and I watched *Baby* Reindeer on Netflix.   I understood, as represented very early in the first episode, that the series was a "true story."   After completing the first episode, I turned to her and said "that's Fiona Harvey, my customer."

5.    That conclusion was very obvious for many reasons.  Fiona, like Martha in the series, is a strong and spicey Scottish woman who used to live in Camden.  Martha looks like her.  Martha sounds like her.  Martha dresses like her. Martha is an attorney, like Fiona Harvey.  Martha is very bright and, at times, extremely funny and endearing, like Fiona Harvey.   Martha, also like Fiona Harvey, is a highly stressful individual who does have emotional issues, another aspect of Martha captured in the series.

6.      There is more.  Martha, like Fiona Harvey, is Scottish with a strong Scottish accent.  Martha is the same age.  Martha has the same cadence and, like Fiona Harvey, is overweight with the same physical appearance as Fiona.  Martha even dresses like Fiona, as they both wear big, baggy dresses.  She even wears her watch tightly strapped on her large wrist, as Fiona does.

7.      Indeed, I was very impressed how well Richard Gadd, the writer and actor in the series, was able to make Martha appear to be Fiona in every way.   He even has her drinking tea, which Fiona does every time she comes into my salon. All of those characteristics are remarkably identical.

8.      Gadd even depicts her standard of living and the food she eats.  While I have never visited the flat, I do know that, like Martha, Fiona Harvey regularly eats pre-packed, ready-made microwave food.  I know that because we talk about it when she comes to the salon and, often times, either before or after her hair appointment, she will tell me she is going to buy that type of food.  And in the series there is a scene that shows her kitchen with those same foods.

9.      Having seen the series, I decided not to tell Fiona about it as I did not want to upset her.  I also know that Fiona Harvey is a diabetic and that individuals suffering from diabetes can have difficult moments, depending on their sugar intake, so I intentionally did not want to tell her about the series but wondered if she was aware of *Baby Reindeer* and how Gadd and Netflix produced a show about her.

3

10.    Sometime in April 2024, after I had already seen the series, Fiona

Harvey came in for a hair appointment. She was very upset and afraid and told me

there was a series about her. I did not tell her that I had seen it as I did not want to

upset her.

11.    I did not closely follow the story but became aware that numerous

news outlets, including the Daily Mail and Daily Record in Scotland, were

following the story. I also became aware that numerous individuals of my staff

followed the story which was all over Instagram and Facebook. They were very

much aware of and on top of the situation. I simply did not do so, as I do not have

time in the day to spend on those social media apps.

12.    As Fiona continued to come in for her hair on occasion, she was very

concerned about people recognizing her as I understand the social media sites were

filled with negative comments about Fiona Harvey. I became concerned for her

health and wellbeing.

13.    I was also generally familiar with Richard Gadd before the Netflix

series. He had a small following as a terrible comedian.

14.    The more I watched the episodes the more confident I was that Martha

is Fiona Harvey. There is no doubt. Indeed, my entire staff and I have watched

the series and recognized that it is about Fiona Harvey. At the salon, we all talk

about how closely Gadd depicted Fiona Harvey as Martha.

4

1      I declare under penalty of perjury under the laws of the United States of
2      America that the foregoing is true and correct to the best of my knowledge,
         information and belief.
3      Executed this 19th day of August, 2024 in London, England.
4
5                             By: _Jon Hala_
6                                  Jon Hala
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

5