THE LAW OFFICES OF ALLEN HYMAN
Allen Hyman (California SBN 73371)
10737 ½ Riverside Drive
N. Hollywood, CA 91602
lawoffah@aol.com
P: (818) 763-6289

THE ROTH LAW FIRM, PLLC
Richard A. Roth (*pro hac vice*)
rich@rrothlaw.com
Brian Levenson (*pro hac vice*)
brian@rrothlaw.com
295 Madison Avenue, Fl. 22
New York, NY 10017
P: (212) 542-8882

*Attorneys for Plaintiff*
Fiona Harvey

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIONA HARVEY,<br><br>    Plaintiff,<br><br>v.<br><br>NETFLIX, INC. and NETFLIX WORLDWIDE ENTERTAINMENT, LLC,<br><br>    Defendants. | Case No. 2:24-cv-04744-RGK-AJR<br><br>**DECLARATION OF JOHN DINGWALL IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' SPECIAL MOTION TO STRIKE**<br><br>Place: Roybal Federal Building and U.S. Courthouse, 255 East Temple Street, Los Angeles, CA 90012, Courtroom 850<br><br>Judge: The Hon. R. Gary Klausner |

I, JOHN DINGWALL, hereby declare and state as follows:

1. I am a Senior Reporter at Scottish Daily Record newspaper. I submit this declaration based upon my personal knowledge and, if called as a witness, could and would testify to the matters set forth below.

2. This declaration is submitted in connection with Plaintiff Fiona Harvey's Opposition to Defendants Netflix Inc.'s, and Netflix Worldwide Entertainment LLC's Special Motion to Strike.

3. I have been a reporter for 41 years, where I have been writing articles for Scottish and British newspapers and magazines.

4. Having commenced my employment at the Scottish Daily Record in 1995, I have close to 30 years-experience as a music editor, features writer and news reporter at the Daily Record. I have prepared, written and edited thousands of exclusives, interviewing A-list celebrities, traveling the world and breaking hard-hitting news stories.

5. I watched *Baby Reindeer* when it was released in or around late April 2024.

6. In late April 2024, I decided to investigate the identity of the real life Martha. I Googled "real life Martha" and it referred me to the X social media platform where I found Fiona Harvey's tweet to Richard Gadd about 'hanging her curtains' in minutes. That is one of the phrases used in *Baby Reindeer*.

7. Also, prior thereto, I did not know who Fiona was. I had never heard of her. I knew nothing about her. Her name was certainly not known to the public to my knowledge. She was a completely unknown person who was thrust in the spotlight as a result of *Baby Reindeer*.

2

8.  On May 3, 2024, after learning her identity, the Scottish Daily Record published an article that I wrote titled, *Real Baby Martha reveals identity and says 'I did not do jail time.'* As reported in my article, by the time my article was published, Harvey had already been publicly identified by other news sources.

9.  Immediately after my article was published, I received intense feedback from people who questioned why I was giving a voice to Fiona Harvey, since she was a convicted criminal and who did the things shown in Baby Reindeer. People were taking *Baby Reindeer* as true story.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed this _19th of August, 2024 in Glasgow, Scotland, UK.

By: _____
John Dingwall