THE LAW OFFICES OF ALLEN HYMAN
Allen Hyman (California SBN 73371)
10737 ½ Riverside Drive
N. Hollywood, CA 91602
lawoffah@aol.com
P: (818) 763-6289

THE ROTH LAW FIRM, PLLC
Richard A. Roth (*pro hac vice*)
rich@rrothlaw.com
Brian Levenson (*pro hac vice*)
brian@rrothlaw.com
295 Madison Avenue, Fl. 22
New York, NY 10017
P: (212) 542-8882

*Attorneys for Plaintiff*
Fiona Harvey

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIONA HARVEY,<br><br>    Plaintiff,<br><br>v.<br><br>NETFLIX, INC. and NETFLIX WORLDWIDE ENTERTAINMENT, LLC,<br><br>    Defendants. | Case No. 2:24-cv-04744-RGK-AJR<br><br>**DECLARATION OF KERRI-ANNE ARMSTRONG IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' SPECIAL MOTION TO STRIKE**<br><br>Place: Roybal Federal Building and U.S. Courthouse, 255 East Temple Street, Los Angeles, CA 90012, Courtroom 850<br><br>Judge: The Hon. R. Gary Klausner |

Case No. 2:24-cv-04744-RGK-AJR
ARMSTRONG DECL.

I, KERRI-ANNE ARMSTRONG, hereby declare and state as follows:

1. I reside in Coventry, United Kingdom.

2. I subscribe to Netflix and, in or about April 2024, viewed the series *Baby Reindeer*. I believed that it was, as represented, a "true story."

3. I watched the series as soon as it was released on April 11, 2024. After watching the series, I was curious as to who the real life Martha was so I decided to see if I was able to easily learn her identity.

4. I found Fiona Harvey by searching social media for the "curtains" comment which was easy. I also found the article about Harvey stalking Laura Wray referenced in Baby Reindeer article by Googling, in essence, "barrister, disabled child, stalker." Both sets of information directly led me to Harvey.

5. So many people caught on to her identity very quickly and I was, I believe, a day ahead of them and may have been one of the first to identify her.

6. I do not know Harvey but am concerned for her safety.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed this 16TH day of August, 2024 in [city] COENTRY [country] UK

By: _K.A Armstrong_
Kerri-anne Armstrong