THE LAW OFFICES OF ALLEN HYMAN
Allen Hyman (California SBN 73371)
10737 ½ Riverside Drive
N. Hollywood, CA 91602
lawoffah@aol.com
P: (818) 763-6289

THE ROTH LAW FIRM, PLLC
Richard A. Roth * *Pro Hac Vice*
Email: Richard@rrothlaw.com
Brian S. Levenson * *Pro Hac Vice*
Email: Brian@rrothlaw.com
295 Madison Avenue, 22nd Floor
New York, NY 10017
Phone: 212-784-6699

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIONA HARVEY,<br><br>                   Plaintiff,<br><br>     v.<br><br>NETFLIX, INC. and NETFLIX WORLDWIDE ENTERTAINMENT, LLC,<br><br>                   Defendants. | Case No. 2:24-cv-04744-RGK-AJR<br><br>[ PROPOSED ] ORDER GRANTING PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS |

1

[ PROPOSED ] ORDER GRANTING PLAINTIFF'S REQUEST
FOR JUDICIAL NOTICE IN OPPOSITION TO DEFENDANTS'
MOTION TO STRIKE
Case No. 2:24-cv-04744-RGK-AJR

# [PROPOSED] ORDER

Based on Plaintiff Fiona Harvey's Request for Judicial Notice in Opposition to defendants Netflix, Inc., and Netflix Worldwide Entertainment LLC (collectively, "Netflix") Motion to Dismiss the Plaintiff's Complaint, and for good cause appearing for the entry thereof, IT IS HEREBY ORDERED that the Court will take judicial notice of:

1. **Exhibit 1**: Transcript of the May 8, 2024 hearing (the "Hearing") of the Culture, Media and Sport Committee (the "Committee") in the House of Commons, available on UK Parliament's website at (transcript available at https://committees.parliament.uk/committee/378/digital-culture-media-and-sport-committee/publications/oral-evidence/) (last visited August 6, 2024).

2. **Exhibit 2**: Promotional material for Baby Reindeer on Netflix's website available at https://www.netflix.com/tudum/articles/baby-reindeer-cast-release-date-plot (last visited August 6, 2024)

3. **Exhibit 3**: Netflix letter dated May 23, 2024 to the Committee clarifying its statement at the Hearing that "the person on whom the show is based" was the subject of a court order and not a criminal conviction, available at https://api.parliament.uk/committees/publications/45022

4. **Exhibit 4**: UK Parliament webpage explaining the process of becoming a Member of Parliament available at https://www.parliament.uk/about/mps-and-lords/members/electing-mps/ (last visited August 6, 2024).

2

[ PROPOSED ] ORDER GRANTING PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN OPPOSITION TO DEFENDANTS' MOTION TO STRIKE
Case No. 2:24-cv-04744-RGK-AJR

5. **Exhibit 7**: Screenshot of a video that Netflix posted to its social media accounts on Twitter, Facebook and Instagram proclaiming, "Martha's emails from *Baby Reindeer*. Everyone of them is real." Netflix's post received 460,000 views on Twitter, 2.9 million plays on Facebook, available at https://www.facebook.com/netflixus/videos/marthas-emails-from-baby-reindeer-every-one-of-them-real/1071706193898341/ and https://x.com/netflix/status/1779162630520729877?lang=en.

6. **Exhibit 8**: Tweet from FionaHarvey2014 to MrRichardGadd dated September 23, 2014 that states: "@MrRichardGadd my curtains need hung badly."

7. **Exhibit 9**: Excerpts from Netflix's 2024 10-K filed with the Securities and Exchange Commission at https://www.sec.gov/ix?doc=/Archives/edgar/data/1065280/000106528024000030/nflx-20231231.htm (last visited August 21, 2024).

The Court takes notice of the aforementioned exhibits on the grounds that their existence and contents are public records not subject to reasonable dispute. Fed. R. Evid. § 201(b)(1)-(2); *Khoja v. Orexigen Therapeutics, Inc.*, 899 F.3d 988, 1001 (9th Cir. 2018); *GeoVector Corp. v Samsung Elecs. Co. Ltd.*, 234 F Supp 3d 1009, 1016 (N.D. Cal. 2017); *Lindora, LLC v. Limitless Longevity LLC*, 2016 WL 6804443, at *3 (S.D. Cal. Sept. 29, 2016)

**IT IS SO ORDERED**

Dated: _____, 2024

_____
Hon. R. Gary Klausner
United States District Judge

3

[ PROPOSED ] ORDER GRANTING PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN OPPOSITION TO DEFENDANTS' MOTION TO STRIKE
Case No. 2:24-cv-04744-RGK-AJR