```
1  THE LAW OFFICES OF ALLEN HYMAN
   Allen Hyman (California SBN 73371)
2  10737 ½ Riverside Drive
   N. Hollywood, CA 91602
3  lawoffah@aol.com
   P: (818) 763-6289
4
5  THE ROTH LAW FIRM, PLLC
   Richard A. Roth (*pro hac vice*)
6  rich@rrothlaw.com
   Brian Levenson (*pro hac vice*)
7  brian@rrothlaw.com
   295 Madison Avenue, Fl. 22
8  New York, NY 10017
   P: (212) 542-8882
9
10 *Attorneys for Plaintiff*
   Fiona Harvey
11
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| FIONA HARVEY, | Case No. 2:24-cv-04744-RGK-AJR |
|---|---|
| Plaintiff, | **DECLARATION OF FIONA BRIONY HARVEY IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' SPECIAL MOTION TO STRIKE** |
| v. | |
| NETFLIX, INC. and NETFLIX WORLDWIDE ENTERTAINMENT, LLC, | |
| Defendants. | Place: Roybal Federal Building and U.S. Courthouse, 255 East Temple Street, Los Angeles, CA 90012, Courtroom 850 |
| | Judge: The Hon. R. Gary Klausner |

Case No. 2:24-cv-04744-RGK-AJR
HARVEY DECL

I, FIONA BRIONY HARVEY, hereby declare and state as follows:

1. I am over 18 years of age and I am the plaintiff in this action. I submit this declaration based upon my personal knowledge and, if called as a witness, could and would testify to the matters set forth below.

2. This declaration is submitted in support of Plaintiff Fiona Harvey's Opposition to Defendants Netflix Inc.'s, and Netflix Worldwide Entertainment LLC's Special Motion to Strike.

3. I was born in Bridge of Allan Scotland in 1965.

4. I graduated with a degree in law from Aberdeen University Law School, Scotland in 1990.

5. Thereafter, I worked at various law firms.

6. In or around 1999 and 2000, I was interested in politics and was a member of the Labour Party. I sought to be nominated as a candidate for Member of Parliament on behalf of the Labour Party but was never selected as a Prospective Parliamentary Candidate. Unlike the primary process in American politics where the public votes for a nominee, under the Parliamentary system, the nominees who get to run for Members of Parliament are chosen by the Labour Party itself. In other words, I did not canvass, or make speeches, or run media advertisements seeking votes from members of the public, when I sought the nomination. I simply was not chosen by the Labour Party.

7. Since that one instance, I have never attempted to be a candidate for public office or sought to obtain any position as a public official.

8. I moved to London in 2005, seeking a fresh start after my long term boyfriend prematurely passed away.

9. I met Richard Gadd in or around 2014 at the Hawley Arms pub in Camden, near where I lived, and where Gadd was a bartender. Gadd craved attention at the bar. He flirted with me and we exchanged banter.

10. I never knew where Gadd resided during that time period. But he knew where I lived because he had asked me on numerous occasions.

11. I tweeted Richard Gadd in 2014. A copy of one of my tweets is annexed as Exhibit 26.

12. I never had any contact with Gadd outside of the Hawley Arms. I do not recall ever being alone with Gadd anywhere at any time.

### *Baby Reindeer*

13. The allegations Netflix made about me in *Baby Reindeer* are completely false. I never waited for Gadd outside his home. I never had any sexual contact with Gadd. I never attacked Gadd. I never gouged his eyes or smashed a glass over his head. I never stalked a police officer. I have never been indicted of a crime. I have never been convicted of a crime. I have never pled guilty to a crime. I have never been to prison.

14. I am horrified that Netflix included scenes in *Baby Reindeer* where I am having sex with Gadd.

15. I understand that Richard Gadd claims that I once shoved the back of his neck. I deny this ever happened. I also deny pinching his bum.

16. No one from Netflix, including Richard Gadd, contacted me about Baby Reindeer before or after it was released.

17. As a result of Baby Reindeer, total strangers and members of the media began to contact me on or about April 21, 2024 through Facebook identifying me as "Martha" from Baby Reindeer. Exhibits 1-23. The Exhibits are a fraction of the thousands, I estimate 5,000 – 10,000 messages, I received from total strangers in response to Baby Reindeer. These individuals accused me of rape (Exhibits 1-2, 22), threatened me (Exhibits 1-2) and told me to kill myself or wished me grave harm (Exhibits 5-6, 16). Individuals specifically referenced the "hang my curtains" tweet. Exhibits 12-13, 15. Others attempted to call me. Exhibits 5, 11.

18. As a result of being identified and out of concern for my safety, I decided to go on the Piers Morgan Uncensored show to defend myself and explain that while I do know Richard Gadd, I did not do any of the actions that Baby Reindeer says that I did. The episode aired on May 9, 2024. I have reviewed Netflix's claim that on Piers Morgan I said Baby Reindeer was not me. Netflix has twisted my words. My comment was that I did not do the things Richard Gadd said I did in Baby Reindeer.

19. As a result of Baby Reindeer, I had to close my Facebook account and stopped watching the news for fear of any story about me. I am afraid to go outside out of fear of being attacked. Some weeks I do not leave my apartment. I am suffering from, among other things, constant panic attacks, chest pains, anxiety, nightmares, depression, nervousness, stomach pains, loss of appetite, fear and insomnia. The stress and anxiety is also severely affecting my diabetes.

20. Annexed as Exhibit 24 is a true and correct copy of a Certificate from the United Kingdom confirming that I have never been convicted of a crime.

21. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed this ___ day of August, 2024 at London, England.

By: /s/ *Fiona Harvey*
Fiona Briony Harvey

LLB (Scotland)

Dipl. Ppostgrad (Scotland)

CPE (England)