# EXHIBIT 2

REDACTED VERSION
OF DOCUMENT PROPOSED
TO BE FILED UNDER SEAL



May 20, 2024 4:07:41pm

sent from iphoen

May 03, 2024 1:15:12pm

hey

May 03, 2024 1:14:42pm