# EXHIBIT 3

REDACTED VERSION
OF DOCUMENT PROPOSED
TO BE FILED UNDER SEAL

Generated by Fiona Harvey on Sunday 2 June 2024 at 04:32 UTC+01:00

Apr 29, 2024 10:33:38pm

Sent from iphoen

Apr 28, 2024 7:20:04pm

Apr 28, 2024 7:19:44pm

Apr 28, 2024 7:19:28pm

Apr 28, 2024 7:19:21pm

Apr 28, 2024 7:19:06pm

Apr 23, 2024 11:02:28pm