# EXHIBIT 5

REDACTED VERSION
OF DOCUMENT PROPOSED
TO BE FILED UNDER SEAL

Generated by Fiona Harvey on Sunday 2 June 2024 at 04:35 UTC+01:00
You missed a call from
Apr 24, 2024 9:51:08pm
Apr 24, 2024 9:47:40pm
Apr 24, 2024 9:46:25pm

