# EXHIBIT 7

REDACTED VERSION
OF DOCUMENT PROPOSED
TO BE FILED UNDER SEAL

