# EXHIBIT 19

REDACTED VERSION
OF DOCUMENT PROPOSED
TO BE FILED UNDER SEAL



Generated by Fiona Harvey on Sunday 2 June 2024 at 04:38 UTC+01:00

Apr 22, 2024 4:08:04pm