# EXHIBIT 24

# Basic Certificate
## Page 1 of 2

**DBS fee charged**

**DBS ID Number:** ▉▉▉▉▉▉▉

**Certificate Number**

**Date of Issue:**

### Applicant Personal Details

**Surname:** HARVEY

**Forename(s):** FIONA BRIONY

**Other Names:** MUIR, FIONA MARGARET

**Date of Birth:** ▉▉▉▉▉ 1965

**Place of Birth:** ▉▉▉▉▉▉▉▉▉▉▉▉▉

**Gender:** FEMALE

---

### Police Records of Convictions, Cautions, Reprimands and Warnings

NONE RECORDED

---

## Basic Certificate

This document is a basic certificate within the meaning of section 112 of the Police Act 1997.

This section provides general information in the use and content of this cer[tificate]. [For] detailed information see our website www.gov.uk/dbs

[U]se of certificate information



This is not a certificate issued by the Disclosure and Barring Service, **it is representative of information issued by the Disclosure and Barring Service.**

# BACKGROUND CHECK REPORT

**This Document is Strictly Private and Confidential**

| | **Request Details** |
|---|---|
| Application No | ▬▬▬▬▬ |
| Date of Issue | 28/05/2024 14:23 |

| | **Application Personal Details** |
|---|---|
| Name | Fiona Briony Harvey |
| Date of Birth | ▬▬▬ 1965 |

**All DBS Check certificates are issued under section 112 of the police act 1997.** A certificate either contains information about every conviction of an applicant or it states that there is no such conviction.

| | **Report Summary** |
|---|---|
| Convictions | ✓ None Recorded |

**2/3**