Richard A. Roth * *Pro Hac Vice*
Email: Richard@rrothlaw.com
Brian S. Levenson * *Pro Hac Vice*
Email: Brian@rrothlaw.com
THE ROTH LAW FIRM, PLLC
295 Madison Avenue, 22nd Floor
New York, NY 10017
Phone: 212-784-6699

Allen Hyman (California State Bar No. 73371)
LAW OFFICES OF ALLEN HYMAN
10737 Riverside Drive
North Hollywood, CA 91602
Phone: (818) 763-6289
Fax: (818) 763-4676
E-mail: lawoffah@aol.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIONA HARVEY,<br><br>                          Plaintiff,<br><br>v.<br><br>NETFLIX, INC. and NETFLIX WORLDWIDE ENTERTAINMENT, LLC,<br><br>                          Defendants. | Case No. 2:24-cv-04744-RGK-AJR<br><br>**PLAINTIFF'S NOTICE OF MOTION TO STRIKE THE DECLARATIONS OF LAURA WRAY, LOUISE OAKLEY, AND RICHARD GADD**<br><br>Date: September 23, 2024<br>Time: 9:00 a.m.<br>Place: Courtroom 850<br><br>Hon. R. Gary Klausner |

1

**PLAINTIFF'S MOTION TO STRIKE DECLARATIONS OF LOUISE OAKLEY, LAURA WRAY, AND RICHARD GADD ISO NETFLIX MOTION TO STRIKE**
**Case No. 2:24-cv-04744-RGK-AJR**

1  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2  **PLEASE TAKE NOTICE** that, on September 23, 2024 at 9:00 a.m., or as
3  soon thereafter as the matter may be heard by the Honorable R. Gary Klausner, in the
4  United States District Court for the Central District of California located at 255 East
5  Temple Street, Los Angeles, CA 90012, Courtroom 850, plaintiff Fiona Harvey
6  ("Harvey") by and through her undersigned counsel, will and hereby do, move the
7  Court to strike the Declaration of Louise Michelle Oakley (ECF 26-3), to strike the
8  Declaration of Laura Wray (ECF 26-27 to ECF 26-43, ECF 34) in its entirety,
9  including exhibits thereto, and to strike paragraphs 24-65 of the Declaration of
10 Richard Gadd and Exhibits 1-60 thereto (ECF 23-1 to 23-60; ECF 27 to 27-60; ECF
11 35-58) *except* **the last sentence of Paragraph 41 and Exhibit 44**, that were
12 submitted by defendants Netflix Worldwide Entertainment, LLC and Netflix, Inc.,
13 (collectively, "Netflix") in support of their motion to strike the Complaint pursuant to
14 California's anti-SLAPP statute Cal. Code Civ. Pro § 425.16.

15 This motion is made pursuant to the Court's inherent authority on the grounds
16 that the declarations and exhibits thereto are immaterial, impertinent, and scandalous.
17 *Carrigan v. California State Legislature*, 263 F.2d 560, 564 (9th Cir. 1959); *Ready
18 Transp., Inc. v. AAR Mfg., Inc.*, 627 F.3d 402, 404 (9th Cir. 2010) ("[i]t is well
19 established that district courts have inherent power to control their docket . . .
20 includ[ing] the power to strike items from the docket as a sanction for litigation
21 conduct."). In addition, this motion is made pursuant to *Daubert v. Merrell Dow
22 Pharmaceuticals, Inc.*, 509 U.S. 579, 113 S.Ct. 2786 (1993), which empowers the
23 district court to reject speculative expert testimony.

24 Specifically, Laura Wray's declaration is immaterial, impertinent and
25 scandalous in that it seeks to introduce testimony and documents concerning Wray's
26 experience with plaintiff in the late 1990s – none of which form any part of

27
28

2

**PLAINTIFF'S MOTION TO STRIKE DECLARATIONS OF LOUISE OAKLEY, LAURA
WRAY, AND RICHARD GADD ISO NETFLIX MOTION TO STRIKE
Case No. 2:24-cv-04744-RGK-AJR**

Plaintiff's Complaint. Wray's declaration and exhibits have no connection to this action and only serve to publicly humiliate and harass Plaintiff.

The expert witness declaration of Louise Michelle Oakley is likewise immaterial, impertinent and scandalous in that Oakley's expert opinion is that Plaintiff should have been or could have been convicted of crimes as a result of Plaintiff's conduct towards Richard Gadd. However, this opinion is not only conjecture, but also immaterial because it is undisputed that Plaintiff was never convicted of a crime. Complt., Exh. 1. Netflix's false statements that Harvey was convicted *twice* is the core of this defamation lawsuit. In addition, Oakley's declaration should be struck because Netflix did not provide notice of an issue of foreign law required by Fed. R. Civ. P. 44.1 and because Oakley improperly applies foreign law to the facts of this case.

Finally, paragraphs 24-65, and exhibits 1-60, of the declaration of Richard Gadd, ***except* the last sentence of Paragraph 41 and Exhibit 44** are immaterial, impertinent and scandalous as they seek to introduce evidence of immaterial emails purportedly from Harvey that are sexually explicit and that are neither referenced in the Complaint or in *Baby Reindeer.* Netflix concedes that Gadd's exhibits 3-41 "are awash with violent hate speech and sexually explicit, deeply disturbing vitriol that is *nowhere depicted in the Series.*" ECF 26-1, Netflix Br. at 14. These exhibits only serve to publicly humiliate Plaintiff. The remainder of Gadd's exhibits include purported voicemails and emails from Plaintiff concerning problems with an estate lawyer, Plaintiff's sister, and politicians – none which is depicted in the Series or included in Plaintiff's complaint. The last sentence of Paragraph 41 and Exhibit 44 are relevant to Harvey's claim that Netflix falsely stated Harvey waited outside Gadd's home for 16 hours per day as this material confirms that Harvey did not know where Gadd lived.

3

**PLAINTIFF'S MOTION TO STRIKE DECLARATIONS OF LOUISE OAKLEY, LAURA WRAY, AND RICHARD GADD ISO NETFLIX MOTION TO STRIKE**
**Case No. 2:24-cv-04744-RGK-AJR**

1  This motion is based on this Notice, the accompanying Memorandum of Points and Authorities, the Complaint on file in this action (ECF 1), and such oral argument as may be presented on this motion.

This motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on August 15, 2024. Counsel for the parties were unable to reach a resolution that would have made this motion unnecessary.

Dated: August 26, 2024

                    Respectfully submitted,

                    THE ROTH LAW FIRM, PLLC

                    Brian Levenson

By: */s/ Brian Levenson*

Brian Levenson
Attorneys for Plaintiff Fiona Harvey

**PLAINTIFF'S MOTION TO STRIKE DECLARATIONS OF LOUISE OAKLEY, LAURA WRAY, AND RICHARD GADD ISO NETFLIX MOTION TO STRIKE**
**Case No. 2:24-cv-04744-RGK-AJR**