# Exhibit 7

Case 2:24-cv-04744-RGK-AJR   Document 44-7   Filed 08/26/24   Page 1 of 2   Page ID #:1734

