# Exhibit 8

