# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIONA HARVEY<br><br>PLAINTIFF(S)<br><br>v.<br><br>NETFLIX, INC., et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:24−cv−04744−RGK−AJR<br><br>**ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)** |

The Court hereby **ORDERS** the documents listed below be **STRICKEN** for failure to comply with the Court's Local Rules, General Orders, and/or Case Management Order, as indicated:

| Date Filed | Doc. No. | Title of Document |
|---|---|---|
| 8/26/2024 | 41 | MEMORANDUM in Opposition |
| | | |

Other:
Memorandum contains single spaced text in violation of L.R. 11−3.6. Counsel has 1 day from the date of this order to refile a corrected document.

Dated: August 27, 2024            By: /s/ *R. Gary Klausner*
                                              U.S. District Judge

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G−106 (6/12)            ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)