# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:24-cv-04744-RGK-AJR | Date | August 27, 2024 |
|---|---|---|---|
| Title | *Fiona Harvey v. Netflix, Inc. et al.* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Joseph Remigio | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) Order Re: Motion to Strike Declarations of Laura Wray, Richard Gadd, and Louise Michelle Oakley [DE 43]**

On August 26, 2024, Fiona Harvey ("Plaintiff") filed a Motion to Strike three declarations from a Special Motion to Strike filed by Netflix, Inc. and Netflix Worldwide Entertainment, LLC (collectively, "Defendants"). (ECF No. 43.) Plaintiff set the hearing date for her Motion as September 16, 2024—the same hearing date as the underlying Special Motion to Strike. According to the Court's Standing Order, however, Plaintiff should have set the hearing date as September 23, 2024. (Standing Order at 3, ECF No. 9.)

Because Plaintiff cannot obtain the relief she seeks through a regularly noticed motion, the Court construes the Motion as an Ex Parte Application. Accordingly, Defendants shall file any opposition before **3:00 p.m. on August 28, 2024**. (*Id.* at 6.) Finally, the Court notes that Plaintiff's Application contains single spacing in violation of the Local Rules. C.D. Cal. L.R. 11-3.2. While the Court declines to strike the Application on these grounds, it warns the parties that future noncompliant filings may be stricken without further notice.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | JRE/ak |