# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIONA HARVEY <br> PLAINTIFF(S) <br> v. <br> NETFLIX, INC. , et al. <br> DEFENDANT(S). | CASE NUMBER: <br><br> 2:24−cv−04744−RGK−AJR <br><br> **ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)** |

The Court hereby **ORDERS** the documents listed below be **STRICKEN** for failure to comply with the Court's Local Rules, General Orders, and/or Case Management Order, as indicated:

| 9/3/2024 | / | 53 | / | REPLY [28] |
|---|---|---|---|---|
| *Date Filed* | | *Doc. No.* | | *Title of Document* |
| __ | / | __ | / | __ |
| *Date Filed* | | *Doc. No.* | | *Title of Document* |

Other:
Document lacks word count certification per L.R. 11−6.2. Counsel shall file a corrected document within 1 day from the date of this order.

Dated: September 4, 2024         By: /s/ *R. Gary Klausner*
                                     U.S. District Judge

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G−106 (6/12)         ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)