```
LATHAM & WATKINS LLP
  Marvin S. Putnam (Bar No. 212839)
    marvin.putnam@lw.com
  Laura R. Washington (Bar No. 266775)
    laura.washington@lw.com
10250 Constellation Blvd., Suite 1100
Los Angeles, California 90067
Telephone: +1.424.653.5500
Facsimile: +1.424.653.5501
```

*Attorneys for Defendants*
Netflix, Inc., and
Netflix Worldwide Entertainment, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIONA HARVEY, | Case No. 2:24-cv-04744-RGK-AJR |
| Plaintiff, | **[PROPOSED] ORDER DENYING PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** |
| v. | |
| NETFLIX, INC., and NETFLIX WORLDWIDE ENTERTAINMENT, LLC, | Date:   September 16, 2024<br>Time:   9:00 a.m.<br>Place:  Courtroom 850 |
| Defendants. | Hon. R. Gary Klausner |

# [PROPOSED] ORDER

Having reviewed the August 26, 2024 Request for Judicial Notice ("RJN") filed by plaintiff Fiona Harvey ("Harvey") in opposition to Defendants Netflix, Inc., and Netflix Worldwide Entertainment, LLC's Motion to Dismiss ("Motion"), together with all papers filled in support of and in opposition thereto, and the parties' oral arguments, and being fully advised, the above-entitled Court hereby DENIES Plaintiff's RJN on the grounds that (1) Harvey does not identify any facts within Exhibits 1-4 and 7-9 of the Levenson Declaration that she seeks to have judicially noticed, nor does she articulate any purpose for which these documents should be noticed and (2) Exhibits 1-4 and 7-9 are irrelevant or improperly utilized for the truth of their contents. *See, e.g., Easton v. Wells Fargo & Co.*, No. 2:20-cv-06070-AB-RAO, 2023 WL 6194043, at *4 (C.D. Cal. Aug. 18, 2023); *Capaci v. Sports Rsch. Corp.*, 445 F. Supp. 3d 607, 617 (C.D. Cal. 2020); *DalPoggetto v. Wirecard AG*, No. CV 19-0986 FMO (SKx), 2020 WL 2374948, at *2 (C.D. Cal. Apr. 15, 2020); *see also Elliot v. Lions Gate Ent. Corp.*, 639 F. Supp. 3d 1012, 1022 (C.D. Cal. 2022); *Troy Grp., Inc. v. Tilson*, 364 F. Supp. 2d 1149, 1152 (C.D. Cal. 2005). In light of the foregoing, Plaintiff's Request for Judicial Notice is **DENIED**.

**IT IS SO ORDERED.**

Dated: _____, 2024

_____
Hon. R. Gary Klausner
United States District Judge