UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:24-cv-04744-RGK-AJR | Date | September 4, 2024 |
|---|---|---|---|
| Title | *Fiona Harvey v. Netflix, Inc. et al.* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | | |
|---|---|---|---|
| Joseph Remigio | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   **(IN CHAMBERS) Order Re: Plaintiff's Application to File Under Seal [DE 38]**

On August 26, 2024, Fiona Harvey ("Plaintiff") filed an Application to file several exhibits under seal. (ECF No. 38.) The exhibits consist of messages sent to Plaintiff by various third parties. Plaintiff seeks to seal the third parties' names, as well as most of the messages' contents. While the Court agrees that any identifying information of third parties should be filed under seal, the same cannot be said of the messages themselves. Accordingly, the Court **DENIES** the Application **without prejudice**. If Plaintiff so wishes, she may refile her Application within **two days** of this Order's issuance.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | JRE/sf |