1  Richard A. Roth * *Pro Hac Vice*
2  Email: Richard@rrothlaw.com
   Brian S. Levenson * *Pro Hac Vice*
3  Email: Brian@rrothlaw.com
4  THE ROTH LAW FIRM, PLLC
   295 Madison Avenue, 22nd Floor
5  New York, NY 10017
6  Phone: 212-784-6699

7  Allen Hyman (California State Bar No. 73371)
   LAW OFFICES OF ALLEN HYMAN
8  10737 Riverside Drive
9  North Hollywood, CA 91602
   Phone: (818) 763-6289
10 Fax: (818) 763-4676
11 E-mail: lawoffah@aol.com

12 *Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIONA HARVEY,<br><br>                    Plaintiff,<br><br>         v.<br><br>NETFLIX, INC. and NETFLIX WORLDWIDE ENTERTAINMENT, LLC,<br><br>                    Defendants. | Case No. 2:24-cv-04744-RGK-AJR<br><br>**[ PROPOSED ] ORDER GRANTING PLAINTIFF'S APPLICATION FOR LEAVE TO FILE DOCUMENTS IN OPPOSITION TO DEFENDANTS' MOTION TO STRIKE UNDER SEAL** |

1


Case 2:24-cv-04744-RGK-AJR   Document 59-1   Filed 09/06/24   Page 2 of 2   Page ID #:2048

# [PROPOSED] ORDER

This matter is before the Court on Plaintiff Fiona Harvey's Application for Leave to File Documents in Opposition to Defendants' Motion to Strike Under Seal, pursuant to Local Rule 79-5.2.2(a).

Having considered Plaintiff's Application for Leave to File Documents Under Seal and the Declaration of Brian Levenson in Support of Plaintiff's Application for Leave to File Documents in Opposition to Defendants' Motion to Strike Under Seal, the Court finds that compelling reasons justify sealing the below-referenced materials because those materials contain third party personally identifiable information and/or information that might become a vehicle for improper purposes. See *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006); *U.S. Tobacco Coop. Inc. v Big S. Wholesale of Virginia, LLC*, 5:13-CV-527-F, 2016 WL 3573929, at *1 (E.D.N.C. 2016); *Dish Network LLC v. Sonicview USA, Inc.*, No. 09-CV-1553 L (NLS), 2009 WL 2224596, at *7 (S.D. Cal. 2009); *Anonymous v C.I.R.*, 127 TC 89, 2006 WL 2572907 (Tax Ct. 2006).

The application is hereby GRANTED. Accordingly, Exhibits 1-23 to the Declaration of Fiona Harvey submitted in opposition to Netflix's Motion to Strike Exhibits shall be filed under seal.

**IT IS SO ORDERED**

Dated: _____, 2024

_____
Hon. R. Gary Klausner
United States District Judge


2

[ PROPOSED ] ORDER GRANTING PLAINTIFF'S APPLICATION
FOR LEAVE TO FILE DOCUMENTS IN OPPOSITION TO
DEFENDANTS' MOTION TO STRIKE UNDER SEAL
Case No. 2:24-cv-04744-RGK-AJR
