# EXHIBIT 1

REDACTED VERSION
OF DOCUMENT PROPOSED
TO BE FILED UNDER SEAL

Generated by Fiona Harvey on Sunday 2 June 2024 at 04:32 UTC+01:00

Rapist
Apr 26, 2024 12:05:48pm

Apr 26, 2024 12:05:41pm