# EXHIBIT 2

REDACTED VERSION
OF DOCUMENT PROPOSED
TO BE FILED UNDER SEAL



Generated by Fiona Harvey on Sunday 2 June 2024 at 04:32 UTC+01:00

ya dog
May 20, 2024 4:08:45pm

Me to u
May 20, 2024 4:08:36pm



May 20, 2024 4:08:35pm

Fuckin disgusting
May 20, 2024 4:08:14pm

idc ab the stalking its the fact u grabbed his yk
May 20, 2024 4:08:09pm

didnt even do a good job at stalking fr
May 20, 2024 4:07:55pm

Fuckin stalker
May 20, 2024 4:07:45pm

go kys
May 20, 2024 4:07:42pm

slag

May 20, 2024 4:07:41pm

sent from iphoen

May 03, 2024 1:15:12pm

hey

May 03, 2024 1:14:42pm