# EXHIBIT 3

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**



Generated by Fiona Harvey on Sunday 2 June 2024 at 04:32 UTC+01:00

---

Did u attack richard gadd

Apr 29, 2024 10:33:38pm

---

Sent from iphoen

Apr 28, 2024 7:20:04pm

---

Becauze youre iust a stalker

Apr 28, 2024 7:19:44pm

---

And theyll know everything youve done

Apr 28, 2024 7:19:28pm

---

And im going to send the police to ur house

Apr 28, 2024 7:19:21pm

---

Im going to get u locked up

Apr 28, 2024 7:19:06pm

---

Did u stalk richard gadd u weirdo

Apr 23, 2024 11:02:28pm