# EXHIBIT 4

REDACTED VERSION
OF DOCUMENT PROPOSED
TO BE FILED UNDER SEAL



Generated by Fiona Harvey on Sunday 2 June 2024 at 04:35 UTC+01:00

Be very afraid

Apr 22, 2024 10:42:18am

Be afraid

Apr 22, 2024 10:42:11am

Well it's my turn now

Apr 22, 2024 10:42:02am

The legendary stalker

Apr 22, 2024 10:41:54am

Are u the stalker????

Apr 22, 2024 10:41:45am