# EXHIBIT 5

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**



Generated by Fiona Harvey on Sunday 2 June 2024 at 04:35 UTC+01:00

---

You missed a call from ▮▮▮▮▮.

Apr 24, 2024 9:51:08pm

---

Watch baby reindeer too, amazing show

Apr 24, 2024 9:47:40pm

---

Oi ya fat pasty chested brick shithouse, I hope you get publicly executed 🙂 . Toodle pip

Apr 24, 2024 9:46:25pm