# EXHIBIT 6

## REDACTED VERSION
## OF DOCUMENT PROPOSED
## TO BE FILED UNDER SEAL



Generated by Fiona Harvey on Sunday 2 June 2024 at 04:35 UTC+01:00

you're a psycho. you deserve prison. kill yourself.

Apr 23, 2024 8:03:18pm

baby reindeer huh?

Apr 23, 2024 8:03:06pm

i can stalk you

Apr 23, 2024 8:03:02pm