# EXHIBIT 7

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**



Generated by Fiona Harvey on Sunday 2 June 2024 at 04:38 UTC+01:00

I hope you burn in hell you weird ass stalker. Oh and your county is a joke. You're uglier than a pile of shit. Get fucked WHORE

Apr 23, 2024 8:26:09am