# EXHIBIT 8

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**



Generated by Fiona Harvey on Sunday 2 June 2024 at 04:35 UTC+01:00

you are nothing all you do is sit at home on ur phone on facebook like the pathetic cunt u are. the whole world now knows who you really are disgusting bitch

Apr 28, 2024 5:55:05am

ur fucking disgusting, you don't deserves nothing i hope you suffer for years and years your a putrid pig

Apr 28, 2024 5:51:44am