# EXHIBIT 10

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**



Generated by Fiona Harvey on Sunday 2 June 2024 at 04:35 UTC+01:00

Sick old woman, now everyone knows what you did. Now the stalkers will be the whole world.

Apr 25, 2024 6:42:42am