# EXHIBIT 11

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**



Generated by Fiona Harvey on Sunday 2 June 2024 at 04:35 UTC+01:00

You missed a call from

Apr 30, 2024 2:20:08pm

Proper fucked in the head you are

Apr 29, 2024 10:55:10pm