# EXHIBIT 12

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**



██████████

Generated by Fiona Harvey on Sunday 2 June 2024 at 04:36 UTC+01:00

██████████

U Gobshite, how are u going to say Martha is a "make believe" character when you literally tweeted, "my curtains need hung badly " not only that titwank Richard didn't give it identity away. DIGITAL FOOTPRINT DID. FUCKING DRAFT CUNT

Apr 27, 2024 2:05:52am