# EXHIBIT 13

REDACTED VERSION
OF DOCUMENT PROPOSED
TO BE FILED UNDER SEAL



Generated by Fiona Harvey on Sunday 2 June 2024 at 04:36 UTC+01:00

Fiona now that I've messaged you, are you going to stalk me too? and before u say anything I do not want to hang your curtains hun xoxo

Sent from ihpjone

Apr 25, 2024 11:11:33pm

Fiona Harvey is a freak

Apr 25, 2024 9:07:03am