# EXHIBIT 15

REDACTED VERSION
OF DOCUMENT PROPOSED
TO BE FILED UNDER SEAL


Generated by Fiona Harvey on Sunday 2 June 2024 at 04:38 UTC+01:00

did you get your curtains hung

Apr 25, 2024 12:09:18pm