# EXHIBIT 16

REDACTED VERSION
OF DOCUMENT PROPOSED
TO BE FILED UNDER SEAL

Generated by Fiona Harvey on Sunday 2 June 2024 at 04:38 UTC+01:00

You are one fat ugly fucking unlovable cow. Croak bitch!

Apr 24, 2024 5:06:35am