# EXHIBIT 17

REDACTED VERSION
OF DOCUMENT PROPOSED
TO BE FILED UNDER SEAL

▬▬▬▬▬▬

Generated by Fiona Harvey on Sunday 2 June 2024 at 04:38 UTC+01:00

▬▬▬▬▬▬

You are her lol your Martha

Apr 25, 2024 10:03:09pm

▬▬▬▬▬▬

Omg Martha I mean Fiona is that you
Sent from iPhone

Apr 22, 2024 5:45:37pm