# EXHIBIT 18

REDACTED VERSION
OF DOCUMENT PROPOSED
TO BE FILED UNDER SEAL

 ████████████

Generated by Fiona Harvey on Sunday 2 June 2024 at 04:38 UTC+01:00

████████████

Are you the stalker from baby reindeer????

Apr 22, 2024 7:49:37am