# EXHIBIT 20

REDACTED VERSION
OF DOCUMENT PROPOSED
TO BE FILED UNDER SEAL



Generated by Fiona Harvey on Sunday 2 June 2024 at 04:38 UTC+01:00



plss see my message

Apr 22, 2024 8:37:32am

were you richard gadds stalker??

Apr 22, 2024 8:37:20am