# EXHIBIT 21

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**



████████ Generated by Fiona Harvey on Sunday 2 June 2024 at 04:38 UTC+01:00

████████

Hi fiona are you the girl from baby reindeer

Apr 23, 2024 4:30:56pm