# EXHIBIT 23

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

  ████████████

Generated by Fiona Harvey on Sunday 2 June 2024 at 04:45 UTC+01:00

████████████

Why did you do that to Richard Gadd? So weird

Apr 21, 2024 7:24:33pm