Richard A. Roth * *Pro Hac Vice*
Email: Richard@rrothlaw.com
Brian S. Levenson * *Pro Hac Vice*
Email: Brian@rrothlaw.com
THE ROTH LAW FIRM, PLLC
295 Madison Avenue, 22nd Floor
New York, NY 10017
Phone: 212-784-6699

Allen Hyman (California State Bar No. 73371)
LAW OFFICES OF ALLEN HYMAN
10737 Riverside Drive
North Hollywood, CA 91602
Phone: (818) 763-6289
Fax: (818) 763-4676
E-mail: lawoffah@aol.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIONA HARVEY, <br><br> Plaintiff, <br><br> v. <br><br> NETFLIX, INC. and NETFLIX WORLDWIDE ENTERTAINMENT, LLC, <br><br> Defendants. | Case No. 2:24-cv-04744-RGK-AJR <br><br> **PROOF OF SERVICE** <br><br> Hon. R. Gary Klausner |

1

**PROOF OF SERVICE**
**Case No. 2:24-cv-04744-RGK-AJR**

**PROOF OF SERVICE**

I am an attorney duly licensed to practice law in New York. I have been admitted *pro hac vice* in this case. I am over the age of 18 years. I am a partner of The Roth Law Firm, PLLC and attorney of record for Plaintiff Fiona Harvey in this case with a business address of 295 Madison Avenue, Fl. 22, New York, NY 10017. My email address is brian@rrothlaw.com.

On **September 10th, 2024**, I served the following documents described as:

1. **SEALED EXHIBIT 1 TO DECLARATION OF FIONA HARVEY IN OPPOSITION TO DEFENDANTS' SPECIAL MOTION TO STRIKE**

2. **SEALED EXHIBIT 2 TO DECLARATION OF FIONA HARVEY IN OPPOSITION TO DEFENDANTS' SPECIAL MOTION TO STRIKE**

3. **SEALED EXHIBIT 3 TO DECLARATION OF FIONA HARVEY IN OPPOSITION TO DEFENDANTS' SPECIAL MOTION TO STRIKE**

4. **SEALED EXHIBIT 4 TO DECLARATION OF FIONA HARVEY IN OPPOSITION TO DEFENDANTS' SPECIAL MOTION TO STRIKE**

5. **SEALED EXHIBIT 5 TO DECLARATION OF FIONA HARVEY IN OPPOSITION TO DEFENDANTS' SPECIAL MOTION TO STRIKE**

6. **SEALED EXHIBIT 6 TO DECLARATION OF FIONA HARVEY IN OPPOSITION TO DEFENDANTS' SPECIAL MOTION TO STRIKE**

7. **SEALED EXHIBIT 7 TO DECLARATION OF FIONA HARVEY IN OPPOSITION TO DEFENDANTS' SPECIAL MOTION TO STRIKE**

| | |
|---|---|
| 8. | **SEALED EXHIBIT 8 TO DECLARATION OF FIONA HARVEY IN OPPOSITION TO DEFENDANTS' SPECIAL MOTION TO STRIKE** |
| 9. | **SEALED EXHIBIT 9 TO DECLARATION OF FIONA HARVEY IN OPPOSITION TO DEFENDANTS' SPECIAL MOTION TO STRIKE** |
| 10. | **SEALED EXHIBIT 10 TO DECLARATION OF FIONA HARVEY IN OPPOSITION TO DEFENDANTS' SPECIAL MOTION TO STRIKE** |
| 11. | **SEALED EXHIBIT 11 TO DECLARATION OF FIONA HARVEY IN OPPOSITION TO DEFENDANTS' SPECIAL MOTION TO STRIKE** |
| 12. | **SEALED EXHIBIT 12 TO DECLARATION OF FIONA HARVEY IN OPPOSITION TO DEFENDANTS' SPECIAL MOTION TO STRIKE** |
| 13. | **SEALED EXHIBIT 13 TO DECLARATION OF FIONA HARVEY IN OPPOSITION TO DEFENDANTS' SPECIAL MOTION TO STRIKE** |
| 14. | **SEALED EXHIBIT 14 TO DECLARATION OF FIONA HARVEY IN OPPOSITION TO DEFENDANTS' SPECIAL MOTION TO STRIKE** |
| 15. | **SEALED EXHIBIT 15 TO DECLARATION OF FIONA HARVEY IN OPPOSITION TO DEFENDANTS' SPECIAL MOTION TO STRIKE** |
| 16. | **SEALED EXHIBIT 16 TO DECLARATION OF FIONA HARVEY IN OPPOSITION TO DEFENDANTS' SPECIAL MOTION TO STRIKE** |
| 17. | **SEALED EXHIBIT 17 TO DECLARATION OF FIONA HARVEY IN OPPOSITION TO DEFENDANTS' SPECIAL MOTION TO STRIKE** |

18. **SEALED EXHIBIT 18 TO DECLARATION OF FIONA HARVEY IN OPPOSITION TO DEFENDANTS' SPECIAL MOTION TO STRIKE**

19. **SEALED EXHIBIT 19 TO DECLARATION OF FIONA HARVEY IN OPPOSITION TO DEFENDANTS' SPECIAL MOTION TO STRIKE**

20. **SEALED EXHIBIT 20 TO DECLARATION OF FIONA HARVEY IN OPPOSITION TO DEFENDANTS' SPECIAL MOTION TO STRIKE**

21. **SEALED EXHIBIT 21 TO DECLARATION OF FIONA HARVEY IN OPPOSITION TO DEFENDANTS' SPECIAL MOTION TO STRIKE**

22. **SEALED EXHIBIT 22 TO DECLARATION OF FIONA HARVEY IN OPPOSITION TO DEFENDANTS' SPECIAL MOTION TO STRIKE**

23. **SEALED EXHIBIT 23 TO DECLARATION OF FIONA HARVEY IN OPPOSITION TO DEFENDANTS' SPECIAL MOTION TO STRIKE**

by serving a true copy of the above-described documents in the following manner:

**BY ELECTRONIC MAIL**

The above-described documents were transmitted via electronic mail to the following party on September 10th, 2024:

LATHAM & WATKINS LLP
Marvin S. Putnam (Bar No. 212839)
*marvin.putnam@lw.com*

| | |
|---|---|
| 1 | Laura R. Washington (Bar No. 266775) |
| 2 | *laura.washington@lw.com* |
|   | Michael Hale |
| 3 | *Michael.hale@law.com* (Bar No.319056) |
|   | 10250 Constellation Blvd., Suite 1100 |
| 4 | Los Angeles, California 90067 |
| 5 | |
| 6 | *Attorneys for Defendants* |
|   | Netflix, Inc., and |
| 7 | Netflix Worldwide Entertainment, LLC |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 10th day of September, 2024 in New York, New York.

By: _____
Brian S. Levenson * *Pro Hac Vice*

5

**PROOF OF SERVICE**
**Case No. 2:24-cv-04744-RGK-AJR**