UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:24–cv–04744–RGK–AJR | Date | 9/9/2024 |
| Title | FIONA HARVEY V. NETFLIX, INC. ET AL | | |

Present:  The Honorable R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE

| Joseph Remigio | Marea Woolrich | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Richard Roth | Marvin Putman |

**Proceedings:**   **SCHEDULING CONFERENCE**

Case called. Court and counsel confer. The Scheduling Conference is held and the Court sets the following dates:

| | |
|---|---|
| Jury Trial (Est. 14 days): | May 6, 2025 at 09:00 AM |
| Pretrial Conference: | April 21, 2025 at 09:00 AM |
| Motion Cut-Off Date (last day to file): | February 21, 2025 |
| Discovery Cut-Off Date (fact discovery): | February 7, 2025 |

Last day to amend the complaint or add parties is 10/10/2024. The parties shall participate in ADR SP 2.

**IT IS SO ORDERED.**

:02
Initials of Preparer: jre