| | |
|---|---|
| Richard Roth, Esq., for Plaintiff<br>The Roth law Firm, PLLC<br>295 Madison Avenue, Fl. 22<br>New York, NY  10017<br>212-542-8882 | Marvin Putnam, Esq., for Defnt<br>LATHAM & WATKINS LLP<br>10250 Constellation Blvd.<br>Los Angeles, Ca.  90067<br>1.424.653.5588 |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIONA HARVEY,<br><br>Plaintiff(s)<br>v.<br><br>NETFLIX, INC., and NETFLIX WORLDWIDE ENTERTAINMENT, LLC,<br><br>Defendant(s). | CASE NUMBER:<br><br>2:24-cv-04744-RGK-AJR<br><br>**STIPULATION REGARDING SELECTION OF PANEL MEDIATOR** |

*NOTE:  This form should be filed only in cases in which the Court has issued an order of referral to ADR Procedure No. 2, directing the parties to appear before a neutral selected from the Court's Mediation Panel.*

**CHECK ONLY ONE BOX:**

[✓] The parties stipulate that  __Gail Title__  may serve as the Panel Mediator in the above-captioned case.  __Richard Roth__ (Print Name) has contacted the Panel Mediator and obtained the Panel Mediator's consent to serve on a *pro bono* basis for three hours.  All parties and the Panel Mediator have agreed that the mediation will be held on __or before 3.7.25__ (Date) and counsel will submit mediation statements seven calendar days before the session.

[ ] The parties request that ADR Program staff assign a Panel Mediator with expertise in the following area of law: _____

Dated: September 30, 2024        /s/ Richard Roth
                                 Attorney For Plaintiff   Fiona Harvey

Dated: _____                _____
                                 Attorney For Plaintiff

Dated: September 30, 2024        /s/ Marvin Putnam
                                 Attorney For Defendant  NETFLIX, INC.

Dated: September 30, 2024        /s/ Marvin Putnam
                                 Attorney For Defendant  NETFLIX WORLDWIDE ENTE

*Please attach additional sheets if needed to record all signatories, then file electronically using one of two events:  "Civil Events => Other Filings => ADR/Mediation Documents => Stipulation Regarding Selection of Panel Mediator (Consent) - (ADR-2)" or "Civil Events => Other Filings => ADR/Mediation Documents => Stipulation Regarding Selection of Panel Mediator (Assigned) - (ADR-2)."*