Name: Marvin S. Putnam (Bar No. 212839) of Latham & Watkins LLP
Address: 10250 Constellation Blvd., Ste 1100
City, State, Zip: Los Angeles, CA 90067
Phone: 424.653.5500
Fax: 424.653.5501
E-Mail: marvin.putnam@lw.com

☐ FPD   ☐ Appointed   ☐ CJA   ☐ Pro Per   ☒ Retained

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIONA HARVEY | CASE NUMBER: |
| PLAINTIFF(S), | 2:24-cv-04744-RGK-AJR |
| v. | |
| NETFLIX, INC., and NETFLIX WORLDWIDE ENTERTAINMENT, LLC, | NOTICE OF APPEAL |
| DEFENDANT(S). | |

NOTICE IS HEREBY GIVEN that **Defendants Netflix, Inc. and Netflix Worldwide Entertainment, LLC** hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☒ Order (specify):
Order Denying Defendants' Special Motion to Strike (Dkt. No. 69)

☐ Judgment (specify):

☐ Other (specify):

Imposed or Filed on **September 27, 2024**. Entered on the docket in this action on **September 27, 2024**.

A copy of said judgment or order is attached hereto.

October 3, 2024                           /s/ Marvin S. Putnam
Date                                       Signature
                                           ☐ Appellant/ProSe   ☒ Counsel for Appellant   ☐ Deputy Clerk

Note: The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).