# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form06instructions.pdf

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Netflix, Inc., and Netflix Worldwide Entertainment, LLC

Name(s) of counsel (if any):

Marvin S. Putnam; Laura R. Washington
Latham & Watkins LLP

Address: 10250 Constellation Boulevard, Suite 1100, Los Angeles, CA 90067

Telephone number(s): 424.653.5500

Email(s): marvin.putnam@lw.com; laura.washington@lw.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Fiona Harvey

Name(s) of counsel (if any):

Allen Hyman
Law Offices of Allen Hyman

Address: 10737 Riverside Drive, North Hollywood, CA 91602

Telephone number(s): (818) 763-6289

Email(s): lawoffah@aol.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                            *1*                                      *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Fiona Harvey

Name(s) of counsel (if any):

Richard A. Roth; Brian S. Levenson
The Roth Law Firm, PLLC

Address: 295 Madison Avenue, 22nd Floor, New York, NY 10017

Telephone number(s): 212-784-6699

Email(s): Richard@rrothlaw.com; Brian@rrothlaw.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**　　　　　　　　　　　　　　　2　　　　　　　　　　　　　　　*New 12/01/2018*