Allen Hyman (California State Bar No. 73371)
LAW OFFICES OF ALLEN HYMAN
10737 ½ Riverside Dr.
N. Hollywood, CA 91602
lawoffah@aol.com
P: (818) 763-6289

Richard A. Roth * *Pro Hac Vice*
Rich@rrothlaw.com
Brian Levenson * *Pro Hac Vice*
brian@rrothlaw.com
THE ROTH LAW FIRM, PLLC
295 Madison Ave., Fl.22
New York, NY, 10017
P: (212) 542-8882

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIONA HARVEY<br><br>        Plaintiff,<br><br>   vs.<br><br>NETFLIX, INC., and NETFLIX WORLDWIDE ENTERTAINMENT, LLC,<br><br>        Defendants. | Case No.: 2:24-cv-04744-RGK-AJR<br><br>**FIRST AMENDED COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL** |

1

First Amended Complaint

**"This is a true story."**
*- Baby Reindeer, Episode 1.*

## PRELIMINARY STATEMENT

1.      The above quote from the first episode of the Netflix series, *Baby Reindeer*, is the biggest lie in television history.  It is a lie told by Netflix and the show's creator, Richard Gadd, out of greed and lust for fame; a lie designed to attract more viewers, get more attention, to make more money, and to viciously destroy the life of Plaintiff, Fiona Harvey – an innocent woman defamed by Netflix and Richard Gadd at a magnitude and scale without precedent. The Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332.

2.      This is an action by Plaintiff Fiona Harvey ("Harvey") against Defendants Netflix, Inc. and Netflix Worldwide Entertainment (collectively "Netflix"), for defamation, intentional infliction of emotional distress, and violations of Harvey's right of publicity, arising out of the brutal lies Defendants told about her in the television series, *Baby Reindeer* (the "Series"). The lies that Defendants told about Harvey to over 50 million people worldwide include that Harvey is a twice convicted stalker who was sentenced to five years in prison, and that Harvey sexually assaulted Gadd.  Defendants told these lies, and never stopped, because it was a better story than the truth, and better stories made money.

3.      And Netflix, a multi-national billion dollar entertainment streaming company did literally nothing to confirm the "true story" that Gadd told.   That is,

First Amended Complaint

it never investigated whether Harvey was convicted, a very serious misrepresentation of the facts. It did nothing to understand the relationship between Gadd and Harvey, if any. It did nothing to determine whether other facts, including sexual and violent physical assaults, or criminal convictions were accurate. It did nothing to understand whether the Series, which ruined Harvey, was accurate.

4.    Even worse, Netflix, in taking the source material for the Series, an 80 page, seventy-minute, play *Baby Reindeer* that Gadd created (the "Play") and converting it into a seven part series, manufactured numerous false statements, facts, and actions by Harvey that were not only never in the Play, but that are wholly inconsistent with the Play and that Netflix knew were false, solely to grossly increase its revenues and viewership and win awards.

5.    As a result of Defendants' lies, malfeasance and utterly reckless misconduct, Harvey's life had been ruined. Simply, Netflix destroyed her reputation, her character and her life.

## **THE PARTIES**

6.    Plaintiff Ms. Fiona Harvey ("Harvey") is a resident of England. Harvey earned a Degree of Bachelor of Laws from the University of Aberdeen in 1990, a diploma in Legal Practice from the University of Strathclyde in 1993 and was granted an Entrance Certificate to the Law Society of Scotland in 1997. In

First Amended Complaint

2005, Harvey earned her Graduate Diploma in Law (CPE) from the University of Westminster.

7.    Defendant Netflix, Inc. is a Delaware corporation with a principal place of business at 121 Albright Way, Los Gatos, California, 95032. Netflix is a producer and distributor of content with over 260 million paid subscribers and a market cap of $283 billion.

8.    Netflix Inc. owns the Netflix streaming platform that streamed *Baby Reindeer*. "[Netflix] acquires, licenses and produces content, including original programming, in order to offer our members unlimited viewing of video entertainment." Netflix, Inc. Jan. 26, 2024 10-K Report at p. 28 ("Netflix 10-K.

9.    Netflix, Inc. is at home in Los Angeles, as it leases its "principal properties" in Los Angeles. Netflix, 10-K at p. 18, Item 2. In total, Netflix, leases and occupies over 1.4 million square feet of office and studio space.

10.    Netflix leases and fully occupies, Epic, a 13-story, 327,913 square foot high rise at 5901 Sunset Boulevard in Hollywood.

11.    In addition, Netflix, Inc. leases 325,757 square feet of office space at ICON and 91,953 squre feet of office space at CUE, both of which are located on the Sunset Bronson Studios lot at 5800 Sunset Blvd. in Hollywood. I

12.    In addition, Netflix has leases about 100,000 square feet of space at the historic Musicians Union at 817 Vine Street in Hollywood, and over 355,000

4

First Amended Complaint

square feet at the Academy on Vine, a development that occupies an entire city block bounded by Vine Street, DeLongpre Avenue, Ivar Street, and Homewood Avenue in Hollywood. Upon expanding into the Academy on Vine property, Netflix CFO David Wells said "Our expansion into the Academy on Vine Property further deepens our connection with the Los Angeles and Hollywood communities."

13.     On May 12, 2024, Netflix marked the sixth anniversary of its flagship FYSEE (a play on "FYC") space by moving to Sunset Las Palmas in Hollywood. Netflix's FYSEE space in Hollywood, serves as a hub for Official For Your Consideration ("FYC") events,

14.     As noted in Netflix Inc.'s most recent 10-K filing with the SEC:

we must continually add new members to replace canceled memberships and to grow our business beyond our current membership base. . . Our ability to continue to attract and retain our [subscribers] will depend in part on our ability to consistently provide our members in countries around the globe with *compelling* content choices that keep our [subscribers] engaged with our service, effectively drive conversation around our content and service, as well as provide a quality experience for choosing and enjoying TV series, films and games. . . If we do not grow as expected . . . operations may be

adversely impacted. If we are unable to successfully compete with

current and new competitors in providing *compelling* content, retaining

our existing members and attracting new members, our business will be

adversely affected.

Netflix 10-K at p. 4 (emphasis added).

15.    Netflix, Inc. earns revenue not only through paid subscribers (called

"members") but "also earns revenue from advertisements presented on its

streaming service, consumer products and other various sources." Netflix 10-K at

p. 46.

16.    Netflix reports average revenue per member.

17.    Defendant Netflix Worldwide Entertainment, LLC is a Delaware

corporation with a principal place of business at 5808 W. Sunset Blvd., Los

Angeles, California, 90028 ("Netflix Worldwide"). Netflix Worldwide is the

copyright owner of *Baby Reindeer*. Netflix, Inc. and Netflix Worldwide are

collectively referred to herein as "Netflix."

18.    On May 8, 2024, Netflix and Gadd hosted a For Your Consideration

("FYC") screening of *Baby Reindeer* at the Director's Guild of America Theater

Complex at 7920 Sunset Blvd, Los Angeles, CA 90046 in support of Netflix's

submission of "Baby Reindeer" for consideration to be nominated for over a dozen

First Amended Complaint

Emmy Awards including, best limited series, best actor and best writing (Gadd), and best supporting actress (Jessica Gunning as 'Martha').

19.    On June 1, 2024, Netflix and actress, Jessica Gunning, who plays 'Martha' in *Baby Reindeer*, hosted a special screening for *Baby Reindeer* at FYSEE at Sunset Las Palmas Studios in Los Angeles.

## JURISDICTION AND VENUE

20.    The Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332 because the parties reside in different states and the amount in controversy exceeds $75,000.

21.    There is personal jurisdiction against the Defendants as Netflix's principal place of business is in the State of California and Netflix is at home in Los Angeles, California as lessee of over 1.4 million square feet. Netflix actively promoted and screened *Baby Reindeer* throughout Hollywood for purposes of winning numerous categories at this year's 77th Emmy Awards to be hosted in Los Angeles on September 15, 2024 at the Peacock Theater at L.A. Live in Los Angeles.

22.    Venue is proper in this judicial district because Defendant Netflix Worldwide has its headquarters in Los Angeles, Netflix, Inc. has over 1.4 million square feet of space in Los Angeles, Netflix has hosted promotional screenings of *Baby Reindeer* in Los Angeles in support of Emmy nominations, and Gadd and

First Amended Complaint

Netflix have promoted *Baby Reindeer* in Los Angeles. Los Angeles has a vested interest in hearing this case because the claims made in this action are important to the television and film business in Los Angeles.

### *BABY REINDEER*

23.    *Baby Reindeer* was originally an 80-page, 70-minute, one person Play, written and acted by Gadd.

24.    The Series is a limited television series about the "true story" of Richard Gadd, a failing comedian, set in the year 2015.

25.    Gadd is the writer and creator of the Series *Baby Reindeer* in addition to starring in it as "Donny."

26.    *Baby Reindeer* is a worldwide phenomenon, premiered on Netflix on April 11, 2024, and has since drawn over 56 million views through May 8, making it Netflix's most popular content this year, and on track to become the most streamed show on Netflix of all time. Netflix stopped publicly releasing viewership of *Baby Reindeer*.

27.    Upon information and belief, more than 80 million Netflix accounts have watched the Series in whole or in part.

28.    Upon information and belief, more than 200 million people have watched the Series in whole or in part.

29.     The draw for the show is the representation made by the Defendants

that this is a true story.

30.     At the 1:39 mark of the Episode 1, this image appears on screen:



### **Richard Gadd**

31.     Richard Gadd wrote and created the Play *Baby Reindeer*, and stars in

it playing himself.

32.     Gadd is a self-admitted crack, meth, and heroin user (Ep. 4, -19:07)

with a self-admitted history of masturbating to Harvey (Ep 5 – 8:01), following her

home and spying on her through her window, (Ep. 1 -15:00 – -13:20), and lying to

the police about his contacts with her. (Ep. 6, -26:58):

33.     Baby Reindeer tracks Gadd's progress in a comedy competition while

he works as a bartender at the pub, The Heart, in Camden, London.

### **"Martha"**

34.     To overcome the uninteresting "true story" of Gadd's inability to

advance professionally in the London comedy circuit, Defendants fabricated a

"true story" of a woman, 'Martha', that Gadd meets at the pub, to make *Baby

Reindeer* more captivating.

35.     According to Defendants, the real 'Martha' is a twice convicted

criminal. She spent a total of five years in prison for stalking Gadd and a barrister

that she worked with at a law firm. In addition, Martha stalked a policeman,

sexually assaulted Gadd in a dark alley; violently attacked him in a pub and waited

outside his home every day for up to 16 hours a day, including at 3:00am.

36.     The real Martha is reasonably understood by all viewers to have done

all of these monstrous things because Netflix stated this was true.

First Amended Complaint

## **"Hang My Curtains" – Harvey is Identified**

37.     A recurring joke throughout *Baby Reindeer* is the phrase "hang my curtains" as a euphemism for Gadd having sex with 'Martha.'

38.     For example, in Episode 1 at -23:18, Gadd's fellow bartenders ask Gadd when he and "Martha" are "going to shag." Gadd responds that he does not believe in sex before marriage to which "Martha" replies that she is marriage material and that all she needs is someone to hang her curtains:



39.     Gadd narrates that "hang her curtains" sounded "vaguely sexual" and he responds to "Martha" by joking, "I'll hang your curtains!" to which the bar erupts in laughter.

First Amended Complaint



40.    Later in Episode 1, 'Martha' sends Gadd 80 emails per day including
this one stating: "my curtains are waiting for you they are ready" (spelling
corrected):

41.    In an interview with GQ Magazine, Gadd claimed "we've gone to
such lengths to disguise [Harvey] that I doubt she would recognize herself in the
show."

42.     In real life, this tweet from @FionaHarvey2014 to @Mr.RichardGadd in 2014, was publicly searchable on X when *Baby Reindeer* was released in April 2024, and easily found:



43.     Within days after the release of Baby Reindeer on April 11, 2024, members of the public identified Fiona Harvey as "Martha."

44.     Total strangers began to message on Harvey on Facebook and *call* her.

45.     The messages received by Harvey, among other things, identified her as 'Martha,' accused Harvey of being a rapist, threatened to harm Harvey, and encouraged Harvey to kill herself.

46.     Many of the messages specifically referenced Harvey's 'hang my curtains' tweet.

47.     The messages below are from just some of the Facebook users with names beginning with the letter, 'A':

Did you stalk Richard? X
Apr 21, 2024 9:47:20pm

R you a stalker?
Apr 25, 2024 1:32:16am

are you on netflix
Apr 21, 2024 7:55:02pm

r u the stalker
Apr 26, 2024 7:58:09am

Baby reindeer
Apr 21, 2024 10:58:48pm

Are you Martha Scott
Apr 24, 2024 8:02:58am

Ur insane
May 14, 2024 4:23:18pm

Can I hang your curtains
May 04, 2024 5:21:07pm

Are you the real Martha from Baby Reindeer?
Apr 23, 2024 12:34:09am

Hey martha x
Apr 26, 2024 4:08:07pm

First Amended Complaint

| | | | |
|---|---|---|---|
| hey martha<br>Apr 26, 2024 12:01:39am | Are u Martha<br>Apr 21, 2024 8:46:27pm | Hello reindeer<br>Apr 29, 2024 4:04:14pm | Psycho stalker<br>Apr 26, 2024 7:31:46am |

Have you been convicted of harassment and stalking on Richard Gaad?     You are a crazy stalker
Apr 22, 2024 1:35:45pm                                                    Apr 26, 2024 12:44:46pm

Hi, sorry, did you sexually harassed and stalked Richard Gadd?     Rapist
Apr 23, 2024 11:35:53pm                                              Apr 26, 2024 12:05:48pm

Your some nutjob should be locked up     You are a horrible person. I hope you suffer for the rest of your shit life
Apr 28, 2024 12:03:35pm                    May 01, 2024 1:02:15am

48.     Popular internet forums such as Redditt and TikTok had thousands of users identifying and discussing Harvey as the real "Martha."

49.     The identification of Harvey as 'Martha' was easy and took a matter of days as Harvey's identity was completely undisguised.

50.     In *Baby Reindeer*, 'Martha' is a Scottish lawyer, living in London, twenty years older than Gadd, and was accused of stalking a barrister in a newspaper article who communicated with him on social media in the years 2014-2015.

51.     Like 'Martha," Harvey is a Scottish lawyer, living in London, twenty years older than Gadd, was accused of stalking a barrister in a newspaper article, who communicated with Gadd on social media in the years 2014-2015, and who bears an uncanny resemblance to 'Martha' including 'rotund' body, hair, loose fitting/baggy clothing/dress. Further, 'Martha's' accent, manner of speaking and cadence, is indistinguishable for Harvey's.



52.    It is implausible that there is any female Scottish lawyer, living in London, twenty years older than Gadd who was accused of stalking a lawyer in a newspaper article, who communicated with Gadd on social media in 2014-2015 (particularly, about a repeated joke in the series – hang my curtains), and who bears an uncanny resemblance to 'Martha,' other than Harvey.

53.    Gadd wanted to cast actress Jessica Gunning as 'Martha' because of her uncanny resemblance to Harvey admitting that he wanted to cast her as 'Martha' before he had even written the script for the Series. See *Richard Gadd on Baby Reindeer's harrowing ending: "It's the most truthful scene of the entire show,"* GQ, Apr. 14, 2024 by Miles Ellingham available at https://www.gq-magazine.co.uk/article/baby-reindeer-netflix-richard-gadd-interview ("GQ Interview").

54.    Gadd's and Netflix's statement that Baby Reindeer was a true story was reasonably viewed as invitation to identify the real Martha.

55.     In an interview with the Hollywood Reporter, in response to a question about the public reaching out to Harvey as the real-life Martha, Gadd himself acknowledged and anticipated that the public would use, or collaborate on, the internet to identify the real Martha, stating "the internet just does this thing and I just have to let it do its thing. And that's that." *Richard Gadd on 'Baby Reindeer' Phenomenon, Losing Anonymity and What He Won't Ever Comment on Again,'* The Hollywood Reporter, May 13, 2024 (last visited October 7, 2024).

56.     After being identified, the press in London began to contact Harvey, and the hatred towards Harvey on Internet forums such as Reddit and TikTok reached extreme levels including death threats, such as this one on TikTok that was "liked" by 7,000 people:



57.     Since being identified as 'Martha' only days after Netflix's release of *Baby Reindeer*, Harvey has been tormented. Harvey continues to suffer emotional distress, which has been manifested by objective symptomology.   Harvey is physically weak. She has and continues to experience anxiety, nightmares, panic attacks, shame, depression, nervousness, stomach pains, loss of appetite and fear, extreme stress and sickness all directly caused by the lies told about her in *Baby Reindeer*.

58.    Harvey is fearful of leaving her home or checking the news. As a direct result of *Baby Reindeer*, Harvey has become extremely secluded and isolated, in fear of the public, going days without leaving her home.

59.    At the same time, Netflix and Gadd, have traveled the country promoting the show and accepting awards while receiving praise and applause for the series, everything Gadd and Netflix wanted, for this 'true story.'

60.    The Series is not a true story.

61.    Gadd confesses in *Baby Reindeer* that he has a deep psychological need for attention so intense that in the past he willfully prostituted himself to another man to advance his career and for "a little peep at fame." Ep. 6, -8:00.

62.    In addition, Gadd confesses in *Baby Reindeer* that he is not worried that people think badly of him, but instead "worried they don't think about me at all." Ep. 1 at -7:25.

63.    To get his "peep at fame" and get people to think about him, Gadd and Netflix defamed a middle-aged woman, Fiona Harvey, so completely, that Harvey is even afraid to go outside.

64.    As stated in Netflix's most recent 10-K filed with the SEC:

If we do not grow as expected . . . operations may be adversely impacted. If we are unable to successfully compete with current and new competitors in providing *compelling* content, retaining our

existing members and attracting new members, our business will be adversely affected. Netflix 10-K at p. 4 (emphasis added).

65.    To ensure that Netflix continued to meet its shareholders' "growth expectations" and to satisfy it desperate need for "compelling content", Netflix ruthlessly defamed Fiona Harvey.

## Defamation

### Harvey Has Never Been Convicted of a Crime

66.    Harvey has never been convicted of any crime and has never been to prison. Attached as Exhibit 1 is a Certificate from the official Disclosure and Barring Service ("DBS") of the United Kingdom and a DBS background check covering England, Wales, Northern Ireland, and Scotland, confirming that Harvey has no convictions, cautions, reprimands, or warnings.

67.    Notwithstanding, the central plot, and the arc of the series, is that Gadd befriended 'Martha', a convicted stalker who returns to prison for stalking Gadd.

68.    In Episode 1 at -3:18, Defendants falsely claim that 'Martha' had received a "four-and-a half-year prison sentence."

*Her four-and-a-half-year prison sentence.*

69.     Episode 1 ends with the following repeated refrain from Gadd:

*I had a convicted stalker stalking me*

*I had a convicted stalker stalking me*

*I had a convicted stalker stalking me*

70.     Episode 7 climaxes with a two-minute-long courtroom scene in which Harvey dramatically pleads guilty from behind bars and is convicted of three charges of stalking Gadd and harassment of his mother and faither.



First Amended Complaint

71.     In Episode 7, Defendants falsely claim that Harvey was "sentenced to

nine months in prison and a five-year restraining order was issued that same day."

Ep. 7 at -15:42.

72.     In fact, Harvey has never pled guilty to, or been convicted of, any

crime. Harvey is not a convicted criminal.

### Harvey Never Sexually Assaulted Gadd

73.     In addition to lying about Harvey being a criminal, *Baby Reindeer*

makes the outrageous false claim that Harvey raped Gadd in an alley.

74.     In a disturbing scene at the end of Episode 2, Defendants falsely

allege that Harvey sexually assaulted him a dark alley, by pushing Gadd against a

wall and grabbing his penis without consent. Gadd claims he said, "please stop"

and Harvey responded, "keep still" and continued to grab Gadd until she 'made

him beat'.



75.     Harvey has never had any sexual encounter with Gadd. The claim that

Harvey sexually assaulted Gadd is a lie.

First Amended Complaint

## **Harvey Never Stalked Gadd's Residence**

76.     For approximately two and a half minutes of Episode 3 (-24:13 to -

21:32), Defendants falsely claim that Harvey stalked Gadd by sitting at a bus stop

on the same street – thirty yards away – as Gadd's residence, from morning to

night including at 3:00am:

> *Every day now, Martha would be outside. This ticking time bomb on*
>
> *my life. I would leave first thing in the morning and she would be*
>
> *there. Then I would come back sometimes as late as 11 or 12 at night*
>
> *and she would still be there. . . . It was all catcalls and snatched*
>
> *glimpses, as she devoted 15, 16-hour days to a fleeting encounter. But*
>
> *soon, as time wore on and the temperature dropped, I noticed a*
>
> *change in Martha as she descended into this staring.*



21

First Amended Complaint

77.    Defendants' claim that Harvey waited outside on the same street as

Gadd's residence every day, for up to 15-16 hours a day, including at 3:00 am, and

in the rain and cold, is knowingly false.

**Harvey Never Stalked A Police Officer**

78.    In Episode 5, Defendants falsely claim that when Gadd went to the

police to report Harvey for stalking, the police detective informed Gadd that

Harvey was "a very serious woman. So serious that she once stalked a policeman."

Ep. 5 at -10:15.



79.    This is another lie. Harvey never stalked any police officer and no

police detective ever told Gadd that Harvey stalked a policeman. This lie by

Defendants is reprehensible as it gives Gadd's defamatory story the authority of

official police statements.

## <u>Harvey Never Attacked Gadd</u>

80.    In Episode 6, Defendants falsely claim that Harvey violently smashed

a glass bottle over Gadd's head and gouged his eyes with her thumbs in a horrific

physical assault that left Gadd's head bloodied.

 

81.    Harvey never smashed a glass bottle over Gadd's head, gouged his

eyes, or ever physically attacked him in any way.

## <u>Netflix Defames Harvey on its Website, *Tudum*</u>

82.    Netflix owns and controls the website www.tudum.com.

83.    On May 16, 2024, Netflix published an article on Tudum by

Christopher Hudspeth titled, *What is Baby Reindeer? The True Story and New

Series Explained* (the "Netflix Article").

84.    The Netflix Article states unequivocally that the "series is a true

story" and "it's important to remember that this isn't just a story — it's true."

85.    The Series is not a true story as it includes all of the fabricated events

and statements about Harvey identified herein which are foundational to the Series

and include the dramatic climax of the entire Series in which Harvey *returns* to prison after pleading guilty in court – events which never happened.

86.   The Netflix Article is defamatory as the statements and events Netflix told about Harvey in the Series and identified herein are knowingly false.

**<u>Netflix Admits Its Statements Were False</u>**

87.   On May 8, 2024, Netflix executive, Benjamin King, appeared before the House of Commons Culture, Media and Sport Committee, on behalf of Netflix and in his capacity as Senior Director of Public Policy of Netflix.

88.   At the Committee hearing, Mr. King was asked by John Nicolson, Member of Parliament for Ochil and South Pershire, about the duty of care due to woman now identified as 'Martha' from *Baby Reindeer.*

89.   Mr. King responded to John Nicolson and stated the following in response:

*Baby Reindeer* is obviously a true story of the horrific abuse that [Richard Gadd] suffered at the hands of a convicted stalker. We did take every reasonable precaution in disguising the real life identities of the people whilst striking a balance with the veracity and authenticity of the story.

90.   Harvey is not a convicted stalker.

First Amended Complaint

91.    MP John Nicolson went Mr. King a follow up written inquiry requesting "evidence for this serious claim which [Mr. King] to Nicolson at the Select Committee:"



92.    Netflix did not provide any evidence.

93.    Instead, on May 23, 2024, Mr. King responded in writing to Media and Sport Select Committee House of Commons, and confirmed that "the person upon whom the show was based" was never the subject of any criminal conviction:

Dame Caroline Dinenage MP
Chair of the Culture, Media and Sport Select Committee House of Commons
London SW1A 0AA

23 May 2024

Dear Dame Caroline,

Thank you for the opportunity to speak with the Culture, Media and Sport Committee on May 8 as part of your inquiry into British film and high-end television.

As I said in my oral evidence, Netflix is investing heavily in quality British TV, with a string of recent hits, including Baby Reindeer.

In response to a question about the characters portrayed in that series, I said that: "it's an extraordinary true story … of the horrific abuse that the writer and protagonist Richard Gadd suffered at the hands of a convicted stalker".

I wanted to clarify our understanding that the person on whom the show is based — who we have at no point sought to identify — was subject to a court order rather than a conviction. The writer of Baby Reindeer endured serious harassment over many months (as it now seems has been the case for many others), which had a significant impact on his wellbeing.

Yours sincerely,
Benjamin King
Senior Director, Public Policy Netflix

## **Netflix Failed to Do Any Due Diligence**

94.    Netflix knowingly and/or recklessly told the lies in the Series that Harvey is a twice convicted criminal who raped Gadd in an alley and gouged his eyes with her thumbs and smashed a glass over his head, and waited outside his residence for him 16 hours per day including the middle of the night, and who once stalked a police officer.

95.    Netflix and Gadd have never, to this day, contacted Harvey directly or indirectly to confirm these statements about Harvey.

96.    Defendants never obtained any confirmation from any governmental authority confirming that Harvey had been convicted of any crime.

First Amended Complaint

97.    Defendants did not investigate the truth of any of these statements complained of herein by Harvey and/or recklessly or intentionally disregarded the truth of these defamatory statements.

### Netflix's Algorithm

98.    *Baby Reindeer* is on track to become one of Netflix's most popular series of all time.

99.    When asked about the success of *Baby Reindeer*, Netflix's CEO Ted Sarandos said the series owed its popularity to Netflix's algorithm, stating "[*Baby Reindeer]* g[ot] picked up in the algorithm and start[ed] getting more and more presented."

### Netflix's Promotional Materials for Baby Reindeer

100.    Netflix's promotional materials for the Series incorporated both its financial statements' expressed need to continue to offer its subscribers "compelling" content and its claim that its false statements about Harvey were "true."

101.    Netflix advertised Baby Reindeer as "Baby Reindeer a captivating true story" including in ads featured in Vanity Fair and the New York Times.



102.    Netflix promoted the Series on Facebook, X (formerly Twitter), and Instagram with a post viewed by millions purporting to show Harvey's real emails, "Martha's Real Emails from Baby Reindeer – Every One of Them Is Real." See https://www.facebook.com/netflixus/videos/marthas-emails-from-baby-reindeer-every-one-of-them-real/1071706193898341/ and https://x.com/netflix/status/1779162630520729877?lang=en.

**Netflix Acted With Actual Malice & Punitive Damages Are Warranted**

103.    The Netflix Series *Baby Reindeer* was adapted from Richard Gadd's 80 page, one-person, stage play (the "Play") of the same title.

104.    In the Play, the main characters are named "Gadd" played by Gadd, and "Martha" played by a bar stool with a northern Irish accent.

105.   In March 2020, Netflix acquired the rights to the Play, including the streaming rights to start production of the Series.

106.   The Play stated that it was "*based* on a true story." (emphasis added).

107.   This disclaimer in the Play put Netflix on notice that certain details in the Play were likely false.

108.   Details in the Play, copied in the Series, that are false and defamatory include that Harvey gouged Gadd's eyes, that Harvey stalked a policeman, that Harvey sexually assaulted Gadd.

109.   The Play contains no reference to Harvey waiting outside Gadd's residence all day and night for him.

110.   The Play contains no reference to any incident where Harvey violently smashed a glass over Gadd's head leaving him bloodied.

111.   The Play contains no reference to any arrest, conviction, guilty plea or imprisonment by Harvey.

112.   The Play ends with Gadd obtaining a restraining order against 'Martha', whereas the Series ends with 'Martha' pleading guilty in court and sentenced to prison.

113.   In the Play, the police expressly inform Gadd that 'Martha' cannot be arrested having committed no crime, including:

    a.  "I understand the frustration but heckling is not a crime.  Pg. 32.

First Amended Complaint

b.  "I am not getting any reason to feel your life is in danger."  Pg. 33.

c.  The emails are "not particularly threatening."  Pg. 33.

d.  "we need a credible threat or something sexually aggressive toward you."  Pg. 46.

e.  After telling Gadd that "Martha is not going to press charges," they continue "leaving someone voicemails is not, in of itself, a crime" (Pg. 69) and "I suggest you apologise and let us go about doing our job in the correct manner."

f.  "The police do not want to hear from either of you again."  Pg. 54.

114.  In the Play, Gadd even admits: "the last experience with the police was so burning, so embarrassing that I refuse to involve them again." Pg. 63.

115.  The omission of the entire arc and premise of the Series, a convicted stalker returns to prison after pleading guilty to stalking Gadd, from the Play, as well as the opposite being stated to Gadd by the police in the Play (Harvey could not be arrested having committed no crime), put Netflix on notice that details about Harvey's criminal history in the Series were extremely likely to be false.

116.  The omission of any reference in the Play to 'Martha' waiting outside Gadd's residence for 16 hours a day including in the middle of the night for him put Netflix on notice that that these details about Harvey were extremely likely to be false.

First Amended Complaint

117.   The omission of any reference in the Play to 'Martha' violently smashing a glass over Gadd's head leaving him bloodied put Netflix on notice that these details about Harvey were extremely likely to be false.

118.   Netflix insisted on adding the "this is a true story" line to the Series despite Gadd's own concerns about doing so, and Netflix's notice that details about Harvey in the Series were extremely likely to be false.

119.   Netflix's insistence on adding the "this is a true story" line to the Series despite Gadd's concerns was reported in the Sunday Times article, *Will the Baby Reindeer Scandal Kill True Story TV?*, The Sunday Times, June 16, 2024, Rosamund Urwin.

120.   Gadd's concerns were clear as he immediately walked back and resisted the "this is a true story" line in interviews following the release of the Series on April 11, 2024.

121.   Gadd's responses to the 'this is a true story' line descended from "pretty truthful," "100% emotionally true," "very emotionally true," "as far as percentages [of truth] I can't tell," to events have been "tweaked" to create dramatic climaxes."

122.   For example, in the GQ interview published on April 14, 2024, Gadd was asked about "this is a true story" and responded as follows:

Q:    At the start, a caption reads 'This is a true story'. Were there

parts of this you had to adapt?

A:    It's pretty truthful. Any time it veered too much into

embellishment I would always want to pull it back. It's

extremely emotionally truthful.

*Richard Gadd on Baby's Reindeer's harrowing ending: "It's the most*

*truthful scene of the entire show"*, GQ, April 14, 2024, by Miles Ellingham

available at https://www.gq-magazine.co.uk/article/baby-reindeer-netflix-

richard-gadd-interview (last visited October 9, 2024).

123.    In the same GQ interview Gadd was asked:

Q:    "Your stalker might watch *Baby Reindeer.* What do you think

she'll make of it?"

A;    "What's been borrowed is an emotional truth, not a fact-by-fact

profile of someone."

124.    In an interview with Variety published on April 19, 2024, Gadd was

again asked about the title card saying the Series was a true story and responded as

follows:

Q:    At the start of [the Series], viewers see a title card saying "Baby

Reindeer" is a true story. Is it fictionalized at all?

First Amended Complaint

A:    It's all emotionally 100% true, if that makes sense. . . Just in

terms of percentages, I wouldn't be able to tell you, but it's a

very true story – it comes from an emotional truth, and I think

that's what people are resonating with most of all.

125.    Gadd again walked back "this is a true story" in an interview with The

Guardian published on April 19, 2024 in which he stated, the Series is "very

emotionally true" and, in a wild understatement, confirmed that "some events have

been 'tweaked slightly to create dramatic climaxes.'"

See *'I was severely stalked and abused': Richard Gadd on the true story behind

Baby Reindeer,"* The Guardian, Apr. 18, 2024, by Zoe Williams (last visited

October 9, 2024).

126.    In fact, all of the criminal history profile of Harvey, and all of events

in the dramatic climaxes of the Series concerning Harvey have been completely

fabricated: Harvey never sexually assaulted Gadd, Harvey never waited outside his

residence for him, Harvey gouged his eyes and bloodied his head with bar glass,

Harvey never pled guilty, was convicted, or imprisoned, and never stalked a police

officer, and Gadd was never told that Harvey stalked a police officer.

127.    When asked what Gadd meant by "emotionally true" in an interview

with the Hollywood Reporter, Gadd again walked back "this is a true story" and

explained that by "emotionally true" and he meant "he never wanted to kind of lie"

but that "tweaks" [making things up about Harvey] had to be made to have a cliff

hanger in each episode:

> Q:    When you say "emotional truth" what do you mean?
>
> A:    I mean never wanted to kind of lie. . . you always have to
>
>        change things, slightly tweak things, to make it work as a TV
>
>        show so you have -- you put in the structure of the work, and
>
>        obviously every episode has to have a cliff hanger and all these
>
>        kinds of things . .. it was tightrope, it was a constant process of
>
>        what works as a TV show and not selling out your own story,
>
>        and that tightrope continued all the way through . . .finding that
>
>        right balance.

Interview of Richard Gadd, Hollywood Reporter, May 9, 2024 available at

https://www.tiktok.com/@hollywoodreporter/video/7367107011974253870?lang=
en (last visited October 9, 2024).

128.    Netflix's insistence on unequivocally stating "this is a true story" in

the Series constitutes reckless, willful or intentional disregard of whether

statements in the Series were false, and thus, malice.

129.    In addition, Netflix acted with malice when it continued to knowingly

falsely state and continues to this day to knowingly and falsely state, that Harvey is

a twice convicted criminal who served five years in prison, even after Netflix

admitting *in writing* on May 23, 2024 to the Media and Sport Select Committee of the House of Commons that Harvey had never been convicted.

130.    Notwithstanding this admission, Netflix has willfully refused to drop its statement in Episode One – "this is a true story."

131.    In example, in 2024 BBC dropped "true story" from its description of the television series *Dopesick*, three years after its initial release in 2021.  Whereas BBC had previously described the "true story of the dealers, doctors and the billion dollar drug that fueled America's deadly opioid addiction," BBC removed the words "true story" and now bills *Dopesick* as "a story" about the opioid crises.

132.    Netflix had an evil motive for making the false statements about Harvey in Baby Reindeer identified herein.

133.    Netflix's made these false statements willfully, intentionally, and/or recklessly to make the Series more compelling and captivating in order to maintain existing subscribers (members) and add new ones.

134.    Netflix's ruthless strategy worked.

135.    More than 80 million Netflix accounts and 220 million people have watched the Series, in whole or in part.

136.    According to Netflix's 2024 second quarter earnings report (Baby Reindeer was released in April 2024), Netflix added more than eight million subscribers (members) in the second quarter of 2024, alone.

137.   In addition, the Series and Gadd won numerous Emmy Awards in 2024 including for (1) Outstanding Limited or Anthology Series, (2) Outstanding Writing For A Limited Or Anthology Series or Movie, and (3) Outstanding Lead Actor In A Limited Or Anthology Series or Movie (Gadd).

138.   Netflix knew that Harvey's life would be destroyed by its calculated falsehoods and proceeded despite this because there was so much money to be made and awards to be garnered by doing so.

139.   As calculated, Netflix boosted its subscribers and earnings only had to ruin one person's life – Harvey's – to do so.

140.   Netflix's conduct is so contemptible that it would be looked down upon and despised by ordinary decent people.

## FIRST CAUSE OF ACTION
## (DEFAMATION)

141.   Harvey realleges each of the aforementioned allegations as if fully alleged herein.

142.   Defendants each made the statements herein that (1) Harvey was convicted stalker who served a four-and-a-half-year sentence in Scotland; (2) Harvey was a convicted stalker and harasser who pled guilty and was sentenced to a nine-month sentence and a five year restraining order; (3) Harvey sexually assaulted Gadd as depicted in Episode 2; (4) Harvey violently attacked Gadd by smashing a glass over his head and gouged his eyes; (5) Harvey stalked a

36

First Amended Complaint

policeman; (6) a police detective told Gadd that Harvey stalked a policeman; and (7) Harvey waited outside Gadd's residence every day up to 16 hours a day.

143.   Each of these statements was viewed more than 50 million times.

144.   In addition, Netflix made the statement that the Series is a true story on Netflix's website, Tudum.

145.   Netflix viewers, and members of the public, reasonably understood that the statements were about Harvey and that Harvey was a twice convicted stalker who separately served prison sentences of four-and-a-half years, and nine months, and that Harvey sexually assaulted Gadd, violently attacked Gadd, and that Gadd had been warned by the police that Harvey stalked a policeman.

146.   Each of the Defendants failed to use reasonable care to determine the truth or falsity of the statements.

147.   Netflix admitted in writing that Harvey had never been convicted.

148.   Defendants wrongful conduct was a substantial factor in causing harm to Harvey's reputation, and caused shame, ridicule, mortification, and hurt feelings to Harvey.

149.   Defendants wrongful conduct constitutes defamation per se.

150.   Accordingly, Harvey has been seriously damaged mentally and emotionally. Said damages, which shall be determined at trial, are believed to exceed $50 million, exclusive of legal fees, costs and statutory interest.

151.    In addition, because Defendants' conduct was so outrageous, Harvey seeks punitive damages in an amount that will punish Defendants from ever engaging in said conduct and an amount and that will deprive Defendants of all benefit, financial or otherwise, of their defamatory statements.

## SECOND CAUSE OF ACTION
## (INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS)

152.    Harvey realleges each of the aforementioned allegations as if fully alleged herein.

153.    Defendants' conduct herein was extreme and outrageous with the intention of causing, or recklessly disregarding the probability of causing, emotional distress to Harvey.

154.    Defendants' conduct was "extreme and outrageous" defined under California law as "so extreme as to exceed all bounds of that usually tolerated in a civilized community."

155.    Harvey suffered severe and extreme emotional distress directly and proximately caused by Defendants' outrageous conduct.

156.    Defendants' conduct was intended to inflict injury on Harvey and was engaged in with the realization that injury would result to Harvey.

157.    Accordingly, Harvey has been seriously damaged mentally and emotionally. Said damages, which shall be determined at trial, are believed to exceed $50 million, exclusive of legal fees, costs and statutory interest.

First Amended Complaint

158.   In addition, because Defendants' conduct was so outrageous, Harvey seeks punitive damages in an amount that will punish Defendants from ever engaging in said conduct and deprive them of all benefit, financial or otherwise, of their outrageous conduct, in an amount believed to be in excess of an additional $20 million.

## EXEMPLARY DAMAGES

159.   The acts complained of herein and in the preceding paragraphs above were done willfully, unlawfully, maliciously, and in wanton disregard of the rights and feelings of Harvey and by reason thereof, she now demands punitive and compensatory damages.

## JURY DEMAND

160.   Harvey requests a trial by jury on all claims.

## PRESERVATION NOTICE

161.   Harvey requests that Defendants preserve any and all related evidence, reports, statements, notes, emails, text messages, communications, concerning the allegations herein. Defendants' failure to preserve relevant evidence may warrant a spoliation instruction at trial which creates a presumption that if the evidence was preserved, it would weigh against the respective party.

## PRAYER FOR RELIEF

First Amended Complaint

**WHEREFORE**, Plaintiff Fiona Harvey requests that defendants Netflix, Inc., and Netflix Worldwide, LLC, be cited to appear and answer, and that at the final trial of this matter, Harvey have judgment against Defendants, as follows:

A.  Judgment against Defendants for actual damages, the sum to be determined at trial, but is believed to exceed $50 million, exclusive of legal fees, costs and statutory interest;

B.  Judgment against Defendants for compensatory damages in the maximum amount allowed by law, in an amount to exceed $50 million, exclusive of legal fees and costs, including mental anguish, loss of enjoyment of life and loss of business;

C.  Judgment against Defendants for all profits from *Baby Reindeer*, in the maximum amount allowed by law, in an amount to exceed $50 million, exclusive of legal fees and costs;

D.  Judgment against Defendants for punitive damages in the maximum amount allowed under law, and believed to exceed $20 million;

E.  Pre-judgment interest at the legally prescribed rate from the date of the violations until judgment as well as post-judgment interest as applicable;

F.  An award of attorneys' fees.

First Amended Complaint

G. Such other general relief to Harvey is just entitled.

Dated:  October 9, 2024

                                 Respectfully submitted,

                                 By:    */s/ Brian Levenson*
                                 Brian Levenson (pro hac vice)
                                 brian@rrothlaw.com
                                 Richard A. Roth (pro hac vice)
                                 rich@rrothlaw.com
                                 THE ROTH LAW FIRM, PLLC
                                 295 Madison Ave., Fl. 22
                                 New York, NY 10017
                                 P: (212) 542-8882

                                 Allen Hyman (California State Bar No. 73371)
                                 LAW OFFICES OF ALLEN HYMAN
                                 10737 ½ Riverside Dr.
                                 N. Hollywood, CA 91602
                                 lawoffah@aol.com
                                 P: (818) 763-6289

                                 *Attorneys for Plaintiff Fiona Harvey*

First Amended Complaint

## DEMAND FOR JURY TRIAL

Pursuant to Fed. R. Civ. P. 38(b), Local Rule 38-1, and otherwise, Plaintiff respectfully demands a trial by jury on all issues so triable.

Dated: October 9, 2024

Respectfully submitted

By:    */s/ Brian Levenson*
Brian Levenson (pro hac vice)
brian@rrothlaw.com
Brian Levenson (pro hac vice)
rich@rrothlaw.com
THE ROTH LAW FIRM, PLLC
295 Madison Ave., Fl. 22
New York, NY 10017
P: (212) 542-8882

Allen Hyman (California State Bar No. 73371)
LAW OFFICES OF ALLEN HYMAN
10737 ½ Riverside Dr.
N. Hollywood, CA 91602
lawoffah@aol.com
P: (818) 763-6289

*Attorneys for Plaintiff Fiona Harvey*

42

First Amended Complaint