# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIONA HARVEY,<br><br>            Plaintiff,<br><br>    v.<br><br>NETFLIX, INC. and NETFLIX WORLDWIDE ENTERTAINMENT, LLC,<br><br>            Defendants. | Case No. 2:24-cv-04744-RGK-AJR<br><br>Hon. R. Gary Klausner<br><br>[PROPOSED] ORDER GRANTING JOINT STIPULATION TO STAY ACTION PENDING DEFENDANTS' APPEAL OF ORDER DENYING DEFENDANTS' SPECIAL MOTION TO STRIKE |

The Court, having considered the Parties' Joint Stipulation to Stay Action Pending Defendants' Appeal of Order Denying Defendants' Special Motion to Strike, and finding good cause therefore, hereby **GRANTS** the joint stipulation, as follows:

1. Proceedings in this Court have been stayed as of October 3, 2024 and are stayed until the exhaustion of Defendants' appeal of the Court's denial of Defendants' Special Motion to Strike.

2. All pre-trial deadlines and dates and the trial date are vacated.

3. In the event the United States Court of Appeals for the Ninth Circuit affirms the denial of Defendants' Special Motion to Strike or otherwise remands the case back to this Court, the Court shall lift the stay and enter a scheduling order with new pre-trial deadlines and dates and a new trial date.

**IT IS SO ORDERED.**

DATED: **10/11/2024**         _____

The Honorable R. Gary Klausner
U.S. District Judge