UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 21 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FIONA HARVEY,

Plaintiff - Appellee,

v.

NETFLIX, INC. and NETFLIX WORLDWIDE ENTERTAINMENT, LLC,

Defendants - Appellants.

No. 24-6151

D.C. No.
2:24-cv-04744-RGK-AJR
Central District of California,
Los Angeles

ORDER

The motion (Docket Entry No. 58) for voluntary dismissal is granted. *See* Fed. R. App. P. 42(b).

Any pending motions are denied as moot.

This case is dismissed.

This order serves as the mandate of the court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT