UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:24-cv-04744-RGK-AJR | Date | October 23, 2026 |
| Title | Fiona Harvey v. Netflix, Inc. et al | | |

| | |
|---|---|
| Present: The Honorable | R. GARY KLAUSNER, U.S. District Judge |

| | |
|---|---|
| Joseph Remigio | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER**

The Mandate of the Ninth Circuit Court of Appeals having been received on October 21, 2026 dismissing the appeal, the stay of this action is lifted.

Defendants are ordered to file an answer to the operative complaint on or before November 6, 2026.

The parties shall file a joint status report on or before November 9, 2026 suggesting new pre-trial and trial dates.

IT IS SO ORDERED.

:

Initials of Preparer jre