Allen Hyman (S.B. # 73371)
lawoffah@aol.com
LAW OFFICES OF ALLEN HYMAN
10737 ½ Riverside Drive
North Hollywood, CA 91602
P; (818) 763-6289
Richard A. Roth * *Pro Hac Vice*
rich@rrothlaw.com
Brian Levenson * *Pro Hac Vice*
brian@rrothlaw.com
THE ROTH LAW FIRM, PLLC
295 Madison Ave., Fl.22
New York, NY, 10017
P: (212) 542-8882

Attorneys for Plaintiff Fiona Harvey

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

FIONA HARVEY

Plaintiff,

v.

NETFLIX, INC., *et al.*,

Defendants.

Case No. 2:24-cv-04744-RGK-AJR

**PLAINTIFF'S NOTICE OF MOTION AND MOTION PURSUANT TO RULE 54(b) TO RECONSIDER THE ORDER DISMISSING PLAINTIFF'S RIGHT OF PUBLICITY CLAIMS**

Hearing Date: December 7, 2026
Time: 9:00 a.m.
Place: Courtroom 850

U.S. District Judge:
Hon. R. Gary Klausner

PLEASE TAKE NOTICE that following the lifting of the Court's stay, on December 7, 2026, at 9:00 a.m., or as soon thereafter as the matter may be heard by the Honorable R. Gary Klausner, in the United States District Court for the Central District of California located at 255 East Temple Street, Los Angeles, CA 90012, Courtroom 850, plaintiff Fiona Harvey ("Plaintiff"), by and through her undersigned counsel, respectfully moves this Court for reconsideration of its September 27, 2024 Order (ECF 69) dismissing Plaintiff's statutory right of publicity claim (Cal. Civ. Code § 3344) and common law right of publicity claim.

This motion is made pursuant to Federal Rule of Civil Procedure 54(b) and C.D. Cal. Local Civil Rule 7-18(c). Reconsideration is respectfully requested because (1) the Order did not consider material facts alleged in the Complaint showing that Defendants used Plaintiff's identity and likeness to their advantage, and (2) the Order's statement that Plaintiff did not allege she is 'famous' imposes a pleading requirement that neither California Civil Code § 3344 nor the common law contains. Plaintiff requests that the Court modify the Order and reinstate her Fifth and Sixth Causes of Action. Good cause exists under L.R. 7-18 for the timing of this motion because all proceedings were stayed from October 3, 2024 until October 23, 2026. ECF Nos. 78, 80.

This motion is based on this Notice, the accompanying Memorandum of Points and Authorities, the Order at ECF No. 69, all pleadings on file in this action, and such oral argument as may be presented on this motion.

This motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on October 26, 2026. Counsel for the parties were unable to reach a resolution that would have made this motion unnecessary.

Dated: November 2, 2026

THE ROTH LAW FIRM, PLLC

By: *<u>/s/ Brian Levenson</u>*
Brian Levenson (pro hac vice)
295 Madison Avenue, 22nd Floor
New York, NY 10017
Phone: 212-784-6699
Email: brian@rrothlaw.com
Email: rich@rrothlaw.com

Allen Hyman (Cal. Bar No. 73371)
LAW OFFICES OF ALLEN HYMAN
10737 Riverside Drive
North Hollywood, CA 91602
Phone: (818) 763-6289
E-mail: lawoffah@aol.com

*Attorneys for Plaintiff Fiona Harvey*