Allen Hyman (California State Bar No. 73371)
LAW OFFICES OF ALLEN HYMAN
10737 ½ Riverside Dr.
N. Hollywood, CA 91602
lawoffah@aol.com
P: (818) 763-6289

Richard A. Roth * *Pro Hac Vice*
Rich@rrothlaw.com
Brian Levenson * *Pro Hac Vice*
brian@rrothlaw.com
THE ROTH LAW FIRM, PLLC
295 Madison Ave., Fl.22
New York, NY, 10017
P: (212) 542-8882

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

FIONA HARVEY

Plaintiff,

vs.

NETFLIX, INC., and NETFLIX WORLDWIDE ENTERTAINMENT, LLC,

Defendants.

Case No.: 2:24-cv-04744-RGK-AJR

**FIRST AMENDED COMPLAINT**

**DEMAND FOR JURY TRIAL**

**"This is a true story."**
*- Baby Reindeer, Episode 1.*

## PRELIMINARY STATEMENT

1. The above quote from the first episode of the Netflix series, *Baby Reindeer*, is the biggest lie in television history. It is a lie told by Netflix and the show's creator, Richard Gadd, out of greed and lust for fame; a lie designed to attract more viewers, get more attention, to make more money, and to viciously destroy the life of Plaintiff, Fiona Harvey – an innocent woman defamed by Netflix and Richard Gadd at a magnitude and scale without precedent. The Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332.

2. This is an action by Plaintiff Fiona Harvey ("Harvey") against Defendants Netflix, Inc. and Netflix Worldwide Entertainment (collectively "Netflix"), for defamation, intentional infliction of emotional distress, and violations of Harvey's right of publicity, arising out of the brutal lies Defendants told about her in the television series, *Baby Reindeer* (the "Series"). The lies that Defendants told about Harvey to over 80 million people worldwide include that Harvey is a twice convicted stalker who was sentenced to five years in prison, and that Harvey sexually assaulted Gadd. Defendants told these lies, and never stopped, because it was a better story than the truth, and better stories made money.

3. And Netflix, a multi-national billion dollar entertainment streaming company did literally nothing to confirm the "true story" and in fact, knew the

story was fictionalized. That is, Netflix never investigated whether Harvey was convicted, a very serious misrepresentation of the facts. It did nothing to understand the relationship between Gadd and Harvey, if any. It did nothing to determine whether other facts, including sexual and violent physical assaults, or criminal convictions were accurate. It did nothing to understand whether the Series, which ruined Harvey, was accurate.

4. Even worse, Netflix, in taking the source material for the Series, an 80 page, seventy-minute, play *Baby Reindeer* that Gadd created (the "Play") and converting it into a seven part series, manufactured numerous false statements, facts, and actions by Harvey that were not only never in the Play, but that are wholly inconsistent with the Play and that Netflix knew were false, solely to grossly increase its revenues and viewership and win awards.

5. In fact, Netflix has stated under oath, that it knew the Series was fictionalized, but intentionally told the public it was true.

6. As a result of Defendants' lies, malfeasance and utterly reckless misconduct, Harvey's life had been ruined. Simply, Netflix destroyed her reputation, her character and her life.

**THE PARTIES**

7. Plaintiff Ms. Fiona Harvey ("Harvey") is a resident of England. Harvey earned a Degree of Bachelor of Laws from the University of Aberdeen in

1990, a diploma in Legal Practice from the University of Strathclyde in 1993 and was granted an Entrance Certificate to the Law Society of Scotland in 1997. In 2005, Harvey earned her Graduate Diploma in Law (CPE) from the University of Westminster.

8. Defendant Netflix, Inc. is a Delaware corporation with a principal place of business at 121 Albright Way, Los Gatos, California, 95032. Netflix is a producer and distributor of content with over 260 million paid subscribers and a market cap of $283 billion.

9. Netflix Inc. owns the Netflix streaming platform that streamed *Baby Reindeer*. "[Netflix] acquires, licenses and produces content, including original programming, in order to offer our members unlimited viewing of video entertainment." Netflix, Inc. Jan. 26, 2024 10-K Report at p. 28 ("Netflix 10-K.

10. Netflix, Inc. is at home in Los Angeles, as it leases its "principal properties" in Los Angeles. Netflix, 10-K at p. 18, Item 2. In total, Netflix, leases and occupies over 1.4 million square feet of office and studio space.

11. Netflix leases and fully occupies, Epic, a 13-story, 327,913 square foot high rise at 5901 Sunset Boulevard in Hollywood.

12. In addition, Netflix, Inc. leases 325,757 square feet of office space at ICON and 91,953 squre feet of office space at CUE, both of which are located on the Sunset Bronson Studios lot at 5800 Sunset Blvd. in Hollywood. I

13. In addition, Netflix has leases about 100,000 square feet of space at the historic Musicians Union at 817 Vine Street in Hollywood, and over 355,000 square feet at the Academy on Vine, a development that occupies an entire city block bounded by Vine Street, DeLongpre Avenue, Ivar Street, and Homewood Avenue in Hollywood. Upon expanding into the Academy on Vine property, Netflix CFO David Wells said "Our expansion into the Academy on Vine Property further deepens our connection with the Los Angeles and Hollywood communities."

14. On May 12, 2024, Netflix marked the sixth anniversary of its flagship FYSEE (a play on "FYC") space by moving to Sunset Las Palmas in Hollywood. Netflix's FYSEE space in Hollywood, serves as a hub for Official For Your Consideration ("FYC") events,

15. As noted in Netflix Inc.'s most recent 10-K filing with the SEC:

> we must continually add new members to replace canceled memberships and to grow our business beyond our current membership base. . . Our ability to continue to attract and retain our [subscribers] will depend in part on our ability to consistently provide our members in countries around the globe with *compelling* content choices that keep our [subscribers] engaged with our service, effectively drive conversation around our content and service, as well as provide a

> quality experience for choosing and enjoying TV series, films and games. . . If we do not grow as expected . . . operations may be adversely impacted. If we are unable to successfully compete with current and new competitors in providing *compelling* content, retaining our existing members and attracting new members, our business will be adversely affected.

Netflix 10-K at p. 4 (emphasis added).

16. Netflix, Inc. earns revenue not only through paid subscribers (called "members") but "also earns revenue from advertisements presented on its streaming service, consumer products and other various sources." Netflix 10-K at p. 46.

17. Netflix tracks new members attributable to the Series, retention of new members attributable to the Series, the revenue for each of these new members and their churn rates, as well as ad revenue from the Series.

18. Defendant Netflix Worldwide Entertainment, LLC is a Delaware corporation with a principal place of business at 5808 W. Sunset Blvd., Los Angeles, California, 90028 ("Netflix Worldwide"). Netflix Worldwide is the copyright owner of *Baby Reindeer*. Netflix, Inc. and Netflix Worldwide are collectively referred to herein as "Netflix."

19. On May 8, 2024, Netflix and Gadd hosted a For Your Consideration ("FYC") screening of *Baby Reindeer* at the Director's Guild of America Theater Complex at 7920 Sunset Blvd, Los Angeles, CA 90046 in support of Netflix's submission of "Baby Reindeer" for consideration to be nominated for over a dozen Emmy Awards including, best limited series, best actor and best writing (Gadd), and best supporting actress (Jessica Gunning as 'Martha').

20. On June 1, 2024, Netflix and actress, Jessica Gunning, who plays 'Martha' in *Baby Reindeer*, hosted a special screening for *Baby Reindeer* at FYSEE at Sunset Las Palmas Studios in Los Angeles.

## JURISDICTION AND VENUE

21. The Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332 because the parties reside in different states and the amount in controversy exceeds $75,000.

22. There is personal jurisdiction against the Defendants as Netflix's principal place of business is in the State of California and Netflix is at home in Los Angeles, California as lessee of over 1.4 million square feet. Netflix actively promoted and screened *Baby Reindeer* throughout Hollywood for purposes of winning numerous categories at this year's 77th Emmy Awards to be hosted in Los Angeles on September 15, 2024 at the Peacock Theater at L.A. Live in Los Angeles.

23. Venue is proper in this judicial district because Defendant Netflix Worldwide has its headquarters in Los Angeles, Netflix, Inc. has over 1.4 million square feet of space in Los Angeles, Netflix has hosted promotional screenings of *Baby Reindeer* in Los Angeles in support of Emmy nominations, and Gadd and Netflix have promoted *Baby Reindeer* in Los Angeles. Los Angeles has a vested interest in hearing this case because the claims made in this action are important to the television and film business in Los Angeles.

## ***BABY REINDEER***

24. *Baby Reindeer* was originally an 80-page, 70-minute, one person Play, written and acted by Gadd.

25. The Series is a limited television series about the "true story" of Richard Gadd, a failing comedian, set in the year 2015.

26. Gadd is the writer and creator of the Series *Baby Reindeer* in addition to starring in it as "Donny."

27. *Baby Reindeer* is a worldwide phenomenon, premiered on Netflix on April 11, 2024, and has since drawn over 56 million views through May 8, making it Netflix's most popular content this year, and on track to become the most streamed show on Netflix of all time. Netflix stopped publicly releasing viewership of *Baby Reindeer*.

28. Upon information and belief, more than 80 million Netflix accounts have watched the Series in whole or in part.

29. Upon information and belief, more than 80 million people have watched the Series in whole or in part.

30. The draw for the show is the representation made by the Defendants that this is a true story.

31. At the 1:39 mark of the Episode 1, this image appears on screen:




**<u>Richard Gadd</u>**

32. Richard Gadd wrote and created the Play *Baby Reindeer*, and stars in it playing himself.

33. Gadd is a self-admitted crack, meth, and heroin user (Ep. 4, -19:07) with a self-admitted history of masturbating to Harvey (Ep 5 – 8:01), following her home and spying on her through her window, (Ep. 1 -15:00 – -13:20), and lying to the police about his contacts with her. (Ep. 6, -26:58):




34. Baby Reindeer tracks Gadd's progress in a comedy competition while he works as a bartender at the pub, The Heart, in Camden, London.

**"Martha"**

35. To overcome the uninteresting "true story" of Gadd's inability to advance professionally in the London comedy circuit, Defendants fabricated a "true story" of a woman, 'Martha', that Gadd meets at the pub, to make *Baby Reindeer* more captivating.

36. According to Defendants, the real 'Martha' is a twice convicted criminal. She spent a total of five years in prison for stalking Gadd and a barrister that she worked with at a law firm. In addition, Martha stalked a policeman, sexually assaulted Gadd in a dark alley; violently attacked him in a pub and waited outside his home every day for up to 16 hours a day, including at 3:00am.

37. The real Martha is reasonably understood by all viewers to have done all of these monstrous things because Netflix stated this was true.

**<u>"Hang My Curtains" – Harvey is Identified</u>**

38. A recurring joke throughout *Baby Reindeer* is the phrase "hang my curtains" as a euphemism for Gadd having sex with 'Martha.'

39. For example, in Episode 1 at -23:18, Gadd's fellow bartenders ask Gadd when he and "Martha" are "going to shag." Gadd responds that he does not believe in sex before marriage to which "Martha" replies that she is marriage material and that all she needs is someone to hang her curtains:




40. Gadd narrates that "hang her curtains" sounded "vaguely sexual" and he responds to "Martha" by joking, "I'll hang your curtains!" to which the bar erupts in laughter.




41. Later in Episode 1, 'Martha' sends Gadd 80 emails per day including this one stating: "my curtains are waiting for you they are ready" (spelling corrected):




42. In an interview with GQ Magazine, Gadd claimed "we've gone to such lengths to disguise [Harvey] that I doubt she would recognize herself in the show."

43. In real life, this tweet from @FionaHarvey2014 to @Mr.RichardGadd in 2014, was publicly searchable on X when *Baby Reindeer* was released in April 2024, and easily found:




44. Within days after the release of Baby Reindeer on April 11, 2024, members of the public identified Fiona Harvey as "Martha."

45. Total strangers began to message on Harvey on Facebook and *call* her.

46. The messages received by Harvey, among other things, identified her as 'Martha,' accused Harvey of being a rapist, threatened to harm Harvey, and encouraged Harvey to kill herself.

47. Many of the messages specifically referenced Harvey's 'hang my curtains' tweet.

48. The messages below are from just some of the Facebook users with names beginning with the letter, 'A':



hey martha
Apr 26, 2024 12:01:39am

Are u Martha
Apr 21, 2024 8:46:27pm

Hello reindeer
Apr 29, 2024 4:04:14pm

Psycho stalker
Apr 26, 2024 7:31:46am

Have you been convicted of harassment and stalking on Richard Gaad?
Apr 22, 2024 1:35:45pm

You are a crazy stalker
Apr 26, 2024 12:44:46pm

Hi, sorry, did you sexually harassed and stalked Richard Gadd?
Apr 23, 2024 11:35:53pm

Rapist
Apr 26, 2024 12:05:48pm

Your some nutjob should be locked up
Apr 28, 2024 12:03:35pm

You are a horrible person. I hope you suffer for the rest of your shit life
May 01, 2024 1:02:15am

49. Popular internet forums such as Redditt and TikTok had thousands of users identifying and discussing Harvey as the real "Martha."

50. The identification of Harvey as 'Martha' was easy and took a matter of days as Harvey's identity was completely undisguised.

51. In *Baby Reindeer*, 'Martha' is a Scottish lawyer, living in London, twenty years older than Gadd, and was accused of stalking a barrister in a newspaper article who communicated with him on social media in the years 2014-2015.

52. Like 'Martha," Harvey is a Scottish lawyer, living in London, twenty years older than Gadd, was accused of stalking a barrister in a newspaper article, who communicated with Gadd on social media in the years 2014-2015, and who bears an uncanny resemblance to 'Martha' including 'rotund' body, hair, loose fitting/baggy clothing/dress. Further, 'Martha's' accent, manner of speaking and cadence, is indistinguishable for Harvey's.




53. It is implausible that there is any female Scottish lawyer, living in London, twenty years older than Gadd who was accused of stalking a lawyer in a newspaper article, who communicated with Gadd on social media in 2014-2015 (particularly, about a repeated joke in the series – hang my curtains), and who bears an uncanny resemblance to 'Martha,' other than Harvey.

54. Gadd wanted to cast actress Jessica Gunning as 'Martha' because of her uncanny resemblance to Harvey admitting that he wanted to cast her as 'Martha' before he had even written the script for the Series. See *Richard Gadd on Baby Reindeer's harrowing ending: "It's the most truthful scene of the entire show,"* GQ, Apr. 14, 2024 by Miles Ellingham available at https://www.gq-magazine.co.uk/article/baby-reindeer-netflix-richard-gadd-interview ("GQ Interview").

55. Gadd's and Netflix's statement that Baby Reindeer was a true story was reasonably viewed as invitation to identify the real Martha and Netflix knew that the public would seek to identify her.

56. That is exactly what happened in connection with another Netflix true crime series, *Making of a Murderer* (2015) which investigated whether Steven Avery and his nephew Brendan Dassey were framed for a murder. As a result of the that series, Andrew Colborn, who retired from the Manitowoc County Sheriff's Department as a lieutenant in February 2018, reported that Avery sympathizers have confronted him in public, threatened to kidnap and sodomize him and gang rape his wife, and have posted pictures of his children online. Colborn has frozen his credit, after he and two other members of his family suffered identity theft. He has built a safe room in his home where family members can hide, and he and his wife no longer travel or dine out. See Jan. 17, 2019, *Inside a 'Making a Murderer' Lawsuit and the Hidden Dangers of TV's True-Crim Craze* available at https://www.hollywoodreporter.com/movies/movie-features/inside-a-making-a-murderer-lawsuit-hidden-dangers-true-crime-tv-1176395/. Colborn's pleadings confirmed against Netflix confirmed that like Harvey, Colborn received serious and ongoing threats to his safety, including death threats, and 28 compact discs worth of threatening phone calls from strangers, as result of Netflix's statements about him in that series

57. In an interview Gadd gave with the Hollywood Reporter, in response to a question about the public reaching out to Harvey as the real-life Martha, Gadd himself acknowledged and anticipated that the public would use, or collaborate on, the internet to identify the real Martha, stating "the internet just does this thing and I just have to let it do its thing. And that's that." *Richard Gadd on 'Baby Reindeer' Phenomenon, Losing Anonymity and What He Won't Ever Comment on Again,'* The Hollywood Reporter, May 13, 2024 (last visited October 7, 2024).

58. After being identified, the press in London began to contact Harvey, and the hatred towards Harvey on Internet forums such as Reddit and TikTok reached extreme levels including death threats, such as this one on TikTok that was "liked" by 7,000 people:




59. Since being identified as 'Martha' only days after Netflix's release of *Baby Reindeer*, Harvey has been tormented. Harvey continues to suffer emotional distress, which has been manifested by objective symptomology. Harvey is physically weak. She has and continues to experience anxiety, nightmares, panic attacks, shame, depression, nervousness, stomach pains, loss of appetite and fear, extreme stress and sickness all directly caused by the lies told about her in *Baby Reindeer.*

60. Harvey is fearful of leaving her home or checking the news. As a direct result of *Baby Reindeer*, Harvey has become extremely secluded and isolated, in fear of the public, going days without leaving her home.

61. At the same time, Netflix and Gadd, have traveled the country promoting the show and accepting awards while receiving praise and applause for the series, everything Gadd and Netflix wanted, for this 'true story.'

62. The Series is not a true story.

63. Gadd confesses in *Baby Reindeer* that he has a deep psychological need for attention so intense that in the past he willfully prostituted himself to another man to advance his career and for "a little peep at fame." Ep. 6, -8:00.

64. In addition, Gadd confesses in *Baby Reindeer* that he is not worried that people think badly of him, but instead "worried they don't think about me at all." Ep. 1 at -7:25.

65. To get his "peep at fame" and get people to think about him, Gadd and Netflix defamed a middle-aged woman, Fiona Harvey, so completely, that Harvey is even afraid to go outside.

66. As stated in Netflix's most recent 10-K filed with the SEC:

> If we do not grow as expected . . . operations may be adversely impacted. If we are unable to successfully compete with current and new competitors in providing *compelling* content, retaining our

existing members and attracting new members, our business will be adversely affected. Netflix 10-K at p. 4 (emphasis added).

67. To ensure that Netflix continued to meet its shareholders' "growth expectations" and to satisfy it desperate need for "compelling content", Netflix ruthlessly defamed Fiona Harvey.

**Defamation**

**Harvey Has Never Been Convicted of a Crime**

68. Harvey has never been convicted of any crime and has never been to prison. Attached as Exhibit 1 is a Certificate from the official Disclosure and Barring Service ("DBS") of the United Kingdom and a DBS background check covering England, Wales, Northern Ireland, and Scotland, confirming that Harvey has no convictions, cautions, reprimands, or warnings.

69. Notwithstanding, the central plot, and the arc of the series, is that Gadd befriended 'Martha', a convicted stalker who returns to prison for stalking Gadd.

70. In Episode 1 at -3:18, Defendants falsely claim that 'Martha' had received a "four-and-a half-year prison sentence."




71. Episode 1 ends with the following repeated refrain from Gadd:

*I had a convicted stalker stalking me*

*I had a convicted stalker stalking me*

*I had a convicted stalker stalking me*

72. Episode 7 climaxes with a two-minute-long courtroom scene in which Harvey dramatically pleads guilty from behind bars and is convicted of three charges of stalking Gadd and harassment of his mother and faither.



73. In Episode 7, Defendants falsely claim that Harvey was "sentenced to nine months in prison and a five-year restraining order was issued that same day." Ep. 7 at -15:42.

74. In fact, Harvey has never pled guilty to, or been convicted of, any crime. Harvey is not a convicted criminal.

**<u>Harvey Never Sexually Assaulted Gadd</u>**

75. In addition to lying about Harvey being a criminal, *Baby Reindeer* makes the outrageous false claim that Harvey raped Gadd in an alley.

76. In a disturbing scene at the end of Episode 2, Defendants falsely allege that Harvey sexually assaulted him a dark alley, by pushing Gadd against a wall and grabbing his penis without consent. Gadd claims he said, "please stop" and Harvey responded, "keep still" and continued to grab Gadd until she 'made him beat'.







77. Harvey has never had any sexual encounter with Gadd. The claim that Harvey sexually assaulted Gadd is a lie.

**Harvey Never Stalked Gadd**

78. For approximately two and a half minutes of Episode 3 (-24:13 to -21:32), Defendants falsely claim that Harvey stalked Gadd by sitting at a bus stop on the same street – thirty yards away – as Gadd's residence, from morning to night including at 3:00am:

> *Every day now, Martha would be outside. This ticking time bomb on my life. I would leave first thing in the morning and she would be there. Then I would come back sometimes as late as 11 or 12 at night and she would still be there. . . . It was all catcalls and snatched glimpses, as she devoted 15, 16-hour days to a fleeting encounter. But soon, as time wore on and the temperature dropped, I noticed a change in Martha as she descended into this staring.*



79. Defendants' claim that Harvey waited outside on the same street as Gadd's residence every day, for up to 15-16 hours a day, including at 3:00 am, and in the rain and cold, is knowingly false.

**Harvey Never Stalked A Police Officer**

80. In Episode 5, Defendants falsely claim that when Gadd went to the police to report Harvey for stalking, the police detective informed Gadd that Harvey was "a very serious woman. So serious that she once stalked a policeman." Ep. 5 at -10:15.




81. This is another lie. Harvey never stalked any police officer and no police detective ever told Gadd that Harvey stalked a policeman. This lie by Defendants is reprehensible as it gives Gadd's defamatory story the authority of official police statements.

## <u>Harvey Never Attacked Gadd</u>

82. In Episode 6, Defendants falsely claim that Harvey violently smashed a glass bottle over Gadd's head and gouged his eyes with her thumbs in a horrific physical assault that left Gadd's head bloodied.







83. Harvey never smashed a glass bottle over Gadd's head, gouged his eyes, or ever physically attacked him in any way.

## <u>Netflix Defames Harvey on its Website, *Tudum*</u>

84. Netflix owns and controls the website [www.tudum.com](http://www.tudum.com).

85. On May 16, 2024, Netflix published an article on Tudum by Christopher Hudspeth titled, *What is Baby Reindeer? The True Story and New Series Explained* (the "Netflix Article").

86. The Netflix Article states unequivocally that the "series is a true story" and "it's important to remember that this isn't just a story — it's true."

87. The Series is not a true story as it includes all of the fabricated events and statements about Harvey identified herein which are foundational to the Series

and include the dramatic climax of the entire Series in which Harvey *returns* to prison after pleading guilty in court – events which never happened.

88. The Netflix Article is defamatory as the statements and events Netflix told about Harvey in the Series and identified herein are knowingly false.

**Netflix Admits Its Statements Were False**

89. On May 8, 2024, Netflix executive, Benjamin King, appeared before the House of Commons Culture, Media and Sport Committee, on behalf of Netflix and in his capacity as Senior Director of Public Policy of Netflix.

90. At the Committee hearing, Mr. King was asked by John Nicolson, Member of Parliament for Ochil and South Pershire, about the duty of care due to woman now identified as 'Martha' from *Baby Reindeer.*

91. Mr. King responded to John Nicolson and stated the following in response:

> *Baby Reindeer* is obviously a true story of the horrific abuse that [Richard Gadd] suffered at the hands of a convicted stalker. We did take every reasonable precaution in disguising the real life identities of the people whilst striking a balance with the veracity and authenticity of the story.

92. Harvey is not a convicted stalker.

93. MP John Nicolson went Mr. King a follow up written inquiry requesting "evidence for this serious claim which [Mr. King] to Nicolson at the Select Committee:"

John Nicolson MP
Ochil & South Perthshire
38 Primrose Street, Alloa
Clackmannanshire
FK10 1JG

Benjamin King
Senior Director of Public Policy,
UK and Ireland at Netflix

Friday 17th May 2024

Dear Mr King ,

At your appearance on 8th May before the House of Commons Culture, Media and Sport Committee, I asked you about the Netflix series 'Baby Reindeer' and, specifically, the duty of care due to the woman now identified as 'Martha' from the series.

You told me the following:

"[Baby Reindeer] is obviously a true story of the horrific abuse that the writer [...] suffered, at the hands of a convicted stalker. We did take every reasonable precaution in disguising the real life identities of the people whilst striking a balance with the veracity and authenticity of [the] story."

Journalists have thus far been unable to find a record of the conviction to which you referred. Can you provide me with the evidence for this serious claim which you made to me at the Select Committee?

Yours sincerely,

John Nicolson.

John Nicolson MP
Member of Parliament for Ochil and South Perthshire

94. Netflix did not provide any evidence.

95. Instead, on May 23, 2024, Mr. King responded in writing to Media and Sport Select Committee House of Commons, and confirmed that "the person upon whom the show was based" was never the subject of any criminal conviction:

Dame Caroline Dinenage MP
Chair of the Culture, Media and Sport Select Committee House of Commons
London SW1A 0AA

23 May 2024

Dear Dame Caroline,

Thank you for the opportunity to speak with the Culture, Media and Sport Committee on May 8 as part of your inquiry into British film and high-end television.

As I said in my oral evidence, Netflix is investing heavily in quality British TV, with a string of recent hits, including Baby Reindeer.

In response to a question about the characters portrayed in that series, I said that: "it's an extraordinary true story ... of the horrific abuse that the writer and protagonist Richard Gadd suffered at the hands of a convicted stalker".

I wanted to clarify our understanding that the person on whom the show is based — who we have at no point sought to identify — was subject to a court order rather than a conviction. The writer of Baby Reindeer endured serious harassment over many months (as it now seems has been the case for many others), which had a significant impact on his wellbeing.

Yours sincerely,
Benjamin King
Senior Director, Public Policy Netflix

96. Despite Netflix's confirmation that that knew its statements in the Series about Harvey's criminal convictions were false, Netflix has continued to state the Series is a true story to this day.

97. Netflix knowingly and/or recklessly told the lies in the Series that Harvey is a twice convicted criminal who raped Gadd in an alley and gouged his eyes with her thumbs and smashed a glass over his head, and waited outside his residence for him 16 hours per day including the middle of the night, and who once stalked a police officer.

98. Netflix and Gadd have never, to this day, contacted Harvey directly or indirectly to confirm these statements about Harvey.

99. Defendants never obtained any confirmation from any governmental authority confirming that Harvey had been convicted of any crime.

100. Defendants did not investigate the truth of any of these statements complained of herein by Harvey and/or recklessly or intentionally disregarded the truth of these defamatory statements.

**<u>Netflix's Algorithm & Default Setting</u>**

101. *Baby Reindeer* is on track to become one of Netflix's most popular series of all time.

102. When asked about the success of *Baby Reindeer*, Netflix's CEO Ted Sarandos said the series owed its popularity to Netflix's algorithm, stating "[*Baby Reindeer]* g[ot] picked up in the algorithm and start[ed] getting more and more presented."

103. Netflix's default setting for its streaming platform is 'autoplay' so that the next episode in a Series automatically begins to play within about five seconds of the prior episode ending and before the full (if any) credits on the prior episode appear. When autoplay is enabled on Netflix, which it is by Netflix's design by default, a "Next Episode" button appears near the end of an episode (typically as the credits begin or just before the end). A color wipe or progress bar fills across that button over roughly 5 seconds. If the viewer does nothing, the next episode starts automatically when the countdown finishes.

104. The only way to view the credits – particularly any credits that appear more than five seconds after an episode in the Series ends – is for the viewer to before watching an episode, proactively decline autoplay in the user's default settings, or by proactively selecting "watch credits" at the end of an episode in the five seconds before the next episode begins to autoplay:




105. To the extent Netflix provided any 'disclaimer' buried deep in the credits, then by default set by Netflix, it would not be seen and was not intended to be seen, and if it was seen it would not clarify that the Series was not a true story given the prominent title card at the beginning of the Series "This is a true story" and the marketing material promoting the Series as a "captivating true story" and Netflix' social media messages identifying that the Series was a true story that even used Harvey's real messages.

106. Netflix intended to state actual facts about Harvey as evident in that it promoted that the social media and email messages in the Series were "real" and that the Series was a true story and even had its Senior Director of Public Policy, Benjamin King, testify in Parliament that it was a true story.

**<u>Netflix's Promotional Materials for Baby Reindeer</u>**

107. Netflix's promotional materials for the Series incorporated both its financial statements' expressed need to continue to offer its subscribers "compelling" content and its claim that its false statements about Harvey were "true."

108. Netflix advertised the Series as "a captivating true story" including in ads featured in Vanity Fair and the New York Times.







109. Netflix promoted the Series on Facebook, X (formerly Twitter), and Instagram with a post viewed by millions purporting to show Harvey's real emails, "Martha's Real Emails from Baby Reindeer – Every One of Them Is Real." See https://www.facebook.com/netflixus/videos/marthas-emails-from-baby-reindeer-every-one-of-them-real/1071706193898341/ and https://x.com/netflix/status/1779162630520729877?lang=en.

**Netflix Acted With Actual Malice & Punitive Damages Are Warranted**

110. At a minimum, Netflix recklessly disregarded that the statements made about Harvey in the Series were false.

111. The Netflix Series *Baby Reindeer* was adapted from Richard Gadd's 80 page, one-person, stage play (the "Play") of the same title.

112. In the Play, the main characters are named "Gadd" played by Gadd, and "Martha" played by a bar stool with a northern Irish accent.

113. In March 2020, Netflix acquired the rights to the Play, including the streaming rights to start production of the Series.

114. The Play stated that it was "*based* on a true story." (emphasis added).

115. This disclaimer in the Play put Netflix on notice that certain details in the Play were likely false.

116. In the article *Richard Gadd on his stalker 'It would be unfair to say she was awful and I'm a victim'* published in the Guardian on September 10, 2019, Richard Gadd stated "[the Play] has been only lightly fictionalized. The skeleton of the story is absolutely true."

117. The "lightly fictionalized" based on a true story Play omits the most explosive allegations against Harvey made in the "this is a true story" Series.

118. Details in the Play, copied in the Series, that are false and defamatory include that Harvey gouged Gadd's eyes, that Harvey stalked a policeman, that Harvey sexually assaulted Gadd.

119. The Play contains no reference to Harvey waiting outside Gadd's residence all day and night for him.

120. The Play contains no reference to any incident where Harvey violently smashed a glass over Gadd's head leaving him bloodied.

121. The Play contains no reference to any arrest, conviction, guilty plea or imprisonment by Harvey.

122. The Play ends with Gadd obtaining a restraining order against 'Martha', whereas the Series ends with 'Martha' pleading guilty in court and sentenced to prison.

123. In the Play, the police expressly inform Gadd that 'Martha' cannot be arrested *having committed no crime*, including:

a. "I understand the frustration but heckling is not a crime. Pg. 32.

b. "I am not getting any reason to feel your life is in danger." Pg. 33.

c. The emails are "not particularly threatening." Pg. 33.

d. "we need a credible threat or something sexually aggressive toward you." Pg. 46.

e. After telling Gadd that “Martha is not going to press charges,” they continue “leaving someone voicemails is not, in of itself, a crime” (Pg. 69) and “I suggest you apologise and let us go about doing our job in the correct manner.”

f. “The police do not want to hear from either of you again.” Pg. 54.

124. In the Play, Gadd even admits: “the last experience with the police was so burning, so embarrassing that I refuse to involve them again.” Pg. 63.

125. The omission of the entire arc and premise of the Series, a convicted stalker returns to prison after pleading guilty to stalking Gadd, from the Play, as well as the opposite being stated to Gadd by the police in the Play (Harvey could not be arrested having committed no crime), put Netflix on notice that details about Harvey’s criminal history in the Series were extremely likely to be false.

126. The omission of any reference in the Play to ‘Martha’ waiting outside Gadd’s residence for 16 hours a day including in the middle of the night for him put Netflix on notice that that these details about Harvey were extremely likely to be false.

127. The omission of any reference in the Play to ‘Martha’ violently smashing a glass over Gadd’s head leaving him bloodied put Netflix on notice that these details about Harvey were extremely likely to be false.

128. Netflix insisted on adding the "this is a true story" line to the Series despite Gadd's own concerns about doing so, and Netflix's notice that details about Harvey in the Series were extremely likely to be false.

129. Netflix's insistence on adding the "this is a true story" line to the Series despite Gadd's concerns was reported in the Sunday Times article, *Will the Baby Reindeer Scandal Kill True Story TV?*, The Sunday Times, June 16, 2024, Rosamund Urwin.

130. Gadd's concerns were clear as he immediately walked back and resisted the "this is a true story" line in interviews immediately following the release of the Series on April 11, 2024.

131. Gadd's responses to the 'this is a true story' line descended from "pretty truthful," "100% emotionally true," "very emotionally true," "as far as percentages [of truth] I can't tell," to events have been "tweaked" to create dramatic climaxes."

132. For example, in the GQ interview published on April 14, 2024, Gadd was asked about "this is a true story" and responded as follows:

Q: At the start, a caption reads 'This is a true story'. Were there parts of this you had to adapt?

A: It's pretty truthful. Any time it veered too much into embellishment I would always want to pull it back. It's extremely emotionally truthful.

*Richard Gadd on Baby's Reindeer's harrowing ending: "It's the most truthful scene of the entire show"*, GQ, April 14, 2024, by Miles Ellingham available at https://www.gq-magazine.co.uk/article/baby-reindeer-netflix-richard-gadd-interview (last visited October 9, 2024).

133. In the same GQ interview Gadd was asked:

Q: "Your stalker might watch *Baby Reindeer.* What do you think she'll make of it?"

A; "What's been borrowed is an emotional truth, not a fact-by-fact profile of someone."

134. In an interview with Variety published on April 19, 2024, Gadd was again asked about the title card saying the Series was a true story and responded as follows:

Q: At the start of [the Series], viewers see a title card saying "Baby Reindeer" is a true story. Is it fictionalized at all?

A: It's all emotionally 100% true, if that makes sense. . . Just in terms of percentages, I wouldn't be able to tell you, but it's a

> very true story – it comes from an emotional truth, and I think that's what people are resonating with most of all.

135. Gadd again walked back "this is a true story" in an interview with The Guardian published on April 19, 2024 in which he stated, the Series is "very emotionally true" and, in a wild understatement, confirmed that "some events have been 'tweaked slightly to create dramatic climaxes.'"
See *'I was severely stalked and abused': Richard Gadd on the true story behind Baby Reindeer,"* The Guardian, Apr. 18, 2024, by Zoe Williams (last visited October 9, 2024).

136. In fact, all of the criminal history profile of Harvey, and all of events in the dramatic climaxes of the Series concerning Harvey have been completely fabricated: Harvey never sexually assaulted Gadd, Harvey never waited outside his residence for him, Harvey gouged his eyes and bloodied his head with bar glass, Harvey never pled guilty or was convicted, and never stalked a police officer, and Gadd was never told that Harvey stalked a police officer.

137. When asked again what Gadd meant by "emotionally true" in an interview with the Hollywood Reporter, Gadd again walked back "this is a true story" and explained that by "emotionally true" and he meant "he never wanted to kind of lie" but that "tweaks" [making things up about Harvey] had to be made to have a cliff hanger in each episode:

Q: When you say "emotional truth" what do you mean?

A: I mean never wanted to kind of lie. . . you always have to change things, slightly tweak things, to make it work as a TV show so you have -- you put in the structure of the work, and obviously every episode has to have a cliff hanger and all these kinds of things . .. it was tightrope, it was a constant process of what works as a TV show and not selling out your own story, and that tightrope continued all the way through . . .finding that right balance.

Interview of Richard Gadd, Hollywood Reporter, May 9, 2024 available at https://www.tiktok.com/@hollywoodreporter/video/7367107011974253870?lang=en (last visited October 9, 2024).

138. In addition to the extreme dramatic changes between the Series and the Play, and Gadd's confirmation that 'Martha' was not a "not a fact-by-fact profile of someone [Harvey]," and Gadd's persistent refusal to confirm the Series was a true story, Netflix recklessly disregarded obvious reasons to doubt its statements about Harvey were true.

139. First, the source material for the Series was the Play which did not state it was a true story, but merely, based on a true story. This put Netflix on notice that certain details were likely false.

140. Second, the writer of the Play and the Series, Gadd, was an unreliable biased source for many reasons, including his use of hard drugs, desperation for fame and hostility toward Harvey.

141. Gadd admits in the Series that he is a crack, meth, and heroin user who lied to the police about his contacts with Harvey. Gadd also admits he is so desperate for a "little peep at fame" he engaged in sexual acts with a television executive to advance his career. (Ep. 4 at 26:00 – 34:50), (Ep. 6 at 7:00, 25:11 – 26:30).

142. In addition, Gadd plainly exhibits hostility toward Harvey in the Series by including a disturbing and gratuitous scene in the Series, akin to revenge porn, where Gadd is depicted having sexual intercourse with Harvey, which is repulsive. Ep. 6 at 20:00 – 21:30.

143. Notwithstanding that the source material was from Gadd, an unreliable biased drug addict with hostility toward Harvey, Netflix purposefully avoided the truth when it failed to contact the most obvious witness, Harvey, at any time, and who could have confirmed or disproved the accusations about Harvey in the Series, before Netflix proceeded to tell more than 80 million people that the Series was true.

144. The reckless failure to even attempt to contact Harvey before spreading malicious lies about her under these circumstances establishes actual malice.

145. Further, it is reported that Gadd directly told Netflix the Series was not a true story.

146. The Sunday Times published an article confirming that Netflix consulted with Gadd about the truth of the statements in the Series, Gadd voiced concerns to Netflix about asserting the Series was a true story, but Netflix insisted on doing so.

147. Netflix was confronted with the Sunday Times reporting and never denied it.

**Netflix Had Actual Knowledge**

148. After the Complaint in this action was filed, Netflix confirmed in a sworn declaration under oath that "Netflix understood that the Series was a fictionalized work." Exh. 2.

149. Notwithstanding that Netflix understood that Series was fictionalized, Netflix represented to over eighty million viewers that the Series – including its statements about Harvey being a twice convicted criminal who violently gouged his eyes and sexually assaulted him in a dark alley – was true.

150. Actual malice exists when the defendant subjectively entertained serious doubts as the to the truth of his statement but chose to publish anyway. Netflix's declaration establishes clear-cut actual malice.

151. Netflix lied about the truth of the Series to make the Series more compelling and attract more viewers and subscribers.

152. Furthermore, even after Netflix *admitted in writing to the House of Commons that it knew Harvey was never convicted of a crime*, Netflix continued to state Baby Reindeer was a true story and continues to do so through the present. Netflix did so because Baby Reindeer is one of the most popular television series of all time and Netflix admits it needs captivating or "compelling content" like Baby Reindeer to maintain and add subscribers.

153. Notwithstanding Netflix's sworn admissions that "Netflix understood that the Series was a fictionalized work," Netflix insisted that the title card and all advertisements for the Series state: "This Is a True Story."

154. Netflix's insistence on unequivocally stating "this is a true story" in the Series constitutes reckless, willful or intentional disregard of whether statements in the Series were false, and thus, malice.

155. In addition, Netflix acted with malice when it continued to knowingly falsely state and continues to this day to knowingly and falsely state, that Harvey is a twice convicted criminal who served five years in prison, even after Netflix

admitting *in writing* on May 23, 2024 to the Media and Sport Select Committee of the House of Commons that Harvey had never been convicted.

156. Notwithstanding this admission, Netflix has willfully refused to drop its statement in Episode One – "this is a true story."

157. In example, in 2024 BBC dropped "true story" from its description of the television series *Dopesick*, three years after its initial release in 2021. Whereas BBC had previously described the "true story of the dealers, doctors and the billion dollar drug that fueled America's deadly opioid addiction," BBC removed the words "true story" and now bills *Dopesick* as "a story" about the opioid crises.

158. Netflix made these false statements willfully, intentionally, and/or recklessly to make the Series more compelling and captivating in order to maintain existing subscribers (members) and add new ones.

159. Netflix executives, including Ted Sarandos, had data and information that informed it that "true crime" sells. Netflix even wrote articles on its Tudum website about it, Dec. 16, 2021, *The Real Reasons You Can't Stop Watching True-Crime*, available at https://www.netflix.com/tudum/articles/the-real-reasons-you-cant-stop-watching-true-crime. Netflix intentionally marketed and promoted the Series as a true story despite actual knowledge it was fictionalized to increase viewership at Harvey's expense.

160. Netflix's ruthless strategy worked. More than 80 million Netflix viewers have watched the Series, in whole or in part.

161. According to Netflix's 2024 second quarter earnings report (Baby Reindeer was released in April 2024), Netflix added more than eight million subscribers (members) in the second quarter of 2024, alone.

162. In addition, the Series and Gadd won numerous Emmy Awards in 2024 including for (1) Outstanding Limited or Anthology Series, (2) Outstanding Writing For A Limited Or Anthology Series or Movie, and (3) Outstanding Lead Actor In A Limited Or Anthology Series or Movie (Gadd).

163. Netflix won the Golden Globe awards for Best Television Limited Series.

164. Netflix and Gadd have received applause at every award show and Gadd has been commended for his bravery in telling his "true story."

165. Netflix and Gadd have signed multi-year contracts to allow Netflix to have the first opportunity to produce Gadd's new projects.

166. Netflix knew that Harvey's life would be destroyed by its calculated falsehoods and proceeded despite this because there was so much money to be made and awards to be garnered by doing so.

167. As calculated, Netflix boosted its subscribers and earnings only had to ruin one person's life – Harvey's – to do so.

168. Netflix's conduct is so contemptible that it would be looked down upon and despised by ordinary decent people.

169. The intentional inclusion of the defamatory "This Is a True Story" card, despite Netflix's own understanding and acknowledgment the Series was fictionalized and Gadd's concerns over identifying the Series as a true story before it was released, was directly authorized, commanded, participated in, and/or ratified by high-level corporate officers, directors, and/or managing agents of Netflix acting in their official capacities, including Anne Mensah, Netflix's Vice President of Content who publicly conceded the Series was "a drama" (and not a true story) at the Edinburgh TV Festival in August 2024 – see Aug. 21, 2024, *Netflix's Anne Mensah Says TV Industry Must 'Admit Our Own Biases' & Addresses 'Baby Reindeer' Controversy – Edinburgh* available at https://deadline.com/2024/08/netflix-anne-mensah-industry-biases-baby-reindeer-edinburgh-1236046027/ as well as Netflix CEO, Ted Sarandos, who conceded "parts of [the Series] were certainly fictionalised and dramatized" in the Sept. 14, 2024, Times of London article *Netflix's Ted Sarandos We make TV for the people, not the critics* available https://www.thetimes.com/business/companies-markets/article/netflixs-ted-sarandos-we-make-tv-for-the-people-not-the-critics-hhzqkr5f5, as well as other officers, directors and managing agents who will be

specifically identified in discovery, in order to increase viewership in willful and conscious disregard of Harvey's rights and safety.

170. Further, Netflix CEO, Ted Sarandos' told the Times of London on September 14, 2024, the day before the Emmy Awards, that the Series was "Richard [Gadd's] true story."

171. Sarandos' persistent telling of the known lie that the Series is a true story, despite Benjamin King - Netflix's Senior Director of Public Policy – admission to Parliament months earlier that it was not, is despicable.

172. The ratification by Netflix's officers, directors and/or managing agents of Netflix's malicious, oppressive and fraudulent conduct is evident in that the billing of the Series as a true story was part of a massive promotional campaign that included full page ads in the New York Times and its success was so overwhelming that it required Netflix' Senior Director of Public Policy, Benjamin King to testify and perpetuate the lie in Parliament, and then, in response to an unexpected follow up from a member of Parliament, *correct his testimony in a written letter* that had to have been reviewed by Netflix officers, directors, managing agents and in-house counsel, to confirm in writing that Harvey did not have any criminal conviction, even though Netflix, and its CEO Sarandos, continued to state the Series – including criminal convictions for stalking - was true.

173. The Series was viewed by over 80 million people and was nominated for eleven Emmy Awards and won the awards for Best Limited Series at the Emmys and Golden Globes – a Series of this immense popularity required the approval of Netflix officers, directors and managing agents to make and continue to make the unqualified assertion that this is a true story despite Netflix's knowledge it was fictionalized even after Benjamin King's (Director of Public Policy) written letter affirming the entire plot arc of the Series – Harvey is a convicted stalker who pled guilty to stalking Gadd - was made up. These directors, officers and managing agents include Anne Mensah (Netflix's Vice President of Content) and Ted Sarandos (CEO).

174. It is custom and practice in the television industry for any statement regarding a true story to be reviewed by In-House counsel and Compliance. Upon information and belief, the unqualified statement, "this is a true story" was knowingly approved by Netflix in-house counsel, despite knowing that was false because there was so much money to be made from this Series.

175. It is custom and practice in the television industry to anonymize or change factual details such that Harvey would not be so easily identified, but Netflix intentionally used Harvey's complete biography and "real" emails and hired a look alike actress – Jessica Gunning - to play Harvey – and who was considered for the part of Martha before she auditioned - and hired Gunning a

dialect coach, Helen Ashton, to replicate Harvey's accent/dialect, to make it easy to identify Harvey.

176. While Gadd claimed that these efforts to anonymize Harvey were undertaken – demonstrating Netflix knew that was industry standard and custom – they were not. In fact, it was just the opposite, Netflix promoted Harvey's emails in the Series as real and invited 80 million people invested in the true crime story Baby Reindeer to find the real 'Martha' which they immediately did and subjected Harvey to death threats so intense Harvey would not go outside.

177. In the article *The Real Reasons You Can't Stop Watching True Crime* that Netflix posted on its website, Tudum, psychologists explained: "the solving of the mystery, putting the clues together is something people obviously like . . .the sheer popularity of social media has made it easier for people to discuss these things. You can join a Facebook group of a thousand other people, or a Reddit subforum of people who are just like you and want to talk about this case."

178. Netflix knew that true crime invited its viewers to "solve the mystery" as to the real 'Martha' and that the real 'Martha' – Harvey – would be subjected to violent threats so intense she would be fearful of going outside just it happened to to retired sheriff Andrew Colburn in *Making of a Murderer* before Harvey. Moreover, Harvey is not a "retired sheriff." Harvey is a 60-year-old woman who lives alone in a small apartment. Netflix's malicious conduct imposed an unduly

harsh and unjust burden on Harvey in order boost Netflix's subscribers and revenue and repeated it despite knowing it was false to boost their own chances for coveted industry awards.

179. Netflix was aware of the probable dangerous consequences its conduct and willfully and deliberately failed to avoid those consequences, by among other things, not stating in the opening of the Series "this is a true story" and/or not claiming the real 'Martha' was a twice convicted criminal who sexually and physically assaulted him, and/or by not making 'Martha' played by Jessica Gunning a literal copy of Harvey physically, including her copying her dialect, occupation, location, and actual 'real' messages to Gadd so that she could be easily identified by the public.

180. Netflix never retracted its statement that the Series is a true story and has repeated it continuously in the Series to this day, despite having knowledge it is fictionalized and that Harvey has no criminal convictions.

181. Netflix's conduct is contemptible and despicable and has been, and remains, carried on by Netflix with a willful and conscious disregard of Harvey's safety and interest in reputation, personal dignity, peace of mind, and freedom from defamation, humiliation, mental anguish and emotional suffering and was done with the intent to harm Harvey knowing it would result in the public viewing

her as a monster and total social ostracism but proceeded anyway – a small sacrifice for a hit show; in other words, a calculated falsehood.

**FIRST CAUSE OF ACTION**
**(DEFAMATION)**

182. Harvey realleges each of the aforementioned allegations as if fully alleged herein.

183. Defendants each made the statements herein that (1) Harvey was convicted stalker who served a four-and-a-half-year sentence in Scotland; (2) Harvey was a convicted stalker and harasser who pled guilty and was sentenced to a nine-month sentence and a five year restraining order; (3) Harvey sexually assaulted Gadd as depicted in Episode 2; (4) Harvey violently attacked Gadd by smashing a glass over his head and gouged his eyes; (5) Harvey stalked a policeman; (6) a police detective told Gadd that Harvey stalked a policeman; and (7) Harvey waited outside Gadd's residence every day up to 16 hours a day.

184. Each of these statements was viewed more than 80 million times.

185. In addition, Netflix made the statement that the Series is a true story on Netflix's website, Tudum.

186. Netflix viewers, and members of the public, reasonably understood that the statements were about Harvey and that Harvey was a twice convicted stalker who separately served prison sentences of four-and-a-half years, and nine

months, and that Harvey sexually assaulted Gadd, violently attacked Gadd, and that Gadd had been warned by the police that Harvey stalked a policeman.

187. Each of the Defendants failed to use reasonable care to determine the truth or falsity of the statements.

188. Netflix admitted in writing that Harvey had never been convicted.

189. Netflix admitted under oath that it understood the Series was fictionalized but purposefully stated “this is a true story” in the Series and promotional material for it.

190. Defendants wrongful conduct was a substantial factor in causing harm to Harvey’s reputation, and caused shame, ridicule, mortification, and hurt feelings to Harvey.

191. Defendants wrongful conduct constitutes defamation per se.

192. Accordingly, Harvey has been seriously damaged mentally and emotionally. Said damages, which shall be determined at trial, are believed to exceed $50 million, exclusive of legal fees, costs and statutory interest.

193. In addition, because Defendants’ conduct was so outrageous, Harvey seeks punitive damages in an amount that will punish Defendants from ever engaging in said conduct and an amount and that will deprive Defendants of all benefit, financial or otherwise, of their defamatory statements.

**SECOND CAUSE OF ACTION**
**(INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS)**

194. Harvey realleges each of the aforementioned allegations as if fully alleged herein.

195. Defendants' conduct herein was extreme and outrageous with the intention of causing, or recklessly disregarding the probability of causing, emotional distress to Harvey.

196. Defendants' conduct was "extreme and outrageous" defined under California law as "so extreme as to exceed all bounds of that usually tolerated in a civilized community."

197. Harvey suffered severe and extreme emotional distress directly and proximately caused by Defendants' outrageous conduct.

198. Defendants' conduct was intended to inflict injury on Harvey and was engaged in with the realization that injury would result to Harvey.

199. Accordingly, Harvey has been seriously damaged mentally and emotionally. Said damages, which shall be determined at trial, are believed to exceed $50 million, exclusive of legal fees, costs and statutory interest.

200. In addition, because Defendants' conduct was so outrageous, Harvey seeks punitive damages in an amount that will punish Defendants from ever engaging in said conduct and deprive them of all benefit, financial or otherwise, of their outrageous conduct, in an amount believed to be in excess of an additional $20 million.

## EXEMPLARY DAMAGES

201. The acts complained of herein and in the preceding paragraphs above were done willfully, unlawfully, maliciously, and in wanton disregard of the rights and feelings of Harvey and by reason thereof, she now demands punitive and compensatory damages.

## JURY DEMAND

202. Harvey requests a trial by jury on all claims.

## PRESERVATION NOTICE

203. Harvey requests that Defendants preserve any and all related evidence, reports, statements, notes, emails, text messages, communications, concerning the allegations herein. Defendants' failure to preserve relevant evidence may warrant a spoliation instruction at trial which creates a presumption that if the evidence was preserved, it would weigh against the respective party.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff Fiona Harvey requests that defendants Netflix, Inc., and Netflix Worldwide, LLC, be cited to appear and answer, and that at the final trial of this matter, Harvey have judgment against Defendants, as follows:

A. Judgment against Defendants for actual damages, the sum to be determined at trial, but is believed to exceed $50 million, exclusive of legal fees, costs and statutory interest;

B. Judgment against Defendants for compensatory damages in the maximum amount allowed by law, in an amount to exceed $50 million, exclusive of legal fees and costs, including mental anguish, loss of enjoyment of life and loss of business;

C. Judgment against Defendants for all profits from *Baby Reindeer*, in the maximum amount allowed by law, in an amount to exceed $50 million, exclusive of legal fees and costs;

D. Judgment against Defendants for exemplary and/or punitive damages in the maximum amount allowed under law in an amount to be determined at trial;

E. Pre-judgment interest at the legally prescribed rate from the date of the violations until judgment as well as post-judgment interest as applicable;

F. An award of attorneys' fees;

G. Such other general relief to Harvey is just entitled.

Dated: October 26, 2026

Respectfully submitted,

By: *<u>/s/ Richard A. Roth</u>*

Richard A. Roth (pro hac vice)
rich@rrothlaw.com
Brian Levenson (pro hac vice)
brian@rrothlaw.com
THE ROTH LAW FIRM, PLLC
295 Madison Ave., Fl. 22
New York, NY 10017

P: (212) 542-8882

Allen Hyman (California State Bar No. 73371)
LAW OFFICES OF ALLEN HYMAN
10737 ½ Riverside Dr.
N. Hollywood, CA 91602
lawoffah@aol.com
P: (818) 763-6289

*Attorneys for Plaintiff Fiona Harvey*

## DEMAND FOR JURY TRIAL

Pursuant to Fed. R. Civ. P. 38(b), Local Rule 38-1, and otherwise, Plaintiff respectfully demands a trial by jury on all issues so triable.

Dated: October 26, 2026

Respectfully submitted

By: _/s/ Richard A. Roth_

Richard A. Roth (pro hac vice)
rich@rrothlaw.com
Brian Levenson (pro hac vice)
brian@rrothlaw.com
THE ROTH LAW FIRM, PLLC
295 Madison Ave., Fl. 22
New York, NY 10017
P: (212) 542-8882

Allen Hyman (California State Bar No. 73371)
LAW OFFICES OF ALLEN HYMAN
10737 ½ Riverside Dr.
N. Hollywood, CA 91602
lawoffah@aol.com
P: (818) 763-6289

*Attorneys for Plaintiff Fiona Harvey*