BRAD D. BRIAN (State Bar No. 79001)
brad.brian@mto.com
KELLY M. KLAUS (State Bar No. 161091)
kelly.klaus@mto.com
ROSE LEDA EHLER (State Bar No. 296523)
rose.ehler@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FIONA HARVEY,

Plaintiff,

vs.

NETFLIX, INC., and NETFLIX WORLDWIDE ENTERTAINMENT, LLC,

Defendants.

Case No. 2:24-cv-04744-RGK-AJR

**JOINT STATUS REPORT REGARDING SUGGESTED PRE-TRIAL AND TRIAL DATES**

Judge: Hon. R. Gary Klausner

Filed/Lodged Concurrently:

[1] Stipulation re Pre-Trial and Trial Dates

[2] [Proposed] Order re Pre-Trial and Trial Dates

Pursuant to the Court's October 23, 2026 Order, Dkt. 80, counsel for Plaintiff Fiona Harvey ("Plaintiff") and Defendants Netflix, Inc. and Netflix Worldwide Entertainment, LLC (jointly, "Defendants") met and conferred to suggest new trial and pre-trial dates. The parties set forth below their agreed-upon proposals.

Before the stay of proceedings, the Court issued a Scheduling Order setting a trial and certain pre-trial dates. Dkt. 65. The Court also entered its Order for Jury Trial, which set additional deadlines and requirements. Dkt. 66. During their meet-and-confer, the parties used both Orders, and in particular the amount of lead time for submission of papers to the Court, to propose pre-trial dates.

The parties jointly request a trial date of July 27, 2027. The parties believe it is appropriate to reserve 10 court days for trial.

The parties recognize their recommended dates are subject to the Court's calendar. The parties have selected the dates below to accommodate trial and travel schedules for lead trial counsel on both sides, and to align with the Court's previous schedule in this case as much as possible. In particular, the parties are requesting June 7, 2027, as the for hearing any summary judgment motions (or any motion other than motions in limine), because (a) Defendants' lead counsel will be leaving the country for a two-week vacation with five other people in the middle of June; and (b) Plaintiff's lead counsel is scheduled to start trial in this Court on June 15, 2027. The parties are requesting that the trial in this case start on July 27, 2027 both to give the parties sufficient time to complete pre-trial work and because Plaintiff's second chair trial counsel leaves on vacation on August 14, 2027. If the June 7, 2027 motion hearing and/or July 27, 2027 trial dates will not work for the Court's calendar, the parties respectfully request the opportunity to revise their proposed schedule.

The parties are not waiting to move forward with discovery while the trial and pre-trial dates are being finalized. The parties are familiar with and will move forward pursuant to the requirements in the Court's Order for Jury Trial. Dkt. 66.

Simultaneous with the filing of this Joint Statement, the parties are submitting a Joint Stipulation and [Proposed] Order that embody and implement the following schedule:

| **Event** | **Proposed Date** | **Source in L.R. or Prior Order** |
|---|---|---|
| Last day to amend complaint/add parties | Mon, Dec 7, 2026 | From Dkt. 65 (four weeks after Order) |
| Initial expert disclosures | Fri, Mar 26, 2027 | |
| Rebuttal expert disclosures | Mon, Apr 19, 2027 | |
| Fact and expert discovery cutoff | Fri, Apr 30, 2027 | From Dkt. 65 (was 90 days before trial; this is 88 days before trial) |
| Deadline to file all motions, including summary judgment motions, other than motions in limine ("MIL") | Wed, May 5, 2027 | From Dkt. 65 (74 days before trial) |
| Last day to complete ADR Procedure No. 2 (mediator from court panel) | Fri, May 21, 2027 | Civil L.R. 16-5.2 (45 days before Final Pretrial Conference) |
| Opposition to motion(s) other than MILs | Tue, May 18, 2027 | Civil L.R. 7-9 |
| Reply deadline on motion(s) other than MILs | Mon, May 24, 2027 | Civil L.R. 7-10 |
| Motions in limine ("MIL") due | Tue, Jun 1, 2027 | Change from Dkt. 66 (45 days before trial) |
| Hearing on motion(s) other than MILs | Mon, Jun 7, 2027 | 2 weeks after replies |

| Event | Proposed Date | Source in L.R. or Prior Order |
|---|---|---|
| MIL oppositions due | Tue, Jun 15, 2027 | Change from Dkt. 66 (25 days before trial) |
| Memoranda of contentions of fact & law; joint witness and exhibit lists | Mon, Jun 21, 2027 | From Dkt. 66, Civil L.R. 16-4 (21 days before Final Pretrial Conference) |
| Plaintiff serves proposed jury instructions and verdict forms | Tue, Jun 22, 2027 | From Dkt. 66 (35 days before trial) |
| Defendants' objections to Plaintiff's proposed instructions and additional instructions | Tue, Jun 29, 2027 | From Dkt. 66 (28 days before trial) |
| MIL replies due | Tue, Jun 29, 2027 | Change from Dkt. 66 (10 days before trial) |
| Proposed final pretrial conference order lodged | Thu, Jul 1, 2027 | Civil L.R. 16-7.1 (11 days before final pretrial conference) |
| Deadline for filing proposed voir dire (optional) | Tue, Jul 6, 2027 | From Dkt. 66 (7 days before Final Pretrial Conference) |
| Plaintiff's objections to Defendants' instructions; meet-and-confer on jury instructions | Tue, Jul 6, 2027 | From Dkt. 66 (21 days before trial) |
| File joint and disputed jury instructions | Fri, Jul 9, 2027 | From Dkt. 66 (16 days before trial) |
| Short statement of expert qualifications and narratives of testimony | Wed, Jul 7, 2027 | From Dkt. 66 (5 days before final pretrial conference) |

| Event | Proposed Date | Source in L.R. or Prior Order |
|---|---|---|
| Final pretrial conference (9:00 AM) | Mon, Jul 12, 2027 (9:00 AM) | From Dkt. 65 (15 days before trial) |
| Deadline for counsel to meet to stipulate re foundation, waiver, best evidence rule, and exhibits that may be received into evidence at start of trial | Fri, Jul 16, 2027 | From Dkt. 66 (10 days before trial) |
| File joint statement of the case | Mon, Jul 19, 2027 | From Dkt. 66 (7 days before trial) |
| Jury trial (10 court days) | Tue, Jul 27, 2027 (9:00 AM) | |

DATED: November 9, 2026 THE ROTH LAW FIRM, PLLC

By: *_/s/ Richard A. Roth_*
RICHARD A. ROTH
Attorneys for Plaintiff

DATED: November 9, 2026 MUNGER, TOLLES & OLSON LLP

By: *_/s/ Brad D. Brian_*
BRAD D. BRIAN
Attorneys for Defendants

**ATTESTATION REGARDING SIGNATURES**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized this filing.

DATED: November 9, 2026 MUNGER, TOLLES & OLSON LLP

By: */s/ Brad D. Brian*
BRAD D. BRIAN

Attorneys for Defendants