BRAD D. BRIAN (State Bar No. 79001)
brad.brian@mto.com
KELLY M. KLAUS (State Bar No. 161091)
kelly.klaus@mto.com
ROSE LEDA EHLER (State Bar No. 296523)
rose.ehler@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FIONA HARVEY,

Plaintiff,

vs.

NETFLIX, INC., and NETFLIX WORLDWIDE ENTERTAINMENT, LLC,

Defendants.

Case No. 2:24-cv-04744-RGK-AJR

**JOINT STIPULATION REGARDING PROPOSED TRIAL AND PRE-TRIAL DATES**

Judge: Hon. R. Gary Klausner

Filed/Lodged Concurrently:

[1] Joint Status Report re Suggested Pre-Trial and Trial Dates

[2] [Proposed] Order re Pre-Trial and Trial Dates

Plaintiff Fiona Harvey ("Plaintiff") and Defendants Netflix, Inc. and Netflix Worldwide Entertainment, LLC (jointly, "Defendants"), by and through their counsel of record, stipulate as follows:

WHEREAS, on October 23, 2026, the Court ordered the parties to file a joint status report proposing new trial and pre-trial dates by November 9, 2026. Dkt. 80.

WHEREAS, concurrently with the filing of this Joint Stipulation, the parties are filing their Joint Status Report, which sets forth the parties' suggested pre-trial and trial dates.

THE PARTIES THEREFORE STIPULATE, and respectfully request that the Court enter an Order, as follows:

[1] The following shall be the pre-trial and trial dates in this matter.

| **Event** | **Date** |
|---|---|
| Last day to amend complaint/add parties | Mon, Dec 7, 2026 |
| Initial expert disclosures | Fri, Mar 26, 2027 |
| Rebuttal expert disclosures | Mon, Apr 19, 2027 |
| Fact and expert discovery cutoff | Fri, Apr 30, 2027 |
| Deadline to file all motions, including summary judgment motions, other than motions in limine ("MIL") | Wed, May 5, 2027 |
| Last day to complete ADR Procedure No. 2 (mediator from court panel) | Fri, May 21, 2027 |
| Opposition to motion(s) other than MILs | Tue, May 18, 2027 |
| Reply deadline on motion(s) other than MILs | Mon, May 24, 2027 |
| Motions in limine ("MIL") due | Tue, Jun 1, 2027 |
| Hearing on motion(s) other than MILs | Mon, Jun 7, 2027 |
| MIL oppositions due | Tue, Jun 15, 2027 |

| Event | Date |
|---|---|
| Memoranda of contentions of fact & law; joint witness and exhibit lists | Mon, Jun 21, 2027 |
| Plaintiff serves proposed jury instructions and verdict forms | Tue, Jun 22, 2027 |
| Defendants' objections to Plaintiff's proposed instructions and additional instructions | Tue, Jun 29, 2027 |
| MIL replies due | Tue, Jun 29, 2027 |
| Proposed final pretrial conference order lodged | Thu, Jul 1, 2027 |
| Deadline for filing proposed voir dire (optional) | Tue, Jul 6, 2027 |
| Plaintiff's objections to Defendants' instructions; meet-and-confer on jury instructions | Tue, Jul 6, 2027 |
| File joint and disputed jury instructions | Fri, Jul 9, 2027 |
| Short statement of expert qualifications and narratives of testimony | Wed, Jul 7, 2027 |
| Final pretrial conference (9:00 AM) | Mon, Jul 12, 2027 (9:00 AM) |
| Deadline for counsel to meet to stipulate re foundation, waiver, best evidence rule, and exhibits that may be received into evidence at start of trial | Fri, Jul 16, 2027 |
| File joint statement of the case | Mon, Jul 19, 2027 |
| Jury trial (10 court days) | Tue, Jul 27, 2027 (9:00 AM) |

[2] Except as modified by the schedule set forth above, the Court's Order for Jury Trial, Dkt. 66, remains in effect.

DATED: November 9, 2026

THE ROTH LAW FIRM, PLLC

By: */s/ Richard A. Roth*

RICHARD A. ROTH

Attorneys for Plaintiff

DATED: November 9, 2026

MUNGER, TOLLES & OLSON LLP

By: */s/ Brad D. Brian*

BRAD D. BRIAN

Attorneys for Defendants

## ATTESTATION REGARDING SIGNATURES

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized this filing.

DATED: November 9, 2026 MUNGER, TOLLES & OLSON LLP

By: */s/ Brad D. Brian*
BRAD D. BRIAN

Attorneys for Defendants