BRAD D. BRIAN (State Bar No. 79001)
brad.brian@mto.com
KELLY M. KLAUS (State Bar No. 161091)
kelly.klaus@mto.com
ROSE LEDA EHLER (State Bar No. 296523)
rose.ehler@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIONA HARVEY,<br><br>Plaintiff,<br><br>vs.<br><br>NETFLIX, INC., and NETFLIX WORLDWIDE ENTERTAINMENT, LLC,<br><br>Defendants. | Case No. 2:24-cv-04744-RGK-AJR<br><br>**DEFENDANTS' ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Judge: Hon. R. Gary Klausner |

Defendants Netflix, Inc. and Netflix Worldwide Entertainment, LLC (jointly, "Netflix" or "Defendants"), by and through their counsel of record, file their Answer and Affirmative Defenses to Plaintiff Fiona Harvey's ("Harvey" or "Plaintiff") First Amended Complaint ("FAC"), Dkt. 90. Below, Netflix uses the same paragraph numbers that Plaintiff uses in the FAC.

## ANSWER

The FAC includes at page 2, lines 1-2, an epigraph, which purports to characterize the content of *Baby Reindeer* (or the "Series"). To the extent the epigraph requires a response, Netflix avers that the Series, including the title card in Episode One, is the best evidence of its contents. Except as specifically admitted herein, Netflix denies each and every allegation in the epigraph.

1. All but the final sentence of Paragraph 1 purports to characterize the contents of the Series. Netflix avers that the Series is the best evidence of its contents. The final sentence of Paragraph 1 consists of a legal conclusion to which no response is required. To the extent a response is required to the final sentence of Paragraph 1, Netflix does not, at this time and for purposes of this case only, contest the Court's subject matter jurisdiction over this case. Except as specifically admitted herein, Netflix denies each and every allegation in Paragraph 1.

2. The allegations of Paragraph 2 consist of attorney arguments or legal conclusions to which no response is required. To the extent a response is required, Netflix avers that Plaintiff does not state a claim for right of publicity in the FAC, and Netflix denies each and every allegation in Paragraph 2.

3. The allegations of Paragraph 3 consist of attorney arguments or legal conclusions to which no response is required. To the extent a response is required, Netflix denies each and every allegation in Paragraph 3.

4. The allegations of Paragraph 4 consist of attorney arguments or legal conclusions to which no response is required. To the extent a response is required, Netflix denies each and every allegation in Paragraph 4.

5. Netflix denies each and every allegation in Paragraph 5.

6. The allegations of Paragraph 6 consist of attorney arguments or legal conclusions to which no response is required. To the extent a response is required, Netflix denies each and every allegation in Paragraph 6.

7. Netflix lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 7 and, on that basis, denies each and every allegation in Paragraph 7.

8. Netflix admits that Netflix, Inc. is a corporation organized and existing under the laws of the State of Delaware, with its principal place of business in Los Gatos, California. Netflix's numbers of paid subscribers and financial information are available in Netflix's public SEC filings. Netflix respectfully refers the Court to those filings for accuracy. Except as specifically admitted herein, Netflix denies each and every allegation in Paragraph 8.

9. Netflix admits that the Series is available on the Netflix streaming service and that Netflix, Inc. is the ultimate owner of the Netflix streaming service. Paragraph 9 purports to quote from Netflix, Inc.'s January 26, 2024 Form 10-K. Netflix avers that document is the best evidence of its contents. Except as specifically admitted herein, Netflix denies each and every allegation in Paragraph 9.

10. The allegation that "Netflix, Inc. is at home in Los Angeles" consists of attorney arguments or legal conclusions to which no response is required. To the extent a response is required, Netflix avers that Paragraph 10 purports to characterize Netflix, Inc.'s January 26, 2024 Form 10-K, and that that document is

the best evidence of its contents. Except as specifically admitted herein, Netflix denies each and every allegation in Paragraph 10.

11. Admitted.

12. Admitted.

13. Admitted.

14. Netflix admits that Netflix, Inc. or a subsidiary leased an event space called FYSEE at Sunset Las Palmas Studios in Hollywood in May and June 2024, and that Netflix, Inc. hosted events at the space during the lease. Except as specifically admitted herein, Netflix denies each and every allegation in Paragraph 14.

15. Paragraph 15 purports to quote from Netflix's Form 10-K. Netflix avers that that document is the best evidence of its contents. Except as specifically admitted herein, Netflix denies each and every allegation in Paragraph 15.

16. Paragraph 16 purports to quote from Netflix's Form 10-K. Netflix avers that that document is the best evidence of its contents. Except as specifically admitted herein, Netflix denies each and every allegation in Paragraph 16.

17. Netflix admits that it maintains internal business records regarding the number of subscribers to the Netflix streaming service, and regarding the company's revenues. Netflix further admits that it maintains internal business records about individual titles. Except as specifically admitted herein, Netflix denies each and every allegation in Paragraph 17.

18. Netflix admits that Netflix Worldwide Entertainment, LLC is a Delaware limited liability company with its principal place of business in Los Angeles, California. Netflix admits that Netflix Worldwide Entertainment, LLC owns the copyright in the Series. Except as specifically admitted herein, Netflix denies each and every allegation in Paragraph 18.

19. Netflix admits that Netflix, Inc. hosted a For Your Consideration screening of the Series in Los Angeles in May 2024. Netflix further admits that it submitted the Series for consideration for over a dozen Primetime Emmy Awards. Except as specifically admitted herein, Netflix denies each and every allegation in Paragraph 19.

20. Netflix admits that Netflix, Inc. hosted a screening of the Series at the FYSEE event space on June 1, 2024. Except as specifically admitted herein, Netflix denies each and every allegation in Paragraph 20.

21. The allegations of Paragraph 21 are legal conclusions to which no response is required. To the extent a response is required, Netflix does not, at this time and for purposes of this case only, contest that this Court has subject matter jurisdiction over this case. Except as specifically admitted herein, Netflix denies each and every allegation in Paragraph 21.

22. The allegations of Paragraph 22 are legal conclusions to which no response is required. To the extent a response is required, Netflix admits that this Court has personal jurisdiction over Netflix in this case. Netflix admits that Netflix, Inc. promoted and screened the Series in Los Angeles, California and elsewhere in connection with the Emmy Awards, held in Los Angeles on September 15, 2024. Except as specifically admitted herein, Netflix denies each and every allegation in Paragraph 22.

23. The allegations of Paragraph 23 are legal conclusions to which no response is required. To the extent a response is required, Netflix does not, for purposes of this case only, contest venue in this District. Except as specifically admitted herein, Netflix denies each and every allegation in Paragraph 23.

24. Netflix admits that the Series was adapted from a one-person stage play written and performed by Richard Gadd (the “Play”). Netflix avers that the Play is

the best evidence of its contents. Except as specifically admitted herein, Netflix denies each and every allegation in Paragraph 24.

25. Paragraph 25 purports to characterize the contents of the Series. Netflix avers that the Series is the best evidence of its contents. Except as specifically admitted herein, Netflix denies each and every allegation in Paragraph 25.

26. Admitted.

27. Netflix admits that the Series premiered on Netflix on April 11, 2024. Netflix admits that, as of May 8, 2024, there had been more than 56 million views of at least some part of the Series. Except as specifically admitted herein, Netflix denies each and every allegation in Paragraph 27.

28. Netflix admits that more than 80 million Netflix accounts streamed the Series in whole or in part. Except as specifically admitted herein, Netflix denies each and every remaining allegation in Paragraph 28.

29. Netflix admits that more than 80 million Netflix accounts streamed the Series in whole or in part. Netflix lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 29 regarding "people" and, on that basis, denies each and every remaining allegation in Paragraph 29.

30. Paragraph 30 consists of attorney arguments or legal conclusions to which no response is required. To the extent a response is required, Netflix denies each and every allegation in Paragraph 30.

31. Paragraph 31 purports to characterize a scene in the Series. Netflix avers that the Series is the best evidence of its contents. Except as specifically admitted herein, Netflix denies each and every allegation in Paragraph 31.

32. Netflix admits that Richard Gadd wrote and performed the Play, which is the best evidence of its contents. Except as specifically admitted herein, Netflix denies each and every allegation in Paragraph 32.

33. Paragraph 33 purports to characterize scenes in the Series. Netflix avers that the Series is the best evidence of its contents. Netflix denies that the Series depicts Plaintiff. Except as specifically admitted herein, Netflix denies each and every allegation in Paragraph 33.

34. Paragraph 34 purports to characterize the Series. Netflix avers that the Series is the best evidence of its contents. Except as specifically admitted herein, Netflix denies each and every allegation in Paragraph 34.

35. Paragraph 35 consists of attorney arguments or legal conclusions to which no response is required. To the extent a response is required, Netflix denies each and every allegation in Paragraph 35.

36. Netflix denies each and every allegation in Paragraph 36.

37. The allegations of Paragraph 37 consist of attorney arguments or legal conclusions to which no response is required. To the extent a response is required, Netflix denies each and every allegation in Paragraph 37.

38. Paragraph 38 purports to characterize the Series. Netflix avers that the Series is the best evidence of its contents. Except as specifically admitted herein, Netflix denies each and every allegation in Paragraph 38.

39. Paragraph 39 purports to characterize a scene in the Series. Netflix avers that the Series is the best evidence of its contents. Except as specifically admitted herein, Netflix denies each and every allegation in Paragraph 39.

40. Paragraph 40 purports to characterize a scene in the Series. Netflix avers that the Series is the best evidence of its contents. Except as specifically admitted herein, Netflix denies each and every allegation in Paragraph 40.

41. Paragraph 41 purports to characterize a scene in the Series. Netflix avers that the Series is the best evidence of its contents. Except as specifically admitted herein, Netflix denies each and every allegation in Paragraph 41.

42. Paragraph 42 purports to characterize statements by third-party Richard Gadd to GQ Magazine. Netflix avers that the GQ article is the best evidence of its contents. Netflix further avers that it lacks knowledge or information sufficient to form a belief as to what Richard Gadd said to GQ Magazine and, on that basis, denies each and every allegation in Paragraph 42.

43. Netflix lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 43 and, on that basis, denies each and every allegation in Paragraph 43.

44. Netflix lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 44 and, on that basis, denies each and every allegation in Paragraph 44.

45. Netflix lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 45 and, on that basis, denies each and every allegation in Paragraph 45.

46. Netflix lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 46 and, on that basis, denies each and every allegation in Paragraph 46.

47. Netflix lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 47 and, on that basis, denies each and every allegation in Paragraph 47.

48. Netflix lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 48 and, on that basis, denies each and every allegation in Paragraph 48.

49. Netflix lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 49 and, on that basis, denies each and every allegation in Paragraph 49.

50. The allegations of Paragraph 50 consist of attorney arguments or legal conclusions to which no response is required. To the extent a response is required, Netflix denies each and every allegation in Paragraph 50.

51. Paragraph 51 purports to characterize the contents of the Series. Netflix avers that the Series is the best evidence of its contents. Except as specifically admitted herein, Netflix denies each and every allegation in Paragraph 51.

52. Netflix lacks knowledge or information sufficient to form a belief as to Plaintiff's allegations about her personal appearance or her manner of speaking and cadence. On that basis, Netflix denies all allegations in Paragraph 52 that describe Plaintiff's personal appearance or manner of speaking and cadence. The remaining allegations in Paragraph 52 consist of attorney arguments or legal conclusions to which no response is required. To the extent a response is required, Netflix denies each and every one of those allegations in Paragraph 52.

53. The allegations of Paragraph 53 consist of attorney arguments or legal conclusions to which no response is required. To the extent a response is required, Netflix denies each and every allegation in Paragraph 53.

54. To the extent Paragraph 54 attempts to characterize statements by third-party Richard Gadd to GQ Magazine, Netflix avers that the GQ article is the best evidence of its contents. Netflix further avers that it lacks knowledge or information sufficient to form a belief as to what Richard Gadd said to GQ Magazine and, on that basis, denies each and every remaining allegation in Paragraph 54.

55. The allegations of Paragraph 55 consist of attorney arguments or legal conclusions to which no response is required. To the extent a response is required, Netflix denies each and every allegation in Paragraph 55.

56. The allegations of Paragraph 56 consist of attorney arguments or legal conclusions to which no response is required. To the extent a response is required, Paragraph 56 purports to characterize a different Netflix series, a media article, and pleadings filed in a separate lawsuit by third-party Andrew Colborn. Netflix avers that all such materials are the best evidence of their contents. Netflix further avers that Netflix, Inc. prevailed on summary judgment in the lawsuit brought by Andrew Colborn. Netflix denies that any of the allegations in Paragraph 56 have any relevance whatsoever to this action. Except as specifically admitted herein, Netflix denies each and every allegation in Paragraph 56.

57. Paragraph 57 purports to characterize statements attributed to third-party Richard Gadd in an article published in the Hollywood Reporter. Netflix avers that the article is the best evidence of its contents. Netflix further avers that it lacks knowledge or information sufficient to form a belief as to what Richard Gadd said to the Hollywood Reporter and, on that basis, denies each and every allegation in Paragraph 57.

58. Netflix lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 58 and, on that basis, denies each and every allegation in Paragraph 58.

59. Netflix lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 59 and, on that basis, denies each and every allegation in Paragraph 59.

60. Netflix lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 60 and, on that basis, denies each and every allegation in Paragraph 60.

61. Netflix admits that Netflix promoted the Series and that the Series has received awards and acclaim. The allegations of Paragraph 61 otherwise consist of attorney arguments or legal conclusions to which no response is required. To the extent a response is required, then except as specifically admitted herein, Netflix denies each and every allegation in Paragraph 61.

62. Netflix denies each and every allegation in Paragraph 62.

63. Paragraph 63 purports to characterize a scene in the Series. Netflix avers that the Series is the best evidence of its contents. Except as specifically admitted herein, Netflix denies each and every allegation in Paragraph 63.

64. Paragraph 64 purports to characterize a scene in the Series. Netflix avers that the Series is the best evidence of its contents. Except as specifically admitted herein, Netflix denies each and every allegation in Paragraph 64.

65. The allegations of Paragraph 65 consist of attorney arguments or legal conclusions to which no response is required. To the extent a response is required, (a) Netflix lacks knowledge or information sufficient to form a belief as to Plaintiff's allegation that she is afraid to go outside and, on that basis, denies the allegation; and (b) Netflix denies each and every other allegation in Paragraph 65.

66. Paragraph 66 purports to quote from Netflix's Form 10-K. Netflix avers that that document is the best evidence of its contents. Except as specifically admitted herein, Netflix denies each and every allegation in Paragraph 66.

67. The allegations of Paragraph 67 consist of attorney arguments or legal conclusions to which no response is required. To the extent a response is required, Netflix denies each and every allegation in Paragraph 67.

68. Netflix lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 68 and, on that basis, denies each and every allegation in Paragraph 68.

69. Paragraph 69 purports to characterize the contents of the Series. Netflix avers that the Series is the best evidence of its contents. Except as specifically admitted herein, Netflix denies each and every allegation in Paragraph 69.

70. Paragraph 70 purports to characterize a scene in the Series. Netflix avers that the Series is the best evidence of its contents. Except as specifically admitted herein, Netflix denies each and every allegation in Paragraph 70.

71. Paragraph 71 purports to characterize a scene in the Series. Netflix avers that the Series is the best evidence of its contents. Except as specifically admitted herein, Netflix denies each and every allegation in Paragraph 71.

72. Paragraph 72 purports to characterize a scene in the Series. Netflix avers that the Series is the best evidence of its contents. Netflix denies that the Series depicts Plaintiff. Except as specifically admitted herein, Netflix denies each and every allegation in Paragraph 72.

73. Paragraph 73 purports to characterize a scene in the Series. Netflix avers that the Series is the best evidence of its contents. Netflix denies that the Series makes any claim about Plaintiff. Except as specifically admitted herein, Netflix denies each and every allegation in Paragraph 73.

74. Netflix lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 74 and, on that basis, denies each and every allegation in Paragraph 74.

75. The allegations of Paragraph 75 consist of attorney arguments or legal conclusions to which no response is required. To the extent a response is required, Netflix (a) denies that the Series makes any claim about Plaintiff, and (b) denies each and every other allegation in Paragraph 75.

76. Paragraph 76 purports to characterize a scene in the Series. Netflix avers that the Series is the best evidence of its contents. Netflix denies that the

Series depicts Plaintiff. Except as specifically admitted herein, Netflix denies each and every allegation in Paragraph 76.

77. The allegations of Paragraph 77 consist of attorney arguments or legal conclusions to which no response is required. To the extent a response is required, Netflix avers that Paragraph 77 purports to characterize a scene in the Series, and the Series is the best evidence of its contents. Netflix denies that the Series depicts Plaintiff. Netflix lacks knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 77 and, on that basis, denies those allegations.

78. Paragraph 78 purports to characterize the contents of the Series. Netflix avers that the Series is the best evidence of its contents. Netflix denies that the Series depicts Plaintiff. Except as specifically admitted herein, Netflix denies each and every allegation in Paragraph 78.

79. Paragraph 79 purports to characterize a scene in the Series. Netflix avers that the Series is the best evidence of its contents. Netflix denies that the Series depicts Plaintiff. Except as specifically admitted herein, Netflix denies each and every allegation in Paragraph 79.

80. Paragraph 80 purports to characterize a scene in the Series. Netflix avers that the Series is the best evidence of its contents. Netflix denies that the Series depicts Plaintiff. Except as specifically admitted herein, Netflix denies each and every allegation in Paragraph 80.

81. The allegations of Paragraph 81 consist of attorney arguments or legal conclusions to which no response is required. To the extent a response is required, (a) Netflix lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations about what Plaintiff did or did not do with respect to a police officer or what a police detective ever told Mr. Gadd about Plaintiff and, on

that basis, denies those allegations, and (b) denies each and every remaining allegation in Paragraph 81.

82. Paragraph 82 purports to characterize a scene in the Series. Netflix avers that the Series is the best evidence of its contents. Netflix denies that the Series depicts Plaintiff. Except as specifically admitted herein, Netflix denies each and every allegation in Paragraph 82.

83. Netflix lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 83 and, on that basis, denies each and every allegation in Paragraph 83.

84. Netflix admits that Netflix, Inc. is the ultimate owner of the entity that operates the Tudum website, and that the URL of the website is Netflix.com/tudum. Except as specifically admitted herein, Netflix denies each and every allegation in Paragraph 84.

85. Netflix admits that the article entitled, "What is Baby Reindeer? The True Story and New Series Explained," written by Christopher Hudspeth, was posted to Tudum. Netflix avers that the article is the best evidence of its contents. Except as specifically admitted herein, Netflix denies each and every allegation in Paragraph 85.

86. Paragraph 86 purports to characterize the Tudum article. Netflix avers that the Tudum article is the best evidence of its contents. Except as specifically admitted herein, Netflix denies each and every allegation in Paragraph 86.

87. The allegations of Paragraph 87 consist of attorney arguments or legal conclusions to which no response is required. To the extent a response is required, Netflix denies each and every allegation in Paragraph 87.

88. The allegations of Paragraph 88 consist of attorney arguments or legal conclusions to which no response is required. To the extent a response is required, Netflix denies each and every allegation in Paragraph 88.

89. Netflix admits that Benjamin King, Netflix's Senior Director of Public Policy, appeared before the House of Commons Culture, Media and Sport Committee in May 2024. Except as specifically admitted herein, Netflix denies each and every allegation in Paragraph 89.

90. Paragraph 90 purports to characterize parliamentary proceedings. Netflix avers that the official transcript of those proceedings is the best evidence of the contents of those proceedings. Except as specifically admitted herein, Netflix denies each and every allegation in Paragraph 90.

91. Paragraph 91 purports to quote testimony provided by Mr. King in a parliamentary proceeding. Netflix avers that the official transcript of the proceedings is the best evidence of its contents. Except as specifically admitted herein, Netflix denies each and every allegation in Paragraph 91.

92. Netflix lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 92 and, on that basis, denies each and every allegation in Paragraph 92.

93. Netflix admits that Mr. Nicolson sent Mr. King a letter dated May 17, 2024. Netflix avers that the letter from Mr. Nicolson is the best evidence of its contents. Except as specifically admitted herein, Netflix denies each and every allegation in Paragraph 93.

94. The allegations in Paragraph 94 purport to characterize Mr. King's letter written to the Culture, Media and Sport Committee of the House of Commons. Netflix avers that Mr. King's letter is the best evidence of its contents. Except as specifically admitted herein, Netflix denies each and every allegation in Paragraph 94.

95. Netflix admits that Mr. King sent a letter dated May 23, 2024 to the Culture, Media and Sport Committee of the House of Commons. Netflix avers that

the letter is the best evidence of its contents. Except as specifically admitted herein, Netflix denies each and every allegation in Paragraph 95.

96. Netflix denies that it has confirmed that it knew it made any statements in the Series about Plaintiff or that it knew any statements about Plaintiff were false. Netflix admits that a title card in the first episode of the Series states "This is a true story." Except as specifically admitted herein, Netflix denies each and every allegation in Paragraph 96.

97. Paragraph 97 consists of attorney arguments or legal conclusions to which no response is required. To the extent a response is required, Netflix (a) avers that Paragraph 97 purports to characterize the contents of the Series, and that the Series is the best evidence of its contents, and (b) denies that the Series depicts Plaintiff. Except as specifically admitted herein, Netflix denies each and every allegation in Paragraph 97.

98. Netflix denies that the Series makes any statements about Plaintiff. Netflix avers that it did not have any obligation to contact Plaintiff, and admits that Netflix did not contact Plaintiff. Netflix lacks knowledge or information sufficient to form a belief as to the conduct of third-party Richard Gadd and, on that basis, denies the allegations as to Mr. Gadd. Except as specifically admitted herein, Netflix denies each and every allegation in Paragraph 98.

99. Netflix avers that it was not obligated to contact any governmental authority regarding whether Plaintiff had ever been convicted of a crime, and admits that Netflix did not contact any governmental authority about whether Plaintiff had been convicted of a crime. Except as specifically admitted herein, Netflix denies each and every allegation in Paragraph 99.

100. The allegations of Paragraph 100 consist of attorney arguments or legal conclusions to which no response is required. To the extent a response is required, Netflix denies each and every allegation in Paragraph 100.

101. Netflix admits that the Series has received acclaim from critics and viewers. Except as specifically admitted herein, Netflix denies each and every allegation in Paragraph 101.

102. Paragraph 102 purports to characterize statements allegedly made by Ted Sarandos in an unidentified publication. To the extent Paragraph 102 is intended to quote from an interview of Mr. Sarandos published in *The New York Times* on or about May 25, 2024, Netflix admits that Mr. Sarandos stated during the interview that the Series "g[ot] picked up in the algorithm and start[ed] getting more and more presented." Netflix further avers that Paragraph 102 incompletely quotes Mr. Sarandos's statements regarding the Series, and that the published interview is the best evidence of its contents. Netflix further admits that Mr. Sarandos is the Co-Chief Executive Officer of Netflix, Inc. Except as specifically admitted herein, Netflix denies each and every allegation in Paragraph 102.

103. Netflix admits that its streaming service includes a feature called "autoplay." Except as specifically admitted herein, Netflix denies each and every allegation in Paragraph 103.

104. Netflix admits that its streaming service includes a feature called "autoplay." Except as specifically admitted herein, Netflix denies each and every allegation in Paragraph 104.

105. The allegations of Paragraph 105 consist of attorney arguments or legal conclusions to which no response is required. To the extent a response is required, Netflix denies that the Series depicts Plaintiff. Except as specifically admitted herein, Netflix denies each and every allegation in Paragraph 105.

106. Netflix denies that it intended for the Series to state any facts about Plaintiff. The balance of the allegations in Paragraph 106 consist of attorney arguments or legal conclusions to which no response is required. To the extent a

response is required, Netflix denies each and every one of the other allegations in Paragraph 106.

107. Netflix denies each and every allegation in Paragraph 107.

108. Paragraph 108 purports to characterize advertisements for the Series. Netflix avers that any promotional materials themselves are the best evidence of their contents. Except as specifically admitted herein, Netflix denies each and every allegation in Paragraph 108.

109. Netflix denies that any of its promotional materials for the Series say anything about Plaintiff. Paragraph 109 purports to characterize social media posts. Netflix avers that the cited Facebook and X posts are the best evidence of their contents. Except as specifically admitted herein, Netflix denies each and every allegation in Paragraph 109.

110. Paragraph 110 consists of attorney arguments or legal conclusions to which no response is required. To the extent a response is required, Netflix denies each and every allegation in Paragraph 110.

111. Admitted.

112. Admitted.

113. Netflix admits that in or around March 2020 it acquired the rights to produce and stream a limited series based on the Play. Except as specifically admitted herein, Netflix denies each and every allegation in Paragraph 113.

114. Paragraph 114 purports to characterize the contents of the Play. Netflix avers that the Play is the best evidence of its contents. Except as specifically admitted herein, Netflix denies each and every allegation in Paragraph 114.

115. The allegations of Paragraph 115 consist of attorney arguments or legal conclusions to which no response is required. To the extent a response is required, Netflix denies each and every allegation in Paragraph 115.

116. The allegations of Paragraph 116 purport to quote statements attributed to third-party Richard Gadd in an article. Netflix avers that the article referenced in Paragraph 116 is the best evidence of its contents. Netflix further avers that it lacks knowledge or information sufficient to form a belief as to what Richard Gadd said to The Guardian and, on that basis, denies those allegations. Except as specifically admitted herein, Netflix denies each and every allegation in Paragraph 116.

117. The allegations of Paragraph 117 consist of attorney arguments or legal conclusions to which no response is required. To the extent a response is required, Netflix denies each and every allegation in Paragraph 117.

118. The allegations in Paragraph 118 purport to characterize the contents of the Play and the Series. Netflix avers that each of the Play and the Series is the best evidence of its own contents. The allegations in Paragraph 118 about "details" being "false and defamatory" are attorney arguments or legal conclusions to which no response is required. To the extent a response is required, and except as specifically admitted herein, Netflix denies each and every allegation in Paragraph 118.

119. The allegations in Paragraph 119 purport to characterize the contents of the Play. Netflix avers that the Play is the best evidence of its contents. Except as specifically admitted herein, Netflix denies each and every allegation in Paragraph 119.

120. The allegations in Paragraph 120 purport to characterize the contents of the Play. Netflix avers that the Play is the best evidence of its contents. Except as specifically admitted herein, Netflix denies each and every allegation in Paragraph 120.

121. The allegations in Paragraph 121 purport to characterize the contents of the Play. Netflix avers that the Play is the best evidence of its contents. Except as

specifically admitted herein, Netflix denies each and every allegation in Paragraph 121.

122. The allegations in Paragraph 122 purport to characterize the contents of the Play and the Series. Netflix avers that each of the Play and the Series is the best evidence of its own contents. Except as specifically admitted herein, Netflix denies each and every allegation in Paragraph 122.

123. The allegations in Paragraph 123 purport to characterize the contents of the Play. Netflix avers that the Play is the best evidence of its contents. Except as specifically admitted herein, Netflix denies each and every allegation in Paragraph 123.

124. The allegations in Paragraph 124 purport to characterize the contents of the Play. Netflix avers that the Play is the best evidence of its contents. Except as specifically admitted herein, Netflix denies each and every allegation in Paragraph 124.

125. The allegations of Paragraph 125 consist of attorney arguments or legal conclusions to which no response is required. To the extent a response is required, Netflix (a) avers that each of the Play and the Series is the best evidence of its own contents, (b) denies that the Series makes any statement about Plaintiff, and (c) except as specifically admitted herein, denies each and every allegation in Paragraph 125.

126. The allegations of Paragraph 126 consist of attorney arguments or legal conclusions to which no response is required. To the extent a response is required, Netflix (a) avers that each of the Play and the Series is the best evidence of its own contents, (b) denies that the Series makes any statement about Plaintiff, and (c) except as specifically admitted herein, denies each and every allegation in Paragraph 126.

127. The allegations of Paragraph 127 consist of attorney arguments or legal conclusions to which no response is required. To the extent a response is required, Netflix (a) avers that each of the Play and the Series is the best evidence of its own contents, (b) denies that the Series makes any statement about Plaintiff, and (c) except as specifically admitted herein, denies each and every allegation in Paragraph 127.

128. The allegation in Paragraph 128 that Netflix had notice that details about Plaintiff in the Series were extremely likely to be false consists of attorney arguments or legal conclusions to which no response is required. To the extent a response is required, Netflix denies that there were any details about Plaintiff in the Series or that the Series made any statement about Plaintiff that was likely (or extremely likely) to be false. Netflix denies each and every remaining allegation in Paragraph 128.

129. Paragraph 129 purports to characterize the contents of an article in *The Sunday Times*. Netflix avers that the cited article is the best evidence of its contents. Except as specifically admitted herein, Netflix denies each and every allegation in Paragraph 129.

130. The allegations of Paragraph 130 consist of attorney arguments or legal conclusions to which no response is required. To the extent a response is required, Netflix denies each and every allegation in Paragraph 130.

131. The allegations of Paragraph 131 consist of attorney arguments or legal conclusions to which no response is required. To the extent a response is required, Netflix denies each and every allegation in Paragraph 131.

132. The allegations in Paragraph 132 purport to characterize the contents of statements attributed to third-party Richard Gadd in an article in GQ Magazine. Netflix avers that the article is the best evidence of its contents. Netflix further avers that it lacks knowledge or information sufficient to form a belief as to what

Richard Gadd said to GQ Magazine and, on that basis, denies each and every allegation in Paragraph 132.

133. The allegations in Paragraph 133 purport to characterize the contents of statements attributed to third-party Richard Gadd in an article in GQ Magazine. Netflix avers that the article is the best evidence of its contents. Netflix further avers that it lacks knowledge or information sufficient to form a belief as to what Richard Gadd said to GQ Magazine and, on that basis, denies each and every allegation in Paragraph 133.

134. The allegations in Paragraph 134 purport to characterize the contents of statements attributed to third-party Richard Gadd in an article in Variety. Netflix avers that the article is the best evidence of its contents. Netflix further avers that it lacks knowledge or information sufficient to form a belief as to what Richard Gadd said to Variety and, on that basis, denies each and every allegation in Paragraph 134.

135. The allegations in Paragraph 135 purport to characterize the contents of statements attributed to third-party Richard Gadd in an article in The Guardian. Netflix avers that the article is the best evidence of its contents. Netflix further avers that it lacks knowledge or information sufficient to form a belief as to what Richard Gadd said to The Guardian and, on that basis, denies each and every allegation in Paragraph 135.

136. The allegations of Paragraph 136 consist of attorney arguments or legal conclusions to which no response is required. To the extent a response is required, Netflix (a) avers that the allegations purport to characterize the contents of the Series, which is the best evidence of its own contents; (b) denies that the Series shows or makes any statements about Plaintiff; and (c) except as specifically admitted herein, denies each and every allegation in Paragraph 136.

137. The allegations in Paragraph 137 purport to characterize the contents of statements attributed to third-party Richard Gadd in an interview with The

Hollywood Reporter. Netflix avers that the interview is the best evidence of its contents. Netflix further avers that it lacks knowledge or information sufficient to form a belief as to what Richard Gadd said to the Hollywood Reporter and, on that basis, denies each and every allegation in Paragraph 137.

138. The allegations of Paragraph 138 consist of attorney arguments or legal conclusions to which no response is required. To the extent a response is required, Netflix (a) avers that the allegations purport to characterize the contents of the Play and of the Series, each of which is the best evidence of its own contents; (b) denies that the Series shows or makes any statements about Plaintiff; and (c) except as specifically admitted herein, denies each and every allegation in Paragraph 138.

139. Netflix admits that the Play was source material for the Series. The allegations of Paragraph 139 purport to characterize the contents of the Play and of the Series. Netflix avers that each of the Play and the Series is the best evidence of its own contents. The allegation in Paragraph 139 that anything in the Play put Netflix on notice that details in the Series were likely false consists of attorney arguments or legal conclusions to which no response is required. To the extent a response is required to that allegation, Netflix denies it. Except as specifically admitted herein, Netflix denies each and every allegation in Paragraph 139.

140. The allegations of Paragraph 140 consist of attorney arguments or legal conclusions to which no response is required. To the extent a response is required, Netflix denies each and every allegation in Paragraph 140.

141. Paragraph 141 purports to characterize the contents of the Series. Netflix avers that the Series is the best evidence of its contents. Except as specifically admitted herein, Netflix denies each and every allegation in Paragraph 141.

142. The allegations of Paragraph 142 purport to characterize the contents of the Series. Netflix avers that the Series is the best evidence of its contents. Except

as specifically admitted herein, Netflix denies each and every allegation in Paragraph 142.

143. The allegations of Paragraph 143 consist of attorney arguments or legal conclusions to which no response is required. To the extent a response is required, Netflix (a) avers that the allegations purport to characterize the contents of the Play and of the Series, each of which is the best evidence of its own contents; (b) denies that the Series shows or makes any statements about Plaintiff; and (c) except as specifically admitted herein, denies each and every allegation in Paragraph 143.

144. The allegations of Paragraph 144 consist of attorney arguments or legal conclusions to which no response is required. To the extent a response is required, Netflix denies each and every allegation in Paragraph 144.

145. Netflix lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 145 and, on that basis, denies each and every allegation in Paragraph 145.

146. The allegations of Paragraph 146 purport to characterize the contents of an article in The Sunday Times. Netflix avers that article is the best evidence of its contents. Except as specifically admitted herein, Netflix denies each and every allegation in Paragraph 146.

147. Netflix lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 147, including because they are so vague, ambiguous and/or susceptible to multiple different interpretations and, on that basis, denies each and every allegation in Paragraph 147.

148. The allegations in Paragraph 148 purport to characterize the contents of a declaration filed in this action. Netflix admits that the declaration contained the statement, "Netflix understood that the Series was a fictionalised work based on Richard Gadd's real life experiences, which Richard used as an inspiration for the *Baby Reindeer* play and the Series." Netflix avers that the declaration is the best

evidence of its contents. Except as specifically admitted herein, Netflix denies each and every allegation in Paragraph 148.

149. Netflix denies each and every allegation in Paragraph 149.

150. The allegations of Paragraph 150 consist of attorney arguments or legal conclusions to which no response is required. To the extent a response is required, Netflix denies each and every allegation in Paragraph 150.

151. Netflix denies each and every allegation in Paragraph 151.

152. Netflix denies that it admitted in writing to the House of Commons that it knew Plaintiff was never convicted of a crime. The allegation in Paragraph 152 about Netflix stating the Series was (or is) a true story purports to characterize the contents of the Series. Netflix avers that the Series is the best evidence of its contents. The second sentence of Paragraph 152 consists of attorney arguments or legal conclusions to which no response is required. To the extent a response is required, Netflix denies each and every allegation in the second sentence of Paragraph 152. Except as specifically admitted herein, Netflix denies each and every allegation in Paragraph 152.

153. The allegations in Paragraph 153 about "Netflix's sworn admissions" appear to be intended to characterize the contents of a declaration filed in this action. Netflix avers that the declaration (Ex. 2 to the FAC) is the best evidence of its contents. The allegation in Paragraph 153 about a title card in the Series purports to characterize the contents of the Series. Netflix avers that the Series is the best evidence of its contents. Except as specifically admitted herein, Netflix denies each and every allegation in Paragraph 153.

154. The allegations of Paragraph 154 consist of attorney arguments or legal conclusions to which no response is required. To the extent a response is required, Netflix denies each and every allegation in Paragraph 154.

155. The allegations of Paragraph 155 consist of attorney arguments or legal conclusions to which no response is required. To the extent a response is required, Netflix (a) denies that it made any statement or admission (in writing or otherwise) to the Culture, Media and Sport Committee of the House of Commons that Plaintiff had never been convicted; (b) denies that the Series makes any statement about Plaintiff; and (c) denies each and every remaining allegation in Paragraph 155.

156. The allegations of Paragraph 156 consist of attorney arguments or legal conclusions to which no response is required. To the extent a response is required, Netflix (a) denies that it made the admission alleged in Paragraph 155 (and incorporated by Plaintiff in this Paragraph); (b) admits that the Series remains available on Netflix, and that the Series, including the title card in Episode One, is the best evidence of its contents; and (c) except as specifically admitted herein, denies each and every allegation in Paragraph 156.

157. Netflix lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 157 and, on that basis, denies each and every allegation in Paragraph 157.

158. The allegations of Paragraph 158 consist of attorney arguments or legal conclusions to which no response is required. To the extent a response is required, Netflix denies each and every allegation in Paragraph 158.

159. The allegations of Paragraph 159 purport to characterize an article published on Tudum. Netflix avers that article is the best evidence of its contents. Except as specifically admitted herein, Netflix denies each and every allegation in Paragraph 159.

160. The allegations of Paragraph 160 consist of attorney arguments or legal conclusions to which no response is required. To the extent a response to the allegations is required, Netflix admits that more than 80 million Netflix accounts

streamed the Series in whole or in part. Except as specifically admitted herein, Netflix denies each and every remaining allegation in Paragraph 160.

161. Netflix admits that the Series premiered on its streaming service in April 2024. The remaining allegations of Paragraph 161 purport to characterize the contents of Netflix's 2024 second quarter earnings report. Netflix avers that the report is the best evidence of its contents. Except as specifically admitted herein, Netflix denies each and every allegation in Paragraph 161.

162. Netflix admits that the Series and Richard Gadd won Emmy Awards in 2024. Except as specifically admitted herein, Netflix denies each and every allegation in Paragraph 162.

163. Netflix admits that the Series won a Golden Globe Award. Except as specifically admitted herein, Netflix denies each and every allegation in Paragraph 163.

164. Netflix admits that the Series and Richard Gadd received recognition at awards ceremonies. Netflix lacks knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 164 and, on that basis, denies each and every remaining allegation in Paragraph 164.

165. Netflix admits that Netflix has entered into an agreement with Richard Gadd concerning future projects. Except as specifically admitted herein, Netflix denies each and every allegation in Paragraph 165.

166. Netflix denies each and every allegation in Paragraph 166.

167. Netflix denies each and every allegation in Paragraph 167.

168. The allegations of Paragraph 168 consist of attorney arguments or legal conclusions to which no response is required. To the extent a response is required, Netflix denies each and every allegation in Paragraph 168.

169. The allegations of Paragraph 169 consist of attorney arguments or legal conclusions to which no response is required. To the extent a response is required,

Netflix avers that Paragraph 169 purports to characterize statements allegedly made by Anne Mensah and Ted Sarandos at the Edinburgh TV Festival and to *The Times of London*, respectively. Netflix further avers that Paragraph 169 incompletely quotes Ms. Mensah's and Mr. Sarandos's statements regarding the Series, and that the published *Deadline* and *The Times of London* articles are the best evidence of their contents. Except as specifically admitted herein, Netflix denies each and every allegation in Paragraph 169.

170. The allegations of Paragraph 170 purport to quote statements of Ted Sarandos in an article in *The Times of London*. Netflix avers that article is the best evidence of its contents. Except as specifically admitted herein, Netflix denies each and every allegation in Paragraph 170.

171. The allegations of Paragraph 171 consist of attorney arguments or legal conclusions to which no response is required. To the extent a response is required, Netflix denies each and every allegation in Paragraph 171.

172. The allegations of Paragraph 172 consist of attorney arguments or legal conclusions to which no response is required. To the extent a response is required, Netflix denies each and every allegation in Paragraph 172.

173. Netflix admits that the Series received Emmy Award nominations and won awards, including for Outstanding Limited or Anthology Series and that more than 80 million Netflix accounts streamed the Series in whole or in part. Except as specifically admitted herein, Netflix denies each and every allegation in Paragraph 173.

174. Netflix denies each and every allegation in Paragraph 174. Netflix does not waive, and expressly preserves, the attorney-client privilege and work-product protection.

175. Netflix admits that Jessica Gunning was cast as "Martha" and that Helen Ashton was a crewmember on the Series. Netflix denies that the Series

depicts Plaintiff. Except as specifically admitted herein, Netflix denies each and every allegation in Paragraph 175.

176. Paragraph 176 purports to characterize statements by third-party Richard Gadd. Netflix avers that the statements are the best evidence of their contents. The allegations in the second sentence of Paragraph 176 consist of attorney arguments or legal conclusions to which no response is required. To the extent a response is required, Netflix denies each and every allegation in Paragraph 176.

177. Paragraph 177 purports to characterize a Tudum article. Netflix avers that the Tudum article is the best evidence of its contents. Except as specifically admitted herein, Netflix denies each and every allegation in Paragraph 177.

178. Netflix lacks knowledge or information sufficient to form a belief as to Plaintiff's allegations about her age and residence. On that basis, Netflix denies all allegations in Paragraph 178 that describe Plaintiff's personal circumstances. Netflix further denies the allegations about Andrew Colborn and the documentary "Making a Murderer." The remaining allegations in Paragraph 178 consist of attorney arguments or legal conclusions to which no response is required. To the extent a response is required, Netflix denies each and every one of those allegations in Paragraph 178.

179. Netflix denies each and every allegation in Paragraph 179.

180. Netflix admits that the Series is currently available on Netflix, and avers that the title card in Episode One is the best evidence of its contents. Except as specifically admitted herein, Netflix denies each and every allegation in Paragraph 180.

181. The allegations of Paragraph 181 consist of attorney arguments or legal conclusions to which no response is required. To the extent a response is required, Netflix denies each and every allegation in Paragraph 181.

182. Netflix repeats and re-alleges its answers to Paragraphs 1 through 181 as if fully set forth herein.

183. The allegations of Paragraph 183 purport to characterize the contents of the Series. Netflix avers that the Series is the best evidence of its contents. Netflix denies that the Series makes any statement about Plaintiff. Except as specifically admitted herein, Netflix denies each and every allegation in Paragraph 183.

184. Netflix denies that the Series made any statement about Plaintiff. Netflix lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegation that any particular scene Plaintiff may intend to incorporate by reference was viewed more than 80 million times and, on that basis, denies each and every such allegation. Except as specifically admitted herein, Netflix denies each and every remaining allegation in Paragraph 184.

185. The allegations of Paragraph 185 purport to characterize a statement appearing in an article on the Tudum website. Netflix avers that that article is the best evidence of its contents. Except as specifically admitted herein, Netflix denies each and every allegation in Paragraph 185.

186. The allegations of Paragraph 186 consist of attorney arguments or legal conclusions to which no response is required. To the extent a response is required, Netflix denies each and every allegation in Paragraph 186.

187. The allegations of Paragraph 187 consist of attorney arguments or legal conclusions to which no response is required. To the extent a response is required, Netflix denies each and every allegation in Paragraph 187.

188. Netflix denies each and every allegation in Paragraph 188.

189. The allegations in Paragraph 189 purport to characterize the contents of a declaration filed in this action. Netflix avers that the declaration is the best evidence of its contents. Except as specifically admitted herein, Netflix denies each and every allegation in Paragraph 189.

190. The allegations of Paragraph 190 consist of attorney arguments or legal conclusions to which no response is required. To the extent a response is required, Netflix denies each and every allegation in Paragraph 190.

191. The allegations of Paragraph 191 consist of attorney arguments or legal conclusions to which no response is required. To the extent a response is required, Netflix denies each and every allegation in Paragraph 191.

192. The allegations of Paragraph 192 consist of attorney arguments or legal conclusions to which no response is required. To the extent a response is required, Netflix denies each and every allegation in Paragraph 192.

193. The allegations of Paragraph 193 consist of attorney arguments or legal conclusions to which no response is required. To the extent a response is required, Netflix denies each and every allegation in Paragraph 193.

194. Netflix repeats and re-alleges its answers to Paragraphs 1 through 193 as if fully set forth herein.

195. The allegations of Paragraph 195 consist of attorney arguments or legal conclusions to which no response is required. To the extent a response is required, Netflix denies each and every allegation in Paragraph 195.

196. The allegations of Paragraph 196 consist of attorney arguments or legal conclusions to which no response is required. To the extent a response is required, Netflix denies each and every allegation in Paragraph 196.

197. The allegations of Paragraph 197 consist of attorney arguments or legal conclusions to which no response is required. To the extent a response is required, Netflix denies each and every allegation in Paragraph 197.

198. The allegations of Paragraph 198 consist of attorney arguments or legal conclusions to which no response is required. To the extent a response is required, Netflix denies each and every allegation in Paragraph 198.

199. The allegations of Paragraph 199 consist of attorney arguments or legal conclusions to which no response is required. To the extent a response is required, Netflix denies each and every allegation in Paragraph 199.

200. The allegations of Paragraph 200 consist of attorney arguments or legal conclusions to which no response is required. To the extent a response is required, Netflix denies each and every allegation in Paragraph 200.

201. The allegations of Paragraph 201 consist of attorney arguments or legal conclusions to which no response is required. To the extent a response is required, Netflix denies each and every allegation in Paragraph 201.

202. Paragraph 202 (captioned “Jury Demand”) contains no allegation of fact and requires no response. To the extent a response is required, Netflix denies each and every allegation in Paragraph 202.

203. Paragraph 203 (captioned “Preservation Notice”) contains no allegation of fact and requires no response. The inclusion of a purported Preservation Notice in a pleading is not authorized by Fed. R. Civ. P. 7 or 8(a) and does not belong in a complaint. To the extent a response is required, Netflix denies each and every allegation in Paragraph 203.

## JURY DEMAND

Netflix demands a jury on all questions triable by jury.

## GENERAL DENIAL

Each numbered paragraph in this Answer responds to the identically numbered paragraph in the FAC. Netflix denies all allegations, declarations, claims, or assertions in the FAC that are not specifically admitted in this Answer. To the extent the headings contained in the FAC constitute allegations, such allegations are denied.

## AFFIRMATIVE DEFENSES

Further responding to the FAC, Netflix asserts the following defenses. By including any of these defenses in this section, Netflix does not admit to having the burden of proof and/or the burden of persuasion with respect to any of these defenses. By designating the following as defenses, Netflix does not in any way waive or limit any defenses that are or may be raised by its denials, allegations, and averments set forth herein. The defenses are pleaded in the alternative, are raised to preserve Netflix's right to assert such defenses, and are raised without prejudice to Netflix's ability to raise other and further defenses. Netflix reserves the right to amend, supplement, and/or otherwise modify this Answer, including, without limitation, the right to assert additional defenses that become known to it through discovery or otherwise.

## FIRST AFFIRMATIVE DEFENSE

Plaintiff's claims are barred because the challenged works and statements are privileged and protected by the First and Fourteenth Amendments to the United States Constitution and Article I, Section 2 of the California Constitution.

**SECOND AFFIRMATIVE DEFENSE**

Plaintiff's defamation claim is barred because the challenged statements are true or substantially true and therefore cannot be the basis for a defamation action.

**THIRD AFFIRMATIVE DEFENSE**

Plaintiff's defamation claim is barred because the challenged statements are not capable of defamatory meaning.

**FOURTH AFFIRMATIVE DEFENSE**

Plaintiff's defamation claim is barred because the challenged statements constitute First Amendment-protected opinion, rhetorical hyperbole, or dramatized expression that a reasonable viewer would not understand as assertions of verifiable fact.

**FIFTH AFFIRMATIVE DEFENSE**

Plaintiff's claims are barred to the extent they rest on statements made in, or reports of, official proceedings, including Mr. King's testimony before, and written response to, the House of Commons Culture, Media and Sport Committee. Such statements are privileged, including under California Civil Code Section 47 and parliamentary privilege.

**SIXTH AFFIRMATIVE DEFENSE**

Plaintiff's claim for intentional infliction of emotional distress is barred because it is derivative of, and rests on the same speech as, the defamation claim and is subject to the same constitutional and common-law limitations.

**SEVENTH AFFIRMATIVE DEFENSE**

Plaintiff's claims are barred or reduced to the extent Plaintiff consented to, or herself publicized, her association with the subject matter of the Series.

**EIGHTH AFFIRMATIVE DEFENSE**

Plaintiff's claim for punitive damages fails because it would violate Netflix's rights under the Fifth and Fourteenth Amendments to the United States Constitution

and Article I, Section 7 of the California Constitution. This is so because, among other reasons, the conduct alleged is not sufficiently reprehensible to warrant any punitive damages recovery. Plaintiff's claim for punitive damages also fails because Plaintiff cannot prove by clear and convincing evidence that Netflix acted with malice, oppression, or fraud within the meaning of California Civil Code Section 3294.

DATED: November 18, 2026 MUNGER, TOLLES & OLSON LLP

By: */s/ Kelly M. Klaus*
KELLY M. KLAUS

Attorneys for Defendants